United States Of America

District of Massachusetts

| | |
|---|---|
| *Richard T. Manning*<br>     Plaintiff | )<br>)<br>) |
| V. | )<br>) Complaint For Damages |
| United States of America<br>The State of Massachusetts<br>The City of Boston<br>The City of Pittsfield<br>The City of Brookline<br>The Town of Westwood<br>Suffolk County<br>Norfolk County<br>AT&T Broadband<br>Comcast<br>General Electric<br>Viacom<br>Walt Disney Company<br>UNUM Life Insurance Co.<br>Blue Cross Blue Shield of Mass.<br>Faulkner Hospital<br>Beth Isreal Deaconess Medical Ctr.<br>Bournewood<br>Westwood Pembroke Health Care<br>Fallon Ambulance Service<br>Eascare, LLC<br>AMR of Massachusetts, Inc<br>Dana Farber Cancer Institute<br>Arnold Communications | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) And Alleviation Of Complications<br>With Relief By Means of Substantial<br>Compensation Accompanied By<br>A Geographic Cure and Rapid Legal<br>Civil Remedies<br><br><br>Civil Action Number<br><br>04 - ...<br>Referred to CMJ MB/Bowly |

Table Of Contents

I.   Reason For Complaint
II.  Introduction to Complaint
III. Jurisdiction
IV.  Venue
V.   Facts
VI.  Fiction
VII. Complications of Plaintiff
VIII.Remedies
IX.  Resolution and Relief
X.   Demand for Jury Trial and or

Grand Jury Indictment of
Defendants

## I. REASON FOR COMPLAINT

*The reason for the complaint is that the defendants have been destructive, uncivil, criminal and have been poor and many times threatening communicators! Therefore I now give you the following complaint.*

## II. INTRODUCTION TO COMPLAINT

Please allow me to introduce myself, My name is Richard Thomas Manning and I am a United States Citizen. I reside in Boston, MA and was Born in Pittsfield, MA. I am acting alone in this complaint unlike the defendants whom have total disregard for the U.S. laws specifically 18 U.S.C. § 241(2001), 18 U.S.C. § 242(2001), 18 U.S.C. § 669(2001), 18 U.S.C. § 113(2001), 18 U.S.C. § 36(2001), 18 U.S.C. § 231(2001), 18 U.S.C. § 373(2001), 18 U.S.C. § 798(2001), 18 U.S.C. § 872(2001), 18 U.S.C. § 873(2001), 18 U.S.C. § 875(2001), The Privacy Act 5 U.S.C. § 552a(2001), 18 U.S.C. § 2331(2001), 18 U.S.C.§ 2340(2001), 18 U.S.C. § 1113(2001), 18 U.S.C. § 1201(2001), 18 U.S.C. §1202(2001), 18 U.S.C. §1203(2001), 18 U.S.C. § 1001(2001), 18 U.S.C. § 1501(2001), 18 U.S.C. §1957(2001), 18 U.S.C. § 1951(2001), 18 U.S.C. § 1952(2001), 18 U.S.C. § 2236(2001), 18 U.S.C. § 922(2001), 18 U.S.C. § 2261(2001), 18 U.S.C. § 2261a(2001), 18 U.S.C. § 2318(2001), 42 U.S.C. § 2000aa (2001) Amendment 1 of the United States constitution, Amendment 4 of theUnited States Constitution, Amendment 14 of the United States Constitution, and Article 1 section 6 of the constitution!

I would like to further introduce to you to the complaint by conveying the message to you that the Communications Act of 1934 47 U.S.C. § 336 (2001) and the Communications Act of 1996 47 U.S.C. § 223 (2001) both have been pushed aside to further economic gains of these defendants who have total disregard to the plaintiffs well being, physically, mentally, socially, environmentally, and economically.

These defendants conspired against the rights and acted in a criminal manner against one of the nicest persons on this earth. And unfortunately some of the defendants are so blinded by money they don't even know they are at fault due to the educational system teaching them to achieve a goal of profit gained from the psychological molestation of and the theft of one's intellectual property. Justice has been obstructed to this point in time and possibly past this point in time regarding this complaint. In agreement with the 42 U.S.C. § 1985 (2001) and 42 U.S.C. § 1981a (2001), I am requesting that a grand jury trial be started expeditiously or in rapid speed with this complaint.

## III. JURISDICTION

The Jurisdiction of the complaint in recognizing and comprehending 42 U.S.C. § 1988 (2001), 28 U.S.C. § 1346 (2001), 28 U.S.C. § 1331 (2001) allows the United States District Courts Jurisdiction.

## IV. VENUE

The Venue of this case is to be set after the Grand Jury in District Court hands over to the District court the decision to proceed meaning a change of venue after the initial grand jury proceedings to be under the discretion of the grand jury as allowed in comprehending and recognizing 28 U.S.C. § 1391(2001) and also recognizing 28 U.S.C. § 1402 (2001) . Communications especially televised communications which are in violation of several US Laws travel in each and every judicial district of this Union and therefore a change of venue is not only expected by the Plaintiff but should be one in which the plaintiff may feel comfortable residing in after a resolution to the complaint.

### V. FACTS

Understanding that I am complaining alone is a major fact that is to be realized by the court. After the realization sets in one can imagine the mental torture, fear, anxiety, hatred, physical deterioration, mental dysfunction and illness that accompanies or follows the crimes and rules broken such as those I am describing in this complaint.

The first defendant is The United States of America. All aspects of government being realized in accepting funds in the form of Taxes from these companies and allowing these companies to operate with the Full and thorough knowledge of the criminal behavior and acts, knowledge but maybe not a understanding in the executive, legislative and judicial branches of government. Allowing a crime to be committed time and time again without judicial action is what I see as a major problem and why this complaint is given to the US district court. Without the employee Identification numbers supplied to workers of these companies the Taxes cannot be collected and this will be stated as one of the resolutions or remedies to the problem. This Government which I am proud to be a member of if only as a citizen at the present time, has been allowed to operate in a manner which I know is in total disregard of the civil rights of Richard T. Manning. The Plaintiff was harmed by law enforcement officials' both physical and written actions that demonstrate conspiring with communications companies and hospitals listed as defendants. Hospitals that "Kidnap" 18 U.S.C. § 1201(2001) and 18 U.S.C. § 1202 (2001) and 18 U.S.C. § 1203 (2001), Obstruct Justice 18 U.S.C. § 1501 (2001), and then Blackmail 18 U.S.C. § 873 (2001) 18 U.S.C. § 875 (2001), Racketeer 18 U.S.C. § 1951 (2001) and 18 U.S.C. § 1952 (2001), and then subject the plaintiff to torture and make him withstand harassment and stalking as defined in Massachusetts General laws chapter 265 section 43 (2003) and section 43a (2003) of the same chapter is illegal. This along with government officials, agents, or law enforcement workers who speak on public radio or television and break the FCC Mass Media Bureau guidelines and rules without the communication companies written notice of such an event notifying the person discussed on the television signal connected to a cable signal or photons sent through an antenna capable of reaching all 289 million people within our government and living throughout the United States, and or allows someone else to do this is also criminal and just wrong to do to the plaintiff Richard T. Manning. One side is always profiting from this and the other, meaning myself, is and has been being hurt physically, mentally, socially, and economically. The crime is not only torturous as described in 18 U.S.C. § 2340 (2001), but an act of terrorism as described in18 U.S.C. § 2331 (2001) and is and has been what is described as a crime listed in 18 U.S.C. §. 241 (2001), and 18 U.S.C. § 242 (2001).

Realizing the fact listed above, I contacted the FCC in March 2001, and October 2001, and then again in March 2002. I was able to discuss with the FCC the fact listed above and was instructed

that it may be best that I sue the companies that were and are responsible for the crimes and FCC rules that have been broken. This is another fact that is important to this case because it establishes the governments knowledge of the crime and the FCC being a section of the USDOJ or the United States Department of Justice and tended to reassure me that all was not lost and that I had alerted the proper section of the US government and hoped that a resolution to the crimes would be in the near future. Well hear it is a year and a half later and I am still awaiting a resolution to the complaint. The fact that television is a popular means of gathering information and forming public opinion is what scares me. And also when people employed with these communications companies complain to the public that they must have free speech as stated in the first amendment of the constitution and then have total disregard for all laws following the first amendment is wrong and does not and should not allow them to slander at whatever and whoever(whoever meaning me in these instances) the communications company wants to commit these acts towards.

These acts of terrorism occur on a constant basis and one major basis is money. Because of the large amounts of currency and or funds that passes through these persons at these companies and governing agencies accounts, and hands, it is difficult to understand how an individual like myself can cope or deal with the criminal acts directed towards me, thus the plaintiff makes the court aware of the charge of conspiring against a persons rights defined in 18 U.S.C. § 241 (2001).

The following are a list of the time and date and probable location of origin of the slanderous attacks which break FCC rules listed in the Mass media bureau along with the broadcasting locations of the show and transcripts from companies proving the crime's time, place and location. The offensive crimes that were committed will be listed and summarized after each listed incident and are to be considered when comprehending the complaint for damages. This is a defensive action by me that will be followed by civil action and judicial response no matter what the outcome of this complaint. At no time in the United States history has such a precedent been established to prevent an individual who is tortured from self defending himself as is stated in the international treaties when an individual, after realizing and comprehending article 5 of the united nations charter or NATO Treaty dated 1949, is slandered and his character and honor are questioned and ridiculed without prior written consent by the individual who was victimized to a point that he can no longer function in a society or in the privacy of his residence directly due to these crimes. In realizing the United Nations Declaration of Human Rights and after reading a written affidavit sent to The International Court Of Justice dated December 23, 2002 attached as attachment 1A ,you will come to the conclusion that Article 12, Article 9, Article 5 were broken and Article 30 as well by these defendants and these laws or rights were not only understood and followed by me but is a major reason for the length of time it takes one to respond to attacks and still be within Article 30's rights clause and also within the statute of limitations. These statutes should be used in prosecuting the individuals and defendants that when reading through the following list you should further concluded that these companies have transcended the international boundaries and profited while having total disregard for the rights of me, the plaintiff, a living human being on the planet we know as Earth.

These are facts and you should read through each one and if you have difficulty comprehending the statements please keep in mind the confusion I may have had or still have with respect to or in my case ill respect for the public statements which contributed to my complications which I

should be compensated and relieved for.

<u>+*Note to the Court, Plaintiff wishes to file complaint for search warrant and arrest and if necessary restraint of individuals or companies on defenses' criminal action or threats giving reason for my complaint!! Because I am not allowed to issue a warrant I must submit this complaint to the District Court before completion so they can issue a warrant for the material listed below. Theses stations have been acting criminally for over a 6 year period.</u>
<u>Statement One:</u>
<u>Starting           July 1997 thru the preset day September 22, 2003</u>
<u>    Any and all transcripts for the programs broadcast from NBC</u>
<u>    Any and all transcripts for the programs broadcast from CBS</u>
<u>    Any and all transcripts for the programs broadcast from ABC</u>
<u>    Any and all transcripts for the programs broadcast from PBS</u>
<u>    Any and all transcripts for the programs broadcast from CNN</u>
<u>    Any and all transcripts for the programs broadcast from C-Span</u>
<u>    Any and all transcripts for the programs broadcast from C-Span2</u>
<u>    Any and all transcripts for the programs broadcast from Vaicom other than CBS</u>
<u>    Any and all transcripts for the programs broadcast from Walt Disney other than ABC</u>
<u>    Any and all transcripts for the programs broadcast from General Electric other than NBC</u>

<u>(Note this is a list of stations that have incidents or statements that have contributed to the harassment and crimes listed in the introduction to the complaint and referred to i.e. transcripts of radio and television shows. Like I said I am only one person and I am not omnipotent. These may not be and are not the only television and radio stations that are and were acting criminally! And because it is public knowledge the court should allow me some sanity and the Jury some sanity and agree to the fact that yes these stations have acted criminally and no the plaintiff does not have to reiterate every statement made on all television and radio programs.)</u>

It is a fact that I have been what looks like a victim of these crimes listed in the introduction and because when viewing this complaint one has to look at the actions and then consequences of the criminal action when determining a solution or compensation and relief. The exploitation of one by many is what can be defined as a mob. One who exploits an individual for monetary or territorial or acceptance by others in a criminally acting group is considered a mobster or a member of a mob. When determining the cause of the mob mentality, most times it is an uneducated person or one who needs others to help him or her think and then act out the crime. Other times it is a person working in government or law enforcement that agrees to what a mob is doing rather than help the individual the mob or group of persons is harassing, racketeering against or committing many other crimes such as those listed in the introduction.

Allowing these actions or crimes to continue to happen to me after alerting the Government law enforcement agencies on several occasions leads one to believe that criminal activity is not only accepted by the law enforcement offices but is profitable and making one person out to be a "bad guy" or crook when they are not, is much easier to the law enforcement officials than going after the real problem which would be the "many" people or companies "the defendants" that have exploited the individual "me the plaintiff" and then after my complaint to them falsely accused me and continued to act in a criminal manner so as to make me look like the guilty person. The

path of least resistance or the easy way out of a situation is what has been occurring.

The fact that I was held as what I believe to be a hostage or held against my will and in violation of several Federal laws specifically Amendment 4 and Amendment 14 of the U.S. Constitution and also interrogation of me when I did not volunteer for it when I should have been able to notify a court of law and a writ of habeas corpus should have been issued to release me to a court room from the place they say is a hospital where I was held against my will or held involuntarily for an extended period of time and interrogated by individuals whom I do not know and who acted rude and criminally. Therefore I should have been allowed to file a complaint and proceed in a manner as described in Amendment 6 of the Constitution of the United States.

I have asked several of the Law enforcement persons if they would please read a written statement of mine and their response is almost the same every time, either it is "we don't have time to read that" or "you should hire a lawyer or attorney" and this puzzles me because how can a law enforcement official arrest or detain someone without reading a statement that may help them in determining the original problem or crime. Instead for the past several years they have chosen to say "I think you need to get you head examined" or "please go to the hospital it is much easier for you if you do it this way." It seems to me it is much easier for the Police department to say someone has something wrong with their brain than to go after several individuals or companies that seem to be conspiring against my rights to commit numerous offenses against me. Meaning for several years I have been harassed and abused and I have gotten quite angry and at times have had to self defend myself from both the verbal and physical attacks from others.

If a group conspires against my rights it is very easy for them to persuade a Police force especially when some of the individuals that are trying to harass and harm me are employed as Police officers. When looking at the facts that were at the beginning of this section called facts you can see that rather than to go after the defendants listed in this complaint it is easier to go after me and cause me to act in an irrational manner when accused or stalked and followed publically when I am in a private place ( my residence, ) or in public as well( when driving an automobile or out at a store.) Something being easy or less work is acceptable behavior only if it is not criminal or abusive to the point where the person's civil and human rights are disregarded and in this instance it looks like going after the plaintiff was for either financial gain or profit or fear of a complaint such as the one that I am writing.

The fact that I am a citizen and that as a citizen I am entitled to many civil rights that have been disregarded and abused by the defendants and then after communicating this information to Law enforcement agencies these rights were once again abused by the Police. The criminally acting group of persons that exploited me were then allowed to continue to act in a criminal manner. This added further damage to both my mental and physical state and also some of the property I have in my possession. Along with damage to my financial status, employment opportunities both future and present, also public perception of me in both a personal and business environment. Further adding reason for this complaint to be sent to a grand jury for once again I am only one person and the deterioration of my mind and body after these incidents has increased my chances for poor health and possible retaliation or continued abuse by these

defendants or other persons in the future.

When one is abused through a medium that can relay a message to many people that then become abusive or criminally acting in nature towards me and I am then not allowed to speak or in essence "clear the air" of the wrong or slanderous statements that have been stated on a device that could possible reach over 292 million+ people in the United States and over 6.139 billion people in the world, then I must issue a complaint in this manner to the District Court for further civil judicial action and compensation awarded to me and relief in this situation.

Acting Carpe Diem or without regard for the future is what is troubling me about the defendants.. Trying to disrupt my life so as to not be harmed by any complaint and continue to profit financially and or avoid a court room appearance it may have to attend as a defendant and or harassing me so I am unable to write a complaint or disturbed me to the point that I would do something wrong and then be caught be the Police who when informed what the original problem was, ignored it, then put me through a torturous experience and acted Carpe Diem. I must proceed and ask the court to process the complaint in the district court as allowed by law in 18 U.S.C. Appendix Rules of criminal procedure rule 3 (2001)..

I have tried to contact several of the defendants but they have been ill responsive or don't want to admit or discuss the situation or situations that have been listed as crimes in the introduction to the complaint. I have a background in engineering and for many years worked as an operations engineer in the information technology field. I have access to a computer system, and many times while I have been waiting for responses from these defendants to change or find a solution to these problems, I have been sent "spam" email material which is in violation of 47 U.S.C. § 223 (2001)of the Communications act of 1934 and Communications act of 1996. Receiving also many advertisements, some from the companies or corporations listed on this complaint list. This tactic because of the mob like nature of the defendants, sometimes is used by companies to stall, corrupt, embarrass, humiliate, or cause further damage to the individual plaintiffs case or complaint against them. Also it is very upsetting to me that I have been unable to find an attorney to help me and have had to study and research and almost become a doctor, lawyer, media expert and peace negotiator. The people I have contacted, and you can see why with the list of defendants, have refused to help in the legal manner and it looks like for fear of public exposure or blackmail as defined in U.S.C. Title 18, § 873 (2001). And that is further reason why this complaint has taking some time to write, for I am entering this on my own.

Please be aware that I am only one person and the defendants have great and many resources to either make mine and other persons lives I know miserable and almost unlivable. This is further indication for the need to an expeditious cure to this complaint.

The main fact or most publically present fact is that these groups or persons name in the complaint as defendants do not care about my safety, my future or others around me or in my life or family. Some defendants only wish to post a gain or profit for the year, quarter year, month, week, day, hour, minute, or second and then deny or forget any wrong doing that occurred during the time period. And one of the many reasons crime is overshadowed is by the glamour and prestige involved with the communications process. Some defendants only survive off the reaching of quota's or crime statistics and what seems to me have become robot like in their

7

quest or law enforcement duties. I cannot limit or stop the defendants actions when the defendants become criminal in nature. The same is true when some of the defendants profit from the exploitation of the plaintiff or harassment of me and it is in fact a crime which should not go unnoticed, and I do hope the court determines that it is in fact wrong now and in the future. Many of the defendants have used their power or position in the business world to further their financial gains and for one person like me to defend myself against their criminal acts is not only scary but almost impossible for one person to accomplish especially when law enforcement officials do the opposite of helping. At this time I wish for a grand jury to review this complaint and act accordingly.

During these past few years there have been four maybe more what seem to be shooting incidents on or around the residence I live at. Each one has followed an outburst by some of the neighbors getting abusive and aggressive towards me. Each incident has been reported to the Police department however I have never heard back. So when I or others enter and exit and also when we are both in the house and out of the house we are scared and frightened because we don't know which person is going to cause or start trouble next and this has happened after the incidents have occurred with me being harassed on or through the television and or radio. When the police are contacted they once again want to or seem to want to have nothing to do with it and when I have walked into the Police Station to see if I could get a complaint form or an incident report they tell me that I cannot have one or that it is best that it is not written down. Which is more cause for concern. These uneducated rather dumb acting and sounded individuals have many times attempted to either disrupt harm and now what seems to me attempt to murder someone after they get angry at me or someone in the house I live in for some reason. I am not that good at self defending myself against a gun or firearm and have contacted the local office of the treasury department specifically the division known as the ATF or alcohol tobacco and firearms. One incident a person hung out a window and fired some sort of rifle or pellet gun and was aiming it in my direction on the property we live on. I yelled and the gun went back in the window. This incident was followed by months of harassment. The person started to harass my Parents as they walked out to their automobile and say things to me and one day they walked in front of the house and started to see if someone wanted to fight him and yelled "come on lets go come on" the person also gathered together a group of persons on two occasions and started to harass me and others in my home! The Police were contacted and did nothing to stop the behavior. I say nothing because the harassment continued. The Police did however manage to come to the house I was living in and push my father back to his room without a warrant, harass him and when I showed the Police the door or the way out of the house, nine other Police officers showed up at the residents after I called to have the un- uniformed officer removed from the property because of the non warranted search in violation of Amendment 4 in the United States Constitution and also Amendment 14 in the United States Constitution equal protection under the law statute. They then harassed me blocked my entrance to the home and without warrant arrested me. This was in front of my residence and was very gang and bully like of the police to do. I was then pushed over a railing and into the bushes and into the ground where my wrist was snapped and my head banged and my body damaged. I asked what I was being arrested for and the officer said for assault and battery of a Police officer. I let the Police know that they were violating the 14 amendment to the constitution and also article 14 of the local Massachusetts Constitution. I was then taken to the Police station, then forced to take an ambulance to the hospital, I was abused and harassed at what is known as the Faulkner hospital and detained,

questioned, and held in restraints for a three to four hour period. During this time further damage was done to my body especially my arm which was twisted by the Police and also the security at the Faulkner hospital. I was then taken involuntarily by Fallon ambulance to Bournewood hospital and was being forced to take medication and was asked to answer questions that I felt were like interrogating questions. They threatened to take me to court and I said "that was what I was hoping for to happen in the first place". Meaning the Police either conspired with the neighbors to get me to react to their abuse in a way that would make me look bad instead of understanding that there are a few people in the neighborhood, specifically at 1, 7, 8, and 14 Chesbrough road Boston MA U.S.A. 02132-3810, that plain and simply start fights! Then afterwards try to get away with it by making me out to look like the guilty party.

A hearing which I thought would be private was instead carried out in a public Massachusetts State court room in Brookline, MA U.S.A. Thursday November 20, 2002. It was a hearing to determine weather I would be detained for six months in a facility after doctors, which I did not volunteer to speak with, tried to determine my brain chemistry which I believe is wrong to do to someone to begin with, and they say that I have what is known as schizophrenia. What I have are far to many people committing crimes against me and having others allow them to get away with the crimes. The Judge then agreed that I did not have to take medication but that I was to seek treatment. I did so. I immediately contacted my health provider and told them the situation. I also contacted the society known as the schizophrenia society of America and informed my parents accordingly and also my siblings, thus describing the illness that the doctors said I have after involuntarily questioning and diagnosing me. The society states that the first step to treatment is education to the disease. I was a bit confused by the court not realizing the complaint I placed with the clerk in that holding someone over a 24 or 48 hour period and harassing me and torturing me was criminal behavior. And that it is my understanding that it is criminal in nature to do so and when I ask for a writ of habeas corpus to be issued for me and it is not( I was asked to stay for 6 days before I was able to go to a court room), the confusion sets in. The Massachusetts General Laws especially the chapter 123 section 8 was what Bournewood was threatening the plaintiff they were going to use to get me to stay in one of the state run facilities and this I was threatened with the whole time I stayed at the hospital and the reason I did not sign something is because it seemed to me like kidnaping 18 U.S.C. § 1201 (2001), and extortion 18 U.S.C. § 873 (2001) and 18 U.S.C. § 875 (2001) especially extortion of my time, and that I would not be released until I signed something saying that I was going to volunteer and even still then they would have something in writing giving them,the hospital, control of my life which at the time I did not only not sign but for which is one of the many reasons I am entering my complaint to the District court. This has not only happened at Bournewood but at the Westwood Lodge hospital and the Faulkner hospital as well.

I also furthered my seeking treatment by contacting some of the transcription services for radio and television. I found a very interesting thing. It was in fact me the plaintiff that was getting harassed on the news and radio and other television shows in a time when many major events were occurring in the world. So in knowing that fact and realizing that the people that I contacted in law enforcement and the people I had to discuss this with involuntarily were only trying to cover up the fact that I was one of the persons being abused and harassed on radio and television!

That is a huge crime and should not go unnoticed or unpunished. I have to say that the damage done to me is irreversible. The damage done to others I live with and relate to is also irreversible. Especially when my name is mentioned along side such important events and when some news events are describing terrorism and it is possible that someone could get me confused with the acts of terrorism meaning that the FCC rules should be enforced because I have been hurt by these acts.

It is wrong to hold the plaintiff against their will and force them to take medicine under U.S.C. Title 18 § 2340 (2001) and it is also wrong to delay the court proceeding that should have been under way first under Massachusetts law in chapter 275 section 2 where a criminal complaint is to be issued by the local police department explaining to a court the broken laws and who broke them in Massachusetts law Chapter 265 crimes against a person. I had been working on a criminal complaint at the time of the false arrest back in November 14, 2002 and was hoping that it would reach a court room. I then once again had to visit the local Police station and I was told there was no incident in the system under my name. I want the Justice Department of the United States to hold the Boston Police or the city of Boston criminally responsible for a false statement, false arrest and detention and also agreeing to the torture and conspiracy against my rights along with the knowledge of attempted murder back in May 2001 by individuals that reside at 14 Chesbrough road, and assault back in January 2001 by an unidentified man driving a window repair truck found in a report given to my insurance agency Commerce Insurance and now filed with the Massachusetts division of insurance and also the State police logs for January 30, 2001 and the hiding of evidence that is important to a grand jury proceeding with regards to these incidents listed in the above introduction.

Acts of racketeering activity in front of me or directed toward me on several occasions in the year 2000 starting in June and July of that year while sitting at home at a desk is also important because these incidents escalated to violence towards me and caused me great concern and once again when police were notified I was either taken away to a facility and held against my will and forced to take their so called medicine which I think was torture, I site 18 U.S.C. § 2340, or it was totally ignored and no incidents were listed or on file at the Boston Police station.

I don't know what I did to these idiots but they sure do know how to pick a fight and under the law I have the right to self defend myself defined under international law especially in a time of war I will not only self defend myself but will find it my duties as a citizen to seek the arrest prosecution and punishment of the guilty individuals or companies or governing bodies.

At no time from this point on will I tolerate the behavior listed in the introduction to the complaint. I am one person and if a government body such as the Boston Police can not do the correct thing as described by Massachusetts law and federal law I have to act in a self defensive manner and then an offensive manner to protect me and the people in my family as well. And this complaint is what I am hoping will be the successful offensive manner used to stop the process of crime from infecting me and others in my family.

I then have what seems to be some unwelcome people yelling and screaming at me from over at the Parkway Little League field sometimes seven days a week all summer long, they have good intentions teaching people to get along in a baseball game but do not have too many brains

teaching them that it is alright or acceptable to yell over at people and harass me and my family. They use odd comments and rude ways of trying to either get my attention or disturb me in some way. This was also communicated to the Boston Police in mid July of 2002 and once again nothing was done because it continued to happen all year long this year the spring and summer of 2003. They have in the past also used the intercom or loud speaker to relay nasty or mean messages to me or others in this residence. Stalking and threats of violence have been the prevailing theme from this group which I find sad because at one time I was the MVP of the Pittsfield MA, USA little league on the team known as the "Police Department!", in which we were taught to behave and never acted rude or unkind towards the neighbors of the Park which is the opposite of what is happening here.

I also have a bit of said news to relay to the court that after many years of work, approximately 8 years, at the Dana Farber Cancer Institute, I was seeking some assistance to a problem that they may have been able to be helpful with and while in a discussion about it , a woman who what looked like a worker there said rather loudly "oh isn't that too bad it looks like he is going to be shot!" so in other words I am not at all pleased that after working in a place that helps people and investing long hours, I was then told I would be shot. Which is very depressing news because they are government funded. So I would also like the grand jury to investigate what was occurring there as well seeing that after all 4 or more incidents of shooting occurred near or at my residence after I visited the hospital in the March of 2001.

I am also very depressed because in the year 1999 in November I entered the Faulkner hospital with stomach pain. This maybe after I was shot or stabbed I don't know. Because after I have what seems to be like excessive bleeding in my stomach area and after paying full price for health insurance and getting put aside for a latter date while they collect funds from me and ignore my stomach as I walk through life in pain, and get taken to a hospital and interrogated instead of getting treated like I should be. During this time I also served on jury in a Massachusetts district court.

Very odd and unfriendly people I have met since leaving the Communications company especially after and during the cigarette trials in the District of Columbia which both the Dana Farber and Arnold communications made their money from being an adversary to the tobacco companies and with the tobacco companies gone or damaged there is much less work for both companies in that area and me helping both companies with my work may have been a factor in me being stalked or harassed and abused. Meaning sometimes a positive goal such as getting rid of tobacco can cause those who profit off tobacco to cause damage to their adversary. I would also like the court to consider the precedent of that case and the racketeering acts described in it when looking at my troubles and the individuals that have troubled or acted criminally toward me and their involvement with that industry!

Over all I believe it is something that the District court should now pass on to a Grand Jury for further investigation and expected indictments of the criminally acting people.

Further the negligence of the United States, the Commonwealth of Massachusetts, the counties of Norfolk, Suffolk and Berkshire and the cities and towns of Boston, Pittsfield, Brookline, and Westwood in allowing the hospitals to continue to operate in a criminal manner and some for

allowing their Police forces to act in a criminal manner, criminal meaning holding me, the plaintiff, against my will and forcing me to take medications is unlawful and once again in violation of several United States laws specifically the torture laws stated in the statute or code U.S.C. Title 18 § 2340(2001) and is in violation of Amendment 4 and Amendment 14 of the U.S. Constitution and also U.S.C. Title 42 § 1988 (2001) can be sited by me after letting the law enforcement agents know of the crime's committed by the defendants and also can be described as terrorism as defined in U.S.C. Title 18 § 2331 (2001). Conspiring against a persons rights 18 U.S.C. § 241(2001), is also a major crime that I would like the court to consider and when they consider this crime please feel free to find guilty and consider the penalty for this crime which the defendants disobeyed and had total disregard for, when interrupting my life and being in total ignorance my civil rights and human rights.

The meaning of the complaint is complex because the process that is described in Massachusetts law was not at all followed by the law enforcement agencies that were contacted concerning the main crime which was the harassment at my place of employment followed by verbal attacks on radio and television. Furthermore communication companies that receive large sums of money and are funded mainly by advertising, specifically from the one that I used to be employed at called Arnold communications, and it is because of the harassment and abuse which I notified the Insurance company UNUM Life insurance of America. Unum in turn allowed me some compensation over a two year period. However they neglected to live up to the written words in the contract Unum had with me as a long term disability insurer. Unum had no apologies or concern for the crimes that were being committed against me before and during the long term disability term. Unum decided the disability was due to "mental dementia", and when you comprehend the characteristics as so written and stated and defined to a letter to the insurer (attachment 1B) and as one can conclude after reading this complaint that the long term disability coverage should have continued not only due to the crimes being committed but because the disability is both mental and physical and directly linked and related to the work experience at Arnold communications. And that the insurance provider Unum is responsible to pay for the plaintiffs disability when as you can conclude, because of the actions of the company known as Arnold along with several of their business partners listed in the defendant list, some of whom invaded the privacy of my residence and life for the past six years, I am not only disabled or in other words "not able to work" but am unable to do much of anything. This disability extends to many areas of my life, most disturbing and upsetting is when at my home, for life would be much easier without someone prying into my personal life and I am now in no way capable of working for a company because of the fear that any work that I may do would be publically abused by these defendants or as I see them conspirators against mylegal civil rights. These companies are among others the National Broadcasting System with a Parent company known as General Electric, The Columbia Broadcasting System with a Parent Company known as Viacom, and American Broadcasting Company with a parent company of Walt Disney. Also the cable carrier of these messages is at fault as well and the cable providers we have here in Boston during the past six years who were Cablevision, the AT&T broadband company, and now at the present time is Comcast cable. The FCC has established rules and one rule is to the content and safety of the cable television that exits on a communication pole attachment and this also should be raise questions as to weather other companies that use the "pole attachment" should be contacted as to the public safety of the message and the legality under 47 U.S.C. § 336(2001) otherwise known as the Communications Act of 1934. This is not to mention the

many other cable networks and satellite networks that can and should be held somewhat responsible for relaying a message that is criminal in nature to the public especially when it concerns me or when it mentions me either in a good way or bad. This has also happened without use of cable or satellite meaning the messages have been broadcast through what are known in the communications world as "Photons" and can be received through an antenna connected to the television. Both Comcast and AT&T broadband were contacting concerning these many incidents on the phone and in person to the Dedham MA U.S.A. office and via a phone conversation to the Boston AT&T office in Allston MA U.S.A. where I was directed to read Amendment 14 of the US Constitution. So they, the cable company are aware of the situation as described in the introduction to this complaint at AT&T broadband cable now Comcast. The question I had for them was is there any way to interrupt or interfere with a television broadcast and the answers were "NO" from both offices leading me to conclude that the message was not fake and that it was transmitted or broadcast directly from the television station to my television and many others television sets. And also some stations both through the cable and satellite and also through the air via photons to an antenna all connected to a television set. This situation or crime was also discussed via the phone and in person to the FCC in both the Boston Ma U.S.A. office and the Washington, D.C. office where I contacted a group of three to five individuals that work within the FCC and after phone tag the FCC's response to my request for help was a response that I should "sue" the companies responsible for the damages and this was in March 2002 when I received that answer. Amendment 1 is for all of our protection and may also mean we can speak freely to ourselves or have freedom of thought however most of these defendants profit off abusing this privilege and ignore any law thereafter to make a profit and are not able to recognize the crime for it is their defense in most complaints.

Further more the plaintiff finds it a tragedy when given these circumstances that in accordance with 18 U.S.C. § 3052(2001)(Federal bureau of Investigation's arrest authority) 18 U.S.C. § 3053(2001) (US Marshals arrest authority) and 18 U.S.C. § 3056(2001)(US Secret Service arrest authority) that an arrest was not made sooner due to the crimes stated in the introduction to the complaint. Furthermore the Federal Bureau of Investigation was contacted and a detailed description of events like stated in the introduction was given in an oral statement and a question was written down with regards to terrorism or 18 U.S.C. § 2331(2001) to an F.B.I.. agent in the Boston, MA USA field office and also via telephone on two occasions once in a phone call to the Boston, MA USA office and once to the main office in the city of Washington, D.C. U.S.A.. I also contacted the US Marshals office in a phone call August 18, 2003 and the US Marshal's office suggested contacting the District Court and the message I gave the office is I was in the process of so doing.

## VI. FICTION

The fiction in this case is that there is a law enforcement agency that is there to help when in danger or when there is an emergency of this nature regarding communications and then criminal activity related to these crimes.

## VII. COMPLICATIONS OF PLAINTIFF

The complications of the plaintiff are as follows. He is unemployed and maybe unemployable due to the damage from his last place of employment which is Arnold Communications. He has

gained weight and is over 80 pounds his normal weight. He has complications with his thought process for he has to now be worried about others criminal acts do to the negligence of the Police force. He has a broken wrist and complications with his circulatory system and now nervous system from an incident with the Boston Police. He may have a deep stab wound or bullet wound in his abdomen. He has a possible broken rib or maybe collar bone from an assault by a police officer living at 14 Chesbrough road. He has broken or cracked teeth and a neck and back pain possible chipped bone spurs from a road rage incident back in January 2001 followed by stalking, harassment, and assault incidents in April and May 2001. He has a possible heart condition because of harassment, shooting and stalking incidents by persons living at 8 ,and 14 Chesbrough road. The Plaintiff has a mental phobia about being stalked partially because of the individuals living at 1 and 7 Chesbrough road are at the present now acting in a criminal manner. He also has a phobia about going outside his home for fear of being gunned down by uncivil persons. He is unable to drive his vehicle due to damage done by individuals living on Chesbrough road some at 14 Chesbrough and others that are either acquaintances or are in business with the individuals there. He is unable to watch television or listen to radio without harassment especially in emergencies because of the abuse that he has taken by the industry and the neglect of the situations by the law enforcement agencies especially the FCC and the Boston Police and State Police. He is unable to communicate efficiently because of the harassment that he has to deal with when sitting at the desk when he has to do work or communicate or for when in leisure. He can't sleep as well as he used to because of the fear of being attacked in his sleep. He has joint pain and trouble with normal activities such as bending to tie his foot ware. He has been unable to fit into his wardrobe or clothes because of his weight gain, putting an unexpected financial strain and physical strain as well on him. He is now unable to move with what is known as fluid motion or with the agility he used to be able to. And he has to stay alert making him overtired and unable to enjoy the simple pleasures in life. He is now in a constant state of worry. His life expectancy has decreased dramatically due to these incidents.

## VIII. REMEDIES

The remedies to this complaint are extensive, costly, and at the present time beyond my ability to fix without the intervention of the District Court. The negligence of the health insurance agency from what I can count has been everyday I have had the insurance for eight years. The negligence of the police departments state and local are also a hindrance to the remedies that are to occur. The negligence of the United States for being lazy in their regulation of the communications industry is also a hindrance to the remedies. Here are now a list of possible remedies that I have thought of for you. However, as law provides in 18 U.S.C. Part II criminal procedure(2001) the United States has to follow it's own guidelines after a complaint is followed. Some of my remedies may be outlandish or difficult to obtain however they are for the grand jury to review.

The first remedy may be a geographic cure for me and maybe others I am related to or at least have the opportunity to do so always now and forever after submitting this complaint.

The second remedy would be the arrest and interrogation and restraint of defendants and others

that may cause harm to me or others when this complaint is filled and for total restraint of defendants from contact with me and my family to last for the duration of my and their lives with the exception of a court room procedure see 18 U.S.C. § 3142(2001). Furthermore 28 U.S.C. § 2254 (2001) and the ignorance of it should be realized when dealing with these defendants. This along with the questioning or gathering written statements of witnesses and what they think about these crimes.

The third remedy would be the arrest of law enforcement officials or government agents or members that have been acting in a criminal manner.

The fourth remedy would be the impeachment of congressional and or executive and or judicial members of the United States government that have acted criminally or violated Article One Section six of the United States constitution that have been acting in a criminal manner as described in this complaint.

The fifth remedy would be the shutting down or dismantling of the communication companies that violated the laws stated in the introduction to the complaint.

The sixth remedy is the shutting down of the defendants transportation vehicles for example, the wires and satellites used to relay the criminal messages of the communication companies..

The seventh remedy is too notify other governing bodies international, federal , state, county, city, town of the crimes committed by the defendants.

The eighth remedy is the surrender of firearms and weapons of the defendants to be either destroyed or held for their replacement personnel.

The ninth remedy is the surrender to the District Court any and all reports or any material any of the defendants have in their possession or have released to others or to the public related to me the plaintiff.

The tenth remedy is to compensate me the Plaintiff for the substantial damage caused by the defendants resulting in the complications I now and will continue to have as listed in section VII. of this complaint.

The eleventh remedy is for the expected relief in the form of substantial compensation and written explanations from the defendants as to WHY these incidents have occurred.

The twelfth remedy is to inform the defendants that it is in fact criminal to act in the manner that they have been acting to and about the plaintiff. And that the damage to the plaintiff is beyond repair and that now and in the future they are to cease all criminal activity and compensate both the Plaintiff and the Plaintiff's family as determined and overseen by the expected judgment in the District Court or Appellate court for the irreversible damages sustained.

The thirteenth remedy is to force all defendants or parties to respond in writing via electronic mail or on a piece of paper sent through courier or US mail, not verbally through the news radio

or television( which has been the major contributing factor to the complications of the defendant) as to their interpretations of this complaint and the remedies they might have for the District or if need be appellate courts review and consideration.

The fourteenth remedy is the total shutdown of all of the defendants resources as to stop all of the defendants present and possibly future criminal acts related to or in direct result to this complaint and or the crimes listed in it.

The fifteenth remedy is to contact the attorneys for the plaintiffs and the defendants in court cases both present and future to see if any action was taken against me the plaintiff or the defendants that may have caused the criminal actions to take place prior to or after their criminal complaints were filled in the Federal District or Local State courts in which the complaints were filed. Otherwise an extensive and costly search through the legal system specifically all cases related to the defendants listed in this complaint.

The sixteenth remedy is to contact all law enforcement agencies international, federal, state, county, and local and search through the records to see if any material is there relating to this complaint and if so what actions have occurred and who possibly has either had access to the material or has acted do to the material they have found which may have had an impact or caused the defendants to act in the criminal manner described in this complaint.

The seventeenth remedy is to contact the federal deposit insurance agency and treasury departments(IRS) in the United States government and have them look into all funds and stop all present and future transactions so as to cease the criminal behavior of the defendants both now and in the future as related to this complaint.

The eighteenth remedy is to convey the message to the individuals that work at these agencies that are citizens of the United States that they are one of 292 million people that are all part of the United States government and we are all equal under the law and none of us are above the law and that they are to act that way now and for so long as they remain citizens of the United States. The defendants, if they so chose to continue to act in a criminal manner towards the plaintiff are to be made aware that the plaintiff has the right to self defend and one way to self defend is with this written complaint to the Federal District court.

The nineteenth remedy is to notify the International Court of Justice and make them aware and knowledgeable of this complaint and the right of the individual plaintiff's right to self defend as mentioned in Article 5 and Article 51 of the NATO treaty to the United Nations.

The twentieth remedy would be to further educate the defendants as to the rules and procedures of their employment and how the crimes they committed can, do, and have related to all 292 million person within the United States and how their actions can effect all 6.139 billion people on this planet we know as the planet Earth, especially with respect to the plaintiff, Richard T. Manning. Furthermore educate after submitting this complaint how he, the plaintiff, is to continue to live and survive after such rude, unkind, brutally mean, criminal acts of publicizing the thoughts or intellectual property and life of the plaintiff to possibly billions of people for profit and financially gain do to and because of the delay of a court proceeding(obstruction of justice

U.S.C. Title 18 § 1501(2001) ) and possible disruption, hindrance, corruption, and or tampering the defendants may have in effecting a grand jury trial and how the defendants will gain financially and continue to prosper in delaying a complaint reaching a grand jury such as the one I am writing here.

The twenty-first remedy is to relinquish property and funds and or control of some or all of these companies to me the plaintiff Richard T. Manning with the knowledge that I posses thorough knowledge of each industry, and that I understand the laws of the United States and the International laws when dealing with human rights and civil rights of individuals that these companies may and do affect each day. Furthermore that I will have continued access and appreciation of the laws as written by present and future legislators and also an appreciation with the court system so as to avoid such a complaint in the future by me and others that have been victims of these crimes like those listed in this complaint.

These remedies are for your consideration and hopefully a judgement can be determined and when used in determining a fair and positive judgement so all defendants can be satisfied with the judgement of the Federal District Court the plaintiff can at last feel at ease knowing that the crimes committed by the defendants have not gone unnoticed and that justice has prevailed.

## IX. RESOLUTION AND RELIEF

The resolution to this complaint and relief are to be determined from the remedies. The first resolution to the complaint is that substantial compensation in property, funds, stocks and or bonds, cash, or by bankers check or money order should be awarded to the plaintiff. The amount of the plaintiff's losses so far as to this date 09/22/2003 are well in excess of a price tag, meaning the plaintiff's life cannot be replaced and much of the damage done is irreversible, and irreconcilable damage. The court can look at the lost wages, the lost work experience, the lost friendships or socialization, the lost stature in society, the lost family relationships, lost self motivation or self worth, the lost time, the lost health both physically and mentally, meaning both present complications and those that the plaintiff may and will have in the future. These factors are all important when determining a resolution. And that is a major reason for me submitting a complaint thus concluding that a just and worthy resolution to this complaint should be determined by the court and relief of the crimes written in this complaint should be considered an option by the court for once again I am only one person. The defendants are many and for them to act in a criminal manner is not only not fair, a resolution is hereby necessary and relief is expected.

The amount of compensation should be well over the lost wages of $450,000.00 for that is just for the past six years and due to the crimes committed, and over a lifetime lets say until the age of 67 my last salary projected over 36 years and not counting savings and interest would be $1,908,000.00. And the compensation should be well over the continued annoying cost of a health care system which is billing me well over the $330.00 per month for the past eight years, for care which is detrimental to my health, allowing the health care companies in this complaint to further profit from mistakes and crimes which hurt me physically, mentally, socially, and financially.

Also the compensation should be allowed for the expected trouble or complications that may arise and happen to me in the future, not only with my health, but with others that are either in disagreement with this complaint or have some financial issues with me being compensated by a court from a company that they may be related to in some fashion, whether they work at the company or are viewers of a communications broadcast they have or for a complaint they may have been involved in. That is what I am seeking when I write this complaint to you. Anything less is not only a crime it is not acceptable to me or by me. I hope that you find for the plaintiff in this complaint and award for damages well in excess of the $2.3 million written in section IX..

## X. DEMAND FOR GRAND JURY TRIAL

The preceding describes incidents which I consider criminal and demand a Grand Jury trial in the Federal District Court as expeditiously as possible.

Signed by
Pro Se Attorney                                    Plaintiff

✓ Richard T. Manning Pro Se                        ✓ Richard T. Manning

Richard T. Manning 2 /26/2004                      Richard T. Manning 2 /26/2004