FILED
IN CLERKS OFFICE

2004 JUL 13 P 12: 12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
U.S. DISTRICT COURT
DISTRICT OF MASS

RICHARD T. MANNING,    )
          Plaintiff    )
                  )       CASE NO. 04-CV-10401-PBS
      v.            )
                  )
THE UNITED STATES OF    )
AMERICAN, ET AL.,      )
          Defendants   )

To the Clerk of the Above Named Court:

      Please enter my appearance as attorney for the Defendant City of Pittsfield in the above-captioned action.

                        Kathleen E. Degnan
                        Kathleen E. Degnan
                        Assistant City Solicitor
                        70 Allen Street-Suite 201
                        Pittsfield, MA  01201
                        Tel. No.: (413) 499-9352
                        BBO #: 648838

DATED: July 12, 2004

### CERTIFICATE OF SERVICE

      I, Kathleen E. Degnan, Esq., hereby certify that on this 12th day of July, 2004, I served a copy of the above upon the Plaintiff who is *Pro Se* in this matter by mailing it first class mail, postage-prepaid, to Richard T. Manning, Six Chesbrough Road, Boston, MA 02132-3810.

                Subscribed under the penalties of perjury.

                        Kathleen E. Degnan