FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2004 JUL 13 P 12: 12

| | | |
|---|---|---|
| RICHARD T. MANNING,<br>**Plaintiff** | ) | U.S. DISTRICT COURT<br>DISTRICT OF MASS |
| | ) | |
| v. | ) | **CASE NO. 04-CV-10401-PBS** |
| | ) | |
| THE UNITED STATES OF<br>AMERICA, *ET.AL.*,<br>**Defendants** | ) | |

## MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

The Defendant, City of Pittsfield, in the above captioned matter respectfully moves this Honorable Court to dismiss Plaintiff's complaint with prejudice.

As more fully set forth in the attached memorandum in support of its' motion, the Defendants are entitled to dismissal of this action under Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

Respectfully submitted,
CITY OF PITTSFIELD
*By Its Attorney,*

Dated: July 12, 2004

Kathleen E. Degnan
Assistant City Solicitor
BBO# 648838
70 Allen Street
Pittsfield, MA  01201
(413) 499-9352

CERTIFICATE OF SERVICE

I, Kathleen E. Degnan, Esq., hereby certify that on this 12th day of July, 2004, I served a copy of the above upon the Plaintiff who is *Pro Se* in this matter by mailing it first class mail, postage-prepaid, to Richard T. Manning, Six Chesbrough Road, Boston, MA 02132-3810.

Subscribed under the penalties of perjury.

_____
Kathleen E. Degnan