FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL 13 P 12: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

RICHARD T. MANNING,               )
    Plaintiff                      )
                           )
                           )
v.                                )       **CASE NO. 04-CV-10401-PBS**
                           )
                           )
THE UNITED STATES OF              )
AMERICA, *ET AL.*,                )
    Defendants                     )
_____ )

## STATEMENT OF REASONS WHY DEFENDANT CITY OF PITTSFIELD'S MOTION TO DISMISS SHOULD BE ALLOWED PURSUANT TO RULE 12(b)(6)

Defendant City of Pittsfield's Motion to Dismiss pursuant to Rule 12(b)(6) of the

Federal Rules of Civil Procedure should be allowed for the following reasons:

1. The plaintiff failed to allege sufficient facts to avoid a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

2. Alternatively, even if the plaintiff did allege sufficient facts to support his claims that the defendant City of Pittsfield had violated all of the federal statutes cited therein, the motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure should still be allowed on the grounds that:

    a. The District Court of Massachusetts has ruled that no private right of action exists for violations of 18 U.S.C. §241, §242, and §1001;

    b. Other jurisdictions have ruled that no private right of action exists for violations of 18 U.S.C. §113, §1951, and §1952;

    c. As a matter of first impression, there is no congressional intent to create a private right of action for violations of 18 U.S.C. §36, §231, §373, §798, §873, §875, §1113, §1201, §1202, §1203, §1501, §1957, and §2261;

d.  As a matter of first impression in the United States District Court for the District of Massachusetts as well as in the United States Court of Appeals for the First Circuit, 5 U.S.C. 552a gives a private right of action against federal agencies only, and the defendant City of Pittsfield is not a federal agency;

e.  As a matter of first impression, 18 U.S.C. §872 and §2236 apply only to acts committed by officers and employees of the United States, and the defendant City of Pittsfield is not an officer or employee of the United States;

f.  The provisions of 18 U.S.C. §2331 and §2340 as cited in the plaintiff's complaint refer only to definitions relating to international terrorism and torture, respectively, and they contain no prohibitive language;

g.  The plaintiff failed to assert facts in support of his claims that the defendant City of Pittsfield violated the provisions of 18 U.S.C. §669, §922, §2261a, and §2318.

Respectfully submitted,
CITY OF PITTSFIELD
By Its Attorney,

Dated: July 12, 2004

Kathleen E. Degnan
Assistant City Solicitor
BBO# 648838
70 Allen Street
Pittsfield, MA  01201
(413) 499-9352

CERTIFICATE OF SERVICE

I, Kathleen E. Degnan, Esq., hereby certify that on this 12th day of July, 2004, I served a copy of the above upon the Plaintiff who is *Pro Se* in this matter by mailing it first class mail, postage-prepaid, to Richard T. Manning, Six Chesbrough Road, Boston, MA 02132-3810.

Subscribed under the penalties of perjury.

Kathleen E. Degnan