UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL 13 P 12: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| RICHARD T. MANNING,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF<br>AMERICA, ET AL.,<br>Defendants | )<br>)<br>)<br>)   CASE NO. 04-CV-10401-PBS<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT CITY OF PITTSFIELD'S CERTIFICATION PURSUANT TO U.S. DISTRICT COURT LOCAL RULE 7.1(A)(2)

Pursuant to United States District Court Local Rule 7.1(A)(2), the undersigned affirm that the Defendant City of Pittsfield by and through its counsel have conferred with the pro se plaintiff with a view towards achieving a resolution of this matter.

Counsel for Defendant
CITY OF PITTSFIELD

_Kathleen E. Degnan_
Kathleen E. Degnan
Office of the City Solicitor
70 Allen Street
Pittsfield, MA 01201
413-499-9352
BBO # 648838

July 12, 2004

## CERTIFICATE OF SERVICE

I, Kathleen E. Degnan, Esq., hereby certify that on this 12th day of July 2004, I served a copy of the above upon the Plaintiff who is *Pro Se* in this matter by mailing it first class mail, postage-prepaid, to Richard T. Manning, Six Chesbrough Road, Boston, MA 02132-3810.

Subscribed under the penalties of perjury.

_____
Kathleen E. Degnan