UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL 13 P 12: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

RICHARD T. MANNING,
    **Plaintiff**

v.

THE UNITED STATES OF
AMERICA, *ET.AL.*,
    **Defendants**

)
)
)
)
)
)
)
)
)
)

**CASE NO. 04-CV-10401-PBS**

## AFFIDAVIT REGARDING SERVICE

With regard to the above-captioned matter, I, Kathleen E. Degnan, Esq., being first duly sworn depose and state that:

1.  I am an attorney representing the Defendant City of Pittsfield in the above-captioned matter.

2.  I am over eighteen (18) years of age.

3.  I have personal knowledge of the statements that I am making herein.

4.  The plaintiff caused service to be made upon the Mayor of the City of Pittsfield on June 25, 2004.

5.  The City of Pittsfield is just one of twenty-four (24) defendants made a party to the above-captioned matter.

6.  The plaintiff did not indicate in his complaint the names and addresses of those served on behalf of the other twenty-three (23) defendants.

7.  On July 12, 2004, I contacted the clerk for the judge assigned to the above-captioned matter and was informed that the Court had no information regarding the names and addresses of the other twenty-three (23) defendants.

8.  On July 12, 2004, I contacted by telephone the plaintiff in the above-captioned matter and requested the names and addresses of those that he caused to be served on behalf of the other twenty-three (23) defendants. The plaintiff stated that he would not give me this information over the telephone, but agreed to give me such information by e-mail upon my written request. I

agreed to make such written inquiry and explained that I needed his response by the end of the day as the deadline for my client's response is very near. The plaintiff agreed to provide me with the requested information before the end of the day on July 12, 2004. Please see the attached e-mail inquiry that I submitted to the plaintiff.

9. At the end of business on July 12, 2004, I had not yet received the names and addresses of the other twenty-three (23) defendants.

10. The deadline for the Defendant City of Pittsfield to file its motion to dismiss is July 15, 2004.

11. Since the plaintiff did not give me the names and addresses of the other defendants, I have only been able to serve the plaintiff with a copy of the motion to dismiss together with supporting documentation.

Sworn to under the pains and penalties of perjury this 12th day of July, 2004.

_Kathleen E. Degnan_
Kathleen E. Degnan, Esq.


## CERTIFICATE OF SERVICE

I, Kathleen E. Degnan, Esq., hereby certify that on this 12th day of July, 2004, I served a copy of the above upon the Plaintiff who is *Pro Se* in this matter by mailing it first class mail, postage-prepaid, to Richard T. Manning, Six Chesbrough Road, Boston, MA 02132-3810.

Subscribed under the penalties of perjury.

_Kathleen E. Degnan_
Kathleen E. Degnan

**Degnan, Kathy**

| | |
|---|---|
| **From:** | Degnan, Kathy |
| **Sent:** | Monday, July 12, 2004 12:15 PM |
| **To:** | 'richardtmanning@hotmail.com' |
| **Subject:** | Manning v. United States of America, et al. |

Dear Mr. Manning:  Pursuant to our telephone conversation, I am submitting to you this written inquiry asking the names and addresses of the other 23 defendants listed in your complaint.  More specifically, I am asking you for the name and address of each person upon whom you had served your federal complaint.  Thank you so much for your assistance.

Very truly yours,

Kathleen E. Degnan
Assistant City Solicitor
City of Pittsfield

**CONFIDENTIALITY NOTICE:** This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication or otherwise. If you have received this communication in error, please contact my office at my Internet address (kdegnan@pittsfieldch.com), or by telephone at (413)499-9352. Thank you

**Degnan, Kathy**

| | |
|---|---|
| **From:** | Richard T. Manning [RICHARDTMANNING@hotmail.com] |
| **Sent:** | Monday, July 12, 2004 2:31 PM |
| **To:** | Degnan, Kathy |
| **Cc:** | RichardTManning@aol.com |
| **Subject:** | Reason for no info until answer! |

June 12, 2004

To Attorney Degnan,

I would very much like to offer you this information however unfortunately
like I said in the telephone conversation with you today, I am expecting an
answer to the letter I wrote to you. Please follow the Federal rules of
Civil procedure,  a reasonable amount of time to submit this information to
the federal court is afforded to me in filling papers (which will be sent to
all the defendants staying in compliance with he FRCP), similar to your
having a reasonable amount of time to answer the complaint. In answering the
complaint I will then have the attorney's name for each defendant and their
address, making it much more safe an environment for the plaintiff and for
each defendant and for the persons now and in the future in this civil
action. This is also within REASON! The Local rule of civil procedure which
I can chat with you about, ( no promulgation of local rules is stated in the
local rules) states that the court is to be made aware within the 120 day
period and that a 10 day grace period is allowed for information concerning
summons delivery proof of service rule. This differs from the Federal Rule
of Civil Procedure and also the Guide to a Civil action.  Furthermore due to
a possible change of venue, I am in compliance with the Federal rules of
civil procedure in denying you that information at this date and time.
Please answer the complaint.

I am sure you will be given the information in a reasonable amount of time!
And I am not a Judge so I do not need to know about your motion before an
answer is given. Rules are sometimes broken, the laws which are written in
the complaint are not!


Sincerely,


Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
617-325-3010

----- Original Message -----
From: "Degnan, Kathy" <kdegnan@pittsfieldch.com>

1

To: <richardtmanning@hotmail.com>
Sent: Monday, July 12, 2004 12:15 PM
Subject: Manning v. United States of America, et al.


Dear Mr. Manning:  Pursuant to our telephone conversation, I am
submitting to you this written inquiry asking the names and addresses of
the other 23 defendants listed in your complaint.  More specifically, I
am asking you for the name and address of each person upon whom you had
served your federal complaint.  Thank you so much for your assistance.

Very truly yours,

Kathleen E. Degnan
Assistant City Solicitor
City of Pittsfield


CONFIDENTIALITY NOTICE: This communication and any accompanying
document(s) are confidential and privileged. They are intended for the
sole use of the addressee. If you receive this transmission in error,
you are advised that any disclosure, copying, distribution, or the
taking of any action in reliance upon the communication is strictly
prohibited. Moreover, any such inadvertent disclosure shall not
compromise or waive the attorney-client privilege as to this
communication or otherwise. If you have received this communication in
error, please contact my office at my Internet address
(kdegnan@pittsfieldch.com), or by telephone at (413)499-9352. Thank you