UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO.: 04-10401PBS

RICHARD T. MANNING, )
        Plaintiff )
)
v. )
)
THE TOWN OF WESTWOOD, et al )
        Defendant )

### DEFENDANT, THE TOWN OF WESTWOOD'S, MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT OR IN THE ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT

The Defendant, The Town of Westwood, hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Plaintiff's Complaint on the grounds that the Plaintiff fails to state a claim in his Complaint against the Town of Westwood. In fact, other than in the caption, the Plaintiff does not mention the Town of Westwood at all in his Complaint. Rather, Plaintiff makes reference to Westwood Lodge which is located in Westwood, Massachusetts. Upon information and belief, the Westwood Lodge is part of the Arbour Health System which is a private mental health system. As the Plaintiff fails to make any allegations against the Town of Westwood his complaint should be dismissed. In the alternative, the Town of Westwood moves pursuant to Rule 12(e) of the Federal Rules of Civil Procedure that this Honorable Court order the Plaintiff, Richard T. Manning, to file a more definite statement as to the allegations contained in his "Summation Complaint" against The Town of Westwood. As grounds therefore, the Defendant states that the Plaintiff's so called Complaint is so vague and ambiguous that it cannot reasonably frame a responsive pleading.

WHEREFORE, for all of the foregoing reasons, the Defendant, Town of Westwood, respectfully requests that this Honorable Court grant the Defendant's Motion to Dismiss the Plaintiff's Complaint or in the alternative for a more definite statement.

        Respectfully submitted,
        The Defendant,
        THE TOWN OF WESTWOOD,
        By its attorneys,

        /s/ Deborah I. Ecker
        Leonard H. Kesten, B.B.O. No.: 542042
        Deborah I. Ecker, B.B.O. No.: 554623
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza, 12th Floor
        Boston, MA 02116
        (617) 880-7100

Dated: July 16, 2004