IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-CV-10401-PBS

RICHARD T. MANNING,           )
                              )
    Plaintiff,                )
                              )
vs.                           )
                              )
THE UNITED STATES OF          )
AMERICA, et al.,              )
    Defendants                )

## MOTION TO DISMISS OF DEFENDANT AMR OF MASSACHUSETTS, INC.

Defendant American Medical Response of Massachusetts, Inc. (identified in the caption as AMR of Massachusetts, Inc.) (hereafter "AMR") hereby moves to dismiss the plaintiff's complaint pursuant to Rule 12(b)(6), for failure to state a claim upon which relief may be granted. In support of this motion AMR submits the accompanying memorandum.

Respectfully submitted,

AMERICAN MEDICAL RESPONSE OF
MASSACHUSETTS, INC.

By its attorneys,

_____
Stephen M. Perry (BBO #395955)
Casner & Edwards, LLP
303 Congress St.
Boston, MA 02210
(617) 426-5900

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by mail this 19th day of July, 2004.

_____
Stephen M. Perry