IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-CV-10401-PBS

| | |
|---|---|
| RICHARD T. MANNING, | ) |
| Plaintiff, | ) |
| vs. | ) |
| THE UNITED STATES OF AMERICA, et al., | ) |
| Defendants | ) |

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
## OF DEFENDANT AMR OF MASSACHUSETTS, INC.

Plaintiff Richard T. Manning has sued twenty-four defendants alleging a conspiracy to violate various federal statutes. Diversity of citizenship is lacking, and jurisdiction is founded solely on federal question jurisdiction.

The complaint alleges, among other things, that the nation's communications companies have conspired to harm plaintiff through the television broadcast of unspecified material that victimizes him. Plaintiff has also included in his complaint, however, several ambulance companies, including American Medical Response of Massachusetts, Inc. (identified in the caption as AMR of Massachusetts, Inc.) (hereafter "AMR"). Other than naming AMR in the caption, the complaint makes no mention of AMR and contains no specific allegations against it.

Because plaintiff's complaint fails to mention AMR or to make any specific factual allegations against AMR, it fails to state a federal claim against AMR. Accordingly, AMR respectfully requests pursuant to Rule 12(b)(6) that the Court dismiss the complaint as against AMR for failure to state a claim upon which relief may be granted.

Respectfully submitted,

AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC.

By its attorneys,

_____
Stephen M. Perry (BBO #395955)
Casner & Edwards, LLP
303 Congress St.
Boston, MA 02210
(617) 426-5900

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by mail this 19th day of July, 2004.

_____
Stephen M. Perry

-2-