IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-CV-10401-PBS

RICHARD T. MANNING,            )
                               )
    Plaintiff,                 )
                               )
vs.                            )
                               )
THE UNITED STATES OF           )
AMERICA, et al.,               )
    Defendants                 )

### CERTIFICATION OF COUNSEL TO DEFENDANT AMR OF MASSACHUSETTS, INC PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) the undersigned hereby certifies as follows: 1) plaintiff is *pro se* so that there is no plaintiff's counsel with whom to confer as contemplated by the Local Rule; 2) plaintiff has in any event not provided a telephone number that would permit the parties to confer verbally; and 3) insofar as defendant seeks dismissal of the entire claim, a further attempt to narrow the parties' differences through written correspondence would be futile.

Respectfully submitted,

AMERICAN MEDICAL RESPONSE OF
MASSACHUSETTS, INC.
By its attorney,

_____
Stephen M. Perry (BBO #395955)
Casner & Edwards, LLP
303 Congress St.
Boston, MA  02210
(617) 426-5900

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by mail this 19th day of July, 2004.

_____
Stephen M. Perry