UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
CASE NO. 04-10401 PBS

RICHARD T. MANNING,
    Plaintiff

v.

UNITED STATES OF AMERICA, COMMONWEALTH OF MASSACHUSETTS, CITY OF BOSTON, CITY OF PITTSFIELD, TOWN OF BROOKLINE, TOWN OF WESTWOOD, SUFFOLK COUNTY, NORFOLK COUNTY, AT&T BROADBAND, COMCAST, GENERAL ELECTRIC, VIACOM, WALT DISNEY COMPANY, UNUM LIFE INSURANCE CO., BLUE CROSS BLUE SHIELD OF MA, FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CENTER, BOURNEWOOD, WESTWOOD PEMBROKE HEALTH CARE, FALLON AMBULANCE SERVICE, EASCARE, LLC, AMR OF MA, INC., DANA FARBER CANCER INSTITUTE & ARNOLD COMMUNICATIONS,
    Defendants

### DEFENDANT, CITY OF BOSTON'S MOTION TO DISMISS

Now comes the Defendant, City of Boston in the above-captioned action and moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff's complaint against the Defendant. As reasons for this Motion, the Defendant City of Boston states that Plaintiff has failed to state a claim upon which relief can be granted.

1

In further support of its Motion, the Defendant submits the attached Memorandum of Law.

Respectfully submitted,

DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel

By its attorney:

Margaret H. Sanel
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4936
BBO# 648701

## CERTIFICATE OF SERVICE

I, Margaret H. Sanel, hereby certify that I served Defendant City of Boston's Motion to Dismiss, by mailing a copy, postage prepaid, to the following:

Richard Manning
Six Chesbrough Road
Boston, MA 02132-3810

Kathleen Degnan, Esq.
City of Pittsfield
Office of Solicitor
Room 201
70 Allen Street
Pittsfield, MA 01201

Deborah I Ecker
Brody, Hardoon, Perkins & Keston
699 Exeter Street
Boston, MA 02116

Kristina H. Allaire, Esq.
Mirick, O'Connell, DeMallie & Lougee
100 Fronts Street
Worcester, MA 01608

George Driscoll, Esq.
Town of Brookline
Town Hall
333 Washington Street
Brookline, MA 02445

7/20/04                              _Margaret H. Sanel_

Date                                 Margaret H. Sanel