UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
CASE NO. 04-10401 PBS

| | |
|---|---|
| RICHARD T. MANNING,<br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, COMMONWEALTH OF MASSACHUSETTS, CITY OF BOSTON, CITY OF PITTSFIELD, TOWN OF BROOKLINE, TOWN OF WESTWOOD, SUFFOLK COUNTY, NORFOLK COUNTY, AT&T BROADBAND, COMCAST, GENERAL ELECTRIC, VIACOM, WALT DISNEY COMPANY, UNUM LIFE INSURANCE CO., BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CENTER, BOURNEWOOD, WESTWOOD PEMBROKE HEALTH CARE, FALLON AMBULANCE SERVICE, EASCARE, LLC, AMR OF MASSACHUSETTS, INC., DANA FARBER CANCER INSTITUTE & ARNOLD COMMUNICATIONS,<br>    Defendants | |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I was unable to reach Plaintiff Richard Manning by phone on July 20, 2004 but left a message concerning the Defendant's Motion to Dismiss. Therefore, we were unable to resolve or narrow the issues prior to filing the above motion.

Respectfully submitted,
DEFENDANT, CITY OF BOSTON,

Merita A. Hopkins
Corporation Counsel
By its attorneys,

*Margaret H. Sanel*
Margaret H. Sanel, BBO# 648701
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, Massachusetts 02201
(617) 635-4936

Dated: July 20, 2004