UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD T. MANNING<br>    Plaintiff<br><br>V.<br><br>UNITED STATES OF AMERICA, THE STATE OF MASSACHUSETTS, THE CITY OF BOSTON, THE CITY OF PITTSFIELD, THE CITY OF BROOKLINE, THE TOWN OF WESTWOOD, SUFFOLK COUNTY, NORFOLK COUNTY, AT&T BROADBAND,COMCAST, GENERAL ELECTRIC, VIACOM, WALT DISNEY COMPANY, UNUM LIFE INSURANCE CO., BLUE CROSS BLUE SHIELD OF MASS., FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CTR., BOURNEWOOD, WESTWOOD PEMBROKE HEALTH CARE, FALLON AMBULANCE SERVICE, EASCARE, LLC, AMR OF MASSACHUSETTS, INC., DANA FARBER CANCER INSTITUTE, ARNOLD COMMUNICATIONS,<br>    Defendants | CIVIL ACTION NO. 04-10401-PBS |

## DEFENDANT BLUE CROSS' MOTION TO DISMISS THE COMPLAINT

Defendant Blue Cross and Blue Shield of Massachusetts, Inc. ("Blue Cross") hereby

moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, that the

Complaint and any cause of action alleged against Blue Cross in the above-captioned

action be dismissed. In the alternative, Blue Cross moves the court to order the plaintiff

to provide a more definite statement before Blue Cross is required to respond to the complaint. As grounds therefore, Blue Cross states the following:

1. Other than in the caption itself, there is no reference to Blue Cross in the Complaint, much less any allegations of wrongdoing. Rule 12(b)(6) of the Federal Rules of Civil Procedure requires dismissal of the complaint where it fails to state a claim upon which relief may be granted. Fed. R. Civ. P. 12(b)(6). Because there are no allegations in the Complaint that pertain to Blue Cross, there are no facts alleged which if proven could support a claim against Blue Cross.

2. In further support of this Motion, Blue Cross refers the Court to the Memorandum In Support of Defendant Blue Cross' Motion To Dismiss, filed herewith.

WHEREFORE, Blue Cross respectfully requests that this Court dismiss the Complaint with respect to defendant Blue Cross.

> BLUE CROSS AND BLUE SHIELD OF
> MASSACHUSETTS, INC.
> By Its Attorneys,
>
> _____
> Sara A. Walker, BBO# 552116
> Blue Cross and Blue Shield
>  of Massachusetts, Inc.
> Landmark Center
> 401 Park Drive
> Boston, MA 02215-3326
> Tel.:  (617) 246-3500
> Fax:  (617) 246-3550

2

## REQUEST FOR ORAL ARGUMENT

Blue Cross respectfully requests a hearing for oral argument on this motion.

### Rule 7.1 Certificate

Undersigned counsel states that given the pro se nature of the complaint, the fact that the plaintiff alleges to have a mental health history, and the nature of this motion, counsel did not reach the plaintiff to attempt to resolve this matter.

_____
Sara A. Walker

Dated: July 16, 200[4]

**CERTIFICATE OF SERVICE** — plaintiff + each
I certify on this date a true copy of this document was served on the attorney of record for each party (by mail)/by hand - and within the time permitted by the court's rules.
Dated: _Sara A. Walker_
7-16-04

Litigation/manning/motion to dismiss

3