UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD T. MANNING, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) NO. 04-10401-PBS |
| | ) |
| UNITED STATES OF AMERICA, ET AL., | ) |
| Defendant. | ) |

### DEFENDANT VIACOM INC.'S MOTION TO DISMISS

Defendant Viacom, Inc. ("Viacom") hereby moves, pursuant to Fed. R. Civ. P. 12(b)(6), for an order dismissing plaintiff's complaint against it. In the alternative, Viacom requests that the Court enter an order pursuant to Rule 12(e) requiring plaintiff to provide a more definite statement of its claims before Viacom is required to answer.

As grounds for its motion, Viacom respectfully incorporates by reference the arguments made by defendant UNUM Life Insurance Co.'s Motion to Dismiss and the memorandum of law in support thereof. See Fed. R. Civ. P. 10 (permitting adoption by reference of statements in pleadings or motions).

LITDOCS:560553.1

VIACOM INC.,

By its attorneys,

*/s/ Jonathan M. Albano*
Jonathan M. Albano
BBO# 013850
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: July 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the plaintiff and the attorneys of record for each other party by mail on July 15, 2004.

*/s/ Jonathan M. Albano*
Jonathan M. Albano

LITDOCS:560553.1