UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD T. MANNING )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>THE STATE OF MASSACHUSETTS, )<br>THE CITY OF BOSTON, )<br>THE CITY OF PITTSFIELD, )<br>THE CITY OF BROOKLINE, )<br>THE TOWN OF WESTWOOD, )<br>SUFFOLK COUNTY, )<br>NORFOLK COUNTY, )<br>AT&T BROADBAND, )<br>COMCAST, )<br>GENERAL ELECTRIC, )<br>VIACOM, )<br>WALT DISNEY COMPANY, )<br>UNUM LIFE INSURANCE CO., )<br>BLUE CROSS BLUE SHIELD OF MASS., )<br>FAULKNER HOSPITAL, )<br>BETH ISRAEL DEACONESS MEDICAL CTR., )<br>BOURNEWOOD, )<br>WESTWOOD PEMBROKE HEALTH CARE, )<br>FALLON AMBULANCE SERVICE, )<br>EASCARE, LLC, )<br>AMR OF MASSACHUSETTS, INC., )<br>DANA FARBER CANCER INSTITUTE, and )<br>ARNOLD COMMUNICATIONS. )<br>    Defendants. ) | Civil Action No. 04-10401 PBS |

**ANSWER OF DEFENDANT COMCAST CORPORATION**

   Defendant Comcast Corporation ("Comcast"), on behalf of itself and as successor-in-interest to defendant AT&T Broadband, submits the following Answer to Plaintiff Richard T. Manning's Complaint.

**I.     REASON FOR COMPLAINT**

This paragraph is introductory in nature, and thus no response is required. To the extent that a response is necessary, Comcast is without information sufficient to form a belief as to the allegations in this paragraph, therefore the allegations are denied.

**II.    INTRODUCTION TO COMPLAINT**

This section of Plaintiff's Complaint contains numerous conclusions of law, to which no response is required, however Comcast denies any allegation that it has violated any of the statutes or provisions of the U.S. Constitution cited by Plaintiff in this section. With respect to the factual allegations contained within this section of the Complaint, Comcast is without information sufficient to form a belief as to the allegations in this paragraph, therefore the allegations are denied.

**III.   JURISDICTION**

This section of the complaint contains conclusions of law to which no response is required.

**IV.    VENUE**

This section of the complaint contains conclusions of law to which no response is required.

**V.     FACTS**

This section of Plaintiff's Complaint contains numerous conclusions of law, to which no response is required. With respect to the factual allegations contained within this section of the Complaint, Comcast admits only that it is the successor-in-interest to AT&T Broadband, and that its related companies and/or subsidiaries operate cable television systems in a number of communities in Massachusetts, including the City of Boston. With respect to any other

2

allegations contained within this section, Comcast is without information sufficient to form a belief as to those allegations, therefore the allegations are denied.

## VI.   FICTION

Comcast is without information sufficient to form a belief as to the allegations contained in this section of Plaintiff's Complaint, therefore the allegations are denied.

## VII.   COMPLICATIONS OF PLAINTIFF

Comcast is without information sufficient to form a belief as to the allegations contained in this section of Plaintiff's Complaint, therefore the allegations are denied.

## VIII.   REMEDIES

This section of Plaintiff's Complaint requests numerous requests for relief from this Court, and therefore no response is required.  To the extent that a response is required, Comcast is without information sufficient to form a belief as to the allegations contained in this section of Plaintiff's Complaint, therefore the allegations are denied.

## IX.   RESOLUTION AND RELIEF

This section of Plaintiff's Complaint requests an award of damages by this Court, and therefore no response is required.  To the extent that a response is required, Comcast is without information sufficient to form a belief as to the allegations contained in this section of Plaintiff's Complaint, therefore the allegations are denied.

## X.   DEMAND FOR GRAND JURY TRIAL

In response to this section of the Complaint, Comcast denies any criminal wrongdoing. Comcast further wishes to clarify that to the extent that Plaintiff is entitled to a jury trial, such trial may not be before a Grand Jury as requested in the Complaint.

## **AFFIRMATIVE DEFENSES**

### **First Affirmative Defense**

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### **Second Affirmative Defense**

Any damages suffered by the Plaintiff were due to the acts of a third party (or third parties) over which Comcast exercises no control.

### **Third Affirmative Defense**

Plaintiff's Complaint fails to meet the pleading requirements of Fed. R. Civ. P. 8.

### **Fourth Affirmative Defense**

Plaintiff's claims against Comcast are barred by the First Amendment of the United States Constitution.

### **Fifth Affirmative Defense**

Plaintiff's claims against Comcast are barred to the extent that the statute or statutes upon which Plaintiff's claims are premised do not provide a private party such as Plaintiff with a private cause of action.

### **Sixth Affirmative Defense**

Plaintiff's claims against Comcast are barred by 47 U.S.C. § 558, which exempts cable television operators from criminal and/or civil liability for non-obscene public, educational, governmental, or commercial programming transmitted by others over its cable television system.

5

WHEREFORE, Comcast respectfully requests that the Court:

a.  Dismiss the Complaint and enter Judgment in favor of Comcast;

b.  Issue any such further relief that this Court deems just and reasonable.

                                                                                                     COMCAST CORPORATION
By its attorney,

/s/ Paul D. Abbott
Paul D. Abbott (BBO # 652233)
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Dated: July 21, 2004.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of July, 2004, I caused the foregoing *Answer of Comcast Corporation* to be served by first class mail, on the following:

Richard T. Manning, *pro se*  
6 Chesbrough Road  
Boston, MA 02132

      Further, I will supplement this service by providing counsel of record for the other defendants in the foregoing action with a copy of this document once such counsel is identified.

                                                    s/ Paul D. Abbott  
                                                    Paul D. Abbott

LIT 1469779v1