UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



RICHARD T. MANNING,
    Plaintiff,

v.

UNITED STATES OF AMERICA,
THE STATE OF MASSACHUSETTS,
THE CITY OF BOSTON, THE CITY OF
PITTSFIELD, THE CITY OF BROOKLINE,
THE TOWN OF WESTWOOD, SUFFOLK
COUNTY, NORFOLK COUNTY, AT&T
BROADCAST, COMCAST, GENERAL
ELECTRIC, VIACOM, WALT DISNEY
COMPANY, UNUM LIFE INSURANCE CO.,
BLUE CROSS BLUE SHIELD OF MASS,
FAULKNER HOSPITAL, BETH ISRAEL
DEACONESS MEDICAL CENTER,
BOURNEWOOD, WESTWOOD PEMBROKE
HEALT CARE, FALLON AMBULANCE
SERVICE, EASCARE, LLC, AMR OF
MASSACHUSETTS, INC., DANA FARBER
CANCER INSTITUTE, ARNOLD
COMMUNICATIONS,
    Defendants

Civil Action No. 04-10401 PBS

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance as counsel for the defendants Beth Israel Deaconess Medical Center, Dana Farber Cancer Institute, and Faulkner Hospital.

Carol A. Kelly
B.B.O. #544549
Murray, Kelly & Bertrand, P.C.
600 Unicorn Park Drive
Woburn, Massachusetts 01801
(781) 569-0020

Dated: July 16, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Richard T. Manning, 6 Chesbrough Road, Boston, Massachusetts 02132-3810, by first-class mail on July 16, 2004.

Carol A. Kelly