UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD T. MANNING,
    Plaintiff,
v.

UNITED STATES OF AMERICA,
THE STATE OF MASSACHUSETTS,
THE CITY OF BOSTON, THE CITY OF
PITTSFIELD, THE CITY OF BROOKLINE,
THE TOWN OF WESTWOOD, SUFFOLK
COUNTY, NORFOLK COUNTY, AT&T
BROADCAST, COMCAST, GENERAL
ELECTRIC, VIACOM, WALT DISNEY
COMPANY, UNUM LIFE INSURANCE CO.,
BLUE CROSS BLUE SHIELD OF MASS,
FAULKNER HOSPITAL, BETH ISRAEL
DEACONESS MEDICAL CENTER,
BOURNEWOOD, WESTWOOD PEMBROKE
HEALT CARE, FALLON AMBULANCE
SERVICE, EASCARE, LLC, AMR OF
MASSACHUSETTS, INC., DANA FARBER
CANCER INSTITUTE, ARNOLD
COMMUNICATIONS,
    Defendants

Civil Action No. 04-10401 PBS

## MOTION OF THE DEFENDANTS, BETH ISRAEL DEACONESS MEDICAL CENTER, INC., DANA FARBER CANCER INSTITUTE, AND FAULKNER HOSPITAL, TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

Now come the defendants, Beth Israel Deaconess Medical Center, Inc., Dana Farber Cancer Institute, and Faulkner Hospital (Hospital Defendants), and respectfully move to dismiss the plaintiff's Complaint against them pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As grounds for their motion, the Hospital Defendants state that the plaintiff's Complaint fails to state a claim against them upon which relief may be granted. For the reasons explained in the Memorandum submitted herewith, the allegations set forth in the plaintiff's Complaint fail, as a matter of law, to state a cognizable claim against any of the Hospital Defendants.

2

In the alternative, the Hospital Defendants submit that the plaintiff's Complaint fails to comply with the pleading requirements of the Federal Rules of Civil Procedure, and is so vague and ambiguous that the Hospital Defendants are unable to frame a responsive pleading. Accordingly, should the Court determine that dismissal is not appropriate at this time, the Hospital Defendants move, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, for a more definite statement, and request that the Court enter an order directing the Plaintiff to file an amended complaint within ten (10) days of the Court's order.

Wherefore, the Hospital Defendants, Beth Israel Deaconess Medical Center, Inc., Dana Farber Cancer Institute, and Faulkner Hospital, respectfully request that their motion be allowed, and that the plaintiff's Complaint against them be dismissed pursuant to Fed. Civ. P. 12(b)(6). In the alternative, the Hospital Defendants request that the Court allow their motion for a more definite statement pursuant to Fed. R. Civ. P. 12(e).

Respectfully submitted,

Carol A. Kelly
B.B.O. #544549
Murray, Kelly & Bertrand, P.C.
600 Unicorn Park Drive
Woburn, Massachusetts 01801
(781) 569-0020

Dated: July 16, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Richard T. Manning, 6 Chesbrough Road, Boston, Massachusetts 02132-3810, by first-class mail on July 16, 2004.

Carol A. Kelly