UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD T. MANNING,<br>    Plaintiff<br><br>V.<br><br>UNITED STATES OF AMERICA, THE STATE OF MASSACHUSETTS, THE CITY OF BOSTON, THE CITY OF PITTSFIELD, THE CITY OF BROOKLINE, THE TOWN OF WESTWOOD, SUFFOLK COUNTY, NORFOLK COUNTY, AT&T BROADBAND, COMCAST, GENERAL ELECTRIC, VIACOM, WALT DISNEY COMPANY, UNUM LIFE INSURANCE CO., BLUE CROSS BLUE SHIELD OF MASS., FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CTR., BOURNEWOOD, WESTWOOD PEMBROKE HEALTH CARE, FALLON AMBULANCE SERVICE, EASCARE, LLC, AMR OF MASSACHUSETTS, INC., DANA FARBER CANCER INSTITUTE, ARNOLD COMMUNICATIONS,<br>    Defendants | CIVIL ACTION NO. 04-10401-PBS |

### DEFENDANT, GENERAL ELECTRIC'S, MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT

The defendant, General Electric ("G.E.") moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the plaintiff's Complaint against it. In the alternative, G.E. moves this Court, pursuant to 12(e) of the Federal Rules of Civil Procedure, order the plaintiff to provide a more definite statement, before G.E. is required to answer.

The grounds for this motion are fully set forth in the accompanying Memorandum of Law and can be summarized as follows:

1. In this case, the plaintiff Richard T. Manning, appears to have sued twenty four defendants under a variety of federal, criminal and civil statutes. However, the Complaint is so confusing and ambiguous that it is impossible to determine which defendant allegedly violated these statutes at any particular time. Furthermore the Complaint fails to state any recognizable cause of action under any of these statutes.

2. Only once in this 18-page complaint does the plaintiff even mention G.E. See Complaint page 5. These allegations also fail to state any recognizable claim upon which relief can be granted and therefore the Complaint against G.E. must be dismissed.

3. In addition, the Complaint is so confusing and ambiguous that G.E. cannot reasonably be required to frame a responsive pleading.

WHEREFORE, General Electric respectfully requests that the Court dismiss the plaintiff's Complaint against it, or in the alternative, order the plaintiff to provide a more definite statement of the claim against General Electric within 10 days of this Court's order. If the plaintiff fails to do so, then the Complaint should be dismissed.

          GENERAL ELECTRIC,

          By its attorneys,

          /s/ Kristina H. Allaire
          Joseph M. Hamilton, BBO #546394
          Kristina H. Allaire, BBO #646001
          Mirick, O'Connell, DeMallie & Lougee, LLP
          100 Front Street
          Worcester, MA 01608-1477
          Phone: (508) 791-8500
          Fax:    (508) 791-8502

Dated: July 22, 2004

## CERTIFICATE OF SERVICE

     I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Richard T. Manning at 6 Chesbrough Road, Boston, MA 02132-3810; Scott P. Lopez, Esq., Law Office of Scott P. Lopez, 24 School Street, 8th Floor, Boston, MA 02108; Jonathan M. Albano, Esq., Bingham McCutchen, LLP, 150 Federal Street, Boston, MA 02110-1726; Kathleen E. Degnan, Esq., City of Pittsfield, Office of Solicitor, 70 Allen Street, Room 201, Pittsfield, MA 01201; Deborah I. Ecker, Esq., Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, 12th Floor, Boston, MA 02116; Sara A. Walker, Esq., Assistant General Counsel, Blue Cross & Blue Shield, Law Department, Landmark Center, 401 Park Drive, Boston, MA 02215; Stephen M. Perry, Esq., Casner & Edwards, LLP, 303 Congress Street, Boston, MA 02210; Margaret H. Sanel, Assistant Corporation Counsel, City of Boston Law Department, Room 615, City Hall, Boston, MA 02201; and Paul D. Abbott, Esq., Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111.

          /s/ Kristina H. Allaire
          Kristina H. Allaire

Dated: July 22, 2004