UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD T. MANNING,<br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>THE COMMONWEALTH OF MASSACHUSETTS,<br>THE CITY OF BOSTON, THE CITY OF<br>PITTSFIELD, THE CITY OF BROOKLINE,<br>THE TOWN OF WESTWOOD, SUFFOLK COUNTY,<br>NORFOLK COUNTY, AT&T BROADBAND,<br>COMCAST, GENERAL ELECTRIC, VIACOM,<br>WALT DISNEY COMPANY, UNUM LIFE<br>INSURANCE COMPANY, BLUE CROSS BLUE<br>SHIELD OF MASSACHUSETTS, FAULKNER<br>HOSPITAL, BETH ISRAEL DEACONESS MEDICAL<br>CENTER, BOURNEWOOD, WESTWOOD<br>PEMBROKE HEALTH CARE, FALLON<br>AMBULANCE SERVICE, EASCARE, LLC, AMR OF<br>MASSACHUSETTS, INC., DANA FARBER CANCER<br>INSTITUTE, and ARNOLD COMMUNICATIONS,<br>　　Defendants. | CIVIL ACTION<br>NO. 04-10401-PBS |

### NOTICE OF APPEARANCE

Kindly enter appearance for the defendant Norfolk County in the above-captioned matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　For the defendant,
　　　　　　　　　　　　　　　　　NORFOLK COUNTY
　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Scott P. Lopez, BBO# 549556

_____
Tara M. Swartz, BBO# 652600
Law Office of Scott P. López
24 School Street, 8th Floor
Boston, MA  02108
(617) 742-5700

Dated: July 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on July 15, 2004.

_____
Tara M. Swartz