UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD A. MANNING,<br>            Plaintiff,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br> ET AL.,<br>            Defendants. | CIVIL ACTION NO. 04-10401-PBS |

## ORDER OF RECUSAL

Saris, U.S.D.J.

    Pursuant to 28 U.S.C. § 455(a), I inform the parties that I recuse myself because I own stock in one of the defendant companies.

                                        **S/PATTI B. SARIS**
                                        United States District Judge