# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil No.  04-10401

Title: Richard A. Manning v. United States of America, et al

## N O T I C E

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge   Saris   has been reassigned to Judge O'Toole for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials   GAO   .

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Christine Patch
         Deputy Clerk

Date:   8/19/04

(Notice of LR40.1 Reassign.wpd - 3/15/02)                              [ntccsasgn.]