UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10401-PBS

RICHARD T. MANNING
*Plaintiff*

v.

UNITED STATES OF AMERICA, THE COMMONWEALTH OF MASSACHUSETTS, THE CITY OF BOSTON, THE CITY OF PITTSFIELD, THE CITY OF BROOKLINE, THE TOWN OF WESTWOOD, SUFFOLK COUNTY, NORFOLK COUNTY, AT&T BROADBAND, COMCAST, GENERAL ELECTRIC, VIACOM, WALT DISNEY COMPANY, UNUM LIFE INSURANCE COMPANY, BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CENTER, BOURNEWOOD, WESTWOOD PEMBROKE HEALTH CARE, FALLON AMBULANCE SERVICE, EASCARE, LLC, AMR OF MASSACHUSETTS, INC., DANA FARBER CANCER INSTITUTE, AND ARNOLD COMMUNICATIONS
*Defendants*

DEFENDANT FALLON SERVICE'S MOTION FOR APPROPRIATE
RELIEF PURSUANT TO RULE 17(C)

The Plaintiff, Richard T. Manning, appears to be disturbed and incompetent. This is evidenced by Mr. Manning's rambling, repetitive, and incoherent Complaint. At times assertions in the Complaint appear to be delusional and paranoid.

In the Complaint, p.9, ¶2, Mr. Manning admits that he has been diagnosed as a schizophrenic and at some point has received medication for this illness.

Counsel spoke to Mr. Manning on August 23, 2004, for approximately forty-five (45) minutes. Counsel soon realized that it was pointless to discuss the case in any meaningful way.

*Page 2 of 2*

Accordingly, the Defendant Fallon Service moves as follows:

1. That the Court order a psychiatric examination of Mr. Manning to determine his competence within the meaning of Fed. R. Civ. P. 17(c), and

2. After an evaluation has been conducted that a guardian *ad litem* be appointed pursuant to Rule 17(c) to conduct or terminate this action.

The Defendant requests a hearing.

        Respectfully submitted,
        For the Defendant,
        FALLON SERVICE, INC.,
        By its attorney,

        */s/ Kevin M. Keating*
        Kevin M. Keating
        BBO #263340
        1040 North Shore Road
        Revere, MA   02151-1505
        781.286.5800 (t); 781.286.5801 (f)

DATED : 29 August 2004