UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-10401-PBS

RICHARD T. MANNING
*Plaintiff*

v.

UNITED STATES OF AMERICA, THE COMMONWEALTH OF MASSACHUSETTS, THE CITY OF BOSTON, THE CITY OF PITTSFIELD, THE CITY OF BROOKLINE, THE TOWN OF WESTWOOD, SUFFOLK COUNTY, NORFOLK COUNTY, AT&T BROADBAND, COMCAST, GENERAL ELECTRIC, VIACOM, WALT DISNEY COMPANY, UNUM LIFE INSURANCE COMPANY, BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CENTER, BOURNEWOOD, WESTWOOD PEMBROKE HEALTH CARE, FALLON AMBULANCE SERVICE, EASCARE, LLC, AMR OF MASSACHUSETTS, INC., DANA FARBER CANCER INSTITUTE, AND ARNOLD COMMUNICATIONS
*Defendants*

## DEFENDANT FALLON SERVICE'S MOTION TO FILE MOTIONS LATE

The Defendant Fallon Service has no record of the receipt of the Complaint. The Plaintiff, Richard T. Manning, informed counsel that service was made by registered mail and delivered on June 28 or June 29, 2004.

In any event counsel and Fallon Service executives were engaged on trial before Chief Magistrate Judge Bowler from July 12, 2004, through July 23, 2004.

Counsel was not furnished the Complaint until mid August when the president of Fallon Service became aware of it.

WHEREFORE, it is respectfully requested that leave be granted to file the accompanying motions late.

The Defendant requests a hearing.

                                      Respectfully submitted,
                                      For the Defendant,
                                      FALLON SERVICE, INC.,
                                      By its attorney,

                                      _/s/ Kevin M. Keating, Jr._
                                      Kevin M. Keating
                                      BBO #263340
                                      1040 North Shore Road
                                      Revere, MA   02151-1505
                                      781.286.5800 (t); 781.286.5801 (f)

DATED: 29 August 2004