UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-10401-PBS

RICHARD T. MANNING
*Plaintiff*

v.

UNITED STATES OF AMERICA, THE COMMONWEALTH OF MASSACHUSETTS, THE CITY OF BOSTON, THE CITY OF PITTSFIELD, THE CITY OF BROOKLINE, THE TOWN OF WESTWOOD, SUFFOLK COUNTY, NORFOLK COUNTY, AT&T BROADBAND, COMCAST, GENERAL ELECTRIC, VIACOM, WALT DISNEY COMPANY, UNUM LIFE INSURANCE COMPANY, BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CENTER, BOURNEWOOD, WESTWOOD PEMBROKE HEALTH CARE, FALLON AMBULANCE SERVICE, EASCARE, LLC, AMR OF MASSACHUSETTS, INC., DANA FARBER CANCER INSTITUTE, AND ARNOLD COMMUNICATIONS
*Defendants*

DEFENDANT FALLON SERVICE'S MEMORANDUM
IN SUPPORT OF MOTION TO DISMISS

The only mention of the Defendant, Fallon Service, Inc., in the Complaint occurs on page 9, ¶1. It is a fleeting reference. At best it can only be construed as a state claim for false imprisonment. The Complaint is replete with references to the United States Constitution and the United States Code; however, none of them pertain to Fallon. Accordingly, there is no federal question which would form the basis for federal jurisdiction.

With regard to service of the Complaint, the Plaintiff, Richard T. Manning, informed counsel on August 23, 2004, that service was made by registered mail on June 28 or June 29, 2004. Fallon has no record of it and does not know who signed for it.

Thus, service was not in according with Fed. R. Civ. P. 4 (c) and (h). There is no

waiver in accordance with Fed. R. Civ. P. 4 (d). Thus, service is improper.

Finally, the Complaint fails to state a claim. The only reference to Fallon is on page 9 of the Complaint where Mr. Manning states: ". . . taken involuntarily by Fallon Ambulance to Bournewood Hospital." There is nothing more and without more facts a claim is not stated.

For these reasons, the Defendant Fallon Service's Motion to Dismiss should be allowed.

The Defendant requests a hearing.

          Respectfully submitted,
          For the Defendant,
          FALLON SERVICE, INC.,
          By its attorney,

          */s/ Kevin M. Keating*
          Kevin M. Keating
          BBO #263340
          1040 North Shore Road
          Revere, MA   02151-1505
          781.286.5800 (t); 781.286.5801 (f)

DATED:   29 August 2004