UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10401-PBS

RICHARD T. MANNING
*Plaintiff*

v.

UNITED STATES OF AMERICA, THE COMMONWEALTH OF MASSACHUSETTS, THE CITY OF BOSTON, THE CITY OF PITTSFIELD, THE CITY OF BROOKLINE, THE TOWN OF WESTWOOD, SUFFOLK COUNTY, NORFOLK COUNTY, AT&T BROADBAND, COMCAST, GENERAL ELECTRIC, VIACOM, WALT DISNEY COMPANY, UNUM LIFE INSURANCE COMPANY, BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CENTER, BOURNEWOOD, WESTWOOD PEMBROKE HEALTH CARE, FALLON AMBULANCE SERVICE, EASCARE, LLC, AMR OF MASSACHUSETTS, INC., DANA FARBER CANCER INSTITUTE, AND ARNOLD COMMUNICATIONS
*Defendants*

DEFENDANT FALLON SERVICE'S CERTIFICATION OF COUNSEL
PURSUANT TO LOCAL RULE 7.1(A)(2)

Counsel conferred with the Plaintiff Richard T. Manning on August 23, 2004, and certifies that he attempted in good faith to resolve all issues to no avail.

Respectfully submitted,
For the Defendant,
FALLON SERVICE, INC.,
By its attorney,

Kevin M. Keating
BBO #263340
1040 North Shore Road
Revere, MA 02151-1505
781.286.5800 (t); 781.286.5801 (f)

DATED : 29 August 2004