UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10401-PBS

RICHARD T. MANNING
*Plaintiff*

v.

UNITED STATES OF AMERICA, THE COMMONWEALTH OF MASSACHUSETTS, THE CITY OF BOSTON, THE CITY OF PITTSFIELD, THE CITY OF BROOKLINE, THE TOWN OF WESTWOOD, SUFFOLK COUNTY, NORFOLK COUNTY, AT&T BROADBAND, COMCAST, GENERAL ELECTRIC, VIACOM, WALT DISNEY COMPANY, UNUM LIFE INSURANCE COMPANY, BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CENTER, BOURNEWOOD, WESTWOOD PEMBROKE HEALTH CARE, FALLON AMBULANCE SERVICE, EASCARE, LLC, AMR OF MASSACHUSETTS, INC., DANA FARBER CANCER INSTITUTE, AND ARNOLD COMMUNICATIONS
*Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the following documents was served upon the below-listed attorney of record for each party by first class mail on August 29, 2004:

1. Defendant Fallon Services' Notice of Appearance;

2. Defendant Fallon Service's Motion for Appropriate Relief Pursuant to Rule 17(c);

3. Defendant Fallon Service's Certification of Counsel Pursuant to Local Rule 7.1(A)(2);

4. Defendant Fallon Service's Motion to File Motions Late;

5. Defendant Fallon Service's Motion to Dismiss; and

6.  Defendant Fallon Service's Memorandum in Support of Motion to Dismiss.

_____
Joyce E. Hurley for Kevin M. Keating

COUNSEL SERVED:

Richard Thomas Manning
Six Chesbrough Road
Boston, MA 02132-3810

Kathleen E. Degnan, Esquire
City of Pittsfield – Office of Solicitor
70 Allen Street – Room 21
Pittsfield, MA 01201

Paul D. Abbott, Esquire
Mintz, Levin
One Financial Center
Boston, MA 02111

Kristina H. Allaire, Esquire
Mirick, O'Connell
100 Front Street
Worcester, MA 01608

Carol A. Kelly, Esquire
Murray, Kelly & Bertrand, P.C.
600 Unicorn Park Drive
Woburn, MA 01801

Stephen M. Perry, Esquire
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02110

Margaret H. Sanel, Esquire
City of Boston Law Dep't
Boston City Hall – Room 615
Boston, MA 02201

Deborah I. Ecker, Esquire
Brody, Hardoon, Perkins & Keston
699 Exeter Street
Boston, MA 02116

Scott P. Lopez, Esquire
24 School Street – 8th Floor
Boston, MA 02108

Jonathan M. Albano, Esquire
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Sara A. Walker, Esquire
Blue Cross Blue Shield
Landmark Center
401 Park Drive
Boston, MA 02115-3326