## Outline of documents sent to The District court Clerk August 23, 2004

August 23, 2004

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

### United States District Court
District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| Plaintiff | ) | |
| V. | ) | |
| | ) | |
| United States of America | ) | |
| The State of Massachusetts | ) | |
| The City of Boston | ) | |
| The City of Pittsfield | ) | |
| The City of Brookline | ) | |
| The Town of Westwood | ) | |
| Suffolk County | ) | |
| Norfolk County | ) | Civil Action Number |
| AT&T Broadband | ) | |
| Comcast | ) | |
| General Electric | ) | 04 · 10401 ~~PBS~~ GAO |
| Viacom | ) | |
| Walt Disney Company | ) | |
| UNUM Life Insurance Co. | ) | |
| Blue Cross Blue Shield of Mass. | ) | |
| Faulkner Hospital | ) | |
| Beth Israel Deaconess Medical Ctr. | ) | |
| Bournewood | ) | |
| Westwood Pembroke Health Care | ) | |
| Fallon Ambulance Service | ) | |
| Eascare, LLC | ) | |
| AMR of Massachusetts, Inc | ) | |
| Dana Farber Cancer Institute | ) | |
| Arnold Communications | ) | |

### Plaintiff Richard T. Manning's memorandum Outline of mailing.

1) Included in the mailing is as follows

   A) Affidavit of Summons delivery time date and by whom served proving

   Service before the 120 day period listed in the Federal Rules of Civil procedure.

   B) Copy of June 3, 2004 letter sent to defendants along with proposed settlement

Agreements not included because of non disclosure statements.

C) 24 Summons copies and 16 supporting documents ( FedEx and USPS tracking data) to prove service of summons.

D) A motion for summary judgment in compliance with Rule 56 of the Federal Rules Of Civil Procedure.

E) A motion to amend complaint with addition of charge of USC Title18 section 2261(a) for 6 specific defendants United States, Massachusetts, City of Boston, Viacom, Walt Disney, and General Electric.

F) 11 pleadings answering 11 motions and 14 defendants that responded (2 defendants combined Comcast and AT&T and then 3 more defendants combined Faulkner, Beth Israel, and Dana Farber.) from defendant's that submitted motions to the court and to the plaintiff that are UNUM(affidavit of supporting documents and audio files attached), The City of Pittsfield, AMR of MA, The City of Boston, * Comcast with AT&T Broadband, Blue Cross Blue Shield of MA, Viacom, Norfolk County, *Faulkner with Beth Israel Deaconess Med CTR both with Dana Farber, General Electric, The Town of Westwood.

G) Affidavit of phone message from State of Massachusetts explaining its non compliance with the federal rules of civil procedure to the plaintiff not in writing.

Sincerely,



**Richard T. Manning Pro Se**

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2004.08.30 07:02:50 -04'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, MA 02132-3810

Signature Valid

Richard T Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

Tel. 6176-325-3010

I certify that a copy of this document will be mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to all the defendants. In this list United States of America, The Commonwealth of Massachusetts,
The City of Boston, The City of Pittsfield, The City of Brookline,
The Town of Westwood, Suffolk County, Norfolk County, AT&T Broadband Comcast ,General Electric, Viacom ,Walt Disney Company ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, Bournewood ,Westwood Pembroke Health Care ,Fallon Ambulance Service, Eascare LLC AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute, Arnold Communications.

Signed and certified by Richard T. Manning Pro Se ✓ Signature Valid  Richard T. Manning Pro Se

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2004.08.30 07:03:16 -04'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, MA 02132-3810

Date  August 30, 2004