September 4, 2004

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

**United States District Court**

District of Massachusetts

| | | |
|---|---|---|
| ***Richard T. Manning*** | ) | |
| **Plaintiff** | ) | |
| **V.** | ) | |
| | ) | |
| **United States of America** | ) | |
| **The State of Massachusetts** | ) | |
| **The City of Boston** | ) | |
| **The City of Pittsfield** | ) | |
| **The City of Brookline** | ) | |
| **The Town of Westwood** | ) | |
| **Suffolk County** | ) | |
| **Norfolk County** | ) | **Civil Action Number** |
| **AT&T Broadband** | ) | |
| **Comcast** | ) | |
| **General Electric** | ) | **04 · 10401 GAO** |
| **Viacom** | ) | |
| **Walt Disney Company** | ) | |
| **UNUM Life Insurance Co.** | ) | |
| **Blue Cross Blue Shield of Mass.** | ) | |
| **Faulkner Hospital** | ) | |
| **Beth Israel Deaconess Medical Ctr.** | ) | |
| **Bournewood** | ) | |
| **Westwood Pembroke Health Care** | ) | |
| **Fallon Ambulance Service** | ) | |
| **Eascare, LLC** | ) | |
| **AMR of Massachusetts, Inc** | ) | |
| **Dana Farber Cancer Institute** | ) | |
| **Arnold Communications** | ) | |

**Memorandum that Plaintiff Richard T. Manning notifies the court of successful service of pleadings and papers and cd rom audio files filed with the court on August 30, 2004 as stated in Rule 5.2(b)**

1) Richard T. Manning Pro Se acting on behalf of the Plaintiff served by way of

US Mail pleadings and papers filed with the US District Court in Massachusetts on

Monday August 30, 2004 at 10:59AM to all those defendants attorneys in this action that have properly responded with signed answers to the complaint in the form of motions to the plaintiff and to the court previous to August 30, 2004. the following defendants are those who were served. **UNUM Life Insurance Co, The City of Pittsfield, The Town of Westwood, AT&T Broadband, Comcast, General Electric, Viacom, Blue Cross Blue Shield of Mass., Faulkner Hospital, Beth Israel Deaconess Medical Ctr, Dana Farber Cancer Institute, AMR of Massachusetts, Inc. The City of Boston, Norfolk County.**

2)    The proof is the tracking number for each mailing served these defendant's attorney's addresses. The other defendants not listed in section 1 of this memorandum were not served yet and as stated in the certification they will be mailed either upon court order or successful delivery of an answer with an attorney address to the court and to the plaintiff. A motion for summary judgment has been submitted due to several defendants failure to answer the court and the plaintiff's action. Here are the tracking numbers for the service of pleadings with the attorney name, date and time of delivery.

a) Unum's attorney, Kristina H. Allaire, was served pleadings on September 1, 2004 by Richard T. Manning Pro Se by way of US Mail and was delivered the pleadings on September 2, 2004 at 7:45AM with a US Mail Tracking number of 0304 1070 0000 9036 3046 in Worcester, MA 01608.

b) The City Of Pittsfield's attorney, Kathleen Degnan was served pleadings on September 1, 2004 by Richard T. Manning Pro Se by way of US Mail and was delivered

The pleadings on September 2, 2004 at 11:23AM with a US Mail Tracking number of 0304 1070 0000 9036 2971 in Pittsfield, MA 01201.

c) The Town of Westwood's attorney Deborah I. Ecker was served pleadings on September 1, 2004 by Richard T. Manning Pro Se by way of US Mail and was delivered the pleadings on September 2, 2004 at 10:12AM with a US Mail Tracking number of 0304 1070 0000 9036 3053 in Boston MA 02116.

d) Comcast and AT&T Broadband's attorney, Paul D. Abbott was served pleadings on September 1, 2004 by Richard T. Manning Pro Se by way of US Mail and was delivered the pleadings on September 2, 2004 at 9:10AM with a US Mail Tracking number of 0304 1070 0000 9036 2995 in Boston, MA 02111.

e) General Electric's attorney, Kristina H. Allaire was served pleadings on September 1, 2004 by Richard T. Manning Pro Se by way of US Mail and was delivered the pleadings on September 2, 2004 at 7:45AM with a US Mail Tracking number of 0304 1070 0000 9036 2957 in Worcester, Ma 01608.

f) Viacom's attorney,  Johnathan M.Albano, was served pleadings on September 1, 2004 by Richard T. Manning Pro Se by way of US Mail and was delivered the pleadings on September 2, 2004 at 8:28AM with a US Mail Tracking number of 0304 1070 0000 9036 3015 in Boston, Ma 02110.

g) Blue Cross Blue Shield of Mass's attorney,  Sara A. Walker was served pleadings on September 1, 2004 by Richard T. Manning Pro Se by way of US Mail and was delivered the pleadings on September 2, 2004 at 8:22AM with a US Mail Tracking number of 0304

1070 0000 9036 3008 in Boston, MA 02215.

h) Dana Farber, Faulkner, and Beth Israel's attorney,   Carol A. Kelly was served pleadings on September 1, 2004 by Richard T. Manning Pro Se by way of US Mail and was delivered the pleadings on September 2, 2004 at 12:03PM with a US Mail tracking number of 0304 1070 0000 9036 2988 in Woburn, MA 01801.

i) AMR of Massachusetts, Inc's attorney, Stephen M. Perry was served pleadings on September 1, 2004 by Richard T. Manning Pro Se by way of US Mail and was delivered the pleadings on September 2, 2004 at 8:31AM with a US Mail Tracking number of 0304 1070 0000 9036 3039 in Boston, MA 02210.

j) The City of Boston's attorney,  Margaret H. Sanel was served pleadings on September 1, 2004 by Richard T. Manning Pro Se by way of US Mail and was delivered the pleadings on September 2, 2004 at 9:49AM with a US Mail Tracking number of 0304 1070 0000 9036 2964 in Boston, MA.

k) The County of Norfolk's attorney,  Tara Swartz was served pleadings on September 1, 2004 by Richard T. Manning Pro Se by way of US Mail and was delivered the pleadings on September 2, 2004 at 9:07AM with a US Mail Tracking number of 0304 1070 0000 9036 3022 in Boston, MA 02108.

Sincerely,

Richard T Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 6176-325-3010


**UNITED STATES**
**POSTAL SERVICE.**

## Track & Confirm

**Current Status**

You entered 0304 1070 0000 9036 3046

Your item was delivered at 7:45 am on September 02, 2004 in
WORCESTER, MA 01608.

*Shipment Details >*

**Notification Options**

▸ **Track & Confirm by email**    What is this?    ( *Go >* )

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**

**POSTAL INSPECTORS**
Preserving the Trust

**site map   contact us   government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**UNITED STATES POSTAL SERVICE**

## Track & Confirm

**Current Status**

You entered 0304 1070 0000 9036 2971

Your item was delivered at 11:23 am on September 02, 2004 in PITTSFIELD, MA 01201.

Shipment Details >

**Notification Options**

▶ **Track & Confirm by email**    What is this?    Go >

**Track & Confirm**

Enter label number:

Track & Confirm FAQs

POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy


**UNITED STATES**
**POSTAL SERVICE®**

## Track & Confirm

**Current Status**

You entered 0304 1070 0000 9036 3053

Your item was delivered at 10:12 am on September 02, 2004 in
BOSTON, MA 02116.

( *Shipment Details >* )

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**

**Notification Options**

▶ **Track & Confirm by email**    What is this?    *Go >*

**POSTAL INSPECTORS**
Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy


**UNITED STATES POSTAL SERVICE.**

## Track & Confirm

**Current Status**

You entered 0304 1070 0000 9036 2995

Your item was delivered at 9:10 am on September 02, 2004 in BOSTON, MA 02111.

( Shipment Details > )

**Notification Options**

▸ **Track & Confirm by email**    What is this?    ( Go > )

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**

POSTAL INSPECTORS
Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**UNITED STATES
POSTAL SERVICE®**

## Track & Confirm

**Current Status**

You entered 0304 1070 0000 9036 2957

Your item was delivered at 7:45 am on September 02, 2004 in WORCESTER, MA 01608.

( **Shipment Details >** )

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**

**Notification Options**

▸ **Track & Confirm by email**   What is this?   Go >

POSTAL INSPECTORS
Preserving the Trust

**site map   contact us   government services**

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy


**UNITED STATES**
**POSTAL SERVICE.**

## Track & Confirm

### Current Status

You entered 0304 1070 0000 9036 3015

Your item was delivered at 8:28 am on September 02, 2004 in BOSTON, MA 02110.

Shipment Details >

### Notification Options

▶ **Track & Confirm by email**    What is this?    Go >

**Track & Confirm**
Enter label number:

**Track & Confirm FAQs**

**POSTAL INSPECTORS**
Preserving the Trust

**site map   contact us   government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy


**UNITED STATES**
**POSTAL SERVICE.**

## Track & Confirm

**Current Status**

You entered 0304 1070 0000 9036 3008

Your item was delivered at 8:22 am on September 02, 2004 in BOSTON, MA 02215.

( Shipment Details > )

**Notification Options**

▶ **Track & Confirm by email**    What is this?    ‹ Go ›

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**

POSTAL INSPECTORS
Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

 **UNITED STATES POSTAL SERVICE®**

## Track & Confirm

**Current Status**

You entered 0304 1070 0000 9036 2988

Your item was delivered at 12:03 pm on September 02, 2004 in WOBURN, MA 01801.

( **Shipment Details >** )

**Notification Options**

▶ **Track & Confirm by email**   What is this?   ⌐ *Go >* ¬

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**

POSTAL INSPECTORS
Preserving the Trust

**site map   contact us   government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



UNITED STATES
POSTAL SERVICE®



# Track & Confirm

**Current Status**

You entered 0304 1070 0000 9036 3039

Your item was delivered at 8:31 am on September 03, 2004 in BOSTON, MA 02210.

( Shipment Details > )

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**

**Notification Options**

▶ **Track & Confirm by email**   What is this?   Go >



POSTAL INSPECTORS
Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**UNITED STATES**
**POSTAL SERVICE.**

## Track & Confirm

**Current Status**

You entered 0304 1070 0000 9036 2964

Your item was delivered at 9:49 am on September 02, 2004 in BOSTON, MA 02108.

( *Shipment Details >* )

**Notification Options**

▶ **Track & Confirm by email**    What is this?    ( **Go >** )

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**

POSTAL INSPECTORS
Preserving the Trust

**site map   contact us   government services**

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy


**UNITED STATES POSTAL SERVICE.**

## Track & Confirm

### Current Status

You entered 0304 1070 0000 9036 3022

Your item was delivered at 9:07 am on September 02, 2004 in BOSTON, MA 02108.

*Shipment Details >*

### Notification Options

▸ **Track & Confirm by email**    What is this?    *Go >*

### Track & Confirm

Enter label number:

**Track & Confirm FAQs**

**POSTAL INSPECTORS**
Preserving the Trust

**site map   contact us   government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy