Copy of letter before civil action 04 10401 PBS GAO
Richard T. Manning V. United States et. al.

June 3, 2004

Richard T. Manning
Six Chesbrough Road
Boston, Ma 02132-3810

To the Defendants,

The following is a proposed solution to the problem that has been occurring. First as you are now aware of there is a complaint filed in the United States District Court in the District of Massachusetts. I have provided you with a summons, and a copy of the complaint, to be responded in writing by you the defendant, to both my address and the U.S. District Court's address. Also included is a proposed settlement agreement for you to review prior to a scheduling conference by a judge. Please be so kind as to answer the complaint in writing separately from the proposed settlement agreement. If you agree to the settlement please respond to that as well in a separate letter.

Realizing that there are other defendants that may or may not agree to a settlement and that each and every settlement is different because the nature of the illegal interaction with me is different as so stated in the complaint, your agreement to a settlement does not exclude you from the complaint. Most of these defendants are in business with each other and communicate with one another frequently and we are all to be treated equally and fairly under the law. This is one major factor the plaintiff had for filing the complaint, for the plaintiff has not been treated fairly under the law.

Once again thank you for your time and attention, and hopefully with your anticipated acceptance to the proposed settlement agreement we can avoid any further time consuming and expensive civil action and avoid any criminal procedures, however the criminal procedure is up to the discretion of the court for I am not a criminal prosecutor, I am one United States citizen that is determined to resolve these problems listed in the complaint in a civil manner.

My address is Richard T. Manning Pro Se
     Six Chesbrough Road
     Boston, Massachusetts 02132-3810

The U.S. District Court in Massachusetts address is:

United States District Court
Office Of The Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Sincerely,
copy of original

Richard T. Manning Pro Se

A copy of this letter was sent to: United States District Court, Office Of The Clerk John Joseph Moakley Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210