Aug 23, 2004

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

## United States District Court
District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| **Plaintiff** | ) | |
| V. | ) | |
| | ) | |
| United States of America | ) | |
| The State of <u>Massachusetts</u> | ) | |
| The City of Boston | ) | |
| The City of Pittsfield | ) | |
| The City of Brookline | ) | |
| The Town of Westwood | ) | |
| Suffolk County | ) | |
| Norfolk County | ) | Civil Action Number |
| AT&T Broadband | ) | |
| Comcast | ) | |
| General Electric | ) | 04 · 10401 ~~PBS~~ GAO |
| Viacom | ) | |
| Walt Disney Company | ) | |
| UNUM Life Insurance Co. | ) | |
| Blue Cross Blue Shield of Mass. | ) | |
| Faulkner Hospital | ) | |
| Beth Israel Deaconess Medical Ctr. | ) | |
| Bournewood | ) | |
| Westwood Pembroke Health Care | ) | |
| Fallon Ambulance Service | ) | |
| Eascare, LLC | ) | |
| AMR of Massachusetts, Inc | ) | |
| Dana Farber Cancer Institute | ) | |
| Arnold Communications | ) | |

**<u>Memorandum of the Plaintiff to the United States District Court listing all the Defendants Addresses and attorney addresses plaintiff has to this date August 23,2004.</u>**

The following is a mailing list of defendants summons delivery addresses with attorney's names and addresses adjacent to the company addresses (this is the address known to the plaintiff Richard T. Manning) along with how and what date answer was recieved by the plaintiff.

1)
United States of America
The Attorney General's office
U.S. Department of Justice
950 Pennsylvania Avenue,
NW Washington, DC 20530-0001

---

2)
Commonwealth of Massachusetts
Office of the Governor
Room 360
Boston, MA 02133

---

3)
City of Boston
Mayor's Office
1 City Hall Plaza
Boston, MA 02201

Margaret H. Sanel
Assistant Corporation Counsel
City of Boston Law department
Room 615, City Hall
Boston, Ma 02201
(617) 635-4936
BBO# 648701

US Mail
stamped July 20, 2004
received July 21, 2004

---

4)
City of Pittsfield
The Mayor's office City Hall,
70 Allen Street
Pittsfield, MA 01201

Katleen Degnan
Assistant city solicitor
70 Allen St. Suite 201
Pittsfield, Ma 01201
413-499-9352
BBO#648838

Express US Mail
stamped July 13, 2004
received July 14, 2004

---

5)
City of Brookline,
Selectmen's Offices 6th Floor,
Brookline Town Hall
333 Washington Street
Brookline, MA 02445

---

6)
Town of Westwood,
580 High St
Westwood MA 02090

Deborah I. Ecker,
B.B.O. No. 554623
Brody, Hardoon, Perkins &Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

US Mail
stamped July 16, 2004
received July 17, 2004

7)
Suffolk County
1 Bullfinch Place
Boston, Massachusetts 02114

8)
Norfolk County
614 High Street
Dedham, MA 02026

Tara M Swartz,
BBO#652600
Law Office of Scott P. Lopez
24 School Street, 8th floor
Boston, MA 02108
(617) 742-5700

US Mail
stamped July 15, 2004
received July 16, 2004

9)
AT&T Broadband
32 Ave of the Americas,
New York, NY 10013-2412

Paul D. Abbott
(BBO# 652233)
Mintz, Levin, Cohn, Ferris,
Glovsky, and Popeo, P.C.
One Financial Center
Boston, Massachusetts
(617)542-6000

US Mail
stamped July 21, 2004
received July 22, 2004

10)
Comcast Co.
1500 Market Street
Philadelphia, PA 19102

Paul D. Abbott
(BBO# 652233)
Mintz, Levin, Cohn, Ferris,
Glovsky, and Popeo, P.C.
One Financial Center
Boston, Massachusetts
(617)542-6000

11)
General Electric Co.,
3135 Easton Tpke.
Fairfield, CT 06431

Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502

US Mail
stamped July 22, 2004
received July 23, 2004

12)
Viacom Inc.,
1515 Broadway,
New York, NY 10036

Johnathan M.Albano
BBO# 013850
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

US Mail
stamped July 15, 2004
received July 16, 2004

| | | |
|---|---|---|
| 13) Walt Disney Company, 500 S. Buena Vista St. Burbank, CA 91521-7320 | | |
| 14) UNUM Life Insurance Co 2211 Congress St. Portland, ME 04122 | Kristina H. Allaire, BBO #646001 Mirick, O'Connell, DeMallie & lougee, LLP 100 Front Street Worcester, MA 01608-1477 Phone: (508) 791-8500 Fax:   (508) 791-8502 | US Mail stamped July 14, 2004 received July 15, 2004 |
| 15) Blue Cross Blue Shield of Mass. 100 Newport Ave, Quincy, MA 02171 | Sara A. Walker, BBO# 552116 Blue Cross and Blue Shield of Massachusetts, Inc. Landmark Center 401 Park Drive Boston, MA 02215-3326 Tel: (617) 246-3500 Fax: (617) 246-3550 | First Class US Mail stamped July 14, 2004 received July 17, 2004 |
| 16) Faulkner Hospital, 1153 Centre St. Boston, MA 02130 | Carol A. Kelly B.B.O. #544549 Murray, Kelly &Bertrand, P.C. 600 Unicorn Park Drive Woburn, Massachusetts 01801 (781) 569-0020 | US Mail stamped July 16, 2004 received July 17, 2004 |
| 17) Bournewood 300 South St. Brookline MA 02467 | | |
| 18) Westwood Pembroke Health Care. 45 Clapboardtree St. Westwood,MA 02090 | | |
| 19) Fallon Ambulance Service, 95 Eliot Street Milton, 02186 | | |

| 20) Beth Israel Deconess Medical Ctr. 330 Brookline Ave, Boston, MA 02215 | Carol A. Kelly B.B.O. #544549 Murray, Kelly &Bertrand, P.C. 600 Unicorn Park Drive Woburn, Massachusetts 01801 (781) 569-0020 | US Mail stamped July 16, 2004 received July 17, 2004 |
|---|---|---|
| 21) Eascare, LLC 500 Neponset Avenue Boston, MA 02122 | | |
| 22) AMR of Massachusetts, Inc 4 Tech Circle Natick, MA 01760 | Stephen M. Perry Casner &Edwards, LLP 303 Congress St. Boston, Ma 02210 (617) 426-5900 BBo#395955 | US Mail stamped July 19, 2004 received July 20, 2004 |
| 23) Dana Farber Cancer Institute 44 Binney St. Boston MA 02115 | Carol A. Kelly B.B.O. #544549 Murray, Kelly &Bertrand, P.C. 600 Unicorn Park Drive Woburn, Massachusetts 01801 (781) 569-0020 | US Mail stamped July 16, 2004 received July 17, 2004 |
| 24) Arnold Communications 101 Huntington Ave Boston, MA 02199 | | |

Sincerely,

 **Richard T. Manning Pro Se**   Digitally signed by Richard T. Manning Pro Se
Signature Valid
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2004.08.23 06:16:06 -05'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, Ma 02132-3810

Richard T Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

Tel. 6176-325-3010

I certify that a copy of this document was mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to all the defendants, or if represented, to their Attorney's In this list, United States of America, The Commonwealth of Massachusetts, The City of Boston, The City of Pittsfield, The City of Brookline,
The Town of Westwood, Suffolk County, Norfolk County, AT&T Broadband Comcast ,General Electric, Viacom ,Walt Disney Company ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, Bournewood ,Westwood Pembroke Health Care ,Fallon Ambulance Service, Eascare LLC AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute, Arnold Communications.

Signed and certified by Richard T. Manning Pro Se ✓ Signature Valid   Richard T. Manning Pro Se

Date   __August 23, 2004__