SCANNED DATE: 9/16/04  M.P.
BY:

August 16, 2004

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

## United States District Court
District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| Plaintiff | ) | |
| V. | ) | |
| | ) | |
| United States of America | ) | |
| The State of Massachusetts | ) | |
| The City of Boston | ) | |
| The City of Pittsfield | ) | |
| The City of Brookline | ) | |
| The Town of Westwood | ) | |
| Suffolk County | ) | |
| Norfolk County | ) | Civil Action Number |
| AT&T Broadband | ) | |
| Comcast | ) | |
| General Electric | ) | 04 · 10401 PBS |
| Viacom | ) | |
| Walt Disney Company | ) | |
| UNUM Life Insurance Co. | ) | |
| Blue Cross Blue Shield of Mass. | ) | |
| Faulkner Hospital | ) | |
| Beth Israel Deaconess Medical Ctr. | ) | |
| Bournwood | ) | |
| Westwood Pembroke Health Care | ) | |
| Fallon Ambulance Service | ) | |
| Eascare, LLC | ) | |
| AMR of Massachusetts, Inc | ) | |
| Dana Farber Cancer Institute | ) | |
| Arnold Communications | ) | |

**Plaintiff Richard T. Manning's Motion to amend complaint 04 10401 PBS by notifying the court of specific defendants violating the interstate stalking laws defined in USC Title 18 section 2261A(2001, 2002) proven by the facts written in this motion.**

1) The plaintiff regards the crime USC Title 18 section 2261A(2001, 2002) as a

terrorist act as so listed in the introduction to the complaint. Allowing this to continue to

happen to the plaintiff is criminal and implicates the United States, the State of Massachusetts, and the City of Boston for they all deal in interstate and foreign commerce and more specific collect taxes and allow these following three companies to operate in a criminal manner. These defendants most certainly have been stalking as can be researched and be proven as fact on national and international broadcasts of TV and Radio and have the intent to harass and harm the plaintiff. More specific would be the companies named General Electric, Viacom, and especially Walt Disney These defendants, one of which operates a theme park and collects monies from persons that originates from every United States Treasury A thru L wheather that be paper or metal change currency, or credit or debit or check from various banks located throughout the U.S. thus proving an interstate stalking) . This crime listed and defined in USC Ttile 18 section 2261A is proven by the companies being listed in every newspaper in the country in the business sections either daily or weekly along with three TV cable channels programs I have witnessed displaying and speaking to a massive audience the financial dealings of these companies giving further rise for plaintiffs fear of being molested by a MOB of greedy fanciers who gather information on these companies and who wish to Further their involvement by interrupting this case by use of the Federal Code of Civil procedures rule 24 Intervention by opening up to the public not only this case but other private matters of the plaintiff that are not involved with this complaint and were previous to it's submission.. This is proven by comments spoken and displayed in closed caption on financial cable TV shows that I have had access to named CNN, CNBC, and the Bloomberg reports. Meaning seeking coconspirators to a crime on national TV is not only terrorism is the reason people like the plaintiff get angry and then

the Police intervene in the situation and take Richard T. Manning to the hospital instead of working out in their mind the crime that caused the plaintiffs anger. This has happened continuously for 6 years and will end with this complaint should the court rule for summary judgment in favor of the plaintiff Richard T. Manning.

2) The court should allow the plaintiff to enter this amendment and should find in favor of the Plaintiff in summary judgment specifically with regards to one of the defendants who has failed to answer.

Sincerely,

✓ Richard T. Manning Pro Se

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2004.08.30 06:01:10 -04'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, MA 02132-3810

Richard T. Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

Tel. 617-325-3010

I certify that a copy of this document will be mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to all the defendants. In this list
United States of America, The Commonwealth of Massachusetts,
The City of Boston, The City of Pittsfield, The City of Brookline,
The Town of Westwood, Suffolk County, Norfolk County, AT&T Broadband Comcast ,General Electric, Viacom ,Walt Disney Company ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, Bournwood ,Westwood Pembroke Health Care ,Fallon Ambulance Service, Eascare LLC AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute, Arnold Communications.

Signed and certified by Richard T. Manning Pro Se ✓ Richard T. Manning Pro Se

Date  August 30, 2004