SCANNED
DATE: 9/16/04
BY: M.P.

July 20, 2004

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

## United States District Court

District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| **Plaintiff** | ) | |
| V. | ) | |
| | ) | |
| United States of America | ) | |
| The State of Massachusetts | ) | |
| The City of Boston | ) | |
| The City of Pittsfield | ) | |
| The City of Brookline | ) | |
| The Town of Westwood | ) | |
| Suffolk County | ) | |
| Norfolk County | ) | **Civil Action Number** |
| AT&T Broadband | ) | |
| Comcast | ) | |
| General Electric | ) | **04 · 10401 PBS** |
| Viacom | ) | |
| Walt Disney Company | ) | |
| UNUM Life Insurance Co. | ) | |
| Blue Cross Blue Shield of Mass. | ) | |
| Faulkner Hospital | ) | |
| Beth Israel Deaconess Medical Ctr. | ) | |
| Bournwood | ) | |
| Westwood Pembroke Health Care | ) | |
| Fallon Ambulance Service | ) | |
| Eascare, LLC | ) | |
| AMR of Massachusetts, Inc | ) | |
| Dana Farber Cancer Institute | ) | |
| Arnold Communications | ) | |

**Plaintiff Richard T. Manning's Pleading to answer the court of one defendant, Unum Life Insurance Co. Motion to Dismiss accompanied by the Plaintiff's More Definite Statement as so requested by the defendant**

1) The Plaintiff answers the court in response to Unum Life Insurance Co.'s Motion

to dismiss "pursuant to rule 12(b) (6) and pursuant to 12(e)" also Unum states that it is only written about once in 18 pages and that there "is no reason for cause of action under any of these statues listed."

2) The argument is constructed by the plaintiff in realizing that first the complaint lists Unum as a defendant and in the introduction clearly states the wrongs that have statutes To prevent them from happening. Furthermore Unum is mentioned many times on page 12 and then again in the complaint's attachment 1B and is also the focus of the claim for relief on page 17 and 18.

3) The plaintiff clearly states a cause for civil action on page 12 and throughout the letter listed in the attachment 1B. Unum once as I state more definitively ,did not live up to the disability contract and as you can now conclude by reading the complaint and the complications of the plaintiff as so listed on page 13 and 14 of the complaint, the plaintiff has a cause for civil action against Unum and several others. The only reason that things may seem obscure and confusing to the defendant is that so many things have happened as a result of the disability they may be confused and may have to be forced to seek mental professional help themselves in the form of a motion to commit the defendant. The complaint is comprehensible and a claim is most clearly stated and based clearly on the negligence of Unum in the form of the broken statues with regards to the plaintiffs civil rights and the complications of the plaintiff causing basis for a claim as so written on pages 17 and 18 for relief in compensation and other listed ways due to the plaintiff Richard T. Manning.

4) Unum's accepting of the torture as written in the complaint and through their knowledge through correspondence to the health care facilities. I am only aware of these correspondences and they are not listed in the complaint and should be common knowledge to Unum. Unum's attempt to dismiss a case based on rule 12 of civil procedures is overshadowed by their unlawful neglect to compensate for damages and allowing the client Arnold communications to continue to operate with full and thorough knowledge that they have and continued to do harm and conspired with' communications companies to publically humiliate and mentally torture Richard T. Manning during and following for many years the plaintiff's position at the Communications Company and while during and after being insured by Unum.
The latter which is a period which under the disability contract Unum did not continue to compensate which is just wrong because the disability is a direct result from the stress of Arnold and fear of a complaint against the company reaching a court such as the one it is in now. The public humiliation part is by far one of the most disabling aspects and also gives rise to concern when in an action such as this the possibility of public perception having a bearing on a complaint in an adverse way in other words the complaint would have a prejudice on it previous to reaching a federal court thus changing the minds of those that have to work with the complaint including the disability that was caused to the plaintiff and the bearing that that may have on the justice after the complaint's submission to court.

5) The plaintiff wishes to reach an accord or a resolution to this complaint and denying any wrong doing is fiction. I do not understand their garbled response and yes precedents are sited but do not release Unum from its contractual obligations. The first two arguments sited as precedents the court should find that the plaintiff set forth facts on page 12 and in attachment 1B. Sure yes there are 24 defendants and yes the plaintiff has to bring a class action civil action after reading and comprehending the laws of the united states and then using them to comprehend Unum's behavior or mis behavior with regards to those laws, a cause of action is the conclusion that is most logical, ethical and legal and is the most substantial conclusion I have for reading through the United States statutes and determining what was wrong is not unsubstantial conclusive pleading as so written by the argument of the defense in "Washington Legal Found v. Massachusetts Bar Found., 993 F2d 962, 971" as so sited in their memorandum in support of motion to dismiss.
In compliance rule 8(a)(1) of the federal rules of civil procedures on page 17 and 18 of Complaint, claim for relief is clearly stated in chapter 9 of the complaint on pages 17 and 18 and clearly recognizes the court having jurisdiction as previously defined in section 3 page 2 of the complaint.

6) In compliance with rule 8(a)(2) of the federal rules of civil procedure on page 17 and 18 of the compliant claim for relief is stated in that the pleader is entitled to relief and this is shown specifically with regards to Unum in the attachment to the complaint 1B.

Note to also refer to Unum's contract where it is stated the amount of settlement and how long coverage is to last for on page of the contract with UNUM and the insured which was the Plaintiff Richard T. Manning.

7) Also refer to documents sent to division of insurance in complaint and sound or audio files of conversations and Unum's letters back to me referring to the last page of the contract with me stating "mental dementia as the reason for stoppage of insurance benefits after a 24 month period."

8) Also refer to the theft of time and money from the plaintiff form the numerous defendants over this time period. through actions listed throughout the complaint.

9) In compliance rule 8(a) (3) the plaintiff clearly states on page 18 that relief should be granted in the sum of $2.3 million us dollars plus.

10) Saying that someone has mental dementia after what has happened to me is by far one of the important false facts and "false statements" Title 18 section 1001 in this complaint and it is listed in an attachment 1B as directed to and described on page 12 of the complaint.

11) This motion to dismiss should not be accepted by the court, Unum should realize it has broken the laws listed in the introduction and conspired with others to break numerous

other laws complicating the plaintiffs life denying the plaintiff civil rights and freedoms and must compensate for the claim of relief of the plaintiff and abide to the laws of the United States and the disability contract.

12) The plaintiff has asked the defendant to settle and agree not to disrupt the civil rights of the plaintiff however to this point in time no settlement has been reached.

Sincerely,

 **Richard T. Manning Pro Se**

Richard T. Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

Tel. 617-325-3010

I certify that a copy of this document will be mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to all the defendants. In this list
United States of America, The Commonwealth of Massachusetts,
The City of Boston, The City of Pittsfield, The City of Brookline,
The Town of Westwood, Suffolk County, Norfolk County, AT&T Broadband Comcast
,General Electric, Viacom ,Walt Disney Company ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, Bournwood ,Westwood Pembroke Health Care ,Fallon Ambulance Service, Eascare LLC AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute, Arnold Communications.

Signed and certified by Richard T. Manning Pro Se   **Richard T. Manning Pro Se**

Date   August 30, 2004



## COMMONWEALTH OF MASSACHUSETTS
**Office of Consumer Affairs and Business Regulation**
**DIVISION OF INSURANCE**
One South Station • Boston, MA 02110-2208
(617) 521-7777 • FAX (617) 521-7575
Springfield Office (413) 785-5526
TTY/TDD (617) 521-7490
http://www.state.ma.us/doi

**JANE SWIFT**
GOVERNOR

**JENNIFER DAVIS CAREY**
DIRECTOR, CONSUMER AFFAIRS
AND BUSINESS REGULATION

**LINDA RUTHARDT**
COMMISSIONER OF INSURANCE

Consumer Service responds to inquiries and intervenes on behalf of consumers to resolve complaints against insurers, agents, and other licensees. Consumer Service provides consumers with general insurance information and advises them, when appropriate, of their rights under their insurance policy and the applicable Massachusetts insurance laws.

Consumer Service can only help you obtain rights and benefits that you are entitled to under your insurance contract and the Massachusetts insurance laws. We help consumers determine if we have any jurisdiction, and if not, let them know where help might be found.

If you are represented by an attorney, do not complete this form. Consumer Service is not authorized to intervene between attorneys and their clients, nor do we perform work on behalf of attorneys. We are not authorized to render legal opinions.

If your complaint involves a workers compensation claim, do not complete this form. The Division of Industrial Accidents is the agency with the appropriate jurisdiction.

For us to assist you requires your cooperation. That is why we ask you to give certain key information such as the name of the **insurance companies** and **agents** involved, your **policy and claim numbers** as well as the **names** and **phone numbers** of the people you have been dealing with. Please complete the attached Insurance Complaint Form and include copies of any materials relating to your insurance complaint (i.e. bills, explanation of benefits sheets, vehicle appraisals, police reports).

Please be aware that complaints filed are not confidential. Consumer Service will send a copy of your complaint and any related materials to any company, agent or licensee involved in this matter.

If your situation involves health insurance, you should be aware that many health plans such as "ERISA" plans and "self-funded" plans are regulated by the federal government. The benefits coordinator at your place of employment can tell you what kind of health plan you are in and direct you to the appropriate source of help. If this is an employer sponsored health plan, the employer must fill out the form on behalf of the group.

We understand that insurance matters can be complex, often confusing, and sometimes lead to frustration. While we cannot resolve every situation, Consumer Service is available to help you in resolving your complaint.



# COMMONWEALTH OF MASSACHUSETTS
**Office of Consumer Affairs and Business Regulation**
**DIVISION OF INSURANCE**
One South Station • Boston, MA 02110-2208
(617) 521-7777 • FAX (617) 521-7575
Springfield Office (413) 785-5526
TTY/TDD (617) 521-7490
http://www.state.ma.us/doi

JANE SWIFT
GOVERNOR

JENNIFER DAVIS CAREY
DIRECTOR, CONSUMER AFFAIRS
AND BUSINESS REGULATION

LINDA RUTHARDT
COMMISSIONER OF INSURANCE

## INSURANCE COMPLAINT FORM
*(PLEASE PRINT ALL INFORMATION CLEARLY)*

Name: __Richard Thomas Manning__    Daytime Phone #: __617-325-3010__

Address: __Six Chesbrough Road__    E-mail Address: __RICHARDTMANNING@aol.com__

City: __Boston__    State: __MA__    Zip: __02132-3810__

Before you file a complaint with the Massachusetts Division of Insurance, you should first contact the insurance company, agent or broker in an effort to resolve the issue(s). If you do not receive a satisfactory response, then complete this form, attach copies of any important papers that relate to your complaint. If you are represented by an attorney, do **NOT** complete this form. If this is an employer sponsored plan, the employer must fill out the form on behalf of the group. Do **NOT** send original documents. Please mail or fax your completed form to the address shown above.

Type of Insurance:    Auto ____    Health ____    Homeowners ____    Life ____
                     Other: __Long Term Disability__

Is the complaint about your policy or someone else's? __My Policy!__

If this is a group policy, provide the group/employer name. __Arnold Communications__

Name of Insurance Company: __UNUM LIFE INSURANCE COMPANY__

Name of the Insurance Agent or Agency: __Chris Mullen or Michelle or Rebecca__

Policy/Claim #: __Policy# 515558 / Claim# 0098507580__  Date of Loss: __November 15, 1997 to present__

Have you contacted the company, agent or broker? If yes, indicate the person(s) and date(s) contacted in your explanation.

Have you previously written to the Division of Insurance about this matter?
Yes ____    No __X__    DOI File #: _____    Date: _____

Have you reported this to the Attorney General's Office, the Executive Office of Consumer Affairs or any other government agency?    If yes, please provide:
   Name of agency: __Attorney General, FBI, DOJ, ICOJ!__    File #: __Not Available__

### *(DETAILS OF YOUR COMPLAINT)*

The following is the reason for the complaint to the division of insurance regarding my claim to Unum Life Insurance company. As stated in a letter to Unum Life on October 15, 2002 I asked UNUM to reconsider the limitation of benefits for the claim 98507580. Please see attachment marked "A" for the detailed reasons. I then received a letter from UNUM on November 7, 2002 stating their reason for the limitation of benefits. Please see a copy of this letter in attachment marked "B". I followed this letter with a telephone conversation which both parties UNUM and I agreed that I could place on audio tape included in this attachment marked "C". Please listen to the audio CD for details concerning the disagreement we both have concerning the claim 98507580.

I seek assistance from your office concerning the claim due to the disagreement I have with UNUM regarding the claim. Leading up to and after the date of Nov. 15, 1997 I have had many strange and unusual occurrences happen to me while receiving the benefits that I was and still feel I am entitled to receive. And I have been in a stationary place or at home for the most part and feel confined and almost imprisoned by the fact that I "not able" or as the policy describes disabled to work as I normally would have been. I have contacted the Local Police along with State Police and Federal authorities. I am contacting you because of the disagreement between me and UNUM only and hope that you agree with my decision not to accept UNUM's explanation for denying any more benefits for claim # 98507580 when it is clearly shown in the letter attached marked "A" that I am disabled from working at the level I am used to not only now but in the future as well. Please be so kind as to help me with this situation!

I authorize the release of any information regarding this complaint to help the Division of Insurance with their review. I acknowledge that **complaints filed are not confidential.** I authorize the Division of Insurance to send a copy of this complaint and related material to any company, agent or licensee involved in this matter.

SIGNATURE: _copy of original_ DATE:_____



**COMMONWEALTH OF MASSACHUSETTS**
Office of Consumer Affairs and Business Regulation
**DIVISION OF INSURANCE**
One South Station • Boston, MA 02110-2208
(617) 521-7777 • FAX (617) 521-7575
Springfield Office (413) 785-5526
TTY/TDD (617) 521-7490
http://www.state.ma.us/doi

**JANE SWIFT**
GOVERNOR

**JENNIFER DAVIS CAREY**
DIRECTOR, CONSUMER AFFAIRS
AND BUSINESS REGULATION

**LINDA RUTHARDT**
COMMISSIONER OF INSURANCE

Consumer Service responds to inquiries and intervenes on behalf of consumers to resolve complaints against insurers, agents, and other licensees. Consumer Service provides consumers with general insurance information and advises them, when appropriate, of their rights under their insurance policy and the applicable Massachusetts insurance laws.

Consumer Service can only help you obtain rights and benefits that you are entitled to under your insurance contract and the Massachusetts insurance laws. We help consumers determine if we have any jurisdiction, and if not, let them know where help might be found.

If you are represented by an attorney, do not complete this form. Consumer Service is not authorized to intervene between attorneys and their clients, nor do we perform work on behalf of attorneys. We are not authorized to render legal opinions.

If your complaint involves a workers compensation claim, do not complete this form. The Division of Industrial Accidents is the agency with the appropriate jurisdiction.

For us to assist you requires your cooperation. That is why we ask you to give certain key information such as the name of the **insurance companies** and **agents** involved, your **policy and claim numbers** as well as the **names** and **phone numbers** of the people you have been dealing with. Please complete the attached Insurance Complaint Form and include copies of any materials relating to your insurance complaint (i.e. bills, explanation of benefits sheets, vehicle appraisals, police reports).

Please be aware that complaints filed are not confidential. Consumer Service will send a copy of your complaint and any related materials to any company, agent or licensee involved in this matter.

If your situation involves health insurance, you should be aware that many health plans such as "ERISA" plans and "self-funded" plans are regulated by the federal government. The benefits coordinator at your place of employment can tell you what kind of health plan you are in and direct you to the appropriate source of help. If this is an employer sponsored health plan, the employer must fill out the form on behalf of the group.

We understand that insurance matters can be complex, often confusing, and sometimes lead to frustration. While we cannot resolve every situation, Consumer Service is available to help you in resolving your complaint.



# COMMONWEALTH OF MASSACHUSETTS
**Office of Consumer Affairs and Business Regulation**
**DIVISION OF INSURANCE**
One South Station • Boston, MA 02110-2208
(617) 521-7777 • FAX (617) 521-7575
Springfield Office (413) 785-5526
TTY/TDD (617) 521-7490
http://www.state.ma.us/doi

**JANE SWIFT**
GOVERNOR

**JENNIFER DAVIS CAREY**
DIRECTOR, CONSUMER AFFAIRS
AND BUSINESS REGULATION

**LINDA RUTHARDT**
COMMISSIONER OF INSURANCE

## INSURANCE COMPLAINT FORM
*(PLEASE PRINT ALL INFORMATION CLEARLY)*

Name: __Richard Thomas Manning__     Daytime Phone #: __617-325-3010__

Address: __Six Chesbrough Road__     E-mail Address: __RICHARDTMANNING@aol.com__

City: __Boston__     State: __MA__     Zip: __02132-3810__

---

Before you file a complaint with the Massachusetts Division of Insurance, you should first contact the insurance company, agent or broker in an effort to resolve the issue(s). If you do not receive a satisfactory response, then complete this form, attach copies of any important papers that relate to your complaint. If you are represented by an attorney, do **NOT** complete this form. If this is an employer sponsored plan, the employer must fill out the form on behalf of the group. Do **NOT** send original documents. Please mail or fax your completed form to the address shown above.

---

Type of Insurance:  Auto ____  Health __X__  Homeowners ____  Life ____
                    Other: _____

Is the complaint about your policy or someone else's? _____ __My Policy!__ _____

If this is a group policy, provide the group/employer name. _____

Name of Insurance Company: __Blue Cross Blue Shield of Massachusetts__

Name of the Insurance Agent or Agency: _____

Policy/Claim #: __Policy# XXH770085755 00__     Date of Loss: __Since November 15, 1997__

Have you contacted the company, agent or broker? If yes, indicate the person(s) and date(s) contacted in your explanation.

Have you previously written to the Division of Insurance about this matter?
    Yes _____   No __X__   DOI File #: _____   Date: _____

Have you reported this to the Attorney General's Office, the Executive Office of Consumer Affairs or any other government agency?  If yes, please provide:
    Name of agency: __Attorney General, FBI, DOJ, ICOJ!__    File #: __Not Available__

Page 2 of 3                                                          09/12/01

### (DETAILS OF YOUR COMPLAINT)

The following is the reason for the complaint to the division of insurance regarding my medical insurance. One is that it is very expensive and two I have been what is known as described in the MGL and United States Code as Kidnapped and Tortured for what looks like payment of more money from Blue Cross Blue Shield by extending my involuntary stay in the hospital. This has happened 6 times and is very scary and not at all legal. If in the first place I was allowed to work out on paper what it was that was wrong I would not have a problem. The reason why I write to you is that Blue Cross has not been at all helpful other than paying a reduced portion of hospitalization stays that are not at all right. Instead of agreeing with me that something must be said or done to prevent the bad events that have happened to me, by filing a complaint in a court room. The Police have been sending me to the hospital where I feel like I was interrogated for a ten day period when I should have been let file a criminal complaint. This in itself has made me more ill thus increasing the need for the insurance of my health. I was hoping you may be able to explain to the insurance company that my health is very important and that it is in both mine and their best interest to act in a legal manner. I have felt from when I had to leave work due to problems back in Nov. 1997 that there was something strange with what was going on in the hospitals and at some times have felt like a captive in the hospitals having to pay for expensive insurance that asks me to pay the full amount of insurance and upsets the hospital I am in by not paying the full amount thus making the hospital increase my stay making me not only angry but the hospital I am in angry. It just doesn't seem correct! And to take abuse from people, then be told that there is something wrong with me, and then be hospitalized! It is just not correct nor is it legal. Thank You for your time and attention!

I authorize the release of any information regarding this complaint to help the Division of Insurance with their review. I acknowledge that **complaints filed are not confidential.** I authorize the Division of Insurance to send a copy of this complaint and related material to any company, agent or licensee involved in this matter.

SIGNATURE:___copy of original_____DATE:_____


**COMMONWEALTH OF MASSACHUSETTS**
Office of Consumer Affairs and Business Regulation
**DIVISION OF INSURANCE**
One South Station • Boston, MA 02110-2208
(617) 521-7777 • FAX (617) 521-7575
Springfield Office (413) 785-5526
TTY/TDD (617) 521-7490
http://www.state.ma.us/doi

JANE SWIFT
GOVERNOR

JENNIFER DAVIS CAREY
DIRECTOR, CONSUMER AFFAIRS
AND BUSINESS REGULATION

LINDA RUTHARDT
COMMISSIONER OF INSURANCE

Consumer Service responds to inquiries and intervenes on behalf of consumers to resolve complaints against insurers, agents, and other licensees. Consumer Service provides consumers with general insurance information and advises them, when appropriate, of their rights under their insurance policy and the applicable Massachusetts insurance laws.

Consumer Service can only help you obtain rights and benefits that you are entitled to under your insurance contract and the Massachusetts insurance laws. We help consumers determine if we have any jurisdiction, and if not, let them know where help might be found.

If you are represented by an attorney, do not complete this form. Consumer Service is not authorized to intervene between attorneys and their clients, nor do we perform work on behalf of attorneys. We are not authorized to render legal opinions.

If your complaint involves a workers compensation claim, do not complete this form. The Division of Industrial Accidents is the agency with the appropriate jurisdiction.

For us to assist you requires your cooperation. That is why we ask you to give certain key information such as the name of the **insurance companies** and **agents** involved, your **policy and claim numbers** as well as the **names** and **phone numbers** of the people you have been dealing with. Please complete the attached Insurance Complaint Form and include copies of any materials relating to your insurance complaint (i.e. bills, explanation of benefits sheets, vehicle appraisals, police reports).

Please be aware that complaints filed are not confidential. Consumer Service will send a copy of your complaint and any related materials to any company, agent or licensee involved in this matter.

If your situation involves health insurance, you should be aware that many health plans such as "ERISA" plans and "self-funded" plans are regulated by the federal government. The benefits coordinator at your place of employment can tell you what kind of health plan you are in and direct you to the appropriate source of help. If this is an employer sponsored health plan, the employer must fill out the form on behalf of the group.

We understand that insurance matters can be complex, often confusing, and sometimes lead to frustration. While we cannot resolve every situation, Consumer Service is available to help you in resolving your complaint.



**COMMONWEALTH OF MASSACHUSETTS**
Office of Consumer Affairs and Business Regulation
**DIVISION OF INSURANCE**
One South Station • Boston, MA 02110-2208
(617) 521-7777 • FAX (617) 521-7575
Springfield Office (413) 785-5526
TTY/TDD (617) 521-7490
http://www.state.ma.us/doi

JANE SWIFT
GOVERNOR

JENNIFER DAVIS CAREY
DIRECTOR, CONSUMER AFFAIRS
AND BUSINESS REGULATION

LINDA RUTHARDT
COMMISSIONER OF INSURANCE

## INSURANCE COMPLAINT FORM
*(PLEASE PRINT ALL INFORMATION CLEARLY)*

Name: __Richard Thomas Manning__   Daytime Phone #: __617-325-3010__

Address: __Six Chesbrough Road__   E-mail Address: __RICHARDTMANNING@aol.com__

City: __Boston__   State: __MA__   Zip: __02132-3810__

Before you file a complaint with the Massachusetts Division of Insurance, you should first contact the insurance company, agent or broker in an effort to resolve the issue(s). If you do not receive a satisfactory response, then complete this form, attach copies of any important papers that relate to your complaint. If you are represented by an attorney, do **NOT** complete this form. If this is an employer sponsored plan, the employer must fill out the form on behalf of the group. Do **NOT** send original documents. Please mail or fax your completed form to the address shown above.

Type of Insurance:   Auto __X__   Health____   Homeowners____   Life____
   Other: _____

Is the complaint about your policy or someone else's? _____ __My Policy!__ _____

If this is a group policy, provide the group/employer name. _____

Name of Insurance Company: __Commerce Insurance Agency__

Name of the Insurance Agent or Agency: __AAA__

Policy/Claim #: __Policy# 02MMQM6751__   Date of Loss: __Since 10/01/01__
   __Policy# MM GTK845-7 00__   __Since 12/11/00__
Have you contacted the company, agent or broker? If yes, indicate the person(s) and date(s) contacted in your explanation.

Have you previously written to the Division of Insurance about this matter?
   Yes____   No __X__   DOI File #: _____   Date: _____

Have you reported this to the Attorney General's Office, the Executive Office of Consumer Affairs or any other government agency?   If yes, please provide:
   Name of agency: __Attorney General, FBI, DOJ, ICOJ!__   File #: __Not Available__

### (DETAILS OF YOUR COMPLAINT)

The following is the reason for the complaint to the division of insurance regarding my claims which were never even filled by Commerce Insurance Agency from 12/11/01. Many times when I go to my automobile and while on the road I am harassed to the point where I no longer want to drive for fear that I will be extorted from and assaulted. The number of times this has happened is so many it is not fair to you or I to say.

When I call Commerce I am told that I am not allowed to file a claim for the incident and that nothing else can be done about the problem. I do not enjoy having these incidents happen and it seems to me like I am being set up or stalked when I go driving which is possible because of the increase in cell phone technology. Also as I drive the automobile I own when I put the radio on I have a strange suspicion that I am either followed or harassed by them as well.(It used to be pleasant to listen to the music). So what I am saying is this! I don't want to be harassed with anything relating to my automobile. I have paid a great deal of money to Commerce for insurance. In December 2000 I needed repairs which under the policy are to be paid with the collision and comprehensive insurance. Unfortunately my bill explains the cost of the repairs exceeding $1,200.00 and when I notified Commerce they said that it was best to pay for it myself because my insurance rate would go up and I said "what is the point of having insurance on my automobile if when covered you don't pay". Another incident was on January 31, 2001 where right near my home a man driving a window repair truck failed to stop and made a left turn and almost hit my automobile. I had to exit my vehicle and see if there was glass in the road and was then verbally abused and physically attacked. The State Police were notified. Please see attached audio CD file for details to these incidents that were not put in claims that I thought should be.

I authorize the release of any information regarding this complaint to help the Division of Insurance with their review. I acknowledge that **complaints filed are not confidential.** I authorize the Division of Insurance to send a copy of this complaint and related material to any company, agent or licensee involved in this matter.

SIGNATURE: copy of original _____ DATE:_____