July 23, 2004

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

**United States District Court**
District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* ) | | |
| Plaintiff ) | | |
| V. ) | | |
| ) | | |
| United States of America ) | | |
| The State of Massachusetts ) | | |
| The City of Boston ) | | |
| The City of Pittsfield ) | | |
| The City of Brookline ) | | |
| The Town of Westwood ) | | |
| Suffolk County ) | | |
| Norfolk County ) | Civil Action Number | |
| AT&T Broadband ) | | |
| Comcast ) | | |
| General Electric ) | 04 · 10401 PBS | |
| Viacom ) | | |
| Walt Disney Company ) | | |
| UNUM Life Insurance Co. ) | | |
| Blue Cross Blue Shield of Mass. ) | | |
| Faulkner Hospital ) | | |
| Beth Israel Deaconess Medical Ctr. ) | | |
| Bournewood ) | | |
| Westwood Pembroke Health Care ) | | |
| Fallon Ambulance Service ) | | |
| Eascare, LLC ) | | |
| AMR of Massachusetts, Inc ) | | |
| Dana Farber Cancer Institute ) | | |
| Arnold Communications ) | | |

## Plaintiff Richard T. Manning's Pleading to answer the court of one defendant, Blue Cross Blue Shield of Massachusetts' Motion to Dismiss accompanied by the Plaintiff's More Definite Statement as so requested by the defendant

1) The plaintiff Richard T. Manning answers the court and responds to the motion to dismiss of the defendant Blue Cross Blue Shield of Massachusetts (BCBS of MA) with

this pleading and argues the defense by reestablishing claim for relief based on the unlawful actions of the defendant clearly written in the complaint.

2) The plaintiff on page 17 and 18 of the complaint establishes claim for relief and on page 13 states the complications of the plaintiff caused in part by the defendant conspiracy against rights with the health care facilities in which Richard T. Manning was tortured and had his civil rights abused. Originally when seeking care for physical aliments due to stress work related issues the plaintiff was held against his will at three different facilities.

3) This occurred at Bournewood and also at Beth Israel Hospital and then involuntarily at Westwood lodge, All these facilities were in contact with BCBS of MA and accepted funds in the form of insurance funds after the plaintiff was held against his will and forced to take mind altering substances other wise known as torture and then asked to answer several questions. This seems to me like I was held in a hospital setting for extended period to "hike up the insurance funds sent to the hospitals" and BCBS allowed them to do this even after BCBS of Mass was being informed that I was not voluntarily staying in the hospital. A great analogy of this torture is sought by viewing the movie "Ambulance " in which citizens of a town were picked up by ambulance against their will and speed away to facilities that were very difficult to get out of .

4) Furthemore in reestablishing claim for relief the plaintiff was injured by this process and justice was also obstructed numerous times, and this process of torture is described on pages 3, 4, 6, 7, 8, 9, 10, 11, 12, 13 of the complaint and are referred to as defendants conspiring against Richard T. Manning's civil rights, in that the police officials deny help

and cause a business transaction to take place between the ambulances either the city emergency ambulance or the private ambulance and then cause great amount of fees to be sent to the hospitals. Meaning there is a great deal of money being exchanged and Richard T. Manning is not being helped or his problems cured but compounded thus creating more profitable health care environment for everyone involved with one exception it was to the detriment physically mentally socially and economically to the plaintiff.

5) Also on Page 17 and 18 as the defendants admits to in the motion, they are the subject of the claim in part due to these incidents being described throughout the complaint. If the hospital is torturing people and interrogating people then it should not be on BCBS of Mass's list of places to seek help. It is also considered extortion of ones time and money and blackmail as well for each time I left the hospital I felt like I was being punished rather then being helped. My constitutional rights were abused in that the 4th amendment and the 14th amendment were abused and BCBS was part of this process for as the hospital stated "DATA" needed to be collected for the BCBS people in order for the hospitals to be paid and it seemed that this is all the health care facilities cared about was being paid and this is just wrong for BCBS is known to have decreased payments due to poor health care which just further increases the chances for a prolonged health care stay by the plaintiff and can be thought of as torture USC Title 18 section 2340(2001) and in some instances terrorism USC Title 18 section 2331(2001) after the hospital was made aware of my situation by coercion. Thus creating an environment of extortion and blackmail and kidnapping and an overall nightmare.

6) The defendant then is concerned about the private right of action of the plaintiff and then draws attention to Title 42 section 1983 and 1985(2001). The plaintiff is allowed a private right of action and has been prevented from doing this privately to this point in time as can be understood from the other defendants in the complaints actions specifically the communication companies. The constitutional amendments describe an individual's rights and as can be defined when the plaintiff sites the case Shannon v. The City of Boston First Circut opinion October 5, 2001 (no page reference, I researched this direct from FC appeals court). A private right of action is allowed for in this instance due to the negligence of the police and other companies involved similar to this case sighted. Also because the plaintiff sought to do justice on a number of occasions previous to this complaint entering the US District court and it was made impossible by those that were supposed to help or that are required to start the process of a complaint in local District court under Massachusetts law.

7) The Plaintiff stayed within the rules stated in the federal rules of Civil procedure In following FRCP rule 8(a)(1), rule 8(a)(2), and establishes basis for claim and relief by following rule 8(a)(3).

8) This does not in anyway release Blue cross from an answer to the complaint and I hope the Judge understands that a more definite answer is sought on the plaintiff's part as well as instructed in FRCP.

9) The plaintiff urges the court deny the defendants motion and use this pleading as an answer to the court in response to such motion.

Sincerely,

✓ **Richard T. Manning Pro Se**
Signature Valid

Richard T Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

Tel. 6176-325-3010

I certify that a copy of this document will be mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to all the defendants. In this list United States of America, The Commonwealth of Massachusetts,
The City of Boston, The City of Pittsfield, The City of Brookline,
The Town of Westwood, Suffolk County, Norfolk County, AT&T Broadband Comcast ,General Electric, Viacom ,Walt Disney Company ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, Bournewood ,Westwood Pembroke Health Care ,Fallon Ambulance Service, Eascare LLC AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute, Arnold Communications.

Signed and certified by Richard T. Manning Pro Se ✓ **Richard T. Manning Pro Se**
Signature Valid

Date   August 30, 2004