July 23, 2004

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

**United States District Court**

District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| **Plaintiff** | ) | |
| V. | ) | |
| | ) | |
| **United States of America** | ) | |
| **The State of Massachusetts** | ) | |
| **The City of Boston** | ) | |
| **The City of Pittsfield** | ) | |
| **The City of Brookline** | ) | |
| **The Town of Westwood** | ) | |
| **Suffolk County** | ) | |
| **Norfolk County** | ) | Civil Action Number |
| **AT&T Broadband** | ) | |
| **Comcast** | ) | |
| **General Electric** | ) | 04 · 10401 PBS |
| **Viacom** | ) | |
| **Walt Disney Company** | ) | |
| **UNUM Life Insurance Co.** | ) | |
| **Blue Cross Blue Shield of Mass.** | ) | |
| **Faulkner Hospital** | ) | |
| **Beth Israel Deaconess Medical Ctr.** | ) | |
| **Bournwood** | ) | |
| **Westwood Pembroke Health Care** | ) | |
| **Fallon Ambulance Service** | ) | |
| **Eascare, LLC** | ) | |
| **AMR of Massachusetts, Inc** | ) | |
| **Dana Farber Cancer Institute** | ) | |
| **Arnold Communications** | ) | |

**Plaintiff Richard T. Manning's Pleading to answer the court of one defendant, Viacom's Motion to Dismiss accompanied by the Plaintiff's More Definite Statement as so requested by the defendant**

1) The Plaintiff Richard T. Manning answers the court and responds to the motion to

dismiss of the defendant Viacom and argues with the facts of the defendant's criminal

actions as clearly written in the complaint.

2)   If the court would please direct its attention to page two of the complaint and the statement "the defendants are so blinded by money they don't even know they are at fault due to an educational system teaching them to achieve a profit gained from the psychological molestation of and theft of one's intellectual property." Viacom is one of the defendants and this statement is very clear and to the point meaning Viacom was wrong in that it invaded the privacy of Richard T. Manning and made statements on several of its television and radio broadcasts that harmed Richard T. Manning as listed in the complications of the plaintiff on page 13 as a result of the criminal acts written clearly on page 12 of the complaint.

3)   Furthermore if you refer to page three of the complaint I explain the sad fact of government officials utilizing the airwaves belonging to TV and radio stations, this may have been what Viacom was referring to as needing a more definite statement.
Yes Viacom is one of the broadcasters of the message concerning the plaintiff Richard T. Manning, on several occasions as can be found from the transcripts written as documents to be entered as evidence in the complaint on Page 5.

4)   It is difficult to understand that after a business such as Viacom who has net revenue of $USD 24 billion ($24,000,000,000.00.) and over a 6 year period had over $USD 144 Billion ($144,000,000,000.00) can continue to abuse the Plaintiff's civil rights. Some of which are granted the plaintiff by the Constitution of the United States as explained to the

court and the defendants more specifically for this pleading, to the defendant Viacom, as can be determined from the statements to all defendants on page 2 of this complaint.

5) To further explain this point the complaint on page 4 explains the Human rights of the plaintiff Richard T. Manning, and how the defendants such as Viacom are in violation of those rights as well as the breaking or rules set up to prevent such unlawful acts by a TV or radio station as written in the US FCC Mass Media Bureau Guidelines (1999). Viacom is continuing to mentally torture USC Title 18 section 2340(2001), Blackmail USC Title 18 section 873(2001), extort time USC Title 18 section 875(2003), racketeer USC Title 18 section 1951(2003) conspire against rights USC Title 18 section 243(2001) and USC Title 18 section 245(2001) , and continue to obstruct justice USC Title 18 section 1501(2001). This all happening through the Defendant Viacom's criminal actions stating to the public through radio and television ,for what reason I do not know other than to demolish the self esteem and frighten the plaintiff and also to make more difficult any court proceedings that may have to take place such as this pleading, and to disrupt and make impossible a jury trial either for itself or for the other defendants such as the government of the United States who has had defense contracts with the defendant in the past six years. The defendant also accepts funds from advertising agencies and in this pleading the court may find that more than these 24 defendants may be guilty of conspiracy against rights specifically other advertising agencies other that the defendant Arnold Communiction, giving the plaintiff reason for further action against 3rd party defendants.

5) To continue to give a more definitive statement the defendant has continued to profit while leaving the plaintiff vulnerable to attacks from any number of persons throughout

the world that form their opinions of persons form television and radio. Such is the case in and around my residence for before 1997 I did not get attacked through the media or at least I was not aware of this happening and thereafter I was. It is just wrong to do to a human being whatever the defendant Viacom would like to say they can say it in this action. I have felt like a hostage and am now opened up to others using me to get what ever message they want to get across to people. Especially in a time of war this is very confusing and freighting. So I am stuck in a 7000 square foot area in which I am allowed to reside however it is one step before a homeless shelter due to the defendant's criminal actions.

6) Furthermore my attempts at stopping the defendant from acting in a criminal manner in reminding the United States government in a series of communications specifically a letter to the FCC in a complaint form October 9, 2003 following several phone conversations and a visit by the plaintiff to the local Quincy, Ma USA office of the FCC October 1, 2001. An email was sent to me in response stating that matter was not in the jurisdiction of the FCC. Furthermore on CNN (CSPAN1and 2)shortly after this correspondence it was made aware to the public that an incident had occurred and without going into specifics the FCC mentioned that forms had to be sent out to collect fines from the government. In realizing that the US defense contracts with the defendant CBS (a division of Viacom) were active and we including me were(please read US Public law 107-243 (2002)) in a time of war, the defendant was breaking numerous laws civil rights laws and caused great mental pain and torture to the defendant Richard T . Manning. Thus the theory of conspiring against ones rights along with the knowledge or forced medication for coerced confession under interrogation at mental facilities do to the non law enforcement

activities of several Boston Police, Some State police and one Pittsfield police officer, along with numerous government officials being knowledgeable of the torture, I not only submit this pleading to the United States District court but also will now go forward to submit my statement to the war crimes tribunal in the Hague Netherlands as afforded me by my rights as a human being. The defendant is not being corresponded with by the plaintiff from this point on and counter terrorism officials in the United States government should now be informed by the court of Viacom's being brought to justice as so stated in the rules of counter terrorism in affidavit form so as to differentiate between a civil proceeding and a criminal proceeding especially because of the business relationship between the United States and CBS.

7)   I would ask the court to enter this pleading as a more definite statement and argument against the motion of the defense and urge the court to rule in favor of the plaintiff Richard T. Manning.

Sincerely,

 Richard T. Manning Pro Se

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2004.06.30 06:30:27 -04'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, MA 02132-3810

Signature Valid

Richard T Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

Tel. 6176-325-3010

I certify that a copy of this document will be mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to all the defendants. In this list
United States of America, The Commonwealth of Massachusetts,
The City of Boston, The City of Pittsfield, The City of Brookline,

The Town of Westwood, Suffolk County, Norfolk County, AT&T Broadband Comcast ,General Electric, Viacom ,Walt Disney Company ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, Bournwood ,Westwood Pembroke Health Care ,Fallon Ambulance Service, Eascare LLC AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute, Arnold Communications.

Signed and certified by Richard T. Manning Pro Se ✓ Richard T. Manning Pro Se

Signature Valid

Date August 30, 2004