SCANNED DATE: 9/16/04  BY: M.P.

July 22, 2004

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

## United States District Court
District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| Plaintiff | ) | |
| V. | ) | |
| | ) | |
| United States of America | ) | |
| The State of Massachusetts | ) | |
| The City of Boston | ) | |
| The City of Pittsfield | ) | |
| The City of Brookline | ) | |
| The Town of Westwood | ) | |
| Suffolk County | ) | |
| Norfolk County | ) | **Civil Action Number** |
| AT&T Broadband | ) | |
| Comcast | ) | |
| General Electric | ) | 04 · 10401 PBS |
| Viacom | ) | |
| Walt Disney Company | ) | |
| UNUM Life Insurance Co. | ) | |
| Blue Cross Blue Shield of Mass. | ) | |
| Faulkner Hospital | ) | |
| Beth Israel Deaconess Medical Ctr. | ) | |
| Bournwood | ) | |
| Westwood Pembroke Health Care | ) | |
| Fallon Ambulance Service | ) | |
| Eascare, LLC | ) | |
| AMR of Massachusetts, Inc | ) | |
| Dana Farber Cancer Institute | ) | |
| Arnold Communications | ) | |

**Plaintiff Richard T. Manning's Pleading to answer the court of one defendant, AMR of Massachusetts' Motion to Dismiss accompanied by the Plaintiff's More Definite Statement as so requested by the defendant**

1) The plaintiff Richard T. Manning in answering the motion to dismiss will now enter a

response by pleading to the court the reasons why the plaintiff is correct in his entering a

complaint and has cause for claim against the defendant AMR of Massachusetts.

2) First AMR of Massachusetts complains that it is not listed in the complaint. That is false on page 3 the "defendants" are all referred to in conspiring against the rights of the plaintiff even though not individual listed like in the introductory Title to the complaint. Also on page 11 and 12 the Police are referred to holding the plaintiff against his will and the ambulance company acted like the police and conspired with them in transporting involuntarily the plaintiff to facilities where the plaintiff was interrogated both on the trip to the hospital facility and while held involuntarily in the hospital. Therefore in reading and comprehending pages 3, 4 and 5 of the complaint the word "defendants are used in describing the laws broken. This pleading allows me to make more specific the complaints the plaintiff has for cause for claim and action against the AMR of Massachusetts company.

3) On March 31, 2001 the plaintiff was forced into a ambulance involuntarily and held against his will for several days and his constitutional rights were violated as well as his human rights. This can also be considered kidnapping and it is not a "futile" attempt to as the defendant states in a motion. The plaintiff makes the court aware of these crimes against the plaintiff that gives cause for a claim, especially the constitutional laws which were disregarded and abused by the defendant. Further more the AMR transport company conspired with the City of Pittsfield and the State of Massachusetts, in forcing the plaintiff into a vehicle licensed by the State of Massachusetts through the registry of Motor Vehicles. The plaintiff on several occasions stated that he did not want to enter

the ambulance and thought it was wrong to do so. The plaintiff was billed and the plaintiffs insurance company were also billed and as a result of leaving in an ambulance the plaintiff's automobile he was driving was towed and stored and the cost of an attorney and to have my family travel to the hospital were I was was expensive and degrading treatment to me and I was forced to take medication and answer question like "what are you doing here? And they would say don't you know you are not supposed to be here then they asked me about drugs and if I had a "Stash of drugs" this was at the hospital and was a result of being transported in an ambulance normally used for emergencies and not to interrogate and gain funds from the individual and health insurance company. This is known as conspiring against a person rights and yes the defendant is listed as a defendant and this is what it is being complained to the US district court for.

4) Although the intentions of AMR may have been to help they actually obstructed justice and harmed the plaintiff by transporting him to a hospital involuntarily. They should not be allowed to dismiss the complaint and should answer in a more proper way. For once again I did not voluntarily enter the ambulance it was a coerced enterance and then I felt like it was a kidnapping for insurance funds.

5) So the plaintiff does stay with in the boundaries of rule 8(a) (1), 8(a) (2), and also 8(a) (3) and thus establishes a claim against the defendant and tried to settle with the defense

for a monetary sum however the defense entered motion to dismiss rather than settle. So I now urge the court to consider this pleading in denying the motion to Dismiss in that 12(b) (6) is not an issue after this pleading reestablishes the cause for

complaint and claim on the defenses actions which were neither ethical nor legal.

Sincerely,

**Richard T. Manning Pro Se**

Richard T. Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

Tel. 617-325-3010

I certify that a copy of this document will be mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to all the defendants. In this list United States of America, The Commonwealth of Massachusetts,
The City of Boston, The City of Pittsfield, The City of Brookline,
The Town of Westwood, Suffolk County, Norfolk County, AT&T Broadband Comcast ,General Electric, Viacom ,Walt Disney Company ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, Bournwood ,Westwood Pembroke Health Care ,Fallon Ambulance Service, Eascare LLC AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute, Arnold Communications.

**Richard T. Manning Pro Se**

Signed and certified by Richard T. Manning Pro Se _____

Date    August 30, 2004