SCANNED DATE: 9/16/04 M.P. BY:

July 30, 2004

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

## United States District Court
District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* <br> **Plaintiff** <br> V. <br><br> **United States of America** <br> **The State of Massachusetts** <br> **The City of Boston** <br> **The City of Pittsfield** <br> **The City of Brookline** <br> **The Town of Westwood** <br> **Suffolk County** <br> **Norfolk County** <br> **AT&T Broadband** <br> **Comcast** <br> **General Electric** <br> **Viacom** <br> **Walt Disney Company** <br> **UNUM Life Insurance Co.** <br> **Blue Cross Blue Shield of Mass.** <br> **Faulkner Hospital** <br> **Beth Israel Deaconess Medical Ctr.** <br> **Bournewood** <br> **Westwood Pembroke Health Care** <br> **Fallon Ambulance Service** <br> **Eascare, LLC** <br> **AMR of Massachusetts, Inc** <br> **Dana Farber Cancer Institute** <br> **Arnold Communications** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br><br><br>Civil Action Number <br><br><br>04 · 10401 PBS |

### Plaintiff Richard T. Manning's Pleading to answer the court of one defendant, The Town of Westwood Motion to Dismiss accompanied by the Plaintiff's More Definite Statement as so requested by the defendant

1) The Plaintiff Richard T. Manning argues the defendant's motion to dismiss with a response pleading to the court reestablishing cause for civil action and claim for relief.

If the court could please redirect it's attention to page 11 and 12 of the complaint the Town of Westwood, MA is complained about to the Federal District Court specifically the conspiring against rights USC Title18 section 243(2001) and USC Title 18 section 245(2001). To give a more definite statement the Town of Westwood collects in the form of taxes from specifically another defendant known as the Westwood lodge (who has been torturing the plaintiff for profit). This gives reason for the plaintiff to submit a Civil action. Also the charge of obstruction of justice can be concluded from these fund transactions in reading and comprehending USC Title 42 section 1985(2001).

Being a municipality with functions of protecting the civil rights of individuals as can be a derivative fact of the town being a member of Massachusetts and also of the United States of America and also in accepting from these governments Federal and State funds for such civil rights law enforcement activities which seem to be lacking, as can be determined as fact in the town, due to what has happened to Richard T. Manning the plaintiff in the town of Westwood.

2) Richard T. Manning was harmed in the town of Westwood and believes this harm should have been prevented and the complaint clearly states the complications of the plaintiff on page 13 and then states a cause for claim against the defendants on page 17 and 18. The plaintiff then points to the possibility of the new prison in the Westwood area on route 128 as a lack of concern in civil rights abuse cases in the town of Westwood, this of course is just conjecture and also if the attorney could be advised that the plaintiff wishes to ask the question "Is her name Ecker at all in relation to the supposed psyciatrist Vivian Ecker at the emergency room location at the Faulkner hospital where the plaintiff was held against his will and questioned before being sent to the Town of Westwood for the hospital to torture and profit from the defendant?"

3) The plaintiff stayed within the guidelines of the Federal Rules of Civil procedure rules 8(a)(1), 8(a)(2), 8(a)(3). The plaintiff would like to site the case On Lee V. United States. Please use Justice Burton's dissenting opinion concurring with Justice Felix Frankfuter form the original opinion, in ON lee vs. us ON LEE V. UNITED STATES 343 U.S. 747 "in fourth amendment rights and direction

And as we also look further at this case and its opinions please direct your attention to Sir James Fitz James Stephen and the opnion of POLICE OFFICERS That APPLY TORTURE TO PRISONERS. AN EXPERIENCED CIVIL OFFICER OBSERVED, 'THERE IS A GREAT DEAL OF LAZINESS IN IT. IT IS FAR PLEASANTER TO SIT COMFORTABLY IN THE SHADE RUBBING RED PEPPER INTO A POOR DEVIL'S EYES THAN TO GO ABOUT IN THE SUN HUNTING UP EVIDENCE.'"This is to demonstrate the Town of Westwood's lack of support for civil rights at Westwood Lodge. " The Constitution of the United States has allowed us civil rights in the 4th and 14th amendment which were not respected in the town of Westwood at the Westwood lodge."

I would like the court to deny the motion by Westwood and rule in favor of the plaintiff Richard T. Manning.

Sincerely,

 **Richard T. Manning Pro Se**

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2004.06.30 06:43:52 -04'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, MA 02132-3810

Richard T Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

Tel. 6176-325-3010

I certify that a copy of this document will be mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to all the defendants. In this list United States of America, The Commonwealth of Massachusetts, The City of Boston, The City of Pittsfield, The City of Brookline, The Town of Westwood, Suffolk County, Norfolk County, AT&T Broadband Comcast ,General Electric, Viacom ,Walt Disney Company ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, Bournewood ,Westwood Pembroke Health Care ,Fallon Ambulance Service, Eascare LLC AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute, Arnold Communications.

Signed and certified by Richard T. Manning Pro Se ✓ Richard T. Manning Pro Se    *Signature Valid*

Date    August 30, 2004