*SCANNED DATE: 9/16/04 BY: MP*

July 27, 2004

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

## United States District Court

District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| **Plaintiff** | ) | |
| V. | ) | |
| | ) | |
| **United States of America** | ) | |
| **The State of Massachusetts** | ) | |
| **The City of Boston** | ) | |
| **The City of Pittsfield** | ) | |
| **The City of Brookline** | ) | |
| **The Town of Westwood** | ) | |
| **Suffolk County** | ) | |
| **Norfolk County** | ) | **Civil Action Number** |
| **AT&T Broadband** | ) | |
| **Comcast** | ) | |
| **General Electric** | ) | 04 · 10401 PBS |
| **Viacom** | ) | |
| **Walt Disney Company** | ) | |
| **UNUM Life Insurance Co.** | ) | |
| **Blue Cross Blue Shield of Mass.** | ) | |
| **Faulkner Hospital** | ) | |
| **Beth Israel Deaconess Medical Ctr.** | ) | |
| **Bournwood** | ) | |
| **Westwood Pembroke Health Care** | ) | |
| **Fallon Ambulance Service** | ) | |
| **Eascare, LLC** | ) | |
| **AMR of Massachusetts, Inc** | ) | |
| **Dana Farber Cancer Institute** | ) | |
| **Arnold Communications** | ) | |

### Plaintiff Richard T. Manning's Pleading to answer the court of one defendant, Faulkner Hospital, Beth Israel, and Dana Farber's, Motion to Dismiss accompanied by the Plaintiff's More Definite Statement as so requested by the defendant

1) The Plaintiff Richard T. Manning argues against the motion to dismiss from the three defendants Faulkner Hospital, Beth Israel Deconess Medical Center, and Dana

Farber Cancer Institute with this response pleading to the court in order to reestablish claim and cause for a civil action from Richard T. Manning.

2) The plaintiff has established claim for relief from the complications of the plaintiff listed clearly on page 13 of the complaint and stated a cause for claim on page 17 and 18 of the complaint. The defendants, which include the hospitals, have been referred to on page 2 as being blinded by money and a civil rights claim is established after the hospitals conspired with the Boston Police and the ambulance companies and also the mental institutions that have acted unlawfully as well in way as to harm Richard T. Manning and hinder a court proceeding such as civil action 04 10401 PBS from occurring, this is obstruction and wrong and against the law and is stated as such in USC Title 42 section 1985(2001) as once again clearly stated on page 2. In arguing the fact that Beth Israel is not referred to throughout the document or complaint is like me saying where is the emergency room that the crimes listed took place in. The emergency room does exist but in a different place than it was originally, thus if it is difficult for Beth Israel and it's attorney to comprehend the fact that the hospital is included as a defendant, the court should not overlook the charge specifically the USC Title 42 section 1985(2001) charge for which a private right of action is established. And can be further defined with Shannon v. the City of Boston 10/5/2001 First Circuit 00-1828 agreeing with the fact that the individual private right of action is allowed to be entered in a federal district court.

3) Furthermore there are many more laws in which the specific defendants Beth Israel and the Faulkner Hospital are referred to in the complaint. Clearly stated on page 3 of the

complaint, when describing the unlawfulness of the Police force and then the unlawfulness of the "hospitals" which are these two hospitals as well as others listed in the complaint, these two hospitals conspired against the civil rights of the plaintiff. USC Ttile 18 section 243(2001) and USC Title 18 section 245(2001) specifically with Ambulance and two other hospitals Beth Israel conspired with Westwood lodge and the Faulkner conspired with Bournewood and Westwood lodge. In all these hospitals, mind altering substances were forced on the plaintiff and the plaintiff then felt he was forced or interrogated sometimes with straps placed on his arms. Once, a long needle was inserted into the patient against his will which was quite frightening and torturous. The patient then experienced akathisia for a two week period and his nerves throughout his body were in a state of shock and were fried and caused great pain and distress in the tortured involuntary patient. This was the plaintiff as so stated on page 2 subjected to torture by way of mind altering substances explained on page 3, 4, 10, 12 in the complications of the plaintiff section on page 13 and 14 and then again in the attachments to the complaint. The plaintiff is waiting for an explanation as to why this was happening and what the Defendants answers are to the complaint? This is especially demanded of the defendant who is linked as a teaching hospital known as the Dana Farber Cancer Institute. After working for eight years sometimes day and night at this hospital I never had a cancer screening and when I returned to the cancer institute while in the lobby of the hospital in which I worked I was told by someone in the lobby at the time I was there "that I would be shot". Meaning they either wanted to cover up there mistakes or were just mean people and that is not what I expected to hear and was disturbed about hearing that statement in a hospital in which I worked for many years. I contacted the people with

cameras in the hospital or the public affairs people and they said they did not know anything about that which negates the option of getting shot with a camera so I considered it a threat and I left the hospital without getting checked out for I thought I may have been sick, due to some sickness I contracted there. Please note that I for many years had to work with these new computer systems (computers had only been around for 10 years or so and the new ones were just that new to the human system and being a human and it being a research hospital I felt sometimes like a test dummy in a computer laboratory.) So yes I am quite angry and upset that when I returned to the hospital after all this stalking of me on the news and in realizing that the last place of employment took on a similar dangerous challenge to stop the tobacco companies from harming the public I was and am concerned for my safety and others around me and do not think it is fair to harass and conspire against rights. This makes the plaintiff quite sad and has also led to the depression and stress thus disabling the defendant more.

4)   If someone working at Dana Farber thought I was going to be shot it would have been a great idea had they informed me via a letter or a visit with someone from a government law enforcement agency such as the FBI stating the reason in writing and who, and if not who, what group of persons were going to do this and why! This is very detrimental to my health for I used to think of Dana Farber as a nice place and still do but am concerned that they, who now have great ties to the Boston Police through fund raising (please be advised that the way the Boston Police through their actions towards me have caused me to be suspicious of them being involved in fund raising activities especially with their using health care facilities to interrogate persons and torture

individuals as can be seen in this civil action.).

5)   So yes there is great concern on the plaintiff's part and the plaintiff made the court aware and still urges that the court demands the defendants to answer the complaint. Filing a motion further delays a trial and is in violation the US constitution amendment six and their actions on several occasions have been in violation of the 4th and 14th amendments as well as several human rights statutes listed in the United Nations declaration of Human rights. This also brings up the topic as listed in the complaint of the conspiracy against civil rights with regards to the health care provider Blue Cross Blue Shield of Massachusetts for letting the hospitals' administer drugs in such a forceful way then try to get you to sign documents releasing them from wrongdoing which further proved that something was wrong with the hospitals actions to begin with and furthered my depression and stress level.

6)   I do not think the plaintiff is going to enter a hospital if he did not feel well. And over an eight year period at Dana Farber he was only sick for a short time and did not miss many days of work. So when I entered Bournewood in 1997 and then Beth Israel following the confusion I encountered at Bournewood and not feeling physically well, I had a high temperature of 104 to 105 degrees, I was very upset at the hospitals actions.

7)   What seems to be apparent is that when someone is sick at a for profit hospital the hospital extends the sickness by acting irrational and abnormal and thus profits from an extended hospital stay or in my instance , I was like a hostage strapped down and forced medication and then rudely asked questions by doctors that not only were not responsive to my questions but were in a state of confusion and acted superior in a very frightening and

unlawful way.

8) Please site Riggins v. Nevada, 504 U.S. 127 (1992) in support of an argument that the plaintiff's liberty specifically Constitutional amendments, Amendment 4, 6, 14 were abused by the hospital and that forced involuntary medication is a form of torture as defined in USC Title18 section 2340(2001) This also gives further support for a private right of civil action on behalf of the plaintiff Richard T. Manning, disagreeing with the defense motion. A hospital is to help someone get well, not steal money from a health care plan and patient and extend the stress and confusion in a persons' mind and this is what the plaintiff refers to a psychological torture.

9) These happenings are extremely upsetting to someone that has experience working at a health care facility. Hostage and Hospital are similarly spelled but much different in definition in these instances, and this is why I bring my complaint to the court. I think this pleading satisfies the federal rules of civil procedure rule 8(a)(1) and 8)(a)(2) and also 8(a)(3).

10) I now urge the court to deny the motion of the defendants and realize that there is cause for a civil action and a claim to these actions as well, which is all clearly written in the complaint.

Sincerely,

  **Richard T. Manning Pro Se**

Signature Valid

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, o=US
Date: 2004.08.30 06:42:02 -04'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, MA 02132-3810

Richard T Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

Tel. 6176-325-3010

I certify that a copy of this document will be mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to all the defendants. In this list United States of America, The Commonwealth of Massachusetts,
The City of Boston, The City of Pittsfield, The City of Brookline,
The Town of Westwood, Suffolk County, Norfolk County, AT&T Broadband Comcast ,General Electric, Viacom ,Walt Disney Company ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, Bournewood ,Westwood Pembroke Health Care ,Fallon Ambulance Service, Eascare LLC AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute, Arnold Communications.

Signed and certified by Richard T. Manning Pro Se ✓ Richard T. Manning Pro Se

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2004.08.30 08:41:25 -04'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, MA 02132-3810

Date    August 30, 2004