July 27, 2004

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

**United States District Court**
District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* ) | | |
| Plaintiff ) | | |
| V. ) | | |
| ) | | |
| United States of America ) | | |
| The State of Massachusetts ) | | |
| The City of Boston ) | | |
| The City of Pittsfield ) | | |
| The City of Brookline ) | | |
| The Town of Westwood ) | | |
| Suffolk County ) | | |
| Norfolk County ) | Civil Action Number | |
| AT&T Broadband ) | | |
| Comcast ) | | |
| General Electric ) | 04 · 10401 PBS | |
| Viacom ) | | |
| Walt Disney Company ) | | |
| UNUM Life Insurance Co. ) | | |
| Blue Cross Blue Shield of Mass. ) | | |
| Faulkner Hospital ) | | |
| Beth Israel Deaconess Medical Ctr. ) | | |
| Bournewood ) | | |
| Westwood Pembroke Health Care ) | | |
| Fallon Ambulance Service ) | | |
| Eascare, LLC ) | | |
| AMR of Massachusetts, Inc ) | | |
| Dana Farber Cancer Institute ) | | |
| Arnold Communications ) | | |

## Plaintiff Richard T. Manning's Pleading to answer the court of one defendant, General Electric's Motion to Dismiss accompanied by the Plaintiff's More Definite Statement as so requested by the defendant

1)  The plaintiff Richard T. Manning pleads to the court with an answer to the motion to d

dismiss from the defendant General Electric and responds with a pleading reestablishing

cause for a civil action and shows basis for claim form relief.

2) The plaintiff argues the defendant for the plain and simple facts listed in the complaint in the introduction on page 2 then on page 3, 4, 5, 7, 12 and once again cause of some of the complications listed on pages 13 and 14 of the complaint and also again on page 5 along with a lengthy explanation on page 7. This may allow the defendant to see the difficulty in not responding to the plaintiff in writing the first time it broke the rules and laws of the United States regarding broadcasting. Meaning the plaintiff has great difficulty understanding the original reason for broadcasting companies, owned by General Electric the defendant, had and why with USD $139 billion per year in revenue and USD$839 billion over the six year period the defendant could ignore writing to the defendant about conspiring against the civil rights of the plaintiff for many years causing a great many more problems for the defendant while continuing to profit form such companies as Arnold in the form of advertisements. Was this a result of the plaintiffs youth and witness to the destruction of the environment in his old city of Pittsfield Ma. Recently picked up by the US governenment in the form of a superfund. I find this quite interesting for the news stations owned by General Electric are quite thorough in dissecting the United States government however when it comes to the broken laws the defendant performs they ignore the situation until a huge problem arises similar to the City of Pittsfield's environment in which many people may have suffered damage from the Neglect. News is positive and informative however when its intentions are at first to damage ones credibility such as the plaintiffs and then make light of it in jokes with persons in high government positions without a written response directly to the plaintiff this makes the plaintiff feel pretty lousy and makes him seek justice concerning these

actions in a court such as the one we are in now.

3) So to file a motion and not answer a complaint is not only selfish it is real freighting and Is in fact criminal when if the court realizes the Federal Code of regulations rule 11 and also the 6th amendment to the constitution of the United States are now to be considered for reason to deny the motion and rule in favor of the plaintiff.

4) Furthermore the complications of the plaintiff are in fact due to many of the actions and statements made by the defendants broadcasting companies and the plaintiff has felt many times as if he is being spied on or in fact a hostage of the media corporations owned by GE and was subjected to torture defined in USC Title18 section 2340(2001) and also an act of terrorism toward the plaintiff Richard T. Manning defined in USC Title 18 section 2331(2001). Furthermore these are acts of blackmail USC Title 18 section 873(2001) and racketeering USC Title 18 section 1951(2001), and also the charges conspiring against rights USC Title 18 section 243(2001) and USC Title 18 section 245(2001), furthermore the defendant general electric obstructed justice as defined in USC Title 18 section 1501 (all written clearly on page 3 directed to all the defendants including GE) and Title 42 section 1985(2001) written clearly to all defendants on page 2 of the complaint.

5) The plaintiff finds it very difficult to believe that the defendant can't answer the complaint after stalking the plaintiff for many years and urges the court to deny the motion and rule in favor of the plaintiff Richard T. Manning.

Sincerely,

✓ **Richard T. Manning Pro Se**

Signature Valid

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2004.08.30 06:40:16 -04'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, MA 02132-3810

Richard T Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

Tel. 6176-325-3010

I certify that a copy of this document will be mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to all the defendants. In this list United States of America, The Commonwealth of Massachusetts,
The City of Boston, The City of Pittsfield, The City of Brookline,
The Town of Westwood, Suffolk County, Norfolk County, AT&T Broadband Comcast ,General Electric, Viacom ,Walt Disney Company ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, Bournewood ,Westwood Pembroke Health Care ,Fallon Ambulance Service, Eascare LLC AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute, Arnold Communications.

Signed and certified by Richard T. Manning Pro Se ✓ **Richard T. Manning Pro Se**

Signature Valid

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2004.08.30 06:39:44 -04'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, MA 02132-3810

Date  August 30, 2004