August 2, 2004

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

## United States District Court
District of Massachusetts

| | | |
|---|---|---|
| **Richard T. Manning** | ) | |
| Plaintiff | ) | |
| V. | ) | |
| | ) | |
| United States of America | ) | |
| The State of Massachusetts | ) | |
| The City of Boston | ) | |
| The City of Pittsfield | ) | |
| The City of Brookline | ) | |
| The Town of Westwood | ) | |
| Suffolk County | ) | |
| Norfolk County | ) | Civil Action Number |
| AT&T Broadband | ) | |
| Comcast | ) | |
| General Electric | ) | 04 · 10401 PBS |
| Viacom | ) | |
| Walt Disney Company | ) | |
| UNUM Life Insurance Co. | ) | |
| Blue Cross Blue Shield of Mass. | ) | |
| Faulkner Hospital | ) | |
| Beth Israel Deaconess Medical Ctr. | ) | |
| Bournwood | ) | |
| Westwood Pembroke Health Care | ) | |
| Fallon Ambulance Service | ) | |
| Eascare, LLC | ) | |
| AMR of Massachusetts, Inc | ) | |
| Dana Farber Cancer Institute | ) | |
| Arnold Communications | ) | |

### Affidavit of Richard T. Manning regarding the Defendant, the State of Massachusetts's telephone response to the "letter we received from you".

1) The Plaintiff, Richard T. Manning enters an affidavit to the court regarding a

telephone message to the plaintiff from the defendant the State Of Massachusetts on a Thursday at 10:22AM, either July 1, 2004 or July 8, 2004. No date or time was given to the message machine by the caller.

2) A phone call was received at the phone number 1-617-325-3010, a phone number at the residence of Richard T. Manning's of Six Chesbrough road Boston, MA. 02132-3810. the message sounded as follows,

"Hi this message is for Richard T. Manning this is Betsy from Governor Romney's office. We received your letter, ah, that you sent. Thank you very much for taking the time to send that in. Ah. This is a court issue which is completely out of the governors jurisdiction we have, um, no say. He can't intervene in the court I just wanted to let you know that. I do wish you luck. And if there is any other issue we can help you with in the future please feel free to get a hold of us."

The fact of the matter is what letter is Betsy from the governor's office referring to.

A previous correspondence. specifically an email to the Governor on December 8, 2004 which reads

"-----Original Message-----

From: RichardTManning [mailto:RichardTManning@hotmail.com]

Sent: Monday, December 08, 2003 10:50 AM

To: Goffice, (GOV)

Cc: Richard Thomas Manning

Subject: In accordance with Rules of Federal Civil procedure, Password to adobe document is "Plaintiffwins"

To the Governor of the Commonwealth or as stated in the Federal Rules of Civil Procedure The Chief Executive of the Commonwealth of Massachusetts.

Hello my name is Richard T. Manning and I reside at Six Chesbrough Road Boston, MA 02132-3810. I have resided in Massachusetts for most of my life and was born in Pittsfield MA back in 1971. I enjoy living and working in the state of Massachusetts for the most part, however I have to inform you of a complaint, a complaint which states what was occurring over the past six years and under the Federal rules of civil procedure I am obligated to inform you of the complaint in writing prior to submission to the federal court. I have on a few occasions been disrupted in this process by the Massachusetts State Police especially on March 31, 2001. I believe it is obstruction of justice, and after reading my complaint you may see why. Also an abuse of the MGL Chapter 123 Section 12 admissions process instead of comprehending what was occurring at the start of my problems which the Police both Boston and the State police were made aware of.

I am frightened by the way that people have been acting toward me recently especially police and the hospital workers that I was involuntarily interrogated by, and then forced to pay money to. I have

been being responded to through the television and radio which is an act of terrorism, in front of possible millions of television viewers and not written too which is in violation of the FCC guidelines discussed in the complaint.

If you want to respond to this complaint fine if not I will be forced to proceed with the complaint In the United States District Court and a summons will be issued to you.

The password to the document is "Plaintiffwins"!

Thanks and have great day and keep up the good work!

Richard T. Manning

My resume is listed at this address

http://hometown.aol.com/richardtmanning/ "


was responded to as follows by the governor,

From the governors office

Monday, December 08, 2003 11:53 AM

To RichardTManning@hotmail.com

"Dear Constituent:

Thank you for your e-mail. The Governor encourages you to contact this office about issues that are important to the citizens of Massachusetts. E-mail provides an additional means by which citizens can communicate

with the Governor's Office, providing the Governor and his staff

real-time access to your comments and concerns. However, due to the

large volume of e-mail submissions received on a daily basis, the

Governor is unable to personally respond to each e-mail.

An Aide to the Governor reviews all e-mails daily. Requests for

assistance or information that fall under the jurisdiction of the

Governor's Office will be forwarded to the appropriate staff member,

agency or office for further review. If you are writing to communicate

an opinion on a particular issue, your comments will be recorded and

brought to the Governor's attention as well as any other appropriate

officials. Should you need immediate assistance, please contact a

Governor's Aide via telephone at (617) 725-4005.

We encourage you to visit our website at www.mass.gov to learn about and

gain access to important state services. Again, thank you for taking

the time to share your concerns and comments with us.

Sincerely,

Governor's Office of External Relations

State House, Room 111

Boston, MA  02133


-----Original Message-----
From: RichardTManning [mailto:RichardTManning@hotmail.com]

Sent: Monday, December 08, 2003 10:50 AM

To: Goffice, (GOV)

Cc: Richard Thomas Manning

Subject: In accordance with Rules of Federal Civil procedure, Password to adobe document is "Plaintiffwins"

To the Governor of the Commonwealth or as stated in the Federal Rules of Civil Procedure The Chief Executive of the Commonwealth of Massachusetts.

Hello my name is Richard T. Manning and I reside at Six Chesbrough Road Boston, MA 02132-3810. I have resided in Massachusetts for most of my life and was born in Pittsfield MA back in 1971. I enjoy living and working in the state of Massachusetts for the most part, however I have to inform you of a complaint, a complaint which states what was occurring over the past six years and under the Federal rules of civil procedure I am obligated to inform you of the complaint in writing prior to submission to the federal court. I have on a few occasions been disrupted in this process by the Massachusetts State Police especially on March 31, 2001. I believe it is obstruction of justice, and after reading my complaint you may see why. Also an abuse of the MGL Chapter 123 Section 12 admissions process instead of comprehending what was occurring at the start of my problems which the Police both Boston and the State police were made aware of.

I am frightened by the way that people have been acting toward me

recently especially police and the hospital workers that I was involuntarily interrogated by, and then forced to pay money to. I have been being responded to through the television and radio which is an act of terrorism, in front of possible millions of television viewers and not written too which is in violation of the FCC guidelines discussed in the complaint.

If you want to respond to this complaint fine if not I will be forced to proceed with the complaint In the United States District Court and a summons will be issued to you.

The password to the document is "Plaintiffwins"!
Thanks and have great day and keep up the good work!
Richard T. Manning
My resume is listed at this address
http://hometown.aol.com/richardtmanning/ "


3) The plaintiff Richard T. Manning's email was not responded to in writing other than an informational automated email from the governors office as can be determined form another email the governors office was sent regarding a similar issue sent the governor, as the plaintiff should seeing that it concerned a City in a State in which the governor was governing at the time, here is the email response from the governor supporting the above statement .

From the Governors Office

Monday, December 08, 2003 12:24 PM

To RichardTManning@hotmail.com

" Dear Constituent:

Thank you for your e-mail. The Governor encourages you to contact this office about issues that are important to the citizens of Massachusetts. E-mail provides an additional means by which citizens can communicate with the Governor's Office, providing the Governor and his staff real-time access to your comments and concerns. However, due to the large volume of e-mail submissions received on a daily basis, the Governor is unable to personally respond to each e-mail.

An Aide to the Governor reviews all e-mails daily. Requests for assistance or information that fall under the jurisdiction of the Governor's Office will be forwarded to the appropriate staff member, agency or office for further review. If you are writing to communicate an opinion on a particular issue, your comments will be recorded and brought to the Governor's attention as well as any other appropriate officials. Should you need immediate assistance, please contact a Governor's Aide via telephone at (617) 725-4005.

We encourage you to visit our website at www.mass.gov to learn about and gain access to important state services. Again, thank you for taking the time to share your concerns and comments with us.

Sincerely,

Governor's Office of External Relations

State House, Room 111

Boston, MA 02133

-----Original Message-----

From: RichardTManning [mailto:RichardTManning@hotmail.com]

Sent: Monday, December 08, 2003 11:12 AM

To: Mayor@cityofboston.gov; Goffice, (GOV)

Cc: Richard Thomas Manning

Subject: In complaince with Federal rules of civil Procedure, password

to complaint is "Plaintiffwins"

The following is in compliance with the Federal rules of Civil procedure

to be sent to the Chief Executive of the City of Boston or the Mayor.

Hello my name is Richard T. Manning and I reside at Six Chesbrough Road.

I have to inform you of a complaint, and this complaint is to be sent to

you in accordance with the Federal Rules of Civil Procedure. Your

Boston Police Force "AND MINE" as well as all other citizens of Boston

has been acting criminally. It has responded to calls with threats of

torture and terrorism and never once has done the correct thing! They

refuse to read anything I have brought to them and also refuse to write

out incident reports especially after "BREAKING MY ARM" and forcing

medication which is defined as torture.

You may respond to this letter in writing to this email address, and if not you will be required to do so with a summons from the United States District Court.

Please also inform you gang of bullies or Police force not to obstruct justice any further!

The password to the complaint is "Plaintiffwins"!

Have a nice day and thanks for you time and attention,

Richard T. Manning

my resume is listed at

http://hometown.aol.com/richardtmanning/"


4)  No phone number was given to me in any response and seems as if they are avoiding the civil complaint for I have not received a written answer 40 days after serving a civil complaint to The Governors Office at the state house on June 24, 2004 delivered to the Governor's office on July 25, 2004.

5)  Please allow the plaintiff to submit this affidavit to be used in support of a motion for summary judgment for the plaintiff Richard T. Manning.

Richard T. Manning.

Sincerely,

 **Richard T. Manning Pro Se**

Signature Valid

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2004.06.30 06:06:33 -04'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, MA 02132-3810

Richard T Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

Tel. 6176-325-3010

I certify that a copy of this document will be mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to all the defendants. In this list United States of America, The Commonwealth of Massachusetts,
The City of Boston, The City of Pittsfield, The City of Brookline,
The Town of Westwood, Suffolk County, Norfolk County, AT&T Broadband Comcast ,General Electric, Viacom ,Walt Disney Company ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, Bournewood ,Westwood Pembroke Health Care ,Fallon Ambulance Service, Eascare LLC AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute, Arnold Communications.

Signed and certified by Richard T. Manning Pro Se ✓ Richard T. Manning Pro Se
Signature Valid

Date August 30, 2004