September 20, 2004

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

**United States District Court**
District of Massachusetts

Richard T. Manning )
Plaintiff )
V. )
)
United States of America )
The State of Massachusetts )
The City of Boston )
The City of Pittsfield )
The City of Brookline )
The Town of Westwood )
Suffolk County )
Norfolk County )
AT&T Broadband )      Civil Action Number
Comcast )
General Electric )
Viacom )      04 · 10401 ~~PBS~~ GAO
Walt Disney Company )
UNUM Life Insurance Co. )
Blue Cross Blue Shield of Mass. )
Faulkner Hospital )
Beth Israel Deaconess Medical Ctr. )
Bournewood )
Westwood Pembroke Health Care )
Fallon Ambulance Service )
Eascare, LLC )
AMR of Massachusetts, Inc )
Dana Farber Cancer Institute )
Arnold Communications )

## Plaintiff Richard T. Manning's motion for sanctions following a previous motion for summary judgement by the plaintiff concerning complaint 04 10401 GAO answer by Fallon Ambulance's attorney's not signing and delaying the plaintiff and the court.

1) The plaintiff submits a motion for sanctions in accordance with the Federal Rules of Civil Procedure(FRCP) rule 11(c)(1)(A) following the defendant Fallon's disregard for FRCP rule 11(a) and also FRCP rule 11(a)(1). Submission for filling of summary

judgment on August 30, 2004 by the plaintiff was followed by received mail from the defendant Fallon Ambulance as a result of a phone conversation from Fallon Ambulance attorney Kevin Keating when the defendant conferred via a 35 minute phone conversation as will be written about in a supporting affidavit (please be aware that this phone conference was mentioned in the plaintiffs motion for summary judgment submitted August 30, 2004). The motion that was late to me and to the court by over a months time was after a discussion that Fallon would like to "settle this thing". The motion form Fallon was unsigned and had words that are insulting and harassing in nature and have delayed the plaintiff until the plaintiff realized that the defendant was outright lying in a phone conversation to the plaintiff.

2) If the court would at this time use this motion as a notice and an acknowledgement of the plaintiff's realization of the lying deceptive nature of the defendant and its disregard for these federal rules of civil procedure as well as the clearly written crimes written in the complaint. Please note the defendant obviously is an expert at the crime of extorting the plaintiffs time and money and is not thought of by the plaintiff as American(meaning friendly) but as a profit seeking company in total disregard for the laws of the United States and also the United Nations declaration of Human rights!

3) Please sanction the defendant as you should after this notice and please note the Phone call was 35 minutes and if the defendant heard "voices" as is often asked in these torturous facilities the defendant conspires and transports the plaintiff too maybe it is during this mysterious ten minutes he wrote of that the defendant heard voices to lead him to write such nonsense and have such unethical disregard for the plaintiff and the

court!

Sincerely,

 Richard T. Manning Pro Se

Richard T. Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

Tel. 617-325-3010

I certify that a copy of this document was mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to all the defendants. In this list United States of America, The Commonwealth of Massachusetts, The City of Boston, The City of Pittsfield, The City of Brookline, The Town of Westwood, Suffolk County, Norfolk County, AT&T Broadband Comcast ,General Electric, Viacom ,Walt Disney Company ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, Bournwood ,Westwood Pembroke Health Care ,Fallon Ambulance Service, Eascare LLC AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute, Arnold Communications.

Signed and certified by Richard T. Manning Pro Se        Richard T. Manning Pro Se

Date  September 21, 2004