September 20, 2004                                  Richard T. Manning Pro Se
                                                    Six Chesbrough Road
                                                    Boston, Ma 02132-3810
                                                    Tel. 617-325-3010

## United States District Court

District of Massachusetts

```
Richard T. Manning                              )
Plaintiff                                       )
v.                                              )
                                                )
United States of America                        )
The State of Massachusetts                      )
The City of Boston                              )
The City of Pittsfield                          )
The City of Brookline                           )
The Town of Westwood                            )
Suffolk County                                  )    Civil Action Number
Norfolk County                                  )
AT&T Broadband                                  )
Comcast                                         )    04 · 10401 ~~PBS~~ GAO
General Electric                                )
Viacom                                          )
Walt Disney Company                             )
UNUM Life Insurance Co.                         )
Blue Cross Blue Shield of Mass.                 )
Faulkner Hospital                               )
Beth Israel Deaconess Medical Ctr.              )
Bournewood                                      )
Westwood Pembroke Health Care                   )
Fallon Ambulance Service                        )
Eascare, LLC                                    )
AMR of Massachusetts, Inc                       )
Dana Farber Cancer Institute                    )
Arnold Communications                           )
```

**Plaintiff Richard T. Manning's affidavit of phone call from Fallon Ambulance attorney Kevin Keating discussing Fallon's inability to Comprehend the proposed written settlement agreement and then asking the plaintiff "How can we settle this thing, I want to just settle this thing" and then asking "what happened" after reading the complaint and the defendant then complains that "I am an old man!" followed by a late motion to commit furthering the torture of the plaintiff written clearly in the complaint.**

1) The plaintiff submits an affidavit of a phone conversation initiated by the

Defendant Fallon Ambulance's attorney, Kevin M. Keating attorney at law 1040 North Shore Road Revere, MA 02151-1505 of his admission of having the complaint in his possession and then wanted to confer with the plaintiff prior to a written answer to the court and to the plaintiff and also after acknowledgement of settlement papers sent to the defendant explaining in detail how and why the defendant should settle with the plaintiff.

2)   It is obvious that the defendant Fallon Ambulance in their phone call through the Attorney has no regard for the safety of the plaintiff and only wishes to seek further mental and possible physical torture with a threat of commitment and then guardian thereafter. The plaintiff had to listen to an attorney say "I am an old man" and "how can we settle this thing, I just want this thing settled" rather than apologize for the Fallons conspiring against rights, kidnapping and torture and now once again false statements which can be determined but maybe not used as evidence from the unsigned copy of the motion to dismiss and then motion to commit under rule 17(c).

3)   I spoke clearly and was hesitant to go into great detail however I thought that by the the end of 35 minutes the defendant would have understood that what I was stating was for him to reread the complaint for it is comprehensible and clear and to the point. Instead he stated "What" and then stated that he wished to settle and would send the Papers out to me". He then asked what I thought a new settlement agreement should state and the plaintiff replied that "it would be best that if in the future Fallon should submit an affidavit or get permission from the district court prior to touching, seizing strapping down or transporting Richard T. Manning.". The defendant obviously

misunderstood or disregarded my statement as can be read in the plaintiffs motion written Sunday August 29, 2004.

4) Please understand that the plaintiff feels it is unethical to lie and that after the Defendant lied and stated that the plaintiff was incompetent and that he should be Committed it clearly shows the court the guilt of the defendant for the committing under 17(c) is clearly evidence of the defendants inability to reason and force torture by any means now at the federal level simply because it is at fault or guilty and wants to harm the plaintiff.

5) The plaintiff is now realizing the urgency in summary judgment process for which The plaintiff has asked the court. There are no more reasons for the plaintiff to contact Fallon Ambulance, I will leave that to the court besides the threat of torture is what this complaint is all about. Like the plaintiff stated in the original complaint the defendant needs to have article 5 and article 51 of the United Nations Treaty of 1949 invoked against it for the plaintiffs self defensive precautions and this affidavit showing the terroristic nature of the defendant in that it is trying to torture a United States citizen for profit and to disrupt this civil action the court should make aware, as previously stated in the pleading to Viacom, in section 6 line 19 of that pleading, the US office of Counter Terrorism in regards to this defendant Fallon Ambulance.

6) Please allow this affidavit to support the motion for sanction and also the motion for summary judgement. If the court would please allow for the plaintiff at this time to not

submit a pleading to answer an unsigned late and rude and unkind lie of a motion by the defendant until a summary judgement or order by the court is served the plaintiff.

Sincerely,

✓ Richard T. Manning Pro Se

Richard T. Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

Tel. 617-325-3010

I certify that a copy of this document will be mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to all the defendants. In this list United States of America, The Commonwealth of Massachusetts,
The City of Boston, The City of Pittsfield, The City of Brookline,
The Town of Westwood, Suffolk County, Norfolk County, AT&T Broadband Comcast ,General Electric, Viacom ,Walt Disney Company ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, Bournwood ,Westwood Pembroke Health Care ,Fallon Ambulance Service, Eascare LLC AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute, Arnold Communications.

Signed and certified by Richard T. Manning Pro Se ✓ Richard T. Manning Pro Se

Date _September 21, 2004_   9/21/2004