September 21, 2004

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

## United States District Court

District of Massachusetts

| | |
|---|---|
| Richard T. Manning )<br>Plaintiff )<br>V. )<br> )<br>United States of America )<br>The State of Massachusetts )<br>The City of Boston )<br>The City of Pittsfield )<br>The City of Brookline )<br>The Town of Westwood )<br>Suffolk County )<br>Norfolk County )<br>AT&T Broadband )<br>Comcast )<br>General Electric )<br>Viacom )<br>Walt Disney Company )<br>UNUM Life Insurance Co. )<br>Blue Cross Blue Shield of Mass )<br>Faulkner Hospital )<br>Beth Israel Deaconess Medical Ctr. )<br>Bournewood )<br>Westwood Pembroke Health Care )<br>Fallon Ambulance Service )<br>Eascare, LLC )<br>AMR of Massachusetts, Inc )<br>Dana Farber Cancer Institute )<br>Arnold Communications ) | Civil Action Number<br><br>04 · 10401 PBS GAO |

**Certificate of Service of the plaintiff serving the US District court a motion for sanctions and an affidavit mailed on September 21, 2004.**

I, Richard T. Manning Pro Se certify to the court that I submitted for filling by use of US Mail a motion for sanctions against defendant Fallon and also a supporting affidavit On September 21, 2004 to the Clerk in the US Disitrict Court 1 Courthouse Way -suite 2300 Boston, MA 02210.

Sincerely,

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010