UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
CASE NO. 04-10401 NG

| |
|---|
| RICHARD T. MANNING,<br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, COMMONWEALTH OF MASSACHUSETTS, CITY OF BOSTON, CITY OF PITTSFIELD, TOWN OF BROOKLINE, TOWN OF WESTWOOD, SUFFOLK COUNTY, NORFOLK COUNTY, AT&T BROADBAND, COMCAST, GENERAL ELECTRIC, VIACOM, WALT DISNEY COMPANY, UNUM LIFE INSURANCE CO., BLUE CROSS BLUE SHIELD OF MA, FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CENTER, BOURNEWOOD, WESTWOOD PEMBROKE HEALTH CARE, FALLON AMBULANCE SERVICE, EASCARE, LLC, AMR OF MA, INC., DANA FARBER CANCER INSTITUTE & ARNOLD COMMUNICATIONS,<br>    Defendants |

**CITY OF BOSTON'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND**

    Defendant City of Boston respectfully requests this Honorable Court to deny the Plaintiff's Motion to Amend the Complaint. As grounds for its motion, the City of Boston respectfully incorporates by reference the arguments made by Defendant General Electric's Objection to Plaintiff's Motion to Amend Complaint. See Fed. R. Civ. P. 10(c).

1

Respectfully submitted,

DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel

By its attorney:


/s/ Margaret H. Sanel
Margaret H. Sanel
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4936
BBO# 648701

## CERTIFICATE OF SERVICE

I, Margaret H. Sanel, hereby certify that I served <u>Defendant City of Boston's Opposition to Plaintiff's Motion to Amend</u>, by mailing a copy, postage prepaid, to the following:

Richard Manning
Six Chesbrough Road
Boston, MA  02132-3810

Kathleen Degnan, Esq.
City of Pittsfield
Office of Solicitor
Room 201
70 Allen Street
Pittsfield, MA  01201

Deborah I Ecker
Brody, Hardoon, Perkins & Keston
699 Exeter Street
Boston, MA  02116

Kristina H. Allaire, Esq.
Mirick, O'Connell, DeMallie & Lougee
100 Fronts Street
Worcester, MA  01608

George Driscoll, Esq.
Town of Brookline
Town Hall
333 Washington Street
Brookline, MA 02445

John Albano, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Scott Lopez, Esq.
Law Office of Scott Lopez
24 School Street, 8th Floor
Boston, MA 02108

Sarah Walker, Esq.
Blue Cross Blue Shield, Law Department
Landmark Center
401 Park Drive
Boston, MA 02215

Stephen M. Perry, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Paul Abbott
Mintz Levin
One Financial Center
Boston, MA 02111

Carol A. Kelly, Esq.
Murray, Kelly & Bertrand, P.C.
600 Unicorn Park Drive
Woburn, MA 01801

| | |
|---|---|
| 10/04/04 | /s/ Margaret H. Sanel |
| Date | Margaret H. Sanel |