**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

_____
                                                )

**RICHARD T. MANNING,**                       )
     Plaintiff,                               )
                                                )
**v.**                                                )
                                                )
**UNITED STATES OF AMERICA,**          )
**THE COMMONWEALTH OF MASSACHUSETTS,**  )
**THE CITY OF BOSTON, THE CITY OF**         )
**PITTSFIELD, THE CITY OF BROOKLINE,**    )
**THE TOWN OF WESTWOOD, SUFFOLK COUNTY,** )
**NORFOLK COUNTY, AT&T BROADBAND,**     )
**COMCAST, GENERAL ELECTRIC, VIACOM,**    )    **CIVIL ACTION**
**WALT DISNEY COMPANY, UNUM LIFE**       )    **NO. 04-10401-NG**
**INSURANCE COMPANY, BLUE CROSS BLUE**    )
**SHIELD OF MASSACHUSETTS, FAULKNER**    )
**HOSPITAL, BETH ISRAEL DEACONESS MEDICAL** )
**CENTER, BOURNEWOOD, WESTWOOD**        )
**PEMBROKE HEALTH CARE, FALLON**        )
**AMBULANCE SERVICE, EASCARE, LLC, AMR OF** )
**MASSACHUSETTS, INC., DANA FARBER CANCER** )
**INSTITUTE, and ARNOLD COMMUNICATIONS,**  )
     Defendants.                             )
_____)

**DEFENDANT NORFOLK COUNTY'S REPLY TO PLAINTIFF RICHARD T.
MANNING'S ANSWER TO NORFOLK COUNTY'S MOTION TO DISMISS
AND
PLAINTIFF'S MORE DEFINITE STATEMENT.**
_____

       Defendant Norfolk County hereby respectfully submits this Reply to Plaintiff's "Answer to Norfolk County's Motion to Dismiss and Plaintiff's More Definite Statement." Specifically, contrary to plaintiff's mistaken belief, Norfolk County did not file a Motion to Dismiss. Rather, it filed a Motion requesting the Court to strike plaintiff's Complaint and to Order plaintiff to file an Amended Complaint against Norfolk County before Norfolk County is required to file a responsive pleading. *See*

Defendant Norfolk County's Motion to Strike the Complaint and Motion for a More Definite Statement (hereinafter "Motion"), identified as entry #27 on the Docket. Further, plaintiff's so-called More Definite Statement does not provide the necessary information for Norfolk County to file a responsive pleading. *See* Plaintiff's More Definite Statement incorporated into his Answer to Norfolk County's Motion to Dismiss attached hereto.[1] As such, the issues raised in Norfolk County's Motion are ripe for the Court's review as Norfolk County remains unable to file any sort of responsive pleading to plaintiff's Complaint other than a general denial of all allegations.[2]

Indeed, as stated in Norfolk County's Motion, plaintiff's Complaint is so vague and ambiguous that it fails to provide any material information from which Norfolk County might respond.

Specifically, plaintiff's Complaint improperly seeks relief under numerous criminal statutes in his civil action. As such, all criminal allegations should be stricken from the Complaint.

In addition, plaintiff's Complaint alleges a hodgepodge of claims against twenty-four (24) defendants, most having very little or no relation to one another, ranging from conspiracy and deprivation of plaintiff's federal and constitutional rights to theft or embezzlement in connection with health care, kidnapping and terrorist activities to name a few. However, plaintiff fails to indicate why each defendant has been sued or which claims apply to which defendants.

---

[1] Please note that plaintiff's response to Norfolk County's Motion does not appear on the docket as having been filed.

[2] Plaintiff did file a Motion to Amend his Complaint on August 23, 2004. However, said Motion merely requests permission to add a claim against six (6) of the twenty-four (24) defendants, not including Norfolk County; it does not attempt to clarify any of the claims made in plaintiff's original Complaint.

Further, the one (1) occasion that Norfolk County is mentioned in plaintiff's single-spaced eighteen (18) page Complaint does not provide material information necessary for Norfolk County to investigate allegations against it and respond to the Complaint in any form.

As stated in Norfolk County's Motion, Norfolk County would like to file a responsive pleading to plaintiff's Complaint, but without substantially more detail, it is literally impossible for Norfolk County to file any responsive pleading other than a general denial of all allegations.

WHEREFORE, defendant Norfolk County respectfully requests this Honorable Court to strike plaintiff's Complaint and to Order plaintiff to file an Amended Complaint more specifically identifying the claims he is bringing against Norfolk County.

> Respectfully submitted,
> For the defendant,
> NORFOLK COUNTY,
> By its attorneys,
>
> ／s／   Tara M. Swartz
> Tara M. Swartz, BBO# 652600
> Scott P. Lopez, BBO # 549556
> Law Office of Scott P. Lopez
> 24 School Street, 8th Floor
> Boston, MA  02108
> (617) 742-5700

Dated: October 7, 2004

4

## CERTIFICATE OF SERVICE

      I, Tara M. Swartz, hereby certify that a true copy of the above document was served upon the plaintiff appearing pro se and the attorney of record for each party by first class mail on October 7, 2004.

                                            /s/ Tara M. Swartz
                                            Tara. M. Swartz