July 23, 2004                                           Richard T. Manning Pro Se
                                                        Six Chesbrough Road
                                                        Boston, Ma 02132-3810
                                                        Tel. 617-325-3010

## United States District Court
District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| **Plaintiff** | ) | |
| V. | ) | |
| | ) | |
| United States of America | ) | |
| The State of Massachusetts | ) | |
| The City of Boston | ) | |
| The City of Pittsfield | ) | |
| The City of Brookline | ) | |
| The Town of Westwood | ) | |
| Suffolk County | ) | |
| Norfolk County | ) | **Civil Action Number** |
| AT&T Broadband | ) | |
| Comcast | ) | |
| General Electric | ) | 04 · 10401 PBS |
| Viacom | ) | |
| Walt Disney Company | ) | |
| UNUM Life Insurance Co. | ) | |
| Blue Cross Blue Shield of Mass. | ) | |
| Faulkner Hospital | ) | |
| Beth Israel Deaconess Medical Ctr. | ) | |
| Bournwood | ) | |
| Westwood Pembroke Health Care | ) | |
| Fallon Ambulance Service | ) | |
| Eascare, LLC | ) | |
| AMR of Massachusetts, Inc | ) | |
| Dana Farber Cancer Institute | ) | |
| Arnold Communications | ) | |

**Plaintiff Richard T. Manning's Pleading to answer the court of one defendant, Norfolk County, MA's. Motion to Dismiss accompanied by the Plaintiff's More Definite Statement as so requested by the defendant**

1) The plaintiff Richard T. Manning answers the US District Court and responds to the motion to dismiss with the following pleading to show cause for complaint and

reestablish the plaintiff's basis for claim against the defendant Norfolk County, MA. In reading and comprehending the complaint the court should now direct its attention to Page 11 and the top of page 12. Norfolk County is listed as a defendant that broke laws such as conspiracy against rights and false statements and threats of violence that can be defined as extortion of time and blackmail along with that it agrees to the torture of individuals and is also in violation of Amendment Six of the constitution of the United States in preventing justice and a speedy trial, furthermore it has obstructed justice and is responsible allowing Public officials to speak on public airwaves about the plaintiff in buildings protected by the County as so stated in the MGL.

2) Furthermore the court should consider that the County accepts funds in the form of funds given to the county from local city and town assessments after and from taxes collected by the state of Massachusetts and Federal U.S. government as well. The facilities in question of torturing the plaintiff fall under Norfolk County's realm of responsibility therefore when made aware through the clerk's office in the District of Norfolk they are then conspiring against the civil rights of the plaintiff. The defendant then added insult to injury with a threat outside the courthouse. Therefore the plaintiff was Blackmailed by the county of Norfolk. All these laws are written down in the complaint.

3) In compliance with the courts rule 8(a)(1) of the federal rules of civil procedures on page 17 and 18 of complaint claim for relief is stated in chapter 9 of the complaint on pages 17 and 18 and clearly recognizes the court having jurisdiction as previously defined in section 3 page 2 of the complaint.

4) In compliance with rule 8(a) (2) of the federal rules of civil procedure on page 17 and 18 of the compliant claim for relief is stated in compliance with rule 8(a) (3) the plaintiff clearly states on page 18 that relief should be granted in the sum of $2.3 million dollars, the defendant is not responsible for all of the damages however a small portion of which the plaintiff proposed to settle with the defendant for damages especially with regards to the theft of time in that the county is responsible for not responding to the plaintiff with a complaint form that could have prevented further damage to the plaintiff instead they teased and abused the plaintiff further by not giving the plaintiff a complaint form for the Massachusetts District Court in Norfolk County Massachusetts located on High street in Dedham, Ma.. Instead they chose to respond with verbal remarks outside the court house directed towards the plaintiff these words were shouted "You will be shot!" The plaintiff left and never returned to the courthouse.

5) The complaint is precise and clear and if the defendant did not understand or comprehend the complaint, this pleading should serve a purpose to the means of establishing a claim for relief which the complaint apparently did not do according to the defendant. Please refer to this precedent when viewing the actions of the of Norfolk County, the Following precedent establishes the argument for fairer treatment of those who have been tortured:

6) Justice Burton's dissenting opinion concurring with Justice Felix Frankfuter from the original opinion, in ON lee vs. us ON LEE V. UNITED STATES 343 U.S. 747 in fourth amendment rights and direction and as we also look further at this case and its opinions please direct your attention to Sir James Fitzjames Stephen and the opinion of POLICE OFFICERS THAT APPLY TORTURE TO PRISONERS. AN

EXPERIENCED CIVIL OFFICER OBSERVED, 'THERE IS A GREAT DEAL OF LAZINESS IN IT. IT IS FAR PLEASANTER TO SIT COMFORTABLY IN THE SHADE RUBBING RED PEPPER INTO A POOR DEVIL'S EYES THAN TO GO ABOUT IN THE SUN HUNTING UP EVIDENCE.'

7) This complaint now is within the jurisdiction of the US Federal District Court specifically due to the defendants non compliance to Massachusetts General laws regarding process of complaints and then blackmail and obstruction of justice regarding the other defendants and the plaintiff listed in the complaint.

8) The plaintiff disagrees with the defendant's statement of not establishing a claim and in being in compliance with rule 8(e) my pleading is concise and direct, and am also in compliance with 8(f) and I hope this pleading does what 8(f) states "substantial justice".

9) The plaintiff asks the court to deny the motion to dismiss of the defendant Norfolk County and rule in favor of the plaintiff. I would now also urge the court to view this pleading as an answer to the motion by the defense and as a more definite statement as so requested by the defendant.

Sincerely,

 Richard T. Manning Pro Se

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2004.08.30 06:27:26 -04'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, MA 02132-3810

Signature Valid

Richard T Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

Tel. 6176-325-3010

I certify that a copy of this document will be mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to all the defendants. In this list
United States of America, The Commonwealth of Massachusetts,
The City of Boston, The City of Pittsfield, The City of Brookline,
The Town of Westwood, Suffolk County, Norfolk County, AT&T Broadband Comcast ,General Electric, Viacom ,Walt Disney Company ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, Bournwood ,Westwood Pembroke Health Care ,Fallon Ambulance Service, Eascare LLC AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute, Arnold Communications.

Signed and certified by Richard T. Manning Pro Se  ✓ Richard T. Manning Pro Se
                                                    Signature Valid

                                    Date   August 30, 2004