UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD T. MANNING,<br>    Plaintiff<br><br>V.<br><br>UNITED STATES OF AMERICA, THE STATE OF MASSACHUSETTS, THE CITY OF BOSTON, THE CITY OF PITTSFIELD, THE CITY OF BROOKLINE, THE TOWN OF WESTWOOD, SUFFOLK COUNTY, NORFOLK COUNTY, AT&T BROADBAND, COMCAST, GENERAL ELECTRIC, VIACOM, WALT DISNEY COMPANY, UNUM LIFE INSURANCE CO., BLUE CROSS BLUE SHIELD OF MASS., FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CTR., BOURNEWOOD, WESTWOOD PEMBROKE HEALTH CARE, FALLON AMBULANCE SERVICE, EASCARE, LLC, AMR OF MASSACHUSETTS, INC., DANA FARBER CANCER INSTITUTE, ARNOLD COMMUNICATIONS,<br>    Defendants | CIVIL ACTION NO. 04-10401-GAO |

## DEFENDANT, GENERAL ELECTRIC COMPANY'S CORPORATE DISCLOSURE STATEMENT

The defendant, General Electric Company, pursuant to Local Rule 7.3, states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

GENERAL ELECTRIC COMPANY,

By its attorney,

    /s/  Joseph M. Hamilton
Joseph M. Hamilton, BBO #546394
Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: October 15, 2004

## CERTIFICATE OF SERVICE

    I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by electronic mail and/or first class mail, postage prepaid, to:

Richard T. Manning
Six Chesbrough Road
Boston, MA 02132-3810

Kathleen E. Degnan
City of Pittsfield – Office of Solicitor
Room 201, 70 Allen Street
Pittsfield, MA 01201

Deborah I. Ecker, Esq.
Leonard H. Kesten
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th floor
Boston, MA 02116

Tara M. Swartz, Esq.
Scott P. Lopez, Esq.
Law Office of Scott P. Lopez
24 School St., 8th Floor
Boston, MA 02108

Jonathan M. Albano, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110-1726

Sara A. Walker, Esq. Assistant General Counsel
Blue Cross & Blue Shield
Law Department
Landmark Center
401 Park Drive
Boston, MA 02215

Stephen M. Perry, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Paul D. Abbott, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

| | |
|---|---|
| Margaret H. Sanel<br>Assistant Corporation Counsel City of Boston<br>Law Department<br>City Hall, Room 615<br>Boston, MA 02201 | Carol A. Kelly, Esq.<br>Murray, Kelly & Bertrand, P.C.<br>600 Unicorn Park Drive<br>Woburn, MA 01801 |

Kevin M. Keating, Esq.
1040 North Shore Road
Revere, MA  02151-1505

                                                   /s/  Joseph M. Hamilton
                                                   Joseph M. Hamilton

Dated: October 15, 2004