September 29, 2004                                        Richard T. Manning Pro Se
                                                          Six Chesbrough Road
                                                          Boston, Ma 02132-3810
                                                          Tel. 617-325-3010

## United States District Court
District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| **Plaintiff** | ) | |
| V. | ) | |
| | ) | |
| **United States of America** | ) | |
| **The State of Massachusetts** | ) | |
| **The City of Boston** | ) | |
| **The City of Pittsfield** | ) | |
| **The City of Brookline** | ) | |
| **The Town of Westwood** | ) | |
| **Suffolk County** | ) | |
| **Norfolk County** | ) | **Civil Action Number** |
| **AT&T Broadband** | ) | |
| **Comcast** | ) | |
| **General Electric** | ) | 04 · 10401 ~~PBS~~ GAO |
| **Viacom** | ) | |
| **Walt Disney Company** | ) | |
| **UNUM Life Insurance Co.** | ) | |
| **Blue Cross Blue Shield of Mass.** | ) | |
| **Faulkner Hospital** | ) | |
| **Beth Israel Deaconess Medical Ctr.** | ) | |
| **Bournewood** | ) | |
| **Westwood Pembroke Health Care** | ) | |
| **Fallon Ambulance Service** | ) | |
| **Eascare, LLC** | ) | |
| **AMR of Massachusetts, Inc** | ) | |
| **Dana Farber Cancer Institute** | ) | |
| **Arnold Communications** | ) | |

**Memorandom of Plaintiff Richard T. Manning Pro Se to the United States District Court outlining the scheduling conference for civil action 04 10401 GAO.**

1)   Plaintiff Richard T, Manning outlines the scheduling conference for civil action

number **04 · 10401 GAO**. An order has not been issued for it is still under 90 days since

the answer from those defendants that have answered mentioned in a motion for summary judgment by the plaintiff filled on August 30, 2004 with the US District court. Those defendants that have failed to answer or have answered not in compliance with the local and federal rules of civil procedure of the US District Court Massachusetts are still lacking the required answer and may delay proceedings such as a scheduling conference. The first issue would be are there any affidavits with regards to the safety of the attorney or client that need to be addressed to the plaintiff or other defendants and to the court regarding the civil action 04 · 10401 GAO. The second issue would be settlement of the complaint and weather or not the defendants wish to settle to the terms I conferred previously with them in a letter served back in late June specific to each defendant and if they have any settlement offers or if they do not want to settle. Third would be the complex preliminary question to each defendant. If these are answered and objections are noted we can then move to the discovery phase. We have many issues to conference most notable and time consuming would be the interrogatories and answers followed by possible objections from the defendant asked the questions and other defendants. These interrogatories are discovery process and to expedite the process of conferring these interrogatories will be served to each defendant and copies of each will also be served to each other defendant or their representative at the scheduling conference along with a statement by the plaintiff of documents that need to be produced to the plaintiff and to the court from each defendant. If this discovery process becomes harassing or unethical or if someone is not diligent in the process, the Plaintiff and defendants will have further reason for a trial before the court or the court and a jury. The plaintiff will then accept the objection to the interrogatories or discovery requests the defendants have written

either marked with a simple O or left blank in the space provided for them after each interrogatory and then answering the interrogatories either in turn or if all agreed upon in the conference, the interrogatories will be all answered in writing on paper and then set in a lock box and then we will here objections in an orderly way and if not, once again the court will await our decision to settle and dismiss the complaint specific to each defendant or move forward with discovery in the form of production of documents, motions and pleadings and then response pleadings and affidavits and memorandums and depositions and evidence including proposed witness lists.

2) **Outline of scheduling conference**

 A) The reason we are at a scheduling conference is because we are all parties and or are the court in Civil Action Number 04 · 10401 GAO. An Introduction either in writing or by way of a brief statement of name and Client they represent.

   1) The party is welcome to the scheduling conference and is allowed to communicate preferable in writing the disposition of the action with regards to themselves the defendants or those they represent.

 B) The Plaintiff Richard T. Manning will then be brief in a written statement as to the Disposition of the action.

 C) The Court will then have the opportunity to introduce itself and the Current Disposition of the case.

D) Any written affidavits with regards to the safety of the parties, the files or documents given them by the other parties or the court, their documents, witnesses, evidence and relation to others that are harmed by this action are welcome.

E) A preliminary interrogatory will be introduced to each defendant, if the Defendant does not agree to answer or if the objections are many from the other defendants regarding this part of discovery process we have reason For intervention by the court by way of hearing or trial before the Court or before the Court and a Jury.

F) Written interrogatories will be handed to the defendants. It is up to the Defendant to answer, not answer, or object to the interrogatory but it should Be written down. Each set of interrogatories is specific to that defendant and copies will be given to the court and to each defendant with a space for written objections to the interrogatory by the one asked the question and all other defendants. These answers to the interrogatories will be placed in a box and locked until all objections are realized by the p0laintiff and other defendants. Thus if there are too many objections and the plaintiff does not agree the future court proceedings will have just reasons to occur.

G) Written admissions will be handed to each defendant with the same opportunity to respond or to object and also the other defendants have an opportunity to respond or to object. Thus also may give reason for further proceedings in the court.

H) Wrttten production of documents will be handed to the defendants with opportunities to produce or to object and also the other defendants have opportunities to object.

I) The defendants have the opportunity to do the same as in sections F, G, and H of this outline to the plaintiff and all have the opportunity to object.

J) The written answers or objections will be collected be each individual party one at a time from each other party and copies will be submitted to the court and to each party at a later date or by use of a copier allowed or not allowed in the conference room.

K) Proposed witnesses will then be discovered by disclosing in writing to each individual party and to the court.

L) Proposed evidence will then be disclosed in writing to each individual party. and to the court.

M) Demand by the plaintiff to the court and the defendants regarding future Dates on when to submit brief statements and or other motions and other Conferences and if these conferences can be electronic with camera and microphone and writing area or in other words by use of the internet and to what type of software we will communicate with and exchange of TCP/ IP numbers of the conference.

N) A form will be introduced to exchange email addresses that can be used by parties and parties can either accept or deny use of their email as communication.

O) The venue of the action should be questioned and possible changed do to information previously gathered such as in this complaint.

P) The defendant feels that there is a claim for relief and if the court does not Allow for this claim the plaintiff suggests the possibility of transfer to the Federal Court of Claims which will allow possibility for expert witness Testimony that may not be possible in the US District Court. Also seeing That there are numerous non diligent defendants and that there was a an non diligent defendant motioning for the use of Federal Rule of Civil procedure 17(c), the Federal Court of Claims allows for Pro Se advocacy by my immediate family members if given my permission under Rule 83.1(c)(8) the Rules of the United States Federal Court of Claims.

Q) The possibility of settlement after knowledge of the scheduling conference Issues and the disposition of the court as of the day of the scheduling conference is now an issue to bring to the parties.

R) The admission of guilt to the court and to the plaintiff and the other defendants of the defendant is an issue and will be welcome at the meeting.

S) The joinder of parties in the action is an issue that is welcome at the Conference.

T) The joint settlement or solution to the action is welcome at the conference.

U) The cross claim or complaint or third party defendant is an issue that is now welcome at the conference.

V) The possibility of other future actions to be entered into court by the Plaintiff.

W) The availability of defendants and plaintiff for deposition and weather or not the presence of an officer of the court is to be waived.

X) The conference extending past the allowed time by the court is now an issue that needs to be discussed.

Y) Financial data disclosure of the defendants and corporate discloser statements as in local rule 7.3(A) and or local rule 7.3(B) need to be addressed to the plaintiff and other defendants and to the court.

Z) Thanks for attending the scheduling conference if you would like to suggest or add any items to this list please feel free and if oral arguments are to be heard please remember Local rule 7.1(d)!

aa) The conference is now over and any need of future conference will be acknowledged in writing only.

3) Counter terrorism and national security and or defense are only the discretion of the US government, these concerns should have been thought of previous to the acts done to the plaintiff, however we are now in a court of law and it is the discretion of the court to proceed with such measures and I am in compliance with the rules of counter terrorism especially by bringing this action to court. If there are any problems with this outline there is a backup outline we can utilize listed in the Federal Rules of Civil Procedure in rule 16.b.

4) In compliance with local rule 16.c the plaintiff has conferred with a settlement proposal mailed in late June 2004 to all defendants. This outline is my entrance to the other parties a way of drafting a joint statement. If this outline is accepted by the parties then it will have been entered 5 days before a scheduling conference. This outline is sufficient for the plaintiff's purposes realizing that we may have to have limitations on discovery for example if some of the defendants proceed to prove that they were not negligent on public TV and radio to the plaintiff, the plaintiff would be forced to respond by hiring 800 attorneys at $400 dollars an hour for a year to research and report on TV material alone totaling over $2.1 Billion dollars in research fees and this $2.1 Billion dollars is then multiplied by 25 exceeding $52.5 billion for all parties which may need to be limited in discovery!

5) Please accept this outline or confer as to what items you need or would like to amend, if it is too complex or if parties are not diligent we always have FRCP 16.b as a guide.

6) I hope you experience a safe transportation to and from the conference, a time and date and place, if any, will be determined by a court order, if any.

Sincerely,    ✓ Richard T. Manning Pro Se

Richard T. Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

1-617-325-3010


I certify that a copy of this document was mailed by registered US Mail to the Federal District Court in Boston, Massachusetts. As well as to the following defendants. In this list The City of Boston, The City of Pittsfield, The Town of Westwood, Norfolk County, AT&T Broadband and Comcast ,General Electric, Viacom ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute.

Signed and certified by Richard T. Manning Pro Se    ✓ Richard T. Manning Pro Se

Date  October 14, 2004