UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD THOMAS MANNING, | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civ. Action No. 04-10401-NG |
| | ) |
| UNITED STATES OF AMERICA, et al. | ) |
|     Defendants. | ) |

GERTNER, D.J.

### ORDER OF RECUSAL

I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

SO ORDERED.

Date:  October 27, 2004        /s/NANCY GERTNER, U.S.D.J.