```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| RICHARD THOMAS MANNING )<br>    Plaintiff, )<br>)<br>       v. )<br>)<br>UNITES STATES of AMERICA, )<br>et al. )<br>    Defendants. )<br>) | 04-CV-10401-MEL |

### ORDER

LASKER, D.J.

      I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455, as I own stock in one of the defendants.

      It is so ordered.

Dated:    November 3, 2004  
             Boston, Massachusetts    /s/ Morris E. Lasker  
                                                     U.S.D.J.