UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MANNING

                                        CIVIL ACTION
                                        NO.04-10401-WGY

      V


UNITED STATES, ET AL




                    ORDER OF RECUSAL


YOUNG, C.J.

       The presiding judge recuses himself on the ground that he is

a shareholder in one of the corporate parties to this litigation.




                         WILLIAM G. YOUNG
                         UNITED STATES DISTRICT JUDGE


                         By the Court,

                         /s/ Elizabeth Smith

                         _____
                                Deputy Clerk