```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


RICHARD THOMAS MANNING,           )
     Plaintiff,                   )
                                  )
          v.                      ) C.A. No. 04-10401-MLW
                                  )
UNITED STATES OF AMERICA, ET AL., )
     Defendants.                  )
```

                                ORDER

WOLF, D.J.                                       December 20, 2004

I hereby recuse myself pursuant to 28 U.S.C. §455(a). Accordingly, this case is hereby returned to the Clerk to be randomly redrawn.


                                   /s/ MARK L. WOLF
                                   UNITED STATES DISTRICT JUDGE