UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Richard T. Manning )<br>    Plaintiff )<br>)<br>v. )<br>)<br>United States of America, et al )<br>    Defendants ) | Civil Action No. 04-10401-RCL |

ORDER OF RECUSAL

LINDSAY, D.J.

I hereby recuse myself with respect to the above-entitled action. I am a member of the Board of Overseers of Partners Healthcare with which the defendant Faulkner Hospital is affiliated as a member hospital.

    /s/ REGINALD C. LINDSAY
    United States District Judge

DATED: January 11, 2005