**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CIVIL ACTION CASE NO. 04-10401 RCL

| |
|---|
| RICHARD T. MANNING,<br>        Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>et al.,<br>        Defendants |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　Please enter my appearance as attorney for the defendant, City of Boston, in the above-captioned case.

　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　for the Defendant, City of Boston
　　　　　　　　　　　　　　　　by its attorneys,

　　　　　　　　　　　　　　　　Merita A. Hopkins
　　　　　　　　　　　　　　　　Corporation Counsel

　　　　　　　　　　　　By:　　/s/ Helen G. Litsas
　　　　　　　　　　　　　　　　Helen G. Litsas - BBO #644848
　　　　　　　　　　　　　　　　Assistant Corporation Counsel
　　　　　　　　　　　　　　　　City of Boston Law Department
　　　　　　　　　　　　　　　　Room 615, City Hall
　　　　　　　　　　　　　　　　Boston, MA  02201
　　　　　　　　　　　　　　　　 (617) 635-4023

**CERTIFICATE OF SERVICE**

I, Helen G. Litsas, hereby certify that on this date I served a copy of the foregoing documents upon: the pro se plaintiff, Richard Manning, Six Chesbrough Road, Boston, MA  02132-3810, by postage prepaid, first class, U.S. Mail.

**1/11/05**           **/s/ Helen G. Litsas**
     **Date   Helen G. Litsas**