UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION CASE NO. 04-10401 RCL

RICHARD T. MANNING,
    Plaintiff

v.

UNITED STATES OF AMERICA, et al.,
    Defendants

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE REFERENCED COURT:

    Kindly withdraw my appearance as counsel of record for the Defendant, City of Boston in the above-captioned matter. Successor counsel is filing an appearance herewith.

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
By its attorneys:

Merita A. Hopkins
Corporation Counsel

By:  /s/ Margaret H. Sanel
_____
Margaret H. Sanel
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA  02201
(617) 635-4936
BBO No. 648701

**CERTIFICATE OF SERVICE**

I, Helen G. Litsas, hereby certify that on this date by postage prepaid, first class, U.S. Mail, I served a copy of the foregoing documents upon:

Richard Manning
Six Chesbrough Road
Boston, MA  02132-3810

Kathleen E. Degnan
City of Pittsfield - Office of Solicitor
Room 201
70 Allen St.
Pittsfield, MA 01201

Kevin M. Keating
1040 North Shore Road
Revere, MA 02156

**1/11/05**     **/s/ Helen G. Litsas**
     Date   Helen G. Litsas