UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MANNING,<br>    Plaintiff,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | )<br>) CIVIL ACTION NO.<br>) 04-10401-DPW<br>)<br>)<br>)<br>) |

ORDER OF RECUSAL
January 18, 2005

   Because I have a  financial interest, within the meaning of 28 U.S.C. § 455(d)(4) in one of the named defendants, I am obligated by 28 U.S.C. § 455(b)(4) to disqualify myself in this proceeding.  Accordingly, I hereby do so.

                              /s/ Douglas P. Woodlock
                              _____
                              DOUGLAS P. WOODLOCK
                              UNITED STATES DISTRICT JUDGE