UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD MANNING,
    Plaintiff,

v.

UNITED STATES OF AMERICA,
    Defendant.

)
)
) CIVIL ACTION NO.
) 04-10401-DPW
)
)
)
)

ORDER OF RECUSAL
January 18, 2005

Because I have a financial interest, within the meaning of 28 U.S.C. § 455(d)(4) in one of the named defendants, I am obligated by 28 U.S.C. § 455(b)(4) to disqualify myself in this proceeding. Accordingly, I hereby do so.

/s/ Douglas P. Woodlock
------------------------
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE