# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:  Civil / Criminal No. __04cv10401__

Title: __Manning v. United States of America__

## N O T I C E

Please take notice that the above-entitled case previously assigned to

Judge __Woodlock__ has been transferred to Judge __Tauro__ for all

further proceedings. From this date forward the case number on all pleadings should

be followed by the initials __JLT__.

Thank you for your cooperation in this matter.

                    TONY ANASTAS
                    CLERK OF COURT

By:  __Richard A. Nici II__
       Deputy Clerk

Date: __1/20/05__

_____ Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____ Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:    Counsel

(NOTICE OF TRANSFER.wpd - 12/98)    [ntccsasgn.]