JANUARY 18, 2004									Richard T. Manning Pro Se
												Six Chesbrough Road
												Boston, Ma 02132-3810
												Tel. 617-325-3010

## United States District Court

District of Massachusetts

| | |
|---|---|
| *Richard T. Manning* ) | |
| **Plaintiff** ) | |
| V. ) | |
| ) | |
| **United States of America** ) | |
| **The State of Massachusetts** ) | |
| **The City of Boston** ) | |
| **The City of Pittsfield** ) | |
| **The City of Brookline** ) | |
| **The Town of Westwood** ) | |
| **Suffolk County** ) | |
| **Norfolk County** ) | Civil Action Number |
| **AT&T Broadband** ) | |
| **Comcast** ) | |
| **General Electric** ) | 04 · 10401 ~~PBS GAO NG MEL WGY MLW RGL~~ |
| **Viacom** ) | ~~DPW~~ JLT |
| **Walt Disney Company** ) | |
| **UNUM Life Insurance Co.** ) | |
| **Blue Cross Blue Shield of Mass.** ) | |
| **Faulkner Hospital** ) | |
| **Beth Israel Deaconess Medical Ctr.** ) | |
| **Bournewood** ) | |
| **Westwood Pembroke Health Care** ) | |
| **Fallon Ambulance Service** ) | |
| **Eascare, LLC** ) | |
| **AMR of Massachusetts, Inc** ) | |
| **Dana Farber Cancer Institute** ) | |
| **Arnold Communications** ) | |

**Motion for discovery under Federal Rules of Civil Procedure37 (a).**

1) The Plaintiff submits to the District court an order for discovery on the preliminary

interrogatory served to the 15 defendants responding to the complaint. The time has now

been over 3 months and the plaintiff feels it is an absurd amount of time to wait for an

answer to this interrogatory especially because of the vital nature of the interrogatory. This is especially true with regards to those defendants that are in the communication business and are committing the wrongful act daily! If the court would please recognize the motion by the plaintiff to once again call to order the defendants and please note the plaintiff is still awaiting response to an outline for a scheduling conference and an order from the court as well as a phone call from the court recognizing the pre conferring via phone with each of the 15 defendants.

2)   A SUGGESTION TO THOSE WHO ARE USING COMPANY EMAL TO ASK THE INTEROTORY OF THE DEFENDANT AS COMPANY OR CORPORATION WIDE. THE NAME OF THE CIO OR CHIEF INFORMTION OFFICER AT EACH COMPANY AS DEFENDANTS MIGHT BE A GREAT START OR RESOURCE IN GATHERING THE ANSWER, FOR IN A COMPANY OF 20 PERSONS 20 COULD BE ASKED EASILY WHEREAS 5000 PERSONS WOULD HAVE TO BE ASKED TO GATHER THAT ANSWER THROUGH A CIO COMPANY WIDE EMAIL. THE ANSWER FOR A COMPANY OF 5000 WITH 4999 ANSWERING NO AND ONE ANSWERING YES WOULD HAVE TO BE ANSWERED YES. IN ANOTHER CIRCUMSTANCE ALL 5000 WOULD HAVE TO ANSWER NO FOR AN ATTORNEY TO ANSWER NO TO THE INTEROGATORY.  AND YOUR PROOF OF THE INTEROGATORY BEING ASKED OF ALL WOULD BE SUFFICIENT TO THE PLAINTIFF AS EVIDENCE OF THAT.

3)   Furthermore an issue of waiving future judges with 28 U.S.C. 455(f) becomes an issue for all defendants would have to agree to waiver and I have not had any response

from one defendant and the plaintiff clearly states this recusal process delays the inevitable victory of the plaintiff, along with a prolonging the torture done onto the plaintiff and an inevitable victory over the 24 defendants be that by summary judgments, settlements, or by other judicial processes.

4)   The Judges that are recusing themselves should please note the future involvement in this court action as a witness in evidentiary discovery process to the crimes may and will be necessary by the plaintiff either voluntarily or via court order following application by plaintiff.

5)   Please note the plaintiff is not in communication with the attorney defendant Fallon do to lying and deceptive tactics and rude and terroristic response in writing on record in the court by this defendant Fallon. Rule 2 of the Counterterrorism rules is to bring the party to justice which I have done and after doing so they became once again terroristic and I am now not in communication with them utilizing rule one of the US counterterrorism rules which clearly states not to communicate with the terrorist.  This is not to say or direct the court or you not to contact them but I refuse to via the counterterrorism rule besides the defendant in addition to trying to torture me again is not very diligent making a scary company even more scary for ambulances are to be diligent and on time if not ahead of time!

Sincerely,

*[signature]* Pro Se

1/25/2005

Richard T. Manning

Six Chesbrough Road

Boston, MA 02132-3810

1-617-325-3010

I certify that a copy of this document will be mailed by certified US Mail to the Federal District Court in Boston, Massachusetts. As well as to the following defendants. In this list The City of Boston, The City of Pittsfield, The Town of Westwood, Norfolk County, AT&T Broadband and Comcast ,General Electric, Viacom ,UNUM Life Insurance Co., Blue Cross Blue Shield of Mass. , Faulkner Hospital, Beth Israel Deaconess Medical Center, AMR of Massachusetts, Inc. ,Dana Farber Cancer Institute.

Signed and certified by Richard T. Manning Pro Se _____

Date _____ January 23, 2005