UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD THOMAS MANNING )
    Plaintiff, )
 )
V )
 ) CA 04- 10401-JLT
UNITED STATES OF AMERICA, )
AT&T BROADBAND, COMCAST, et al )
    Defendants. )

ORDER

January 21, 2005

TAURO, J.,

I hereby recuse myself from this case in order to avoid a potential conflict of interest.

See 28 U.S.C. Sec. 455(b)(4).

_____
United States District Judge