UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD T. MANNING,<br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br>    Defendants | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 04-10401-REK<br>)<br>)<br>) |

**Order of Recusal**
February 3, 2005

      I find that I must recuse myself from adjudicating this case because of an economic interest in one of the named defendants.

      The Clerk is directed to draw the case to another judge of this court under customary procedures.

      _____/s/Robert E. Keeton_____

      Robert E. Keeton
      Senior United States District Judge