**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil No. **04-10401**

Title: **Richard Manning  v.  United States of America, et al.**

**N O T I C E**

Please take notice that this case previously assigned to Judge **Keeton**

has been reassigned to Judge **Gorton** for all further proceedings.  From this date

forward the case number on all pleadings should be followed by the initials **NMG** .

Thank you for your cooperation in this matter.


TONY ANASTAS
CLERK OF COURT


By:   /s/ Karen Folan
Deputy Clerk

Date: 2/3/05