UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD T. MANNING,<br>    Plaintiff<br><br>V.<br><br>UNITED STATES OF AMERICA, THE STATE OF MASSACHUSETTS, THE CITY OF BOSTON, THE CITY OF PITTSFIELD, THE CITY OF BROOKLINE, THE TOWN OF WESTWOOD, SUFFOLK COUNTY, NORFOLK COUNTY, AT&T BROADBAND, COMCAST, GENERAL ELECTRIC, VIACOM, WALT DISNEY COMPANY, UNUM LIFE INSURANCE CO., BLUE CROSS BLUE SHIELD OF MASS., FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CTR., BOURNEWOOD, WESTWOOD PEMBROKE HEALTH CARE, FALLON AMBULANCE SERVICE, EASCARE, LLC, AMR OF MASSACHUSETTS, INC., DANA FARBER CANCER INSTITUTE, ARNOLD COMMUNICATIONS,<br>    Defendants | CIVIL ACTION NO. 04-10401-NMG |

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please note the appearance of Joseph M. Hamilton on behalf of the defendant, General Electric, in the above-entitled case.

{H:\PA\Lit\19466\00001\A0769070.DOC}

GENERAL ELECTRIC.,

By its attorney,

/s/ Joseph M. Hamilton
Joseph M. Hamilton, BBO #546394
Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: February 8, 2005

## CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to:

| | |
|---|---|
| Richard T. Manning<br>Six Chesbrough Road<br>Boston, MA 02132-3810 | Kathleen E. Degnan<br>City of Pittsfield – Office of Solicitor<br>Room 201, 70 Allen Street<br>Pittsfield, MA 01201 |
| Deborah I. Ecker, Esq. & Leonard H. Kesten<br>Brody, Hardoon, Perkins & Kesten, LLP<br>One Exeter Plaza, 12th floor<br>Boston, MA 02116 | Tara M. Swartz, Esq./Scott P. Lopez, Esq.<br>Law Office of Scott P. Lopez<br>24 School St., 8th Floor<br>Boston, MA 02108 |
| Jonathan M. Albano, Esq.<br>Bingham McCutchen, LLP<br>150 Federal Street<br>Boston, MA 02110-1726 | Sara A. Walker, Assistant General Counsel<br>Blue Cross & Blue Shield - Law Department<br>401 Park Drive<br>Boston, MA 02215 |
| Stephen M. Perry, Esq.<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210 | Paul D. Abbott, Esq.<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111 |
| Margaret H. Sanel<br>Assistant Corporation Counsel City of Boston<br>Law Department<br>City Hall, Room 615<br>Boston, MA 02201 | Carol A. Kelly, Esq.<br>Murray, Kelly & Bertrand, P.C.<br>600 Unicorn Park Drive<br>Woburn, MA 01801 |
| Kevin M. Keating, Esq.<br>1040 North Shore Road<br>Revere, MA 02151-1505 | |

/s/ Joseph M. Hamilton
Joseph M. Hamilton

Dated: February 8, 2005

{H:\PA\Lit\19466\00001\A0769070.DOC}   2