UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Richard Thomas Manning,
        Plaintiff

V.

United States of America, et al.,
        Defendant

CIVIL ACTION

NO.  04-10401-NMG

### ORDER OF DISMISSAL

GORTON, D. J.

In accordance with the Court's Memorandum and Order dated  2/7/05  granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

 2/10/05                                  /s/ Craig J. Nicewicz
   Date                                     Deputy Clerk

(Dismissal Memo.wpd - 12/98)                                              [odism.]