January 18, 2006

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma USA 02132-3810
Tel. 617-325-3010 (001 usa ext)

## United States District Court

District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| **Plaintiff** | ) | |
| V. | ) | |
| | ) | |
| **United States of America** | ) | |
| **The State of Massachusetts** | ) | |
| **The City of Boston** | ) | |
| **The City of Pittsfield** | ) | |
| **The City of Brookline** | ) | |
| **The Town of Westwood** | ) | |
| **Suffolk County** | ) | |
| **Norfolk County** | ) | **Civil Action Number** |
| **AT&T Broadband** | ) | |
| **Comcast** | ) | |
| **General Electric** | ) | 04 · 10401 NMG |
| **Viacom** | ) | |
| **Walt Disney Company** | ) | |
| **UNUM Life Insurance Co.** | ) | |
| **Blue Cross Blue Shield of Mass.** | ) | |
| **Faulkner Hospital** | ) | |
| **Beth Israel Deaconess Medical Ctr.** | ) | |
| **Bournewood** | ) | |
| **Westwood Pembroke Health Care** | ) | |
| **Fallon Ambulance Service** | ) | |
| **Eascare, LLC** | ) | |
| **AMR of Massachusetts, Inc** | ) | |
| **Dana Farber Cancer Institute** | ) | |
| **Arnold Communications** | ) | |

**Plaintiff Richard T. Manning complies with the court order of civil complaint 04 10401 written February 7, 2005 by submitting the following memorandum regarding a possible submission of form 34 in the Federal Rules of Civil procedure with respect ot the court and the complaint.**

1)   The plaintiff does not like to be disabled. However he is "not able" or disabled from working in his normal capacity until the complaint 04 10401 is justified. Unfortunately the process of stopping these wrongs has resulted in furthering the Disability and is classified in many instances by the plaintiff as criminal. I would like to work this out in the civil manner in which I have been doing however if this process or behavior continues on the side of the defendants the plaintiff will have to submit the complaint to the criminal side.   Judge Bowler a magistrate judge has been referred this original complaint back in February 2004, this as far as I am aware is part of process in the federal rule of criminal procedure rule 3 notification processes.

2)   Besides some of the penalties for the crimes that may have been violated by the defendants, the plaintiff is not in favor of one being the death penalty, which is not agreed to as just at all by the plaintiff.

Sincerely,


Richard T. Manning Pro Se

Six Chesbrough Road

Boston, MA 02132-3810

617-325-3010, mobile 617-417-1430

email RicahrdTManning@hotmail.com

richardtmanning@hushmail.com


✓ Richard T. Manning Pro Se
Signature Valid


✓ Richard T. Manning
Signature Valid