January 18, 2006

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma USA 02132-3810
Tel. 617-325-3010 (001 usa ext)

**United States District Court**

District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| **Plaintiff** | ) | |
| V. | ) | |
| | ) | |
| **United States of America** | ) | |
| **The State of Massachusetts** | ) | |
| **The City of Boston** | ) | |
| **The City of Pittsfield** | ) | |
| **The City of Brookline** | ) | |
| **The Town of Westwood** | ) | |
| **Suffolk County** | ) | |
| **Norfolk County** | ) | Civil Action Number |
| **AT&T Broadband** | ) | |
| **Comcast** | ) | |
| **General Electric** | ) | 04 · 10401 NMG |
| **Viacom** | ) | |
| **Walt Disney Company** | ) | |
| **UNUM Life Insurance Co.** | ) | |
| **Blue Cross Blue Shield of Mass.** | ) | |
| **Faulkner Hospital** | ) | |
| **Beth Israel Deaconess Medical Ctr.** | ) | |
| **Bournewood** | ) | |
| **Westwood Pembroke Health Care** | ) | |
| **Fallon Ambulance Service** | ) | |
| **Eascare, LLC** | ) | |
| **AMR of Massachusetts, Inc** | ) | |
| **Dana Farber Cancer Institute** | ) | |
| **Arnold Communications** | ) | |

<u>Plaintiff Richard T. Manning complies with the court order of civil complaint 04 10401 written February 7, 2005 by submitting the following notice concerning US Marshal notice via phone at 617-748-2500 concerning harassment and threats and abusive language by persons residing and or visiting on the same road the plaintiff</u>

1

**resides and also concerning Police harassment and abuse by the TV and radio during the complaint.**

1) The US marshal service was contacted on a few occasions during the complaint before and after the order of 04 10401 on February 7, 2006. The incidents ranged from yelling out my name in public to groups of people gathered drinking alcohol as in a negative stalking way by the persons residing at 14 Chesbrough road, and also harassing of my father and mother at their residence by the persons at 8 and 7 Chesbrough road as well as harassing me at this residence. Why they continued to do this the plaintiff does not know maybe it is for money or information from some of the defendants and or for infamy regardless of the reason, to stalk and hound the plaintiff it is wrong and the court is written to now and in compliance with Title 28 USC section 566(e)(1)(A)(2004) the US Marshal's are notified in writing now through the court. This is especially true regarding the uncivil ness committed by the TV defendants who may be putting bad ideas in these persons I write of minds.

2) The plaintiff does not want anything to do with these persons at 14, 8 and 7 Chesbrough road and did not have anything to do with them before they started to argue and complain in public to the plaintiff, I will say the people that reside at 7 Chesbrough road used to be friendly to others in my family but have had some reason or another to complain, I will say that the youngest son was a witness to me being car jacked back in 2001 on Tarleton road and I asked his

2

father politely back in the winter of 2003 because the son was under 18. This was before the father got very upset at me later that year and in the summer caused a great disturbance while trying to fix his home at 7 Chesbrough road, and started to racketeer towards the plaintiff, why he is upset I do not know nor do I care however he has in recent history stormed out of the house at the same time I walk out and or drive away from the home and it is quite odd. He has recently been seen staring in the home we reside in from across the street while walking his dog around 7am or so each day. Persons residing at 30 Chesbrough road have also been involved with this type of behavior and the person who mentioned that I would be shot at the mobile station was seen entering 30 Chesbrough which is right behind the little league field that was also harassing the plaintiff! And it is quite odd and rude and stalking like. It seems as if they are coached in their language and or way of walking through the neighborhood, maybe they are involved with some neighborhood watch? The court is now aware of them acting like this toward the residence of six Chesbrough road, please note that three persons have moved from this residence I reside at in recent history who used to enjoy living here at 6 Chesbrough road Boston ma 02132-3810. I would like to be made aware if these persons named Ed Malloy at 7, Ed Boudreaux and Patrick B. at 14 , and the now visiting Tom Cashman and or Tom Mchue ,who has been very invasive as far as our privacy goes (I have not seen their ID not positive about ID) at 8 have licensed and or also unlicensed firearms and if so if they could please move elsewhere, they are disruptive to the peace in the community in which I have had very little trouble

3

until my disability and or crimes of the defendants. These persons all drive vehicles and I never want to be stalked ever by them in their vehicle's and or via the computer (marshals may be able to figure out if they contacted me or stalked me or with the help of others as another person or as an alias via msn and or icq chat and or aol chat and email) and the US marshals have been made aware of these persons via phone and the marshals have requested I write to the court which I am doing with this notice!

3) Please be aware these persons are not being complained about in a separate complaint rather as a disturbance and harassment to the process I write of in the original complaint for further criminal investigation as written in Title 28 USC section 566(e)(1)(A)(2004).

Thank You,

Richard T. Manning Pro Se

Six Chesbrough Road

Boston, MA 02132-3810

617-325-3010, mobile 617-417-1430

email RichardTManning@hotmail.com

richardtmanning@hushmail.com





4