January 18, 2006

FILED OFFICE
2006 FEB -6 P 4 55

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma USA 02132-3810
Tel. 617-325-3010 (001 usa ext)

*United States District Court*

District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| **Plaintiff** | ) | |
| **V.** | ) | |
| | ) | |
| **United States of America** | ) | |
| **The State of Massachusetts** | ) | |
| **The City of Boston** | ) | |
| **The City of Pittsfield** | ) | |
| **The City of Brookline** | ) | |
| **The Town of Westwood** | ) | |
| **Suffolk County** | ) | |
| **Norfolk County** | ) | **Civil Action Number** |
| **AT&T Broadband** | ) | |
| **Comcast** | ) | |
| **General Electric** | ) | **04 · 10401 NMG** |
| **Viacom** | ) | |
| **Walt Disney Company** | ) | |
| **UNUM Life Insurance Co.** | ) | |
| **Blue Cross Blue Shield of Mass.** | ) | |
| **Faulkner Hospital** | ) | |
| **Beth Israel Deaconess Medical Ctr.** | ) | |
| **Bournewood** | ) | |
| **Westwood Pembroke Health Care** | ) | |
| **Fallon Ambulance Service** | ) | |
| **Eascare, LLC** | ) | |
| **AMR of Massachusetts, Inc** | ) | |
| **Dana Farber Cancer Institute** | ) | |
| **Arnold Communications** | ) | |

**Plaintiff Richard T. Manning complies with the court order of civil complaint 04**

**10401 written February 7, 2005 by submitting the following motion to orally argue**

**as stated a right of litigant in local rule 7.1(d) and deny the right to orally argue on**

**TV the complaint by the defendants as they have been doing before during and now**

**After the order in 04 101401.**

1)    The plaintiff would like to submit to the court the right to orally argue several motions and the original complaint and now draft of an appeal in addition to objections to the order as of February 7, 2005 and summary judgment expectations as written in docket 41.

2)    The plaintiff would like to further disarm the defendants from conspiring against the rights of the plaintiff by denial the utilization of TV and or radio to shoot their mouths off to anyone who will listen in the general public thus preventing possible jury tampering and or witness intimidation as stated a crime in Title 18 USC section 1512(2001-2004). I being a witness in my own complaint am intimidated somewhat which may be reason for the court not comprehending the original complaint. In other words a denial of oral communications regarding this complaint especially on TV because of their violation of not submitting notice of Local rule 7.1(d)!

3)    Please allow the plaintiff this right to help in justifying the action 04 10401.

Sincerely,

Richard T. Manning Pro Se

Six Chesbrough Road

Boston, Ma 02132-3810

617-325-3010, mobile 617-417-1430

email RichardTManning@hotmail.com

email richardtmanning@hushmail.com

✔ Signature Valid **Richard T. Manning Pro Se**

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2006.01.23 13:48:00 -05'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, Ma 02132-3810

Signature Valid
VeriSign

✔

 ✔ Signature Valid **Richard T. Manning**

Digitally signed by Richard T. Manning
DN: cn=Richard T. Manning, c=US
Date: 2006.01.23 13:48:44 -05'00'
Reason: I am approving this document
Location: Six Chesbrough Road Boston, Ma 02132-3810