January 18, 2006

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma USA 02132-3810
Tel. 617-325-3010 (001 usa ext)

*United States District Court*

District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| **Plaintiff** | ) | |
| V. | ) | |
| | ) | |
| **United States of America** | ) | |
| **The State of Massachusetts** | ) | |
| **The City of Boston** | ) | |
| **The City of Pittsfield** | ) | |
| **The City of Brookline** | ) | |
| **The Town of Westwood** | ) | |
| **Suffolk County** | ) | |
| **Norfolk County** | ) | **Civil Action Number** |
| **AT&T Broadband** | ) | |
| **Comcast** | ) | |
| **General Electric** | ) | **04 · 10401 NMG** |
| **Viacom** | ) | |
| **Walt Disney Company** | ) | |
| **UNUM Life Insurance Co.** | ) | |
| **Blue Cross Blue Shield of Mass.** | ) | |
| **Faulkner Hospital** | ) | |
| **Beth Israel Deaconess Medical Ctr.** | ) | |
| **Bournewood** | ) | |
| **Westwood Pembroke Health Care** | ) | |
| **Fallon Ambulance Service** | ) | |
| **Eascare, LLC** | ) | |
| **AMR of Massachusetts, Inc** | ) | |
| **Dana Farber Cancer Institute** | ) | |
| **Arnold Communications** | ) | |

**Plaintiff Richard T. Manning complies with the court order of civil complaint 04 10401 written February 7, 2005 by submitting the following notice of communications with the United Nations High Commission on Human Rights**

**regarding 04 10401 and communication form attachment 1A from the original complaint to the International Court of Justice.**

1)   The United Nations was contacted simply because from past experience the plaintiff has seen and heard evidence of broadcasts from several defendants that can and are broadcasts via an international signal. In addition to this happening they were noticed due to the other government defendants that also speak on these international communications for example and specifically General Assembly security counsel TV appearances as can be read in the section called facts from the draft of the appeal. And most important is that it involves the Human rights of the plaintiff, for all other defendants although the people involved are human the company or corporation and or government defendants are non human defendants as a whole they are in a conspiracy against civil and human rights of the plaintiff and have succeeded until this action 04 10401 and will hopefully not be able to succeed against the plaintiff and the plaintiffs rights both civil and human will and should be justified and restored.

2)   Please note the difference between the United Nations and US is that the United nations oversees Human rights and US has been involved with civil rights. Even though the UN was contacted the plaintiff in 04 10401 complies with the US District court order as of February 7, 2005 and also the UN high commission rules by refilling with the court which is in accordance with their UN rules of strengthening national capacities.

2

3) I have been responded to by the UN simply with an acknowledgment of my communication being received and am not knowledgeable about any action taken by them. I have kept the UN High Commission informed of happenings with the human being's rights known as the plaintiff Richard T. Manning.

4) I have now for submission to the court the two main correspondences with the UN High Commission on Human Rights, one on October 28, 2004 and the second major correspondence on June 6, 2005(excluding the attachments in the UN communication due to being submitted as well in this group of notices to the US District Court) which was sent to all 14 responding defendants as well.

Sincerely,

Richard T. Manning Pro Se

Six Chesbrough Road

Boston, MA 02132-3810

617-325-3010, mobile 6176-417-1430

email RichardTManning@hotmail.com

email richardtmanning@hushmail.com




