January 18, 2006

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma USA 02132-3810
Tel. 617-325-3010 (001 usa ext)

*United States District Court*

District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| **Plaintiff** | ) | |
| V. | ) | |
| | ) | |
| **United States of America** | ) | |
| **The State of Massachusetts** | ) | |
| **The City of Boston** | ) | |
| **The City of Pittsfield** | ) | |
| **The City of Brookline** | ) | |
| **The Town of Westwood** | ) | |
| **Suffolk County** | ) | |
| **Norfolk County** | ) | **Civil Action Number** |
| **AT&T Broadband** | ) | |
| **Comcast** | ) | |
| **General Electric** | ) | 04 · 10401 NMG |
| **Viacom** | ) | |
| **Walt Disney Company** | ) | |
| **UNUM Life Insurance Co.** | ) | |
| **Blue Cross Blue Shield of Mass.** | ) | |
| **Faulkner Hospital** | ) | |
| **Beth Israel Deaconess Medical Ctr.** | ) | |
| **Bournewood** | ) | |
| **Westwood Pembroke Health Care** | ) | |
| **Fallon Ambulance Service** | ) | |
| **Eascare, LLC** | ) | |
| **AMR of Massachusetts, Inc** | ) | |
| **Dana Farber Cancer Institute** | ) | |
| **Arnold Communications** | ) | |

<u>**Plaintiff Richard T. Manning complies with the court order of civil complaint 04 10401 written February 7, 2005 by submitting the following notice of past due compensation to be paid the plaintiff from defendant UNUM regarding disability contract Claim Number 0098507580  Policy Number 515558.**</u>

1

1) The defendant UNUM owes the plaintiff compensation due from the long term disability claim number 0098507580 policy number 515558. The plaintiff has been denied this compensation for several years (6) and would love to finally receive compensation and is requested through the court for the failure of UNUM to compensate as the contract states. Unum can not prove that my disability was only mental dementia and therefore must compensate and is liable for damages resulting form this disability.

2) The amount owed the plaintiff that is past due as of today January 18, 2006 is approximately USD $388, 000.00 not calculating damages and negligence done onto the plaintiff. The plaintiff has noticed the attorneys of record in 04 10401 for UNUM since February 10, 2005 once per month in writing and now notices the court of the past due amount owed the plaintiff. No collection agency has been contacted as of yet and should for the money is long over due to be paid the plaintiff Richard T. Manning. Attached to this notice is the last communication of this amount due the plaintiff sent to Unum's attorneys on December 12, 2006.

3) Please understand and comprehend these two precedents one concerned UNUM and an claimants or plaintiffs success in collecting disability benefits and attorney fees and a higher percentage rate on past due amounts owed her by UNUM in the opinion of

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
- - - - - -
August Term, 1999
(Argued: October 22, 1999  Decided: January 11, 2000 )
Docket No. 99-7173

LINDA B. JONES,
*Plaintiff-Appellant*,
- v. -
UNUM LIFE INSURANCE COMPANY OF AMERICA,

2

*Defendant-Appellee.*

Before: KEARSE, MINER, and CABRANES, *Circuit Judges.*

"The Judgment of the district court is vacated insofar as it denied plaintiff attorney's fees and a higher rate of prejudgment interest; in all other respects the Judgment is affirmed.".

The second precedent that the court should realize for comprehension regarding this Complaint is **CHARLES M. THIBEAULT v SQUARE D COMPANY APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS March 30, 1992 No. 91-2026** This precedent clearly states the courts welcoming of parties noticing the court of money owed prior to an appeal in the first circuit.

4)   Please allow the plaintiff this money due for the financial burden has increased dramatically over these six years and being disabled from the work force until this court complaint is justified. As a result of Unum's non payment and the other defendants' uncivil acts the plaintiff is to be awarded redress.

Sincerely,

Richard T. Manning Pro Se          ✓ **Richard T. Manning Pro Se**

Six Chesbrough Road

Boston, MA 02132-3810

617-325-3010, mobile 617-417-1430
email RichardTManning@hotmail.com
email richardtmanning@hushmail.com          ✓ **Richard T. Manning**

3