December 23 , 2005    Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010

**United States District Court**

District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* ) | | |
| **Plaintiff** ) | | |
| V. ) | | |
| ) | | |
| **United States of America** ) | | |
| **The State of Massachusetts** ) | | |
| **The City of Boston** ) | | |
| **The City of Pittsfield** ) | | |
| **The City of Brookline** ) | | |
| **The Town of Westwood** ) | | |
| **Suffolk County** ) | | |
| **Norfolk County** ) | **Civil Action Number** | |
| **AT&T Broadband** ) | | |
| **Comcast** ) | | |
| **General Electric** ) | 04 · 10401 NMG | |
| **Viacom** ) | | |
| **Walt Disney Company** ) | | |
| **UNUM Life Insurance Co.** ) | | |
| **Blue Cross Blue Shield of Mass.** ) | | |
| **Faulkner Hospital** ) | | |
| **Beth Israel Deaconess Medical Ctr.** ) | | |
| **Bournewood** ) | | |
| **Westwood Pembroke Health Care** ) | | |
| **Fallon Ambulance Service** ) | | |
| **Eascare, LLC** ) | | |
| **AMR of Massachusetts, Inc** ) | | |
| **Dana Farber Cancer Institute** ) | | |
| **Arnold Communications** ) | | |

**Memorandum submitted by plaintiff Richard T. Manning in complaint 04 10401 concerning attached cd rom disk of email communications for evidence regarding communications by the plaintiff and possible communication by the nine defendants that have not formally written to the court and or the plaintiff. Notice to the court concerning compensation due to the plaintiff and or money, property, assets owed to the plaintiff. Oral arguments of several defendants in public are rude, and is argued to the court and motion for reconsideration of order is**

**demanded as can be read in the refilling of the complaint and pre appeal draft communicated to all 14 defendants answering the original complaint and not to the nine defendants that have not responded as law requires them too, which is now submitted to the civil court as a further refilling technique utilized by the plaintiff for the courts comprehension and probable future leniency in prejudice of the plaintiff's writing as proof of non thoroughness by the court in non compliance with court rules and denial of motion for discovery in LEAVING TO QUESTION AND OR DEBATE my discovery procedure submitted January 23, 2005 (delivered by plaintiff in person to the court clerk during a local snow emergency) as stated in rules of evidence rule 4(2003) or AS THE COURT STATES MOOT in 04 10401 order of February 7, 2005(February 10, 2005 electronic order)!**

1) Legal documents considering the paper work reduction act and in compliance with current encryption requirements were communicated by the plaintiff following the order of the court in civil complaint 04 10401. This was to communicate settlement proposals before communicated notices for compensation due the plaintiff to Unum's attorney ((attorney for UNUM requested all documents go to him and not to UNUM following a communication to me by UNUM (not their attorney) out of court during the court complaint last January 18, 2005)) as can be read in an attached email printout and on the cd rom found on the dates of the 10th- 14th of each of the past ten months of this year 2005.

2) Several communications sharing notes of the plaintiff that are and were of importance were communicated both to the 14 previously participating defendants and also to the United Nations High Commission of Human Rights. They are now gathered and sent to the court being in compliance with the UN stance of strengthening National capacities (this is resulting from one of the first communications as attachment 1A in the original 04 10401 complaint on file with the

court as of February 27, 2004 and also on February 10, 2005 however it was not in the computerized file which was not utilized by the plaintiff till he signed into the pacer system on February 11, 2005 following the court order of February 7, 2005 .

3) Oral arguments from the defendants are reason for request for reconsideration of the order and or complaint along with proof of prejudice in the first order. In not allowing the complaint to continue prejudice is present for the court can not possible be thorough if it halts the complaint especially regarding the court bringing to question my preliminary question; reconsider the order and complaint especially motion for discovery please, thank you!

4) Attached are the original complaint in double space, a rough draft of appeal giving jurisdiction to the civil court and or appellate court with deletion of all criminal statutes, email as sent recorded on cd rom and printed on paper for the court and now for the defendants excluding the nine that are delinquent to the plaintiff and the court in responding to 04 10401, and is in communication compliance with paperwork reduction act encryption's vague standards.

5) This communication includes several notices to UNUM concerning Compensation owed as can be read on the notice to UNUM and comprehended in reading the draft of the appeal and or original complaint. Several emails to defendants explaining incidents or occurrences of relation to the complaint. Two video tapes of c span and or c span2 broadcasting over Comcast cable specifically the previous FCC chief, previous attorney General and current patriot act senator filibuster and voters specifically those that were communicated to by me with

information regarding this complaint. Two cd roms full of my notes and emails both before the court order of February 7, 2005 on cd rom evidence 3 and after the order on cd rom evidence 2 more specifically Adobe type encrypted pdf documents sent in email communications not listed in a any specific order but are easily found and opened by name recognition and match to the specific email communication attachments. The emails are in outlook express format and can be imported to other email programs for viewing. If there is a problem doing so I bill out at approximately USD $55.00 plus(last billing as of 1996, may have increased over ten years), to determine how to view these emails on machines other than mine, one avenue that may be useful is a US District Court email address similar to that of the UN at urgent-action@ohchr.org where all emails communications can be sent, obviously the capability of the court to send email is evidence found in communication to all defendants and plaintiffs written responses during the complaint 04 10401.

Merry Christmas to the court and defendants,

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, MA 02132-3810
617-325-3010   richardtmanning@hushmail.com

Richard T. Manning Pro Se

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2005.12.23 14:06:23 -05'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, Ma 02132-3810

12/23/2005

Richard T. Manning

Digitally signed by Richard T. Manning
DN: cn=Richard T. Manning, c=US
Date: 2005.12.23 14:07:52 -05'00'
Reason: I am approving this document
Location: Six Chesbrough Road Boston, Ma 02132-3810