January 18, 2006

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma USA 02132-3810
Tel. 617-325-3010 (001 usa ext)

**United States District Court**

District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* ) | | |
| **Plaintiff** ) | | |
| V. ) | | |
| ) | | |
| **United States of America** ) | | |
| **The State of Massachusetts** ) | | |
| **The City of Boston** ) | | |
| **The City of Pittsfield** ) | | |
| **The City of Brookline** ) | | |
| **The Town of Westwood** ) | | |
| **Suffolk County** ) | | |
| **Norfolk County** ) | **Civil Action Number** | |
| **AT&T Broadband** ) | | |
| **Comcast** ) | | |
| **General Electric** ) | 04 · 10401 NMG | |
| **Viacom** ) | | |
| **Walt Disney Company** ) | | |
| **UNUM Life Insurance Co.** ) | | |
| **Blue Cross Blue Shield of Mass.** ) | | |
| **Faulkner Hospital** ) | | |
| **Beth Israel Deaconess Medical Ctr.** ) | | |
| **Bournewood** ) | | |
| **Westwood Pembroke Health Care** ) | | |
| **Fallon Ambulance Service** ) | | |
| **Eascare, LLC** ) | | |
| **AMR of Massachusetts, Inc** ) | | |
| **Dana Farber Cancer Institute** ) | | |
| **Arnold Communications** ) | | |

<u>Plaintiff Richard T. Manning complies with the court order of civil complaint 04 10401 written February 7, 2005 by submitting the following notice of settlement options written to the defendants not agreed to and are now submitted to the court for process especially regarding an expected summary judgment in regards to</u>

1

**those that have not answered the original complaint written in docket 41.**

1)    The following documents are approximately 3 pages in length and display basically the same settlement language with the exceptions of the reasons why to settle and the compensation amount in US Dollar amounts.

2)    The court should allow the plaintiff redress for the complications he has and use these settlement options of the plaintiff to the defendants especially regarding the nine non complying with court rules defendants in addition to other defendants the court may order is time to start compensation to the plaintiff.

3)    A settlement option in all documents were asked of the defendants to notice the courts and IRS in compliance with local General Court of Massachusetts statutes stated in Massachusetts General Laws MGL Chapter 231C. Thus if the defendants will not settle the plaintiff must proceed in court and is in compliance with Local Court rules in resubmitting and proceeding before a year's time as allowed in local rule 41.1.

Sincerely,

Richard T. Manning Pro Se

Six Chesbrough Road

Boston, MA 02132-3810

617-325-3010, mobile 617-417-1430

email RichardTManning@hotmail.com

email richardtmanning@hushmail.com



