January 18, 2006

FILED
CLERK'S OFFICE

2006 FEB -6  P 4: 51

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma USA 02132-3810
Tel. 617-325-3010 (001 usa ext)

**United States District Court**

District of Massachusetts

| | |
|---|---|
| *Richard T. Manning* ) | |
| **Plaintiff** ) | |
| **V.** ) | |
| ) | |
| **United States of America** ) | |
| **The State of Massachusetts** ) | |
| **The City of Boston** ) | |
| **The City of Pittsfield** ) | |
| **The City of Brookline** ) | |
| **The Town of Westwood** ) | |
| **Suffolk County** ) | |
| **Norfolk County** ) | **Civil Action Number** |
| **AT&T Broadband** ) | |
| **Comcast** ) | |
| **General Electric** ) | **04 · 10401 NMG** |
| **Viacom** ) | |
| **Walt Disney Company** ) | |
| **UNUM Life Insurance Co.** ) | |
| **Blue Cross Blue Shield of Mass.** ) | |
| **Faulkner Hospital** ) | |
| **Beth Israel Deaconess Medical Ctr.** ) | |
| **Bournewood** ) | |
| **Westwood Pembroke Health Care** ) | |
| **Fallon Ambulance Service** ) | |
| **Eascare, LLC** ) | |
| **AMR of Massachusetts, Inc** ) | |
| **Dana Farber Cancer Institute** ) | |
| **Arnold Communications** ) | |

**Plaintiff Richard T. Manning complies with the court order of civil complaint 04**

**10401 written February 7, 2005 by submitting the following; 1) a rewritten original**

**complaint double spaced not amended as denied by the court ready for refilling, 2) a**

**new factual section((otherwise known as a deposition(which was denied as process**

of the complaint ceased with the order, please note the plaintiff was on time with every pleading and motion and many defendants and even the court was not) written in court of appeals form). 3) submittal of settlement options given to each defendant at the outset of the complaint and are to be utilized by the court in determining a just summary judgment order of compensation for the plaintiff especially regarding docket 41 which is still awaiting court intervention and or response for it is now almost two years of non compliance with the laws written in the appendix of Title 28 Federal rules of civil procedure(2003-) regarding response to complaint, 4) Notice of compensation due the plaintiff as stated in the original contract with UNUM backed by 1st circuit precedent of such notice to the court for compensation due the plaintiff. 5) Communication in writing from me the plaintiff to the defendants in an attempt to settle the complaint before refilling so as to avoid the civil court process. 6) A memorandum regarding the plaintiff's position regarding the criminal complaint option with form 34. 7) memorandum regarding the drug zyprexa and how a separate complaint regarding Eli Lilly and CVS seeing that no communication has been sent the plaintiff and or drug involuntary victim by any doctor health plan and or drug manufacturer and or distributor is evidence in support of their industry, thus is evidence and a cognizable fact effecting the health of the plaintiff negatively. 8) notice regarding US Marshal noticed via 617-748-2500 regarding continued incidents of abuse and harassment throughout this complaint process by several neighbors, 9) Notice of the court for communication to the United Nations High Commission on Human Rights in Switzerland form 10/28/2004 and 6/7/2005. 10) motion to orally argue and deny the oral argument via TV of several

2

**defendants. All this is in compliance with local rule 41.1 , for the plaintiff has waited for a long time and sustained financial hardship during this process and hopes the court can comprehend that the plaintiff is a victim of the crimes not the one that committed them therefore with  precedent backing this theory I hope these documents aid the court in its comprehension at least comprehension of the plaintiff being a victim of the conspiracy against rights as written and stated in section 2) above.**

1)   Richard T. Manning the plaintiff thanks the court for reading the complaint he is however a bit confused for when reading the docket front page in the upper left of the docket is written cause of complaint and the court obviously comprehended that there is cause under Title 18 section 241 conspiracy against rights.  This is in opposition to the order in which it states that there was an issue with comprehension of the complaint by the court.  I have submitted this notice along with several documents to aid in the comprehension factor of the court and or defendants.  The plaintiff is not a member of the conspirators and is a victim of the wrongs written in the complaint. In realizing the following precedent Olsen vs. GE astrospace 95-5480(1996)

```
The McDonnell Douglas-Burdine burden-shifting
framework was created because only rarely
will a plaintiff have direct evidence of
discrimination. Gone are the days (if,
indeed, they ever existed) when an employer
would admit to firing an employee because she
is a woman, over forty years of age, disabled
or a member of a certain race or religion. .
. . The elements of that prima facie case,
however, must not be applied woodenly, but
must rather be tailored flexibly to fit the
circumstances of each type of illegal
discrimination.
```

3

Geraci, 82 F.3d at 581.(found on page 12 of the order olson
vs ge(1996) 3rd circuit

 facts are not necessarily   all going to be present or known by the plaintiff and that the

complaint should be read and comprehended in the manner that shows the reader that yes,

very difficult and confusing things happened to the plaintiff and the defendants aided in

this confusion which has obviously carried over into the complaint. And no, the plaintiff

was not part of the conspiracy and or discrimination rather he was a victim of such

happens described in the complaint and now further explained in a draft of an appeal

simply because the opportunity to amend the complaint was denied by the court and

discovery proceedings were also denied as moot.  Moot opens to debate the issue of the

preliminary question sent to the defendants gone unanswered.  Increasing the difficulty or

in a sense the court complaint demanding further explanation by the plaintiff simply

increases the disability of the plaintiff in returning to normal.  The plaintiff is in other

words involved with complex litigation and according to the Manual for Complex

Litigation, Fourth edition provided by the federal government at the Federal Judicial

Center 2004 which does not state a refilling option anywhere and the plaintiff  is stuck on

page 52 of this manual and the defendants did not comply with the discovery outline

request thus a violation of federal rule of civil procedure 37(g) and borders on a violation

of FRCP60(b)(3) regarding the last order (although not a final order or judgment on

February 7, 2005 by the court ) for the actions of several defendants specifically speaking

out of their mouths to the public their opinions of 04 10401 and have hindered the

progress and writing of the plaintiff especially with the financial difficulties incurred the

plaintiff as written and can be definitely comprehended in reading the complications of

the plaintiff section of the original complaint 04 10401 not to mention the court

incomprehension of conspiracy and the fraudulent way UNUM has not paid the plaintiff

and also the fraudulent way Comcast has not informed Chase Manhattan bank to

compensate the plaintiff as they should due to cable license insurance contracts in

addition to public humiliation by NBC, ABC, CBS and several other of their local and

national network stations.   If the court would please recognize these incidents of oral

arguments not authorized by the court under local rule 7.1d as detrimental to the health

and well being of the plaintiff and should be considered when making a judgment and or

ruling concerning the complaint especially regarding the government defendants and

communication companies not answering the complaint in writing and still arguing it in

public via TV and or radio in violation of Massachusetts District Court local rule  7.1(d).

It is known as slander and if the plaintiff had access to TV to speak with this complaint I

dare say not one of the persons speaking negatively would open up their mouths again to

the plaintiff in a negative manner!


2)    Furthermore the liability of the company known as UNUM is to be extended

according to the contract I had signed with them and as can be seen in this precedent

```
And according to liability
Precedent the following was stated
"We accordingly predict that, if presented with our
case, the Pennsylvania Supreme Court would hold that each
non-
settling insurer whose policy was triggered to cover an
indivisible loss is jointly and severally liable, up to the
limits of its policy, for the full amount of the judgment,
less the settling" page 16 of the order 95-3432 and 95-3461
95-3432 and 95-3461
KOPPERS COMPANY, INC.
v.
THE AETNA CASUALTY AND SURETY COMPANY;
```

ZURICH INSURANCE COMPANY; THE TRAVELERS INDEMNITY CO.;
THE AMERICAN HOME ASSURANCE COMPANY; COMMERCIAL UNION
INSURANCE COMPANY; THE HOME INSURANCE COMPANY;
UNDERWRITER'S AT LLOYD'S OF LONDON.

Therefore even if the insurance company fails or ceases to comply with the insurance

contract as in the plaintiffs instance with UNUM, UNUM is still liable for the actions

that occur such as continued harassment and torture done onto the plaintiff. And can be

collected from UNUM in a substantially greater way than the original contract states

especially through the justification process we are going through now. For UNUM to not

pay and or compensate the plaintiff is not a wise option of the company UNUM!

This is also stated and comprehensible as written on page 17 of the original complaint.


3)    Therefore I now gather these 9 sections motions and notices as process of refilling

written above and submit them to the court for further process by Judge Gorton , Judge

Bowler and or other Judges and clerks.


Thank you for your patience and attention to complaint 04 10401,


Richard T. Manning Pro Se

Six Chesbrough Road

Boston, MA 02132-3810

617-325-3010, or mobile 617-417-1430

email RichardTManning@hotmail.com

email richardtmanning@hushmail.com





