February 13, 2006                                Richard T. Manning Pro Se
                                                 Six Chesbrough Road
                                                 Boston, Ma 02132-3810
                                                 Tel. 617-325-3010

## United States District Court

District of Massachusetts

| | |
|---|---|
| Richard T. Manning )<br>Plaintiff )<br>V. )<br> )<br>United States of America )<br>The State of Massachusetts )<br>The City of Boston )<br>The City of Pittsfield )<br>The City of Brookline )<br>The Town of Westwood )<br>Suffolk County )<br>Norfolk County )<br>AT&T Broadband )<br>Comcast )<br>General Electric )<br>Viacom )<br>Walt Disney Company )<br>UNUM Life Insurance Co. )<br>Blue Cross Blue Shield of Mass. )<br>Faulkner Hospital )<br>Beth Israel Deaconess Medical Ctr. )<br>Bournwood )<br>Westwood Pembroke HealthCare )<br>Fallon Ambulance Service )<br>Eascare, LLC )<br>AMR of Massachusetts, Inc )<br>Dana Farber Cancer Institute )<br>Arnold Communications ) | Civil Action Number<br><br>04 · 10401 NMG |

**Plaintiff Richard T. Manning's affidavit concerning complaint 04**

**10401 certificate of mailing of document of correction written and dated**

**February 13, 2006 mailed for submission to US court on February 14,**

**2006.**

1)   US mail was sent on February 14, 2006 to the United States

District court. I Richard T. Manning Pro Se certify that a copy of the

memorandom of February 13, 2006 from the plaintiff in civil complaint 04

10401 document was mailed by US mail to the federal district

court in Boston, Ma. As well the document will be mailed to all the defendants in this list, The City of Boston, The City of Pittsfield, The Town of Westwood, Norfolk County, AT&T Broadband, Comcast, General Electric, Viacom, UNUM Life Insurance Co., Blue Cross Blue Shield of Mass., Faulkner Hospital, Beth Israel Deaconess Medical Center, AMR of Massachusetts, Inc. , Dana Farber Cancer Institute.

Signed and certified by Richard T. Manning Pro Se

✓   Richard T. Manning Pro Se
Signature Valid

February 14, 2006                                   Date
Richard T. Manning Pro Se
Six Chesbrough Road
Boston, MA 02132-3810
617-325-3010, 617-417-1430, email richardtmanning@hushmail.com