February 6, 2006                            Richard T. Manning Pro Se
                                            Six Chesbrough Road
                                            Boston, Ma 02132-3810
                                            Tel. 617-325-3010

**_United States District Court_**

District of Massachusetts
_____

| | | |
|---|---|---|
| **Richard T. Manning** | ) | |
| **Plaintiff** | ) | |
| **V.** | ) | |
| | ) | |
| **United States of America** | ) | |
| **The State of Massachusetts** | ) | |
| **The City of Boston** | ) | |
| **The City of Pittsfield** | ) | |
| **The City of Brookline** | ) | |
| **The Town of Westwood** | ) | |
| **Suffolk County** | ) | |
| **Norfolk County** | ) | **Civil Action Number** |
| **AT&T Broadband** | ) | |
| **Comcast** | ) | |
| **General Electric** | ) | **04 · 10401 NMG** |
| **Viacom** | ) | |
| **Walt Disney Company** | ) | |
| **UNUM Life Insurance Co.** | ) | |
| **Blue Cross Blue Shield of Mass.** | ) | |
| **Faulkner Hospital** | ) | |
| **Beth Israel Deaconess Medical Ctr.** | ) | |
| **Bournwood** | ) | |
| **Westwood Pembroke HealthCare** | ) | |
| **Fallon Ambulance Service** | ) | |
| **Eascare, LLC** | ) | |
| **AMR of Massachusetts, Inc** | ) | |
| **Dana Farber Cancer Institute** | ) | |
| **Arnold Communications** | ) | |

_____

**Plaintiff Richard T. Manning's affidavit concerning complaint 04**

**10401 certificate of mailing of documents filed with the court as of**

**4:51pm February 6, 2006 now mailed all responding parties excluding**

**Fallon, whom as last the plaintiff knew was on leave from court and also**

**was not contacted again as stated plaintiff's rights and rules of US and**

**UN counter terrorism. Items listed as evidence are availbale in the court**

**file not in this mailing. Email communications are on defendants**

**electronic file and are printed with the court as evidence in addition to**

**cd rom filed with the court(see section 4,5,8 and nine of the outline of**

**mailing to match emails I sent you).  Section 3 of the mailing regarding**

**settlement papers are also evidence listed in the court and each**

**defendant has the original documents of their own settlement options**

**not agreed to as of 2 6 2006.**

1)    Certified mail after hand delivery to the US District Court

Massachusetts District  to defendants responding attorneys. I Richard T.

Manning Pro Se certify that a copy of this document was mailed by

Registered US mail to the federal district court in Boston, Ma.  As well as to

all the defendants.  In this list, The City of Boston, The City of Pittsfield,

The Town of Westwood,  Norfolk County, AT&T Broadband, Comcast,

General Electric, Viacom, UNUM Life Insurance Co., Blue Cross Blue

Shield of Mass., Faulkner Hospital, Beth Israel Deaconess Medical Center,

AMR of Massachusetts, Inc. , Dana Farber Cancer Institute.

Signed and certified by Richard T. Manning Pro Se

✓ Richard T. Manning Pro Se
Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2006.02.09 14:08:29 -05'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, MA 02132-3810
Signature Valid

_____          Date

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, MA 02132-3810
617-325-3010, 617-417-1430, email  richardtmanning@hushmail.com