February 10, 2006                                   Richard T. Manning Pro Se
                                                    Six Chesbrough Road
                                                    Boston, Ma 02132-3810
                                                    Tel. 617-325-3010

## United States District Court

District of Massachusetts

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| **Plaintiff** | ) | |
| V. | ) | |
| | ) | |
| **United States of America** | ) | |
| **The State of Massachusetts** | ) | |
| **The City of Boston** | ) | |
| **The City of Pittsfield** | ) | |
| **The City of Brookline** | ) | |
| **The Town of Westwood** | ) | |
| **Suffolk County** | ) | |
| **Norfolk County** | ) | **Civil Action Number** |
| **AT&T Broadband** | ) | |
| **Comcast** | ) | |
| **General Electric** | ) | 04 · 10401 NMG |
| **Viacom** | ) | |
| **Walt Disney Company** | ) | |
| **UNUM Life Insurance Co.** | ) | |
| **Blue Cross Blue Shield of Mass.** | ) | |
| **Faulkner Hospital** | ) | |
| **Beth Israel Deaconess Medical Ctr.** | ) | |
| **Bournwood** | ) | |
| **Westwood Pembroke HealthCare** | ) | |
| **Fallon Ambulance Service** | ) | |
| **Eascare, LLC** | ) | |
| **AMR of Massachusetts, Inc** | ) | |
| **Dana Farber Cancer Institute** | ) | |
| **Arnold Communications** | ) | |

## Plaintiff Richard T. Manning Pro Se's notice of correction to attorney

## of record addresses section of draft of appeal considered section two of

**filed court paper on February 6, 2006 at 4:51pm.**

1) Unfortunately a mistake was made while processing the original draft of appeal for 04 10401. The attorney name and defendant are in close proximity to one another and it is confusing to the reader, similar to when during the complaint while the plaintiff addressed the attorney there were several oral responses from their client and or defendant causing confusion to the plaintiff. The plaintiff finds the docket of the court useful for it has the addresses of the current attorney and or defendant listed.

2) Another correction would be the anticipated respondent, the City of Boston and the new attorney for them or anticipated respondent would be

Attorney Helen G. Litsas
City Of Boston Law Department
City Hall
Boston, Ma 02210

This information is important especially for the plaintiff for many services of the City of Boston that may have information regarding this complaint and want to voice their interlocutory appeal to me and or others are to be aware that they speak in the place of Attorney Litsas especially when they yell and scream at the plaintiff and or their family. As long as these speakers are listed as witnesses and or attorneys of record for the city and are available for court if they are not to busy trying to find and or speak about their past

statements"where's the money!" which I assume would be for their further education. And when they, they meanings the City of Boston find "the money" please let the court inform the city via the treasury department that their money when given to the plaintiff might be able to teach the lessons they need to survive via writing minus the weapons or tough guy and or girl talk of theirs.  Then again their may be no hope for them as is learned from my experience. Hopefully things will change through the court and the plaintiff can keep his individuality separate for the group mentality of the City workers which seems to carry over to their private lives. And please this is to be kept separate or in addition to any settlement between the plaintiff and the City for government is treated by me as a person defined in Massachsuetts General laws chapter 265(2005).

3)  The docket of record for the attorney for the county of Norfolk should include attorney Tara M. Swartz, she was the original pleader or attorney for the county of Norfolk.

4)  The pacer system electronic document of the original complaint excluded attachments 1a and 1b which are important for anticipated United Nations review of the electronic docket as well as the plaintiffs future consultants that look into the electronic record and or himself not to mention those that are defendants in the complaint.

Sincerely,  Richard T. Manning Pro Se

Richard T. Manning Pro Se

Six Chesbrough Road

 Richard T. Manning

Boston, Ma 02132-3810

617-325-3010, 617-417-1430

richardtmanning@hushmail.com

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2006.02.10 17:08:28 -05'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, MA 02132-3810

Digitally signed by Richard T. Manning
DN: cn=Richard T. Manning, c=US
Date: 2006.02.10 17:07:47 -05'00'
Reason: I am approving this document
Location: Six Chesbrough Road Boston, MA 02132-3810