March 14, 2006

Richard T. Manning
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-325-3010
richardtmanning@hushmail.com

FILED
IN CLERKS OFFICE

2006 MAR 21  P 5: 05

*United States District Court*
District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| Plai | ) | |
| v. | ) | |
| | ) | |
| United States of America | ) | |
| The State of Massachusetts | ) | |
| The City of Boston | ) | |
| The City of Pittsfield | ) | |
| The City of Brookline | ) | |
| The Town of Westwood | ) | |
| Suffolk County | ) | |
| Norfolk County | ) | Civil |
| | ) | Action Number |
| AT&T Broadband | ) | |
| Comcast | ) | |
| General Electric | ) | |
| | ) | 04 · 10401 NMG |
| Viacom | ) | |
| Walt Disney Company | ) | |
| UNUM Life Insurance Co. | ) | |
| Blue Cross Blue Shield of Mass) | | |
| Faulkner Hospital | ) | |
| Beth Israel Deaconess Medical Ctr. ) | | |
| Bournwood | ) | |
| Westwood Pembroke Health Care ) | | |
| Fallon Ambulance Service | ) | |
| Eascare, LLC | ) | |
| AMR of Massachusetts, Inc | ) | |
| Dana Farber Cancer Institute | ) | |
| Arnold Communications | ) | |

**Plaintiff Richard T. Manning's notice of submission to the court discovery process procedure for non conferred time frame of copying of records such as zyprexa and seroquel physician patient(involuntary patient) orders.   The plaintiff has a few options for the defendants to copy documents either to non rewritable cd rom and or paper via the Plaintiff's and rented by litigants systems administrator private non public Systems Network Architecture or SNA.  The plaintiff is available from 11-5pm(mobile phone 617-417-1430)  most days for this type of procedure.  Richard T. Manning the plaintiff is the systems administrator for Richard T. Manning Pro Se and will bill his time for the court records via Richard T. Manning Pro Se for $75.00 per hour and on emergency basis will charge the minimum 2.25 hour charge of $400.00 per hour for systems administration work regarding 04 10401 which as totaled now has been for eight years of systems administration**

**24/7 at the charge of $400.00 is roughly $28,032,000.00 owed Richard T. Manning for systems administration regarding civil action 04 10401. Richard T. Manning has an memory nervous system microscopic synaptical agreement with himself and now on written record via this court submission and notice for services performed with the goal of a victory in the court complaint process. US IRS income Tax and Massachusetts Department of Revenue income Tax are issues (no funds have been distributed thus far regarding this complaint to the plaintiff and or litigant) and the plaintiff really needs to be compensated.**

1)    As described in the heading this notice is to the court previous to mailing to the

defendants as conference data and or discovery procedure were not acknowledged  in

this complaint by the defendants as of yet written in the federal rules of civil procedure

as the correct procedure.  Rule 26(a)(1) previous to discovery request( not allowed by the

defendants as of yet).

2)    The heading is descriptive in general of the process of the NSA used by the plaintiff

 and will meet encryption and or paper standards for the court.

3)    The time is now over 20 days time of filing and now serving each defendant or

previously answering defendant.  The plaintiff has written an excellent summary

judgment motion that will be served with the copy of this letter to the court and these

defendants.in the near future.

Sincerely,

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, MA USA Earth 02132-3810
617-325-3010, 617-417-1430
richardtmanning@hushmail.com



Signature Valid **Richard T. Manning Pro Se**

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2006.03.14 14:38:19 -05'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, Ma 02132-3810

✓ Richard T. Manning

This signature is to certify to the court of future mailing to defendants in 04 10401 with

certificate of actual service to follow.

Signature