February 13, 2006

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132
Tel. 617-325-3010

FILED
IN CLERKS OFFICE
2006 MAR 21  P 5: 05

**United States District Court**

District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

Richard T. Manning )
Plaintiff )
V. )
 )
United States of America )
The State of Massachusetts )
The City of Boston )
The City of Pittsfield )
The City of Brookline )
The Town of Westwood )
Suffolk County )
Norfolk County )          Civil Action Number
AT&T Broadband )
Comcast )
General Electric )             04 · 10401 NMG
Viacom )
Walt Disney Company )
UNUM Life Insurance Co. )
Blue Cross Blue Shield of Mass. )
Faulkner Hospital )
Beth Israel Deaconess Medical Ctr. )
Bournwood )
Westwood Pembroke HealthCare )
Fallon Ambulance Service )
Eascare, LLC )
AMR of Massachusetts, Inc )
Dana Farber Cancer Institute )
Arnold Communications )

**Plaintiff Richard T. Manning's affidavit concerning complaint 04 10401 certificate of mailing of document of correction written and dated February 13, 2006 mailed for submission to US court on February 14, 2006.**

1) US mail was sent on February 14, 2006 to the United States District court. I Richard T. Manning Pro Se certify that a copy of the memorandom of February 13, 2006 from the plaintiff in civil complaint 04 10401 document was mailed by US mail to the federal district

court in Boston, Ma. As well the document will be mailed to all the defendants in this list, The City of Boston, The City of Pittsfield, The Town of Westwood, Norfolk County, AT&T Broadband, Comcast, General Electric, Viacom, UNUM Life Insurance Co., Blue Cross Blue Shield of Mass., Faulkner Hospital, Beth Israel Deaconess Medical Center, AMR of Massachusetts, Inc. , Dana Farber Cancer Institute.

Signed and certified by Richard T. Manning Pro Se

✓   Richard T. Manning Pro Se
Signature Valid

February 14, 2006                              Date
Richard T. Manning Pro Se
Six Chesbrough Road
Boston, MA 02132-3810
617-325-3010, 617-417-1430, email richardtmanning@hushmail.com