February 13, 2006

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
Tel. 617-925-3010

**United States District Court**

District of Massachusetts

FILED
IN CLERKS OFFICE
2006 MAR 15 P 2: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| *Richard T. Manning* | ) | |
| **Plaintiff** | ) | |
| V. | ) | |
| | ) | |
| **United States of America** | ) | |
| **The State of Massachusetts** | ) | |
| **The City of Boston** | ) | |
| **The City of Pittsfield** | ) | |
| **The City of Brookline** | ) | |
| **The Town of Westwood** | ) | |
| **Suffolk County** | ) | |
| **Norfolk County** | ) | **Civil Action Number** |
| **AT&T Broadband** | ) | |
| **Comcast** | ) | |
| **General Electric** | ) | 04 · 10401 NMG |
| **Viacom** | ) | |
| **Walt Disney Company** | ) | |
| **UNUM Life Insurance Co.** | ) | |
| **Blue Cross Blue Shield of Mass.** | ) | |
| **Faulkner Hospital** | ) | |
| **Beth Israel Deaconess Medical Ctr.** | ) | |
| **Bournewood** | ) | |
| **Westwood Pembroke Health Care** | ) | |
| **Fallon Ambulance Service** | ) | |
| **Eascare, LLC** | ) | |
| **AMR of Massachusetts, Inc** | ) | |
| **Dana Farber Cancer Institute** | ) | |
| **Arnold Communications** | ) | |

**Memorandum of electronic docket correction submitted by plaintiff**

**Richard T. Manning Pro Se in complaint 04 10401 concerning request**

**for rescan and or rearrangement and correction of dockets to match**

**written document underlined definitions. While viewing pacer, the**

**litigant Richard T. Manning Pro Se found documents 94 and 95 opposite the docket description in addition docket 94 not having the two documents it described is an issue that needs correction. The docket 89 is the same as 88 however was listed as zyprexa notice not found in docket 89 electronic form, in this missing electronic document, exhibit zyprexa was replaced by drug seroquel as it was replaced and forced into the plaintiff by the westood lodge hospital with no written explanation(precident of switch of drug was from westwood lodge). Docket 93 has to have 2 cd roms not one as was submitted as evidence on February 6, 2006 with the court.**

1)    The electronic docket needs correction as stated above.

2)    Missing exhibit drug zyprexa was replaced with drug seroquel on February 6, 2006. If the court is upset about not finding the exhibit drug zyprexa please accept my insincere apology for it was done on purpose to prove my point to the court for switching drugs without written description and or thorough definition. This needs to be done and now explained for the court concluded the complaint without the plaintiff having the opportunity to explain and or demonstrate. I would stress that an apology, a very sincere apology is needed concerning this drug form several parties and non parties! If the court needs to look for who uses this drug please I hope they do so.

This may be a positive result for this complaint if the court finds those that take the drug and stops them or informs them of side effects before further and or any damage is done to them from the drug zyprexa manufactured by Eli Lilly.

Sincerely, 

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
617-325-3010, 617=417-1430
email richardtmanning@hushmail.com



