**July 1, 2006**

Notice of Appeal to the Court of Appeals for the Federal Circuit From an Order of a District Court

United States District Court for the District of Massachusetts
File Number 04 · 10401 – NMG

RICHARD T. MANNING, Plaintiff)
)
v.                                       )          **Notice of Appeal**
**Defendants,**                          )
**UNUM Life Insurance Co.**              )
**Viacom**                               )
**General Electric**                     )
**The City of Boston**                   )
**The City of Pittsfield**               )
**The Town of Westwood**                 )
**Norfolk County**                       )
**AT&T Broadband**                       )
**Comcast**                              )
**Blue Cross Blue Shield of Mass.**      )
**Faulkner Hospital**                    )
**Beth Israel Deaconess Medical Ctr.**   )
**AMR of Massachusetts, Inc**            )
**Dana Farber Cancer Institute**         )
not including ten non legally responding defendants)

Notice is hereby given on this day July 1, 2006 that Richard T. Manning plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from an order written by the honorable Judge Nathaniel M. Gorton of the US District Court entered in this action 04 10401 on the 2nd day of May 2006.

(s) _[signature]_  7/1/2006

Litigant Pro Se  Richard T. Manning Pro Se
                 Six Chesbrough Road
                 Boston, Ma 02132-3810
                 617-325-3010
                 cell phone 617-417-1430
                 email : richardtmanning@hushmail.com
                 RichardTManning@hotmail.com

cv 04 10401