```
                                           FILED
                                       IN CLERKS OFFICE
                                              July 18, 2006
              Civil Action 04 10401   2006 JUL 21  P 2: 50
```

# THE FEDERAL CIRCUIT COURT OF APPEALS
DISTRICT OF MASS.

| | | |
|---|---|---|
| Richard T. Manning | ) | |
| *Plaintiff and Appellant* | ) | Appeal of an order from the |
| VS. | ) | United States District Court |
| *Defendants and Appellees* | ) | Court Massachusetts District |
| Unum Life Insurance Co. | ) | order of 5 2 2006 |
| Viacom | ) | of civil action 04 10401 |
| General Electric | ) | |
| The City of Pittsfield | ) | |
| The City of Boston | ) | |
| The Town of Westwood | ) | |
| Norfolk County, MA | ) | |
| AT&T Broadband | ) | |
| Comcast | ) | |
| Beth Israel Hospital | ) | |
| Blue Cross Blue Shield of MA | ) | |
| Faulkner Hospital | ) | |
| AMR transport Inc. | ) | |
| Dana Farber Cancer Institute | ) | |

<u>Motion for Discovery regarding the correct court</u>

<u>reporters name address so as to process form 22 from the</u>

<u>**Federal Circuit realizing the most recent communication As a result of docket 103 between the court clerk Sonnenberg, appleate court clerk Dunn and now a court reporter Shelly Killian whose most recent contribution to this information gathering for completion of from 22 Transcript purchase order is to contact the Pro Se clerk.**</u>

1) Realizing the proceedings were happening in this complaint as 11 judges passed between them the role of judge in complaint 04 10401, a motion for discovery regarding the reporters correct name and address and or court reporters (plural) if transcription has occurred regarding any proceedings in the dockets of civil action 04 10401.(reason being is as the judges changed in addition to the clerks, plaintiffs theory would be is that the reporters changed)

2) The Pro Se clerk Susan Jenness, who was very polite and efficient was not at the Pro Se desk on the plaintiff's first physical appearance in the court after the February 27, 2004 submission to the pro se court clerk on August 30, 2004. The plaintiff was directed to and received a physical finger pointing direction order by the court clerk attending the Pro Se desk on August 30, 2004(wheather this was correct according to the Pro Se clerk Susan Janness I

am not aware for I seemed to start to have major difficulty with harassment issues ((please refer to dockets 86, 93 and in addition to these dockets recent incidents concerning a person in these dockets have been verbally told to US Marshal at 617- 748-2500 on Saturday July 15, 2006 and one incident on this day was written down in email to the harasser's and groups political organization and the organizations public adversaries as well as to the person being harassed (My mother and resident of 6 chesbrough road Boston Ma 02132 Nancy L. Manning) and a US Senator and to the solution and maybe cause of the harassment the US mail as attachment 3, the latter who I might add was reason for mail on hold due to US mail harassment issues during the time of the final order in 5 2 2006 an electronic email attempt to halt the perverted harassment similar to that written in Boston Police incident report 040431831 attachment 4 by the US mail is attached in paper and electronic form as attachment 2, all in an attempt to cease the harassing oral communication with the persons written in docket 86 section 2 line 24 and before) which may have occurred at the change over from the pro se clerk to the open area what seems to be high traffic US District clerk office, (this is obviously only

conjecture and my opinion of my observations only). The plaintiff was directed to submit documents in 04 10401 to the left of where the plaintiff pro se was standing which was a direction to the US District court clerk's reception area windows and a nice woman and clerk named what I believe is Maria stamped and filed my dockets for entry into the docket. I did have to contact the court clerk's via phone and was also contacted via phone by a court clerk Barrette. During the recusal process (there were 10 recusals and 11 judges) I assume the court reporter changed as well. I did have clerical filing questions during the complaint and did call on a few occasions Susan Jenness and was directed to the court clerk for the specific judge. This is reason for this motion for discovery for if I act as the most recent direction from a court reporter which is to contact the Pro Se clerk, I as Human who is not mentally retarded ((Historically Challenged is the more acceptable description which is most definitely a trait of most defendants United States, State of Massachusetts, City of Boston, General Electric, Viacom, Walt Disney, UNUM Life
Insurance, Faulkner Hospital, Beth Israel Hospital, Fallon Ambulance, Eascare Ambulance, Arnold Communications, The Town of Westwood, Norfolk County, Suffolk County, The City

of Brookline, AT&T Broadband, Comcast, **Bournewood, and Westwood Lodge, Blue Cross Blue Shield of MA.** regarding the illegality of the actions I wrote to the court about in action 04 10401) have learned that from past experience in this complaint I am to process my clerical and or court motions, notices etc.. through the clerk for the specific judge. In realizing that this request may in fact deal with numerous judges I assume the court reporter means to contact the pro se clerk for an answer to the discovery of who the litigants are to contact for transcript form 22 processes. Therefore in realizing that the court clerk for judge Gorton was contacted, court clerk Sonnenberg, was Contacted, and the clerk could not answer the discovery request via the communication the clerk and the plaintiff had via the telephone.

3)   Please inform me in writing at my address below if this request can be granted and or cannot for the litigant has an obligation to the federal circuit to process the form 22. The litigant thanks the court reporter Shelly Killian for the answer in writing via email to my request which is attached in paper and electronic readable media as attachment 1( as is this letter on electronic media in addition to paper) to this discovery request in

compliance to supplementary procedure written in rule 26 FRCP.

Sincerely,

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
617-325-3010 cell phone  617-417-1430
email: richardtmanning@hushmail.com

Richard T. Manning Pro Se

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2006.07.20 11:36:20 -05'00'
Reason: I am approving this document
Location: Six Chesbrough Road Boston, Ma 02132-3810