## RICHARD T. MANNING

| | |
|---|---|
| **From:** | <Shelly_Killian@mad.uscourts.gov> |
| **To:** | <richardtmanning@hushmail.com> |
| **Cc:** | <ckelly@mkblegal.com>; <decker@bhpklaw.com>; <Helen.Litsas@cityofboston.gov>; <jmhamilton@modl.com>; <jonathan.albano@bingham.com>; <kdegnan@pittsfieldch.com>; <khallaire@modl.com>; <lopez@lopezlaw.com>; <PDAbbott@mintz.com>; <perry@casneredwards.com>; <RichardTManning@hotmail.com>; <sally.walker@bcbsma.com> |
| **Sent:** | Monday, July 17, 2006 12:16 PM |
| **Attach:** | letter to court clerk 7 15 2006 s.pdf; letter to court clerk 7 15 2006 s.pdf.sig |
| **Subject:** | Re: documentts being mailed to the us district court clerk and appellees and reporter. |

Dear Mr. Manning,

Please be advised that I have no involvement in this case and therefore I cannot help you with your documents and should not be in receipt of them. I think it would be best for you to contact the Pro Se representative in the Clerk's Office so that they may assist you in finding the correct court reporter to send these documents to.

Thank you for your attention to this matter.

Shelly M. Killian
Official Court Reporter


        "Richard T.
        Manning"
        <richardtmanning@                              To
        hushmail.com>            <khallaire@modl.com>,
                        <jmhamilton@modl.com>,
        07/15/2006 10:58         <PDAbbott@mintz.com>,
        PM                <kdegnan@pittsfieldch.com>,
                        <jonathan.albano@bingham.com>,
                        <sally.walker@bcbsma.com>,
        Please respond to       <Helen.Litsas@cityofboston.gov>,
        richardtmanning@h        <ckelly@mkblegal.com>,
          ushmail.com           <lopez@lopezlaw.com>,
                        <perry@casneredwards.com>,
                        <decker@bhpklaw.com>
                                cc
                        <shelly_killian@mad.uscourts.gov>,

<RichardTManning@hotmail.com>
Subject
documentts being mailed to the us
district court clerk and appellees
and reporter.


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

An email by Richard T. Manning Pro Se in comliance with FRCP
5(b)(2)(D)(2005).

Hello and good evening attached is an additional document to an
email sent to you on 7 11 2006. It is in pdf form and is being
mailed to you in paper form as are the documents mailed on 7 11
2006 .


have a good night,

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, MA 02132-3810

richardtmanning@hushmail.com
RichardTManning@hotmail.com

 sent via tcpip number 172.145.38.170 on 7 15 2006 at 10:58pm est
-----BEGIN PGP SIGNATURE-----
Note: This signature can be verified at https://www.hushtools.com/verify
Version: Hush 2.5

wkYEARECAAYFAkS5q1QACgkQ3gggsJ5JifF2dACdHpjugH92aFLXI6aKCR5EV
oJGtu6livMH6VziKwRFh4IK/V99k

=rFZK
-----END PGP SIGNATURE-----

(See attached file: letter to court clerk 7 15 2006 s.pdf)(See attached
file: letter to court clerk 7 15 2006 s.pdf.sig)

## RICHARD T. MANNING

| | |
|---|---|
| **From:** | "Richard T. Manning" <richardtmanning@hushmail.com> |
| **To:** | "Support@USPS" <uspshelpdesk@spemail.esecurecare.net> |
| **Cc:** | <RichardTManning@hotmail.com> |
| **Sent:** | Friday, May 05, 2006 8:32 AM |
| **Subject:** | Re: April 29, 2006 Richard T. Manning Six chesbrough road Boston, ma 02132-3810 6... [Incident: 060428-001592] |

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1


Thank You Barbara, I just spoke via the telephone as you requested
with the Delivery Supervisor, I simply stated that the mail should
be resumed for delivery to the residents of Six Chesbrough Road
Boston MA USA 02132-3810. I gave Brian F. , the supervisor, the
complaint number OR262859018 and he said he would look into the
situation and take the hold off the mail. I said thank you to him.

Thank you for reading the complaint,

Richard T. Manning
Six chesbrough Road
Boston,MA 02132-3810
617-325-3010
richardtmanning@hushmail.com

On Thu, 04 May 2006 23:47:27 -0400 "Support@USPS"
<uspshelpdesk@spemail.esecurecare.net> wrote:
>Subject
>-----------------------------------------------------------------
>April 29, 2006 Richard T. Manning Six chesbrough road Boston, ma
>02132-3810 6...
>
>
>Discussion Thread
>-----------------------------------------------------------------
>Response (Barbara) - 05/04/2006 09:47 PM
>Richard,
>
>Thank you for responding.  I apologize for the inconvenience this
>has caused you.
>

>Please contact your Delivery Supervisor to resolve this issue. He

>may be reached at West Roxbury Station at (617) 323-6143. The
>phone hours are 8:00 AM - 5:00 PM Week Days and 8:00 AM - 1:00 PM
>Saturdays.
>
>Please let me know if I may be of assistance in the future. Thank

>you for using the United States Postal Service.
>
>Barbara
>
>Customer (Richard T. Manning) - 05/03/2006 04:41 AM
>-----BEGIN PGP SIGNED MESSAGE-----
>Hash: SHA1
>
>Regarding complaint number OR26859018 as Barbara stated
>Before I begin my response to your email please explain to Kevin
>Kelly that he has been a nice mail carrier up until he spoke about
>these embarrassing issues.
>He is expeditious and diligent in his us mail duties and I wish
>him
>well either as the us mail carrier to this residence
>and or somewhere else.
>Unfortunately an issue as stated below was raised by the US mail
>which is Kevin Kelly.
>
>
>Thank you for responding to my email Barbara, I have been quite
>angry because of this situation caused by the US mail in that now
>I
>have to pick up the mail at the post office and or discuss this
>issue with the residence of six chesbrough road and or the other
>residence have to pick the mail up at the post office. When
>picking up the mail the other residence of six chesbrough road
>were
>told another  verbal message of the post office(617 323 6143)
>that
>the US mail manager at the west roxbury branch had held the mail
>this after when i first had it held their and then told them and
>wrote to them and mentioned it is o to deliver the mail. In the
>mean time a phone call from a mailmanager named Peg at  617-556-
>4410 explained over the phone to attorney Thomas R Manning a

>resident at six chesbrough road Boston Ma 02132 that John
>Oreio(spelling may be off they did not write just spoke)at 617-556-

>

>4403 was the perosn to contact regarding what she referred to as a
>crime and or fraudualnt act.

>

>I think if you would look at the situation that was caused by the
>US mail in this follwoing way we would reach a quick resolution,

>

>Since it has been brought to the attention of the this residence
>at

>six chesbrough road Boston Ma 02132-3810 that someone according to
>the US mail needs to change their behavior with regards to as the
>mailo carrier ststes "playing with themselves" it may be a good
>idea for the US mail to hire a reproduction medical physician to
>remedy the issue with its customers.  Furthermore if the mail
>would

>like to be the enforcer of what is someotimes Massachusetts law
>regarding masturbation(i am not familiar with us law regarding the
>topic if it exists at all),  A written statement may be a partial
>solution in resloving the issue seeing that i am in a current
>court

>complaint witht eh US as a defendant.  the staement should inlcude
>information of how the US mail is obligated to enforce such issue
>as masturbation be that at this residence or one nearby.  It
>should

>probably also include a statement of fact regarding the US mails
>own masturbation habits and it seems only fair that if the US mail
>is to verbally enforce non masturbation laws that it reveal how
>they have never masturbated and or will never masturbate.  Because
>I just read a few medical journals and articles that read and
>state

>that the average human being masturbates at least three times and
>many tiems more than that.  I woould have to say that since it is
>now an issue that the US mail has brought to the attention of the
>public then it is only fair in the court compalint that i have to
>bring this topic up regarding the defendant the US mail and also
>maybe the three branches of government.

>

>I would assume the resolution to this would be to not bring the
>subject up in public verbally to anyone, at least that would be my
>resolution to the complaint.  I do know that the recent

>advertising
>pitch by the US mail to use Netscape (a compnay connected with the
>current Amercia Online Co. AOL)  Realizing the problem with the
>internet community and the prostituiona and or pornographic
>industry I would say it is going to be quite a challenge to say
>the
>least regarding ceasing the masturbation of the entire United
>States if that is in fact one of the goals of the US mail and if
>it
>is not a goal then I suggest the US mail remedy the problem it
>started in writting for this subject will be brought up in the
>court complaint I have in which i am still, still wiating to be
>written to by the United States Attorney.
>
>It is very embarrasing to write about this and does not seem to be
>embarrasing at all for your mail carrier to speak about it!  and I
>do not wan the US mail to associate my name with the US mails
>complaint about masturbation!
>
>Once again I hope the mail is delivered and no hold is on the
>mail.
>
>
>   richardtmanning@hushmail.com
>RichardTManning@hotmail.com
>
>     My resume listed at
>http://hometown.aol.com/richardtmanning/richardtmanning.html
>
>My picture listed at
>
>http://hometown.aol.com/richardtmanning/images/picture_64
>and
>http://hometown.aol.com/richardtmanning/goodlookingrichmanning
>and
>http://hometown.aol.com/richardtmanning/RichardTManningsPicture
>and
>http://hometown.aol.com/richardtmanning/richmanningwithhat
>
>sent via tcpip number 172.168.75.175 at 6:30am est on May 3 2006
>
>
>

>On Sun, 30 Apr 2006 02:36:38 -0400 "Support@USPS"
><uspshelpdesk@spemail.esecurecare.net> wrote:
>>Subject
>>-----------------------------------------------------------------
>>April 29, 2006 Richard T. Manning Six chesbrough road Boston, ma
>>02132-3810 6...
>>
>>
>>Discussion Thread
>>-----------------------------------------------------------------
>>Response (Barbara) - 04/30/2006 12:36 AM
>>Richard,
>>
>>Thank you for visiting our website. I understand you wish to
>file
>
>>a complaint regarding the behavior of your mail carrier.
>>
>>I do regret that this is occurring, and thank you for taking the
>>time to let us know about your situation.
>>
>>I have documented your issue and submitted it to your local Post
>>Office for follow-up. You will be contacted within 1-2 business
>>days for resolution. The confirmation number assigned to your
>>case is OR26859018. If you need to contact us again regarding
>>this issue, please include the confirmation number so that we can
>>further assist you.
>>
>>If I can be of assistance to you in the future, please don t
>>hesitate to contact me. Thank you for choosing the United States
>>Postal Service.
>>
>>Barbara
>>
>>Customer (Richard T. Manning) - 04/28/2006 02:27 PM
>>April 29, 2006 Richard T. Manning
>> Six chesbrough road
>> Boston, ma 02132-3810
>> 617-325-3010
>>
>>To the Postal Inspection Service and or and also local West
>>Roxbury post office managers,
>>

>>I, Richard T. Manning residing at Six Chesbrough Road Boston, MA
>>USA 02132-3810
>>informed the mail carrier Kevin Kelly that he was to stop with
>his
>
>>abusive language when delivering the mail at six chesbrough road
>>Boston ma 02132-3810.  On more than a few occasions during
>>Kevin s delivery of mail six days a week has he expressed his
>>opinions and or perverted viewpoints publicly. He in addition to
>>delivering the mail one day while I was being delivered a letter
>>from the not so bright insurer commerce insurance, when the
>>mailman delivered two letters one addressed to me and the other
>to
>
>>a person named Kristine ???????  I handed the mail back to Kevin
>>in front of my home and at the same time he seemed to be in a
>>discussion with another person following him and or his friend (I
>>do not know who the person was however he was next to the mailman
>>in front of my home) I
>>found this peculiar simply because autos involved with my family
>>and commerce insurance were twice in accidents and not accidents
>>that were determined to be our fault. Kevin took the mail that
>>was delivered to the wrong persons at the wrong address and said
>I
>
>>have been your mailman for seven years richie you are not going
>to
>
>>give me S$#^%(expletive).  Regardless we received the mail
>>everyday six days a week form the what I believe is the same
>>mailman Kevin Kelly who also resides down the street north west
>of
>
>>six chesbrough road where I am located.  He has been friendly
>>with the neighbors on the road that have been very unfriendly and
>>unkind to me.  Incidents that have happened to me after returning
>>home in 1997 are numerous with neighbors and harassment and
>>stalking and assault
>>including gunfire on their part is partial reason I have docketed
>>a complaint in the US district court system.
>>
>>Numerous perverted comments have been heard by me spoken by the
>>mailman while delivering the mail hear that are similar to the

>>perverted comments made by a former neighbor at 8 chesbrough
>road.
>
>> The latest comment heard in the not to recent past was  keep
>your
>
>>hand out of your pants   in addition to  stop playing with
>>yourself .
>>
>>Now Kevin many times walks up to this residence with his shirt
>>untucked and is many times scratching himself in the pant area
>>similar to the baseball field players.
>>
>>I do not like these comments nor can I agree with a mail carrier
>>who fiddles with himself before delivering the mail should.  Now
>>Kevin has voiced his opinion and loudly I have not voiced my
>>opinion of him and the US Mail but will do so in a court
>>proceeding if need be.
>>
>>According to Title 39 of the US Code we as US citizens are
>allowed
>
>>to receive deliverable US mail to a residence and or PO Box and
>or
>
>>office and or to a local post office.  No where is it stated that
>>we are to get harassed by the mail carrier?  Under Title 39
>>section 401 the US mail if it has a complaint is to follow the
>>laws and rules of the court complaint process.  In other words if
>>Kevin and or The US Mail has a problem with someone in the
>privacy
>
>>of their own home and wants to address the perverted complaint
>>they speak loudly about, the US mail can then address  in writing
>>to the court and  that is the US mail s alternative.  ) Otherwise
>>I suggest the US mail end its oral complaint and or seek legal
>>assistance.   Feel free to send a copy of this letter to the US
>>Attorney and or
>>Attorney General.  For that is childish and rude and something
>>someone was probably paid to say and I write it to you to correct
>>the situation simply because you have made it an issue and are
>>very wrong in doing so.
>>

>>I enjoy utilizing the US Mail and hope I can continue to do so
>>just not with the invasion of privacy.  I guess what this means
>is
>
>>I not only do not want to talk again about this issue
>>You bring up publically but I think you as a group may want to
>>look inwardly at yourselves before speaking in that way.
>>
>>
>>
>>
>>The laws that are at issue are first Massachusetts general laws
>>listed in 265 43 and 43(a)2005.  Second are the laws listed in
>>title 39 which state delivery of mail. Third  are local and US
>>District court rules regarding not answering a federal court
>>complaint and now speaking orally about perverted issues.  I hope
>>the US is ready for court maybe in the international setting as
>>well!
>>
>>Good day to you and for those that I have had the pleasure of
>>dealing with in the past at the US mail I hope this oral
>complaint
>
>>of yours( the US mail) is resolved just not in the perverted way
>>you said and please note you may also want to contact the local
>>hospitals before speaking about such topics.
>>
>>Sincerely,
>>
>>Richard T. Manning
>>Richard T. Manning pro se
>>Boston, Ma 02132-3810
>>617-325-3010
>>richardtmanning@husmail.com
>>
>>
>>As our customer, your privacy is important to us.  Please see our
>>privacy policy at www.usps.com
>>-
>-----BEGIN PGP SIGNATURE-----
>Note: This signature can be verified at
>https://www.hushtools.com/verify
>Version: Hush 2.5

>

>wkYEARECAAYFAkRYhicACgkQ3gggsJ5JifE+cACgrUamjuxYWQ43A/REPcIR9

>A

>nRYGDIDa7dpCHSgawTInwLD1/KLn

>=Q9b/

>-----END PGP SIGNATURE-----

>

>==================== text File Attachment ====================

>Attachment 1.txt, 11670 bytes, added to incident

>

>Response (Barbara) - 04/30/2006 12:36 AM

>Richard,

>

>Thank you for visiting our website.  I understand you wish to file

>a complaint regarding the behavior of your mail carrier.

>

>I do regret that this is occurring, and thank you for taking the

>time to let us know about your situation.

>

>I have documented your issue and submitted it to your local Post

>Office for follow-up.  You will be contacted within 1-2 business

>days for resolution.  The confirmation number assigned to your

>case is OR26859018.  If you need to contact us again regarding

>this issue, please include the confirmation number so that we can

>further assist you.

>

>If I can be of assistance to you in the future, please don?t

>hesitate to contact me.  Thank you for choosing the United States

>Postal Service.

>

>Barbara

>

>Customer (Richard T. Manning) - 04/28/2006 02:27 PM

>April 29,  2006 Richard T. Manning

> Six chesbrough road

> Boston, ma 02132-3810

> 617-325-3010

>

>To the Postal Inspection Service and or and also  local West

>Roxbury post office managers,

>

>I, Richard T. Manning residing at Six Chesbrough Road Boston, MA
>USA 02132-3810
>informed the mail carrier Kevin Kelly that he was to stop with his

>abusive language when delivering the mail at six chesbrough road
>Boston ma 02132-3810.  On more than a few occasions during
>Kevin?s delivery of mail six days a week has he expressed his
>opinions and or perverted viewpoints publicly. He in addition to
>delivering the mail one day while I was being delivered a letter
>from the not so bright insurer commerce insurance, when the
>mailman delivered two letters one addressed to me and the other to

>a person named Kristine ???????  I handed the mail back to Kevin
>in front of my home and at the same time he seemed to be in a
>discussion with another person following him and or his friend (I
>do not know who the person was however he was next to the mailman
>in front of my home) I
>found this peculiar simply because autos involved with my family
>and commerce insurance were twice in accidents and not accidents
>that were determined to be our fault.  Kevin took the mail that
>was delivered to the wrong persons at the wrong address and said I

>have been your mailman for seven years richie you are not going to

>give me S$#^%(expletive).  Regardless we received the mail
>everyday six days a week form the what I believe is the same
>mailman Kevin Kelly who also resides down the street north west of

>six chesbrough road where I am located.   He has been friendly
>with the neighbors on the road that have been very unfriendly and
>unkind to me.  Incidents that have happened to me after returning
>home in 1997 are numerous with neighbors and harassment and
>stalking and assault
>including gunfire on their part is partial reason I have docketed
>a complaint in the US district court system.
>
>Numerous perverted comments have been heard by me spoken by the
>mailman while delivering the mail hear that are similar to the
>perverted comments made by a former neighbor at 8 chesbrough road.

> The latest comment heard in the not to recent past was ?keep your

>hand out of your pants?  in addition to ?stop playing with

>yourself?.
>
>Now Kevin many times walks up to this residence with his shirt
>untucked and is many times scratching himself in the pant area
>similar to the baseball field players.
>
>I do not like these comments nor can I agree with a mail carrier
>who fiddles with himself before delivering the mail should.  Now
>Kevin has voiced his opinion and loudly I have not voiced my
>opinion of him and the US Mail but will do so in a court
>proceeding if need be.
>
>According to Title 39 of the US Code we as US citizens are allowed

>to receive deliverable US mail to a residence and or PO Box and or

>office and or to a local post office.  No where is it stated that
>we are to get harassed by the mail carrier?  Under Title 39
>section 401 the US mail if it has a complaint is to follow the
>laws and rules of the court complaint process.  In other words if
>Kevin and or The US Mail has a problem with someone in the privacy

>of their own home and wants to address the perverted complaint
>they speak loudly about, the US mail can then address  in writing
>to the court and  that is the US mail?s alternative.  ) Otherwise
>I suggest the US mail end its oral complaint and or seek legal
>assistance.   Feel free to send a copy of this letter to the US
>Attorney and or
>Attorney General.  For that is childish and rude and something
>someone was probably paid to say and I write it to you to correct
>the situation simply because you have made it an issue and are
>very wrong in doing so.
>
>I enjoy utilizing the US Mail and hope I can continue to do so
>just not with the invasion of privacy.  I guess what this means is

>I not only do not want to talk again about this issue
>You bring up publically but I think you as a group may want to
>look inwardly at yourselves before speaking in that way.
>
>
>
>

>The laws that are at issue are first Massachusetts general laws
>listed in 265 43 and 43(a)2005. Second are the laws listed in
>title 39 which state delivery of mail. Third are local and US
>District court rules regarding not answering a federal court
>complaint and now speaking orally about perverted issues. I hope
>the US is ready for court maybe in the international setting as
>well!
>
>Good day to you and for those that I have had the pleasure of
>dealing with in the past at the US mail I hope this oral complaint

>of yours( the US mail) is resolved just not in the perverted way
>you said and please note you may also want to contact the local
>hospitals before speaking about such topics.
>
>Sincerely,
>
>Richard T. Manning
>Richard T. Manning pro se
>Boston, Ma 02132-3810
>617-325-3010
>richardtmanning@husmail.com
>
>
>As our customer, your privacy is important to us. Please see our
>privacy policy at www.usps.com
>-[---001:014621:42090---]
-----BEGIN PGP SIGNATURE-----
Note: This signature can be verified at https://www.hushtools.com/verify
Version: Hush 2.5

wkYEARECAAYFAkRbReMACgkQ3gggsJ5JifGvfwCgq47FZAfZDw3gu58xv1KvT
n3Jtm7uuWkFE32UydBCY1iTfdWnP
=YwL9
-----END PGP SIGNATURE-----

## RICHARD T. MANNING

| | |
|---|---|
| **From:** | "Richard T. Manning" <RichardTManning@hotmail.com> |
| **To:** | <uspshelpdesk@spemail.esecurecare.net>; <Senator_Kennedy@kennedy.senate.gov>; "mom" <nmanning@bidmc.harvard.edu> |
| **Cc:** | <richardtmanning@hushmail.com> |
| **Sent:** | Saturday, July 15, 2006 11:48 AM |
| **Subject:** | Fw: A Democratic Governor who will get results |

for your information
----- Original Message -----
**From:** Richard T. Manning
**To:** richardtManning@hushmail.com ; Press@devalpatrick.com
**Cc:** Chris Gabrieli
**Sent:** Saturday, July 15, 2006 11:16 AM
**Subject:** Fw: A Democratic Governor who will get results

My name is Richard T. Manning of Six Chesbrough Road Bosotn Ma 02132-3810

This response was sent to Chris Gabrieli and Tom Reilly in addtion to your email,

Mr Patrick realizing a previous email to your campain if you could please use the US mail when delivering your message and or email. An individual who is disscussed in court dockets in civil comlaint 04 10401 and who seems to reside at 7 Chesbrough Road Boston ma 02132 interrupted my mother while she was on the phone in her automobile and I had to escort him not only off the property but i had to inform him that I thought that you as a candidate were a good candidate however the messenger who was Mr. Malloy a man with a blue shirt and shorts and a perosn who has short beard and white hair on the sides seen trhough his navy blue baseball cap had been invovled with illegal activity towards me and other residents of six chesbroguh road see docket 93 of 04 10401.

Furthermore the state of massachusetts is unresponsive and is considered a terrorist threat by richard t manning pro se and I may not be able to communicate with you in the event that you are elected. Please see Docket 62 04 10401.

I believe the individual at 7 chesbrough road needs to review your civil rights policies when you worked with the Clinton administration for his actions towards me are not good.

Sincerley,

Richard T. Manning pro se
Six Chesbrough Road
Bosotn, MA 02132-3810
617-325-3010
richardtmanning@hotmail.com
richardtmanning@hushmail.com

7/20/2006

sent via tcpip number 172.144.52.228 at 11:15am est on july 15, 2006

----- Original Message -----
**From:** Richard T. Manning
**To:** Chris Gabrieli
**Cc:** richardtManning@hushmail.com ; Press@devalpatrick.com
**Sent:** Thursday, May 11, 2006 11:23 AM
**Subject:** Re: A Democratic Governor who will get results


Hello Mr. Gabrieli, My name is Richard T. Manning of Six chesbrough Road Boston MA USA Earth 02132-3810. I have read your email and as a democrat have not made up my mind as to who I will vote for in this years election for governor in Massachusetts State elections. I did read a statement at the bottom of your email regarding WBZ TV which was a defendant in the federal district court complaint 04 10401 US Massachusetts District. Several persons have been abusive to me through that news station and CBS (Viacom parent company)national programming. I did happen to view a Sunday morning Viacom show with you , and two other candidates for governor one of which I signed a prerequisite for ballot submission in support of form for.

I also read a section in today's Boston globe an article that may be in some opposition to my private theory of healthcare to your public one regarding medical research.

I wish you well in your campaign for Governor and I do remember the controversy I was having with the news agencies and several other defendants in pre submission of 04 10401 regarding the state of Massachusetts and statements made by political parties candidates running for the previous governor election race that are issue in the federal district court and possibly in future appeals court complaints by the litigant 04 10401 or defendnats future actions..

According to masslaws in chapter 13 section 10 I am not able to discuss my views with regards to healthcare with you other than the general statements that you write about in the web or are in the paper previous to your communication with me.

The state of Massachusetts failed to respond to my federal complaint in writing and it is difficult for me to survive because of the state not obeying the federal laws listed in Title 28 Federal Rules of Civil Procedure (2003) (appendix 2004).

If you are at all knowledagable about complaint 04 10401 and wish to write me as the litigant please do so at the address and or email below.
have a good day,

Richard T. Manning
Richard T. Manning Pro Se
Six Chesbrough Road
Boston, MA 02132-3810
617-325-3010

richardtmanning@hushmail.com

RichardTManning@hotmail.com

 My resume listed at
http://hometown.aol.com/richardtmanning/richardtmanning.html

My picture listed at

http://hometown.aol.com/richardtmanning/images/picture_64
and
http://hometown.aol.com/richardtmanning/goodlookingrichmanning
and
http://hometown.aol.com/richardtmanning/RichardTManningsPicture
and
http://hometown.aol.com/richardtmanning/richmanningwithhat

sent via tcpip number 172.149.190.61 on May 11, 2006 at 11:22am est

you wrote:

> —— Original Message -----
> **From:** Chris Gabrieli
> **To:** RICHARD_MANNING11@HOTMAIL.COM
> **Sent:** Monday, May 08, 2006 6:36 PM
> **Subject:** A Democratic Governor who will get results

From the Desk of

# Chris Gabrieli

for Massachusetts Governor

Dear RICHARD:

My name is Chris Gabrieli, and I'm writing to let you know that I recently joined the race to be your next Governor. **I'm running for one simple reason: Republican Governors are not getting the job done for Massachusetts, and I believe I can do better.**



For 16 years, Republican Governors have done little as Massachusetts loses jobs, people leave our

state, and the American Dream fades for too many kids. Our state is losing its competitive edge. We must change course now if we're ever going to reach our potential.

Over the coming months, I'd like to bring you into the conversation about Massachusetts' future by emailing you with important information about the Massachusetts gubernatorial campaign. **If you don't want to hear from me about this campaign, please click here -- you won't see me in your email in-box again.**

As Governor, I'm going to focus on what matters most -- solving problems and getting results. **My entire career has been devoted to getting results. I've helped create over 100,000 jobs, I've expanded after-school programs for more than 10,000 kids, and I defeated Mitt Romney on stem cell research -- all by bringing people together to get things done.** That's the new kind of leadership I'll bring as Governor.

Leadership shouldn't be a competition to see who can make the grandest promises; it should be about who can get the best results. My pledge to you is that I won't get bogged down in petty political battles. I won't make empty promises. I won't shy away from accountability. What I will do is always tell you where I stand. I will be a Governor who solves problems and gets results.

If you do want to hear more about this campaign, here are some of the ideas and results I'll be talking about:

My announcement speech
Watch some of my ads
Read my plan for college tuition
Review my record on stem cells
Here's my record on building after-school programs
And this is my record with pension funds and job creation

As I said earlier, if you're not interested in joining this conversation about Massachusetts' future, just click here , and you won't see me in your inbox again.

But if you are interested, I would greatly appreciate the opportunity to talk with you over the coming months about how we can work

together to get results for Massachusetts.

Yours,

Chris Gabrieli

P.S. If you'd like to compare the Democratic candidates for
Governor, you can watch the recent WBZ TV debate online <u>here</u>.

---

To take your name off this distribution list, please go <u>here</u>.

Paid for by the Gabrieli Committee, Mary Wong, Treasurer 164 Canal St., 4th Floor, Boston, MA 02114

Attachment 4                                    Page 1 of 1

# BOSTON POLICE
# INCIDENT REPORT

ORIGINAL ☒    SUPPLEMENTARY ☐

| KEY SITUATIONS | | | | COMPLAINT NO. 040411831 | | REPORT DIST. E5 | CLEARANCE DIST. |
|---|---|---|---|---|---|---|---|
| TYPE OF INCIDENT INVESTIGATE, PERSON | | CRIME CODE 0 | | STATUS | | DATE OF OCCUR A.08/15/04 | B. |
| LOCATION OF INCIDENT 6 CHESBROUGH RD | | | | APT | DISPATCH TIME | TIME OF OCCUR A.04:30 PM | B. |
| VICTIM-COMP. (LAST, FIRST, MI) MANNING RICHARD | | PHONE (617)-325-3010 | | SEX MALE | RACE WHITE NON-HISPANIC | | MARITAL STATUS UNMARRIED |
| ADDRESS 6 CHESBOROUGH RD,WEST ROXBURY,MA,02132-0000 | | APT. | OCCUPATION ATTORNEY | | | AGE 32 | D.O.B. 10/8/1971 |
| PERSON REPORTING MANNING RICHARD | | ADDRESS 6 CHESBOROUGH RD,WEST ROXBURY,MA,02132-0000 | | | | APT. | PHONE (617)-325-3010 |

WAS THERE A WITNESS TO THE CRIME

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | | APT | TELEPHONE | RES ☒ YES NO BUS |
|---|---|---|---|---|---|---|---|---|

NUMBER OF PERPETRATORS : 1 --- CAN SUSPECT BE IDENTIFIED AT THIS TIME

| STATUS SUSPECT | | NAME (LAST, FIRST, MI) MC HUE TOM | | S.S. NO. 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 | BOOKING NO. 000000000 | PHOTO NO. | ALIAS | ☒ YES NO |
|---|---|---|---|---|---|---|---|---|
| WARRANT NO. | ADDRESS 8 CHESBOROUGH RD,WEST ROXBURY,MA,02132-0000 | | | SEX MALE | RACE WHITE NON-HISPANIC | AGE 0 | HEIGHT 6-00 | DOB |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) SHORT HAIR | | | | WEIGHT 200 | BUILD HEAVY | HAIR | EYES | |

CAN SUSPECT VEHICLE BE DESCRIBED

| STATUS | | REG. STATE | REG. NO. | PLATE TYPE | | YEAR(EXP) | MODEL | ☒ YES NO |
|---|---|---|---|---|---|---|---|---|
| VEHICLE MAKE YEAR | | VEHICLE NO. | | STYLE | | COLOR(TOP-BOTTOM) | | |
| OPERATOR'S NAME | | | | LICENSE NO. | STATE | OPERATOR'S ADDRESS | | |
| OWNER'S NAME | | | | OWNER'S S ADDRESS | | | | |

CAN PROPERTY BE IDENTIFIED

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENT(-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | NCR ☒ YES NO |
|---|---|---|---|---|---|---|

IS THERE A SIGNIFICANT M.O.

| TYPE OF WEAPON-TOOL | NEIGHBORHOOD | | TYPE OF BUILDING | | PLACE OF ENTRY | ☐ ☒ YES NO |
|---|---|---|---|---|---|---|
| WEATHER | LIGHTING | TRANSPORTATION OF SUSPECT | | VICTIM'S ACTIVITY | | |
| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | | | | RELATIONSHIP TO VICTIM | | |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE)     ☒ ☐ YES NO

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW)

BLOCK NARRATIVE AND ADDITIONAL INFORMATION     ☒ ☐ YES NO
NO.
RICHARD MANNING WALKED INTO AREA E-5 TO FILE A HARASSMENT REPORT. MR MANNING STATES ONE TOM MC. HUE OR LAST NAME CASHMAN HAS BEEN HARASSING MR MANNING. MR MANNING STATES MR MC HUE BEGAN SCRAMING AT HIM SAYING "RICHARD IS STARING AT WOMEN" MR MANNING STATES THAT MR MC HUE HAS A MENTAL DISORDER. MR MANNING STATES HE HAS ALSO BEEN HARASSING HIS PARENTS. MR MANNING FEELS MR MCHUE HAS BEEN STALKING HIS PARENTS WHEN THEY LEAVE THEIR HOME. MR.MC HUE HAS RUN OUT OF HIS HOME IN THE PAST YELLING "STOP MASTERBATING." MR MANNING FEELS THAT HE AND HIS PARENTS ARE IN FEAR OF MR MC HUE.

| UNIT ASSIGNED ED04F | TOUR OF DUTY 3 | REPORTING OFFICERS NAME THOMAS L JORDAN | REPORTING OFFICER'S SIGNATURE *Thomas L Jordan* | REPORTING OFFICER'S ID 1708 | PARTNER'S ID FI NO |
|---|---|---|---|---|---|
| DATE OF REPORT 08/15/04 | SPECIAL UNITS NOTIFIED(REPORTING) | | | | TELETYPE NO. |
| TIME COMPLETED 06:47 PM | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME JOSEPH J CUMMINGS | DUTY SUP. SIGNATURE | DUTY SUP. ID 6487 |