FILED
IN CLERKS OFFICE

To the attention of the US District Court  Massachusetts
District clerk for record keeping a copy of transcript
request letter,  form 22, and emails to appellees and  A 9 44
reporter.

2006 JUL 21

U.S. DISTRICT COURT
July 14, 2006
DISTRICT OF MASS.

Civil Action 04 10401

## THE FEDERAL CIRCUIT COURT OF APPEALS

| | | |
|---|---|---|
| Richard T. Manning | ) | |
| *Plaintiff and Appellant* | ) | Appeal of an order from the |
| VS. | ) | United States District Court |
| *Defendants and Appellees* | ) | Court Massachusetts District |
| Unum Life Insurance Co. | ) | order of 5 2 2006 |
| Viacom | ) | of civil action 04 10401 |
| General Electric | ) | |
| The City of Pittsfield | ) | |
| The City of Boston | ) | |
| The Town of Westwood | ) | |
| Norfolk County, MA | ) | |
| AT&T Broadband | ) | |
| Comcast | ) | |
| Beth Israel Hospital | ) | |
| Blue Cross Blue Shield of MA | ) | |
| Faulkner Hospital | ) | |
| AMR transport Inc. | ) | |
| Dana Farber Cancer Institute | ) | |

Notice to the US District Court Massachusetts District

**Court clerk in relation to docket 103 transcript requests**

**from civil action 04 10401 docket.**

1)    This notice includes a federal circuit court of

appeals form 22 transcript request form sent to reporter

Shelly Killian at email address

shelly_killian@mad.uscourts.gov

within the 10 day time limit allowed for transcript filling

requests and within the docket 103 July 26 2006 timeline

realizing recent rule changes allowing email as service in

Federal Rules of Civil Procedure 5(b)(2)(D)(2005) consent

is listed as the email address is listed in court reporter

listings (this reporter had the only email address that was

clear and only listed of the mad.uscourt.gov email

therefore it seemed to be the most secure and was sent in

realizing that there were no reporters for the complaint

introduced to the plaintiff.  If there is another reporter

that the plaintiff and now appellant is to communicate with

please make the plaintiff aware in writing).

2)    In addition to filling this form 22 a letter

accompanying the form was sent to the reporter and as email

copies show was also sent to all appellees in compliance

with 5(b)(2)(D).    In realizing the order of 2 7 2005 and

the most recent order of 5 2 2006 the city of Pittsfield

attorney Kathleen Degnan was sent several emails before the

most recent rule 5(b)(2)(D)(2005) was or could be argued

and denied as consenting email service(the City of

Pittsfield is the obviously making things increasingly

difficult for in not consenting to service before the first

order of 2 7 2005 by email communications, service by

other means becomes dangerous and maybe very profitable for

the possibility of abuse of the section 12 chapter 123

Massachusetts general laws is a result of their conspiracy

and kidnap and illegal detention of the plaintiff see

docket 91 and docket 43 for colorful details of

plaintiff's original response when he was held against his

will back on March 31 2006.   I did not get a reply from

the City of Pittsfield and or any of the appellees in

written court dockets after refilling as the dockets 85

through 103 clearly show which is clearly a violation of

local court rules and law in the appendix of Title 28

Federal Rules of Civil Procedure FRCP(12)(a)(1)(A)

regarding response time for defendants!   The plaintiff must

also thank the judge (thank you!) for writing the order

regardless of the argument and appeal of it as acceptable

as time frame evidence for determining the illegality of

the defendant's non response to the refiled complaint

submitted on 2 6 2006. I communicated recently to an

appeals court in the USA's south circuit 11 the following

while gathering case precedents, my family and or father's

legal books were stolen back in the 1970's had I been given

an opportunity to read them I may have had less difficulty

with these court procedures however as luck has it I was

able to learn information systems and my ability to

litigate on a pro se level has allowed me to survive these

uncivil incidents described throughout docket 1 and docket

91 in addition to that described in pleadings in dockets

37 thru 52.   In retrospect I think the recusal letters

also give further reason to revisit rule 12(a)(1)(A)

regarding docket 41 and may ease my anger and argument at

the recusal process (docket 91).

3)   I must as the docket 103 states appeal, if there

are still issues with regards to the venue and jurisdiction

I restate in writing that the plaintiff must obey brief

and informal brief guidelines and appeals court rules and

will proceed to the Federal Circuit.   Please process these

copies of forms as process of appeal while in District

court jurisdiction under federal rules of civil procedure

and appellate procedure.

Sincerely,

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810





Richard T. Manning Pro Se

Signature Valid

VeriSign

Digitally signed by Richard T. Manning Pro Se
DN: cn=Richard T. Manning Pro Se, c=US
Date: 2006.07.16 16:39:23 -05'00'
Reason: I am the author of this document
Location: Six Chesbrough Road Boston, Ma 02132-3810

617-325-3010
email: richardtmanning@hushmail.com

I certify that a copy of this notice is served to Unum, General Electric, Viacom, City of Boston, City of Pittsfield, Norfolk County, BCBS of MA, Faulkner Hospital, Beth Israel Hospital, AMR Inc., Dana Farber Cancer Institute, Comcast, AT&T Broadband. At the following us mail address of their respective attorneys Unum and GE , Kristina H. Allaire, and Joseph Hamilton BBO #646001. Mirick, O'Connell, DeMallie &lougee, LLP 100 Front Street Worcester, MA 01608-1477 Phone: (508) 791-8500 Fax: (508) 791-8502, Viacom Inc., Johnathan M.Albano1515 Broadway, BBO# 013850 New York, NY 10036 BINGHAM McCUTCHEN LLP 150 Federal Street Boston, MA 02110 (617) 951-8000, Helen Litsas City Hall City Hall Law Department Boston, MA 02201, Katleen Degnan Assistant city solicitor70 Allen St. Suite 201 Pittsfield, MA 01201 Norfolk County Scott P LopezLaw Office of Scott P. Lopez 8th floor 24 School Street Boston, MA 02108 617-742-5700 Fax 617-742-5715 email lopez@lopezlaw.com, Sara A. Walker, BBO# 552116Blue Cross and Blue Shield of Massachusetts Inc.Landmark Center401 Park Drive Boston, MA 02215-3326Tel: (617) 246-3500Fax: (617) 246-3550, Comcast Co. Paul D. Abbott AT&T Broadband Paul D. Abbott32 Ave of the Americas, (BBO# 652233) New

York, NY 10013-2412 Mintz, Levin, Cohn, Ferris,Glovsky, and
Popeo, P.C.One Financial CenterBoston,Massachusetts617)542-
6000,Town of Westwood, Deborah I. Ecker,580 High St B.B.O.
No. 554623Westwood MA 02090 Brody, Hardoon, Perkins
&Kesten,LLP One Exeter Plaza, 12th FloorBoston, MA
02116(617) 880-7100, AMR of Massachusetts, Inc Stephen M.
Perry 4 Tech Circle Casner &Edwards, LLP Natick, MA 01760
303 Congress St.Boston, Ma 0221011(617) 426-5900BBo#395955,
Carol A. Kelly B.B.O. #544549Murray, Kelly &Bertrand,
P.C.600 Unicorn Park DriveWoburn, Massachusetts 01801(781)
569-0020 represents three hospitals Faulkner Hospital ,
Beth Israel Hospital, Dana Farber Cancer Institute.  It was
also sent to the following email addresses of the Attorneys
khallaire@mod1.com,jmhamilton@mod1.com, PDAbbott@mintz.com,
kdegnan@pittsfieldch.com jonathan.albano@bingham.com,
sally.walker@bcbsma.com Helen.Litsas@cityofboston.gov,
ckelly@mkblegal.com,lopez@lopezlaw.com
perry@casneredwards.com,decker@bhpklaw.com. And also to the
court reporter at the email address
shelly_killian@mad.uscourts.gov and to a US District court
reporter address Shelly Killian,  1 Courthouse Way - Suite
3510 Boston, MA 02210 (617) 737-7117.

Form 22

FORM 22. Transcript Purchase Order

# United States Court of Appeals for the Federal Circuit

Richard T. Manning

) Appeal from    ☒ U.S. Disrict Court for  Massachusetts
               ☐ Court of International Trade
               ☐ Claims Court

—VERSUS—

) TRIAL COURT NO.  _____ civil action  04 10401 _____

UNUM et al.

) CIRCUIT COURT NO. _____

### TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I -    TO BE COMPLETED BY THE APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial
Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:
  (agree) A transcripts is not needed for the appeal
  (        ) A transcript is already on file
  (        ) Request is hereby made to the reporter for a transcript of the following proceedings (give particu-
lars):

Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have not been made with the reporter. Payment is by:
  (future) Private Funds
  (        ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED _____    DATE 7 11 2006 COUNSEL FOR  Richard T. Manning Pro Se
ADDRESS  Six Chesbrough Road Bosotn. Massachusetts USA 02132-3810
TELEPHONE  617-325-3010 richardtmanning@hushmail.com

PART II -    TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript
order is received.
Date Purchase Order received: _____
Estimated completion date:  _____
Estimated number of pages: _____
I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the
cost of the transcript.

_____
Signature and Date
Telephone _____

PART III -    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be
forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court
today.

_____                    _____
Date                                          Signature

Reset Fields

July 10, 2006

**Civil Action 04 10401**
**Appeal of the action to the**
**Federal Circuit Court of Appeals**

To the attention of a court reporter for the US District

Court Massachusetts District concerning civil action 04

10401,

Hello and good day you, please allow an introduction,

my name is Richard T Manning residing at Six Chesbrough

Road Boston, Ma 02132-3810 a litigant Pro Se and now

appellant from action 04 10401. In result of a recent entry

into the court record of an appeal of the civil action 04

10401's most recent order from Judge Nathaniel M. Gorton I

am to comply with appellate procedure rules and submit a

transcript request form.  Unfortunately I have not been

allowed the opportunity to speak in court nor have I taken

an oath for I am a novice and pro se litigant.  I have not

meet and nor have I heard from and or spoken to any of the

Judges involved in the civil action 04 10401.  My most

recent request to orally argue was denied and is arguable

through appeal among many other aspects of the complaint.

It is because of these facts written in this letter that I

am to assume that there are no transcripts of proceedings

unless there is in use a secretive transcription method of

Extracting the litigant's thoughts to a computer screen and

or paper transcript otherwise known as an unwarranted

search and seizure of the litigant's intellectual property

similar to the analogy of one of the most recent(within the

last decade) batman films where the private thoughts of the

movie character were listened to without his consent and or

knowledge(I worked in several sound sensitive computer

rooms throughout the past decade which are questionable

please see my resume at

http://hometown.aol.com/richardtmanning/richardtmanning.htm

).


Unfortunately for the court local rule 83 establishes a

business relationship between the US district court and

several of the defendants in the complaint 04 10401

regarding use of public communications to announce

happenings in court cases.  If there are transcripts of

communications between the court and any of it's business

partners relating to or as result of the courts use of rule

83 in relation to civil action 04 10401 please inform me

the plaintiff and now appellant for the rules of evidence

allow for this information to be sent to the appeals

court(most of the news agencies have used their

communication devices to send public remarks regarding the

litigant Richard T Manning and this complaint 04 10401

without the litigants written acknowledgement)   I have

listed the court of Appeals for the federal circuit due to

jurisdiction being in both the federal circuit and the

first circuit. This is issue with both the US Docket Clerk

and now first circuit appeals court clerk however it may be

resolved with this communication.  The form that the court

clerk directed the litigants to in docket 103 was that of a

first circuit from , I attempted to use the form however

the form was not available and was also not the correct

form for the federal circuit so I have filled out the form

originating from the Federal Circuits web site and have it

with me and can forward it to you or the correct court

clerk that you might email me back.. I must ask a reporter(

I did not a meet a reporter as of yet and when I asked for

a specific reporter for Judge Gorton the clerk did not

answer she only stated to send her the information) about

arrangements for payment concerning this request or in this

instance non request of transcription.


In conclusion if you as a reporter are knowledgeable about

any transcription of proceedings that need to be sent to

the court please contact the litigant pro se at the address

listed in the salutation.  Otherwise please follow the

form's information and the "not applicable" answer given to

the transcription request and please inform me of the funds

that will be necessary to process this form written in

docket 103.


Thank you for your time and attention to this pre request

form letter,

Richard T Manning  Pro Se

Six Chesbrough Road

Boston, MA USA 02132-3810

617-325-3010

richardtmanning@hushmail.com



## RICHARD T. MANNING

| | |
|---|---|
| **From:** | "Richard T. Manning" <richardtmanning@hushmail.com> |
| **To:** | <shelly_killian@mad.uscourts.gov> |
| **Cc:** | <RichardTManning@hotmail.com> |
| **Sent:** | Tuesday, July 11, 2006 4:20 PM |
| **Attach:** | form22_06 transcript purchase order 7 11 2006 rtm vs unum et al.pdf; form22_06 transcript purchase order 7 11 2006 rtm vs unum et al.pdf.sig |
| **Subject:** | Fwd: pre transcript from letter civil action 04 10401appeal |

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

To the attention of the court reporter,

Hello and good day to you, As I wrote on july 10, 2006 I was
instructed to fill out and return a purchase order for transcripts
as relates to civil action 04 10401 docket 103.  Attached in pdf is
a digitally signed transcript order stateing that the transcript is
not needed.  I have not been informed of the fee for processing
this order however have either a check and or credit card availbale
for you to process this request.

Please inform me if this is acceptable for I have to process the
data to the defendants and the clerk on paper form.

Thank You,

Richard T. Manning pro se
Six chesbrough Road
Boston, Ma 02132-3810
richardtmanning@hushmail.com
RichardTManning@hotmail.com

my resume at
http://hometown.aol.com/richardtmanning/richardtmanning.html


my pictures at

http://hometown.aol.com/richardtmanning/images/picture_64
and
http://hometown.aol.com/richardtmanning/richmanning1989
And
http://hometown.aol.com/richardtmanning/richmanningathome

and
http://hometown.aol.com/richardtmanning/goodlookingrichmanning
and
http://hometown.aol.com/richardtmanning/RichardTManningsPicture
and
http://hometown.aol.com/richardtmanning/richmanningwithhat

sent from tcpip number  172.132.176.3 at 4:18pm est on july 11,
2006

- ----- Forwarded message from "Richard T. Manning"
<richardtmanning@hushmail.com> -----
Hello my name is Richard T. Manning pro se of six chesbrough road
Boston Ma 02132-3810 617-325-3010.  I selected your name from a
list simply due to the fact that the email addresses all include
non secure and or un court affiliated addresses and yours did not.


Regardless the civil action 04 10401 did not have proceedings that
required a court reporter however court rules require me to fill
out a form and before I submit a form I must know who to send it
to.  Attached is an adobe PDF signed and drafted by the appellant.


Thank You,

Richard T. Manning pro se
Six chesbrough Road
Boston, Ma 02132-3810
richardtmanning@hushmail.com
RichardTManning@hotmail.com

my resume at
http://hometown.aol.com/richardtmanning/richardtmanning.html


my pictures at

http://hometown.aol.com/richardtmanning/images/picture_64
and
http://hometown.aol.com/richardtmanning/richmanning1989
And
http://hometown.aol.com/richardtmanning/richmanningathome
and
http://hometown.aol.com/richardtmanning/goodlookingrichmanning
and
http://hometown.aol.com/richardtmanning/RichardTManningsPicture
and
http://hometown.aol.com/richardtmanning/richmanningwithhat

sent from tcpip number  172.131.239.177 at 6:30pm est on 7 10 2006
-----BEGIN PGP SIGNATURE-----
Note: This signature can be verified at https://www.hushtools.com/verify
Version: Hush 2.5

wkYEARECAAYFAkS0B/gACgkQ3gggsJ5JifFI7ACfRzoVfgMQWhIkHTW7q1o1PI
oJW1VPdQInEquIRrLNh1XwMLXTL4
=Gq2g
-----END PGP SIGNATURE-----

## RICHARD T. MANNING

| | |
|---|---|
| **From:** | "Richard T. Manning" <richardtmanning@hushmail.com> |
| **To:** | <khallaire@modl.com>; <jmhamilton@modl.com>; <PDAbbott@mintz.com>; <kdegnan@pittsfieldch.com>; <jonathan.albano@bingham.com>; <sally.walker@bcbsma.com>; <Helen.Litsas@cityofboston.gov>; <ckelly@mkblegal.com>; <lopez@lopezlaw.com>; <perry@casneredwards.com>; <decker@bhpklaw.com> |
| **Cc:** | <shelly_killian@mad.uscourts.gov>; <RichardTManning@hotmail.com> |
| **Sent:** | Tuesday, July 11, 2006 4:40 PM |
| **Attach:** | July 10 transcript request s..pdf; July 10 transcript request s..pdf.sig; form22_06 transcript purchase order 7 11 2006 rtm vs unum et al.pdf; form22_06 transcript purchase order 7 11 2006 rtm vs unum et al.pdf.sig |
| **Subject:** | electroinc copy of documnets to be followed by paper copy |

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

The following is an electroinc copy of email communication and 2
pdf documents sent to the US Distrcit Court Massachsuetts district
Court Reporter.

sent via tcpip 172.132.176.3 on july 11, 2006 at 4:40pm est


  Hello my name is Richard T. Manning pro se of six chesbrough road
Boston Ma 02132-3810 617-325-3010.  I selected your name from a
list simply due to the fact that the email addresses all include
non secure and or un court affiliated addresses and yours did not.




Regardless the civil action 04 10401 did not have proceedings that
required a court reporter however court rules require me to fill
out a form and before I submit a form I must know who to send it
to.  Attached is an adobe PDF signed and drafted by the appellant.




Thank You,

Richard T. Manning pro se
Six chesbrough Road

Boston, Ma 02132-3810
richardtmanning@hushmail.com
RichardTManning@hotmail.com

my resume at
http://hometown.aol.com/richardtmanning/richardtmanning.html


my pictures at

http://hometown.aol.com/richardtmanning/images/picture_64
and
http://hometown.aol.com/richardtmanning/richmanning1989
And
http://hometown.aol.com/richardtmanning/richmanningathome
and
http://hometown.aol.com/richardtmanning/goodlookingrichmanning
and
http://hometown.aol.com/richardtmanning/RichardTManningsPicture
and
http://hometown.aol.com/richardtmanning/richmanningwithhat

sent from tcpip number  172.131.239.177 at 6:30pm est on 7 10 2006


second email sent 7 11 2006

To the attention of the court reporter,

Hello and good day to you, As I wrote on july 10, 2006 I was
instructed to fill out and return a purchase order for transcripts
as relates to civil action 04 10401 docket 103.  Attached in pdf is
a digitally signed transcript order stateing that the transcript is
not needed.  I have not been informed of the fee for processing
this order however have either a check and or credit card availbale
for you to process this request.

Please inform me if this is acceptable for I have to process the
data to the defendants and the clerk on paper form.

Thank You,

Richard T. Manning pro se

7/15/2006

Six chesbrough Road
Boston, Ma 02132-3810
richardtmanning@hushmail.com
RichardTManning@hotmail.com

my resume at
http://hometown.aol.com/richardtmanning/richardtmanning.html


my pictures at

http://hometown.aol.com/richardtmanning/images/picture_64
and
http://hometown.aol.com/richardtmanning/richmanning1989
And
http://hometown.aol.com/richardtmanning/richmanningathome
and
http://hometown.aol.com/richardtmanning/goodlookingrichmanning
and
http://hometown.aol.com/richardtmanning/RichardTManningsPicture
and
http://hometown.aol.com/richardtmanning/richmanningwithhat

sent from tcpip number  172.132.176.3 at 4:18pm est on july 11,
2006
-----BEGIN PGP SIGNATURE-----
Note: This signature can be verified at https://www.hushtools.com/verify
Version: Hush 2.5

wkYEARECAAYFAkS0DKwACgkQ3gggsJ5JifGblACgoLc1V1FAEUnOubnrXkUW
mwbfgnFOaIx++1/8+QM0NMFKJ0/t
=fcOB
-----END PGP SIGNATURE-----