# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2006-1553 - MANNING V US

Date of docketing: 08/08/2006

Appeal from: United States District Court / District of Massachusetts
case no. 04-CV-10401

Appellant(s): Richard Thomas Manning

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated August 1, 2005. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Massachusetts
    David M. Cohen
    Richard Thomas Manning
    Helen G. Litsas
    Kathleen E. Degnan
    Deborah I. Ecker
    Scott P. Lopez
    Paul D. Abbott
    Joseph M. Hamilton
    Jonathan M. Albano

    Sara A. Walker
    Carol A. Kelly
    Kevin M. Keating
    Steven M. Perry

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2006-1553

RICHARD THOMAS MANNING,

                    Plaintiff-Appellant,

v.

UNITED STATES,

                    Defendant-Appellee,
and

STATE OF MASSACHUSETTS, CITY OF BROOKLINE, SUFFOLK COUNTY, WALT DISNEY COMPANY, BOURNEWOOD, EASCARE, LLC, WESTWOOD PEMBROKE HEALTH CARE, ARNOLD COMMUNICATIONS, INC.,

                    Defendants-Appellees,
and

CITY OF BOSTON,

                    Defendant-Appellee,
and

CITY OF PITTSFIELD,

                    Defendant-Appellee,
and

TOWN OF WESTWOOD,

                    Defendant-Appellee,
and

NORFOLK COUNTY,

                    Defendant-Appellee,
and

AT&T BROADBAND and COMCAST,

                    Defendants-Appellees,

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

and

GENERAL ELECTRIC and UNUM LIFE INSURANCE CO. OF AMERICA,

> Defendants-Appellees,

and

VIACOM, INC.,

> Defendant-Appellee,

and

BLUE CROSS BLUE SHIELD OF MASS,

> Defendant-Appellee,

and

FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CENTER, and DANA FARBER CANCER INSTITUTE,

> Defendants-Appellees,

and

FALLON AMBULANCE SERVICE,

> Defendant-Appellee,

and

AMR OF MASSACHUSETTS, INC.,

> Defendant-Appellee.

Appeal from the United States District Court for the District of Massachusetts in case no. 04-CV-10401, Judge Nathaniel M. Gorton.

### Authorized Abbreviated Caption[2]

MANNING v US, 2006-1553

---

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.