# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2006-1553

RICHARD THOMAS MANNING,

           Plaintiff-Appellant,

v.

UNITED STATES,

           Defendant-Appellee,
and

STATE OF MASSACHUSETTS, CITY OF BROOKLINE, SUFFOLK COUNTY, WALT DISNEY COMPANY, BOURNEWOOD, EASCARE, LLC, WESTWOOD PEMBROKE HEALTH CARE, ARNOLD COMMUNICATIONS, INC.,

           Defendants-Appellees,
and

CITY OF BOSTON,

           Defendant-Appellee,
and

CITY OF PITTSFIELD,

           Defendant-Appellee,
and

TOWN OF WESTWOOD,

           Defendant-Appellee,
and

NORFOLK COUNTY,

           Defendant-Appellee,
and

AT&T BROADBAND and COMCAST,

           Defendants-Appellees,

and

GENERAL ELECTRIC and UNUM LIFE INSURANCE CO. OF AMERICA,

                                                                                    Defendants-Appellees,
and

                     VIACOM, INC.,

                                                                                      Defendant-Appellee,
and

               BLUE CROSS BLUE SHIELD OF MASS,

                                                                                          Defendant-Appellee,
and

FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CENTER,
and DANA FARBER CANCER INSTITUTE,

                                                                                     Defendants-Appellees,
and

                 FALLON AMBULANCE SERVICE,

                                                                                      Defendant-Appellee,
and

               AMR OF MASSACHUSETTS, INC.,

                                                                                       Defendant-Appellee.

# ORDER

Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT,

*[signature]* Clt

Jan Horbaly
Clerk

10/04/06

cc:  Clerk's Office, DCT
Richard T. Manning
Cohen, Litsas, Degnan, Ecker
Lopez, Abbott, Hamilton, Albano
Walker, Kelly, Keating, Perry

**ISSUED AS A MANDATE:** 10/04/06

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT - 4 2006

JAN HORBALY
CLERK

MANNING V US, 2006-1553
DCT - 04-CV-10401

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By _____ Date: 10/4/06