Civil Action 04 10401 -NMG  July 22, 2006

## THE FEDERAL CIRCUIT COURT OF APPEALS

FILED CLERKS OFFICE 2006 JUL 25 P 2: 21 US DISTRICT COURT DISTRICT OF MASS

| | | |
|---|---|---|
| Richard T. Manning | ) | |
| *Plaintiff and Appellant* | ) | Appeal of an order from the |
| VS. | ) | United States District Court |
| *Defendants and Appellees* | ) | Court Massachusetts District |
| Unum Life Insurance Co. | ) | order of 5 2 2006 |
| Viacom | ) | of civil action 04 10401 |
| General Electric | ) | |
| The City of Pittsfield | ) | |
| The City of Boston | ) | |
| The Town of Westwood | ) | |
| Norfolk County, MA | ) | |
| AT&T Broadband | ) | |
| Comcast | ) | |
| Beth Israel Hospital | ) | |
| Blue Cross Blue Shield of MA | ) | |
| Faulkner Hospital | ) | |
| AMR transport Inc. | ) | |
| Dana Farber Cancer Institute | ) | |

Certificate of service , the motion for discovery regarding "who is the court reporter and or reporters for Federal Circuit form 22" document(27 pages and one cd rom file) was

mailed to the US court pro se Clerk dated July 18, 2006 mailed on July 20, 2006 to the US Court Pro Se clerk and also was mailed July 22, 2006 to the appellees and emailed July 20 to the following attorney email address on July 20, 2006 as process of service in compliance with Federal Rules of Civil Procedure 5(b)(2)(D)(2005):

khallaire@modl.com,jmhamilton@modl.com, PDAbbott@mintz.com, kdegnan@pittsfieldch.com jonathan.albano@bingham.com, sally.walker@bcbsma.com Helen.Litsas@cityofboston.gov, ckelly@mkblegal.com,lopez@lopezlaw.com perry@casneredwards.com,decker@bhpklaw.com.

1)      I certify that a copy of this certificate certifying the above is served the Court Clerk One courthouse way Boston,Ma 02210 and to Unum, General Electric, Viacom, City of Boston, City of Pittsfield, Norfolk County, BCBS of MA, Faulkner Hospital, Beth Israel Hospital, AMR Inc., Dana Farber Cancer Institute, Comcast, AT&T Broadband, At the following US mail address of their respective attorney's listed on the docket, sent to:
Attorney Helen G. Litsas City Of Boston Law Department City Hall Boston, MA 02201, Kathleen E. Degnan City of Pittsfield - Office of Solicitor Room 201 70 Allen Street Pittsfield, MA  01201 Deborah I. Ecker Brody, Hardoon, Perkins &Keston One Exeter Plaza 12th Floor 699 Exeter Street Boston, MA 02116, Scott P. Lopez

Law Office of Scott P. Lopez 8th Floor 24 School Street Boston, MA 02108, Paul D. Abbott Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC One Financial Center Boston, MA 02111, Joseph M. Hamilton Mirick, O'Connell, DeMallie & Lougee LLP 100 Front Street Suite 1700 Worcester, MA 01608 Kristina H. Allaire Mirick, O'Connell, DeMallie & Lougee 100 Front Street Worcester, MA 01608, Jonathan M. Albano Bingham McCutchen LLP 150 Federal Street Boston, MA 02110 Sara A. Walker Blue Cross and Blue Shield Landmark Center 401 Park Drive Boston, MA 02115-3326, Carol A. Kelly Murray, Kelly & Bertrand, P.C. 600 Unicorn Park Drive Woburn, MA 01801, Stephen M. Perry Casner & Edwards, LLP 303 Congress Street Boston, MA 02110

Sincerely,

Richard T. Manning pro se
Six Chesbrough road
Boston, Ma 02132-3810
617-325-3010 cell phone 617-417-1430
email: richardtmanning@hushmail.com