September 16, 2006
Civil Action 04 10401

## THE FEDERAL CIRCUIT COURT OF APPEALS

| | | |
|---|---|---|
| **Richard T. Manning** | ) | |
| *Plaintiff and Appellant* | ) | Appeal 2006-1553 from |
| VS. | ) | civil action 04 10401 NMG |
| *Defendants and Appellees* | ) | FILING FEE PAID: |
| | | RECEIPT # 75491 & 75492 |
| Unum Life Insurance Co. | ) | AMOUNT $ 5 / 450 |
| Viacom | ) | BY DPTY CLK / |
| | | DATE 10-6-06 / 10-6-06 |
| General Electric | ) | |
| The City of Pittsfield | ) | |
| The City of Boston | ) | |
| The Town of Westwood | ) | |
| Norfolk County, MA | ) | |
| AT&T Broadband | ) | |
| Comcast | ) | |
| Beth Israel Hospital | ) | |
| Blue Cross Blue Shield of MA | ) | |
| Faulkner Hospital | ) | |
| AMR transport Inc. | ) | |
| Dana Farber Cancer Institute | ) | |

Motion to remit second attempt at payment of fees now in compliance with court order of

Federal Circuit Court of Appeals for case number 2006-1553 , an appeal from civil action

<u>04-10401. In addition to motion to remit a statement to the District court directing their attention to the granted motion of consent entry 4 and entry 7 which clearly states that their were 14 of the 24 defendants listed in the notice of appeal in docket 103.</u>

1)  As a result of clerical error, misplacement and or deliberate reason, Bank of America account 0082375564 of Richard T. Manning check number 115 which accompanied docket 103 in complaint number 04 10401 was not cashed and or transferred to the Federal Circuit by the due date of August 22, 2006 for reason unknown to Richard T. Manning Pro Se or as the court now states the litigant in 2006-1553 as my full name Richard Thomas Manning.  A second check was submitted previous to the deadline via next day air (a costly procedure to the litigant pro se) as entry 5 states in the appeal number 2006-1553 which was denied as entry 6 and the order of 9 13 2006 states. Now a motion to remit payment is a result of the order of 9 13 2006 of case 2006-1553. Included in the motion is the check number 116(served the parties is a copy of the check signed and or already stamped for deposit by the federal circuit) a copy of the order which includes those served and the order to the parties of 2006-1553 for those that want to appear, that they must do so soon

2)  As a result of these clerical errors stated above the litigant pro se is burdened by the fact that the Untied States shows up to an appeal when it has not answered the original complaint nor has it been added as a appellees in the notice of appeal docket 103.  A clerical note was given to the court regarding the Untied States and possible settlement communication on August 23, 2006 following the clerical mistakes, The US party has failed to even acknowledge the communication therefore I enter this into the district court

as well which may aid in the confusion the District Court had in the original complaint and aid in comprehension. The addition to the above clerical errors the informal brief served the appellate court and litigants on July 14, 2006 was not entered as entry 2 states and was also attempted to be corrected however was not. No litigant has responded as the federal circuit rule 31 states to the informal brief( the time frame allows for service by appellant and answer to the informal brief previous to the initial briefs submission) therefore as was apparent in the district court once again in the appellate court errors are unprofessional and as an analogy I studied environmental engineering, if all the litigants were taunted and tortured via TV and when ill were misdiagnosed and then discriminated against for a disease that was falsly attributed to them and then were asked to go before engineering boards and build aqueducts and roads and bridges and buildings while being abused by their neighbors the litigants and attornies may have a difficult time for their background would not have been in that area with the exception of those sections of the litigants adminstrations that deal with that type of engineering. Therefore why is the litigant pro se giving an abusive treatment and why are clerks rude and unfriendly in the district court and of coarse why did the district judge not allow an oral argument following eight years of public illegal rhetoric from the majority of the litigants, this is wrong illegal and sick and somewhat resembles what the US constitution(amendments 4 and 14 1789 ) and Commonwealth of Massachusetts constitutions(article X and XIV 1790) were inacted to prevent.  Compensation was demanded and should be awarded to the litigant pro se Richard T. Manning. I state to all find another enemy and do not burn your bridges as if you are the end all be all of everything, the litigant Richard T. Manning is a nice, nice person and no one is above the law including judges clerical workers and

or those they are in communication with especially the litigants in 04 10401 and now appeal 2006 -1553! Please process the payment immediately the litigant has been subjected to now almost nine years of abuse and has been disabled (not able to perform duties and or job functions as he normally would).

3) In summary three main facts as stated in the docket 91 of 04 10401 require justification. One simple action the district court could take is to inform Blue Cross Blue Shield and all law enforcement officers computerized files that the litigant Richard T. Manning had a stress related illness that may have combined with a either a severe cold and flu and or also with a previous diagnosed and reoccurrence of lyme disease. The law enforcement officers I have communicated with are rude and obnoixious and are fixated on their entry and non eradication of pornography into compouterized files rather than a simple change that was requested from this complaint in their records that could save mine and others I know lives which is to change the diagnosed illness of the litigant from schizophrenia and or mental dementia to a simple misdiagnosed case of lyme disease treatable with a yet to be administered to me antibiotic. The second fact is that their have been gun shots around my residence and I have what seems to be a bleeding and or bursted hemotological vessels(capillaries, viens and arteries and or from organs) in my abdominal and or neck head and arm region as a probable result of buck and or bird shot and or pellets and or from other ammunition propelled by gunfire which are now both entered one as a shotgun shell found on the border and 168 feet from 6 chesbrough road property line abutting the road and 8 chesbrough road and is submitted as evidence in the district court for process. And a picture of the dented siding on my home near a window is also future evidence(Boston police were informed of this and did not follow up and

or inform me of an incident report as a result). Therefore since there are no weapons to fire these ammunitions and projectiles on 6 chesbrough road property civil injunctions such as retaining orders from the us district court with regards to those in the immediate area that have access to weapons that fire projectiles and these persons should be sanctioned and instructed to stay at least 1 mile away from the residents of 6 chesbrough road and or the people that reside and or have resided at it. This is reason for settlement for I may be able to reside in an area of the world which will allow me the property I need to have an area far enough away from the street and or others properties that may have weapons and or illegal weapons. The third fact is that the fixation on the media and or abuse from the media and or entertainment industry regarding the litigant extends to more than those listed in the complaint. Criminal prosecution is necessary and as the communication to the US justice department attorneys state as is included in this service media is an intolerable litigant that is a business partner of both court and the United States government. Substantial compensation and or partial ownership of the media companies is demanded and the district court should have an obligation in justice with regards to redress.

4)   Please process this remit of payment and do not allow these litigants listed in this complaint to talk publically on the airwaves without notifying their attorney and or Richard T. Manning otherwise more compensation should be awarded the plaintiff and now appellant.

Sincerely from Massachusetts, United States and American born Citizen,

Richard Thomas Manning Pro Se

Signature Valid

VeriSign

Richard T. Manning
Six Chesbrough Road
Boston, MA USA 02132-3810
617-325-3010
email richardtmanning@hushmail.com