6 Chesbrough Road
Boston, Ma 02132-3810

# confidential fax

| | |
|---|---|
| To: | **Federal Circuit Court of Appeals Clerk Jan Horbaly** |
| Fax Number: | 1 202 633-9623 |
| | |
| From: | **Richard T. Manning** |
| Fax Number: | 617-325-8024 |
| Business Phone: | 617-325-3010 |
| Home Phone: | 617-325-3010 |
| | |
| Pages: | 10 |
| Date/Time: | 9/8/2006 9:43:30 AM |
| Subject: | 2006 1553 |

The following is a letter to the clerk concerning appeal
2006-1553 from Richard Thomas Manning Pro Se.  In addtion to the US employees listed in the
following document i sent to the US Attorneys Office my Senator John Kerry should also be
included to the list as to those known to be made aware of the complaint 04 10401 and or who
was made aware of complaints to the litigant form US Employees of crime in Washington DC.

Thank You,

Richard Thomas Manning Pro Se
Six Chesbrough Road
Bosotn, Ma USA 02132-3810
617-325-3010
richardtmanning@hushmail.com

was the date of docketing back on 7 6 2006 for the pacer docket sheet I have on file listed the docket as an appeal however your letter of 8 8 2006 proved otherwise which extends the initial brief file date of 60 days to file until October 7, 2006 one day before my 35 birthday which is a relief in itself for I can now run for US President ☺) which resulted in the entry of appearance on August 18, 2006 of three US justice department attorneys one of which is listed on the first pages of the Federal Circuit rules as an advisor. This mistake however may have been a great relief for I as a pro se litigant having gone without an attorney to communicate with in the corresponding action of 04 10401 was able to write a letter on August 23,2006 simply stating who I had been in communication with and or who had communicated messages to me that are United States employees during the time the United States was not in compliance with the laws And rules of Title 28 and appendix to this law among others listed in the original complaint and motions. This communication was by email as was listed a proper form of communicating in their notice of appearance and is sent to the court and not to the other party for it was an attempt to settle the complaint. I have not received any communication back from these US Justice department attorneys. In conclusion to this letter the attempt at establishing a table and appendix with the appellees is most likely not a possibility for they have not answered to the informal brief which is prerequisite for proceeding with the appeal and is further proof to the court of the appellees lack of courtesy and ethics to the appellant who is at this point very frustrated at the defendants and now appellees pre complaint behavior and ethics especially medical and media ethics and law enforcement ethics. Here is a copy of the communication I had with the US Justice department attorneys on August 23, 2006 at 3:58 pm est from tcpip number

9/8/2006 9:43 AM    FROM: Fax    TO:    1 202 633-9623    PAGE: C04 OF 010

172.166.71.119.

Richard T. Manning Pro Se wrote in in email from hushmail.com on August 23, 2006
"
----- Original Message -----
From: "Richard T. Manning" <richardtmanning@hushmail.com>
To: <steven.mager@usdoj.gov>
Cc: "David M. Cohen" <national.courts@usdoj.gov>; "Donald E. Kinner"
<Donald.Kinner@usdoj.gov>; <richardtmanning@hushmail.com>
Sent: Wednesday, August 23, 2006 3:59 PM
Subject: Statement concerning Litigant Richard T. Manning and Possible settlement
therefore a non court entered document in an attempt to settle!

> -----BEGIN PGP SIGNED MESSAGE-----
> Hash: SHA1
>
> August 23, 2006
>
> To the attention of:
>
> Steven Mager:
> Trial Attorney Department: of Justice Civil Division
> steven.mager@usdoj.gov
> 1100 L Street NW Room 7030
> Washington, District of Columbia 20530
> United States of America
> Phone: 202- 305- 7562
> Fax: 202 305 - 7643
> Hello and good day to you my name is Richard T. Manning, former
> litigant of civil action 04 10401. Please do not let this letter
> confuse you it is an attempt to settle the Complaint after
> receiving the first response to civil action 04 10401 and now
> appeal 2006 1553 in the Federal Circuit on August 23, 2006 and is
> only sent to you in electronic email format as your letter stated
> you have available for communication.  As you just wrote the
> Federal Circuit and appelles you are now the United States Justice
> Department's Civil Division's Attorney that is in control or
> responsible for the comments and communication regarding 04 10401
> from the United States of America to the litigant Richard T,
> Manning and also communications to the defendants and now 14
> appellees (the United States was not included in docket 103 civil
> action 04 10401 the Notice of Appeal simply due to the fact that
> the United States was not in compliance with Title 28 appendix
> Federal Rules of Civil procedure(2004) and yet responded several
> thousand times via TV public air broadcasts, several on other
> defendant's airwaves which is not only not appropriate is rude and

> unkind in addition to being controlling and in violation of the
> what the plaintiff believes as he reads and understands to be more
> than civil infractions of the Untied States Code and local
> Massachusetts general Laws listed in chapter 265 (2001-2006) but
> extends to the statues listed in the original complaint docket 1
> and docket 94.
>
> Thank you for responding however I do not comprehend how the United
> States responds as an appellee (however am glad there is now a
> contact for the courts to address). I have the documents I wrote to
> the United States District court available in electronic adobe
> acrobat PDF format which is to be entered into the federal circuit
> as a portion of the appendix to the initial brief not entered as of
> yet.  The file is approximately 4 megabytes and takes a few moments
> and or minutes to download and is about 450 pages (a few of the
> same documents are entered  due to clerical scanning and listing of
> document errors noted in this 4 meg appendix document).
>
>
> In summary this action is a result of a combination of solvable
> problems one of which was a stress related illness I had back in
> 1997 in which I was granted leave from work and a long term
> disability for and was what seems to be a reoccurrence of symptoms
> of a previous clinic diagnosis of Lyme disease from the Newton
> Wellesley Hospital in 1990 medicated under a school run health
> plan..  Regardless I was watched and followed closely as a left my
> employment at Arnold Communications in Boston in 1997,  and the
> symptoms of Lyme disease are similar to that of a disease of the
> mental state known as schizophrenia.   Unfortunately for the
> Litigant Richard T. Manning he was not administered the correct medicine for his
> ills, he had requested an antibiotic known as tetracycline and or
> penicillin however was forced into an ambulance as a result of a
> voluntary visit to the Beth Israel hospital in early January 1998
> following a high fever of 104.  The Beth Israel hospital was
> fairly busy on that Sunday early evening in early January 1998 and
> aspirin at home did not take the fever down.  I was however puzzled
> at the questions that I had to answer in the emergency room and was
> more amazed at how I was rushed out to a psychiatric mental ward in
> Westwood ma known as the Westwood lodge hospital and I was
> transported there by Fallon ambulance.  I struggled with my fever
> for several days and felt as if I had burned out something in my
> stomach (what I do not)know maybe appendicitis maybe a gunshot of
> stab wound)  and was studied by a nurse for quite some time as she
> tried to see what was occurring with my stomach before I was locked
> in my room and taunted by patients and other hospital staff

> members. I was trapped in this hospital and my first communication
> with a doctor was on Monday for only a few moments and was
> instructed to take a drug known as Resperdal(Jansen) which had
> been given me by another hospital in November 1997 at Bournwood
> hospital and then was instructed to take a drug known as zyprexa
> (Eli Lilly please refer to docket 89). I was able to leave the
> hospital after being held against my will and tortured by mental
> testing and or human testing by the hospital and was furiously
> dealt with regarding my wanting to leave the hospital for it seems
> as if I was one of the only person there with health care
> maintenance coverage and seemed as if there was a scam to keep
> patience longer than they normally would. As a result of this
> hospital stay and the compliance to the doctors orders I became
> even more ill in realizing that I had either been mistakenly taken
> to the hospital and then administered psychiatric medicine as a
> mistake and or they were intentionally trying to drug me and study
> human reaction without my consent.  Regardless this happening
> infuriated me to the point of great rage and this in addition to
> the national news becoming aware of what was occurring to me
> (statements were first heard for the most part back in March 1998
> by defendant GE's NBC TV morning TODAY show, please note the
> litigant Richard T. Manning had worked diligently as a systems
> administrator for an advertising company that communicated with
> NBC daily and distributed millions of dollars monthly to GE's NBC
> monthly and because Blue Cross Blue Shield was a group insurer of
> Arnold , was made aware of the happenings with my condition as well
> was UNUM via Blue Cross Blue Shield indirectly and or directly.)
> was enough for court action.
>
> Unfortunately what one TV station says another does soon after and
> or a topic of discussion is created publically and as result of
> these strange happenings other defendants CBS and ABC became
> intrigued and or curious and had comments sporadically as I surfed
> the TV almost as if they knew what I was watching when I turned TV
> on however we did not have
> cable TV at the time.
>
> In September 1999 we acquired cable TV and the TV stations
> curiosity strengthened as did those who viewed and were on TV not
> excluding your client and my and yours government the United States
> of America. However it is very strange that I did not receive a
> letter form the government as to what was actually occurring for I
> had several times at this point in 1999 been forced into the
> hospital following my episodes of distrust for my medical treatment
> and when local and state and federal police were contacted the
> Boston police many times showed up and because I had a diagnosis

9/8/2006 9:43 AM  FROM: Fax  TO:  1 202 633-9623  PAGE: 007 OF 010

> previously of schizophrenia and were very discriminatory of what
> was occurring and
> when I attempted to explain they just forced me back to the
> hospitals (Beth Israel Faulkner, Westwood Lodge, Norwood Hospital,
> Bournwood). Therefore what may have been a medical error
> proliferated out of my control and the curiosity factor of TV abuse
> on to the plaintiff being a former worker at a advertising agency
> that dealt with great amounts of funds for the defendants ABC, NBC,
> CBS, AT&T Broadband and Comcast and for I had informed the
> authorizes FCC, police, local state federal, FBI of my distrust
> and dislike of the abuse onto me via TV and was finally instructed
> that I sue through the court. That is the process since 2001 and
> 2002 that I have been having some success with but not the
> justification I and others deserve. The TV industry in recent
> history I believe realized that it was illegally overstepping its
> FCC rules and guidelines and has been trying to make light of a
> situation that was created by them back in the late 90's. However
> it is one long continuous "talk themselves out of what they got
> into atmosphere" which although was entertaining(a goal of the TV
> industry)and funny sometimes was for the most part rude and unkind
> and seemed like just another incident of human testing without
> prior consent and in this instance no consent from the litigant
> Richard T. Manning. In addition to this I do not want to be
> thought of or used as an escape for the entertainment industries
> problems and I do want to be an impediment to their success either.
> The United States is obviously interested for it is a business
> partner in defense contracts former and present with some of the
> communication company defendants.
>
>
> The United States government is described in the document 91 a
> draft of an appeal yet was entered in the action 04 10401 as a
> factual section and since it was not responded to by the United
> States is regarded as fact by me and most likely others in the
> complaint and since the appeals courts are courts that deal with
> questions of law questions regarding fact are not issue with me and
> or the court. This is simply a courtesy to you as the attorney for
> the defendant in an attempt to settle the claim as you were first
> sent settlement papers on June 24 2004 and is also listed in docket
> 95 found in the proposed appendix. Therefore if you would like the
> appendix forwarded to you immediately via email in adobe acrobat
> form I will do so and if the other two attorneys you are in
> communication with need the document I can send it to them as well
> at your request. I have sent them both this email I am sending you
> also in email electronic form.
>

>
> As a result of the United States not being represented I
> communicated as chapter 171 of the appendix to Title 28(2004) laws
> stated that I should. I communicated a message to the Department
> of State within 60 days of the order of 04 10401 5 2 2006. In
> addition to communicating a message of communicating to the
> Department of State communication regarding 04 10401 was sent to
> the Massachusetts Senator Edward M. Kennedy in addition to
> communications with Senator Patrick Leahy , Senator Orrin G. Hatch,
> Senator John McCain, the two Senators from Alabama Richard Shelby
> and Jeff Sessions, Senator Mitch McConnell of Kentucky, Senator
> Harry Ried, Senator Russ Feingold from Wisconsin , Senator Barak
> Obama form Illinois , Senator Schumer From New York, and
> Congresswoman Nancy Pelosi in addition to the. Senators from
> Washington State Pat Murray and Maria Cantwell , Senator Joseph
> Biden, and the two Maine senators Olympia Snowe and Susan Collins.
> .. Suffice to state, I am happy the Untied States has appeared as
> are probably these senators and representatives however I have
> served and received confirmation of receipt of mail of an entry of
> docketing fee which clearly states the appellants position
> regarding the notice of appeal entered 7 6 2006 and the discrepancy
> with the Official Caption of .8 8 2006 by clerk Jan Horbaly. In
> addition to you at the justice department on May 23, 2003 Attorney
> Kaplan in the Boston office was delivered the initial communication
> I had concerning this action which is an attachment to the
> complaint docket 1 as attachment 1A. I was also seeking council
> and requested to hire the Justice department at the rate described
> by law (I believe it is between $40 and $80 dollars an hour) I was
> not responded to nor was the letter I had given them on may 23,
> 2003.. Another communication on August 19, 2004 regarding an
> affidavit about harassment during the complaint about persons
> threatening to cause harm to me and or the residence here was sent to the Justice
> department in Boston via email, and once again on February 10, 2005
> I have a copy of communication with the Boston office US justice
> department concerning search warrants that I can only request that
> be handled by the justice department concerning records of NBC, CBS
> and ABC that according to mass media bureau rules and laws have to
> be available to the public however were not.
>
>
> Please note the United Nations has been notified about this action
> 04 10401. However was not given the appeal information as of yet. I
> have noticed  in recent months communication via news broadcasts
> reveals a weakened administrative force in the UN however this
> negative rhetoric concerning the UN is from many defendants in this
> complaint which seem to lash out at everyone and everything in

9/8/2006 9:43 AM  FROM: Fax  TO:  1 202 633-9623  PAGE: 009 OF 010

> order to get their own way partially because of the Iraq war hectic
> situation. Please note this situation and action originated many
> years before public law 107 263 concerning the Iraq war and there
> are issues regarding publicizing news events such as 9/11 and the
> Afghanistan and Iraq situations in close proximity to the public
> harassment and torture of the litigant Richard T. Manning via TV
> and radio. . I hope with a result of your inclusion as
> an attorney for the US to this complaint the diplomatic ties
> between the United States and the United Nations (there have been
> five changes of ambassadors of the US to the United Nations) might
> have success regarding media relations and or this particular
> complaint, for in following the laws and realizing the United
> States inability to respond to the action was reason to continue to
> communicate with the United Nations . The communications are
> listed in docket 88 and are also included in the 4 meg proposed
> appendix.
>
>
> A settlement listed in docket 95 and on file with the United States
> Attorney General as of June 24, 2006 to the complaint and appeal is
> desired and you can communicate to me via the internet and or at
> the information provided below. It has been 6 years following the
> FCC's acknowledgment that something is not right and I am awaiting
> compensation (redress) for the abuse and if possible an explanation
> why this pubic harassment and abuse occurred for I was not listed
> as a political candidate, had I been I might have welcomed the
> attention as may have been reason for the politicians attraction to
> the TV's topic of discussions concerning 04 10401 and or the
> litigant
> Richard T. Manning.
>
>
> Just as a note of significance to you and your staff the residence
> I reside in is of a United States Justice Department Attorney of
> 1961 to 1966 Doctor of Laws Attorney Thomas R. Manning. Richard
> T. Manning does not drink and or smoke and or use drugs other than
> vitamins in the event we meet for any conference and or gathering
> in the near future. Any confusion that may have been created for
> you and your co workers I can not apologize for , for I am not
> aware of why the Untied States was included as a party to the
> appeal.
>
> Have a great day and hope all is well with you your co workers and
> the United States of America.
>
> Sincerely,

>
> Richard T. Manning Pro Se
> Six Chesbrough Road
> Boston, Ma 02132-3810
> 617-325-3010
> richardtmanning@hushmail.com
>
> my resume at
>
> http://hometown.aol.com/richardtmanning/richardtmanning.html
>
>
> my pictures at
>
> http://hometown.aol.com/richardtmanning/images/picture_64
> and
> http://hometown.aol.com/richardtmanning/richmanning1989
> And
> http://hometown.aol.com/richardtmanning/richmanningathome
> and
> http://hometown.aol.com/richardtmanning/goodlookingrichmanning
> and
> http://hometown.aol.com/richardtmanning/RichardTManningsPicture
> and
> http://hometown.aol.com/richardtmanning/richmanningwithhat
>
> sent via tcpip number 172.166.71.119 on August 23, 2006 at 3:58pm
> est
>
> -----BEGIN PGP SIGNATURE-----
> Note: This signature can be verified at https://www.hushtools.com/verify
> Version: Hush 2.5
>
> wkYEARECAAYFAkTss3QACgkQ3gggsJ5JifEVUgCdGsS9IV7QC4DuvPtY2
> WcfowqWLQYA
> oKKya6G1OCFtEt1zEbharV0y8Y9I
> =bf3T
> -----END PGP SIGNATURE-----

Thank You Jan Horbaly for the clerical work regarding 2006-1553,

Richard T. Manning Pro Se
Richard Thomas. Manning
Six Chesbrough Road
Boston, Ma 02132-3810
617-325-3010 to fax please call this number via voice first to fax then fax will be enabled
email richardtmanning@hushmail.com

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

# United States Court of Appeals for the Federal Circuit

2006-1553

RICHARD THOMAS MANNING,

　　　　　　　　　　　Plaintiff-Appellant,

v.

UNITED STATES,

　　　　　　　　　　　Defendant-Appellee,

and

STATE OF MASSACHUSETTS, CITY OF BROOKLINE, SUFFOLK COUNTY, WALT DISNEY COMPANY, BOURNEWOOD, EASCARE, LLC, WESTWOOD PEMBROKE HEALTH CARE, ARNOLD COMMUNICATIONS, INC.,

　　　　　　　　　　　Defendants-Appellees,

and

CITY OF BOSTON,

　　　　　　　　　　　Defendant-Appellee,

and

CITY OF PITTSFIELD,

　　　　　　　　　　　Defendant-Appellee,

and

TOWN OF WESTWOOD,

　　　　　　　　　　　Defendant-Appellee,

and

NORFOLK COUNTY,

　　　　　　　　　　　Defendant-Appellee,

and

AT&T BROADBAND and COMCAST,

Defendant-Appellee,

and

GENERAL ELECTRIC and UNUM LIFE INSURANCE CO. OF AMERICA,

Defendants-Appellees,

and

VIACOM, INC.,

Defendant-Appellee,

and

BLUE CROSS BLUE SHIELD OF MASS.,

Defendant-Appellee,

and

FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CENTER, and DANA FARBER CANCER INSTITUTE,

Defendants-Appellees,

and

FALLON AMBULANCE SERVICE,

Defendant-Appellee,

and

AMR OF MASSACHUSETTS, INC.,

Defendant-Appellee.

Before BRYSON, <u>Circuit Judge</u>.

# O R D E R

Richard Thomas Manning moves for leave to remit the docketing fee to this court instead of the trial court, the United States District Court for the District of Massachusetts. Manning moves without objection for leave to file a corresponding brief on CD-ROM.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Manning's motion to remit the docketing fee to this court is denied. Manning must remit the docketing fee to the district court within 14 days of the date of filing of this order or his appeal will be dismissed. Fed. R. App. P. 3(e).

(2) Manning's motion for leave to file a corresponding brief on CD-ROM, with content conforming to the rules of this court, is granted.

9-13-06
Date

William C. Bryson
Circuit Judge

cc: Richard Thomas Manning (Enclosure: Returned docketing fee check)
Steven M. Perry, Esq.
Paul D. Abbott, Esq.
Carol A. Kelly, Esq.
Sara A. Walker, Esq.
Helen G. Litsas, Esq.
Kathleen E. Degnan, Esq.
Kevin M. Keating, Esq.
Joseph M. Hamilton, Esq.
Scott P. Lopez, Esq.
Deborah I. Ecker, Esq.
Steven M. Mager, Esq.
Jonathan M. Albano, Esq.

s16

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 3 2006

JAN HORBALY
CLERK

---

If counsel for any party has not entered an appearance, counsel should promptly do so.

2006-1553                                    3



FOR DEPOSIT ONLY
TGA #09-001-691
United States Court of Appeals for the Federal Circuit
OFFICE OF THE CLERK
0000-5696
717 MADISON PLACE, N.W. #401
WASHINGTON DC  20439

*Copy of letter sent to litigation*
*9/21/2006*

## RichardTManning

| | |
|---|---|
| From: | "Richard T. Manning" <RichardTManning@hotmail.com> |
| To: | <khallaire@modl.com>; <jmhamilton@modl.com>; <PDAbbott@mintz.com>; <kdegnan@pittsfieldch.com>; <jonathan.albano@bingham.com>; <steven.mager@usdoj.gov> |
| Cc: | "Richard T. Manning" <richardtmanning@hushmail.com>; <decker@bhpklaw.com>; <perry@casneredwards.com>; <lopez@lopezlaw.com>; <ckelly@mkblegal.com>; <Helen.Litsas@cityofboston.gov>; <sally.walker@bcbsma.com>; "Donald E. Kinner" <Donald.Kinner@usdoj.gov>; <national.courts@usdoj.gov> |
| Sent: | Monday, September 18, 2006 2:42 PM |
| Attach: | affidavitt 9 19 2006 r1.pdf; 9 16 2006 remit.pdf |
| Subject: | attempt to setlle previous to possible submittal of these documents |

To the litigants and now appellees in complaint 04 10401 and appeal 2006-1553
as a communication regarding settling and regarding the non response to the informal brief and resulting appendix compilation without the table of pages being conferred upon by litigants..

As appellate court rules state conferring the appendix table is requested by the court however without any litigants answering the informal brief results in the litigant pro se's non progress towards resolving the appeal and proves the incompetence of the litigants and or their attorneys. A suggestion would be if you would like to actually do as the court states in its rules I have an area outside behind the residence that I am residing in that I can make an actual table that could hold the 250 pages spread out for easy viewing that I have in the appendix(500 pages front and back) therefore a table 250 square feet in area which could be covered by Plexiglas(reversible to read back side of paper) in the event it rains and the attorneys could confer upon the appendix there rain or shine. I could also place it under a tent for I do not believe I have the space for that inside the residence I reside in. Notebook computers are cool to use in this instance. Otherwise it can be accomplished via new technology like email and or cd rom as was granted in entry 7 of 2006-1553.

.
Unfortunately the litigants GE, Viacom, Walt Disney and their networks did not understand what was written to them in the complaint. They have however shot their mouths off and unfortunately for their attorneys which if not angered by their clients comments regarding 04 10401 and now 2006-1553 are not to be in high regard by myself as legitimate representatives of their clients for it seems as if their clients are representing themselves not according to court rules but rarer through public TV media . (if someone within your clients company wants to speak and or argue I suggested and the court suggested it be argued in writing). I also suggest GE(NBC), Viacom(CBS) settle immediately. I will be demanding via the court a far greater amount in redress and or compensation than I originally wrote and as is now listed in docket 95 of 04 10401. In regards to UNUM and Arnold Communications, I drafted an affidavit that is a summary of how Richard T. Manning viewed his own illness back in November of 1997. As a result UNUM should have no other choice but to except that there was and continued to be a disability as a result of its client Arnold Communications and also thereafter due to the 22 other litigants' actions in this complaint and now case listed as fact throughout docket 91. Compensation is due the plaintiff and notice of Unum's non payment as of 2 6 2006 is docketed in the court records docket 90.

The table of appendices is open for discussion however the non compliance to informal brief rules by the court and litigants has resulted in my preparing the appendix in the order I have chosen and page numbered in the manner that it will now be submitted by my within 7 days after filling the initial brief. The court rules allowed for an answer to the informal brief long before the due date of the initial brief which would have aided all litigants in the appeal. Instead in similarity to the district court litigants have failed to answer the complaint properly.

In addition to the affidavit I have attached a court fax that requested the informal brief to be filed so as to allow an answer prior to the initial brief submission. The communication I had with the US justice department after their appearance is included as well. The document has not been filled with the court as of yet but will be very soon as process of a remit of payment unless you want to settle before the remit of payment. Included also is the communication I had with the attorney for GE.

In the pdf attachment regarding the remit of a check i will not inlcude the copy of the check in the electroin email rahter it will be sent to you if the compalint is not settled before I submit it any time after I send this email befroe september 27, 2006

This is an attempt to collect the debt that UNUM owes the claimant now in the amount over

$440,000.00.past due to be paid to Richard T. Manning.    .

Richard T. Manning Pro Se
Six Chesbrough Road
Boston, Ma 02132-3810
617-325-3010
richardtmanning@hushmail.com
RichardTManning@hotmail.com

sent via tcpip number 172.133.76.7 on 9 20 2006 at 2:42 pm est