Submitted to the attention of the District court in
addition to remit of payment as ordered by the federal
circuit court of appeals judge William C. Bryson 9 13 2006

September 16, 2006
As a result of Civil Action 04 10401

## THE FEDERAL CIRCUIT COURT OF APPEALS

Richard T. Manning            )

Plaintiff and Appellant       )   Appeal 2006-1553 from

VS.                           )   civil action 04 10401

Defendants and Appellees      )

Unum Life Insurance Co.       )
Viacom                        )
General Electric              )
The City of Pittsfield        )
The City of Boston            )
The Town of Westwood          )
Norfolk County, MA            )
AT&T Broadband                )
Comcast                       )
Beth Israel Hospital          )
Blue Cross Blue Shield of MA  )
Faulkner Hospital             )
AMR transport Inc.            )
Dana Farber Cancer Institute  )

Affidavit of submittal of evidence (see rule 402 Federal rules of evidence) regarding facts stated throughout docket 1 and docket 94 regarding gunfire and threats made onto Richard T. Manning. One Winchester ranger bullet caseing(deteriorated from being left in the soil 168 feet on the western boundary of six chesbrough road property) and one pointed metal pellet found near the tool shed on six chesbrough road property(106 feet from the sidewalk in front of six chesbrough road).

1) As a result of Federal Rules of Evidence rule 402, refer to Harris Vs. United States 536 U. S. 545 (2002) please refer to bound volume index page 997 as well. for judges jurisdiction in relation to firearms and illegal use thereof(judge stated he lacked jurisdiction in 04 10401 and when not allowed a jury the judge became according to Harris Vs US, the one who has authority) Furthermore as in ,AMERICAN MFRS. MUT. INS. CO. v. SULLIVAN 526 U. S. 40 (1999) this portion of opinion by Stevens, J.

" In my opinion, the Court of Appeals correctly
concluded that the original procedure was deficient
because it did not give employees either notice that a request
for utilization review would automatically suspend their benefits
or an opportunity to provide relevant evidence"

the appellant argues that ceasing the progress in 04 10401 resulted in not allowing relevant evidence as process . Therefore the following is description of relevant evidence to be submitted to the district court from incidents described throughout the complaint as harassment gone unjustified and then resulting in police abuse and brutality (arrest and forced detention and drugging of Richard T. Manning). Back in mid April 2002 a gun was seen being fired out the window of eight chesbrough roads property. The attached photo marked and submitted with a pellet in exhibit A has the top western most windows pointed to with a written description of where the gun was pointed out the window. As described in the original complaint the Boston police when informed about this individual from next door at 8 chesbrough road, who was present at the shooting off of the gun through the window that day, ignore me and or threaten to send me to a mental facility as a result of my informing them of the gunfire which is rude and also illegal. Therefore while the person from next door gathered with a group of individuals in what seemed to be in support of his own stupidity (I remember the day for it was the day the Boston Celtics came back from 30 points down to beat there opponent on the weekend in

late April which is another sad reminder to me for I used to be able to play basketball behind my home and enjoy my time at home before the incidents of abuse took place from several neighbors.) on a weekend afternoon and I decided to go down to the Police Station to inform them that the person that was harassing the residents of six chesbrough road was next door and their was a police cadet in a white shirt and black hair that stated to me "do you want me to type it in the computer" and "I said do whatever your job is to do" I just wanted to inform you of the incident" I furthered the incident reporting by going that following week (the first week in May 2002 ) to the treasury department to inform them of the gunfire onto six chesbrough road property I reside on. The intelligent and concerned people at the US treasury department (ATF) seemed to be more polite and understanding of the situation however I have not heard back from them directly weather or not they communicated with the next door neighbors I am not aware. However people within law enforcement with regards to this complaint seemed to have been avoiding any issue that would help in resolving the problems that have been occurring therefore the incidents were entered in as facts to a court complaint. It seems that even after I reported these incidents another incident of gunfire from the lower eastern most window about 20 feet from the western most corner of six chesbrough road had gunfire from it from a non resident and or friend of the then residing individual mentioned in original complaint and in docket 93 who had been seen driving a white Cadillac (the plate numbers are in docket 93 which was previously described as unintelligible papers however are important for affidavit and evidence filling such as this. The persons that fired the gun and or guns from eight chesbrough road (there is an older retired couple that reside there and it is terrible to have to justify this trouble with them there however it is necessary that I write

this to the court, I was instructed to not communicate to anyone there by Boston Police and have not however they attempted to and I notified the US Marshal last winter, all has been quiet since then)

have no respect for six chesbrough roads property and they fired them onto our property and our property has a nice metal tool shed that if hit with a bullet can Rica shay and hit an unexpected target such as the back of the litigant Richard T. Manning. A restraining order is hereby requested as a result of these incidents gone not un reported but rather unjustified regarding the residents at eight chesbrough road Boston Ma 02132 as well as restraining orders of the persons that reside at 14 chesbrough road and one individual that resides at 7 chesbrough Road all listed in docket 87 and in docket 93. The pellet is entered into evidence and is approximately one quarter inch in length and one quarter inch in width at the top and bottom and half that size in the middle. Entered as exhibit B is a bird feeder heavy and or durable plastic case that was shot at and through so as to prove the velocity of the weapon and that the metal pellet propelled from it can and possible has gone through the skin and or possibly hematological vessels of the litigant as a result of direct shooting at the litigant pro se and or via the rica shay. Regardless the litigant Richard T. Manning is angered and does not understand why there are guns in the area in strange abusive and harassing persons possession and why the police ignored the statements of the litigant are questionable and inappropriate. Suppression of evidence should have been the correct response instead I have continually been harassed by persons at eight chesbrough road, the Boston Police and others that reside in the area. At the present time the individual that starts fights and shoots guns off do not reside at eight chesbrough road or so it seems. I have witnessed him pulling the black GMC truck he

operates (please refer to documents in docket 93) up to the house once in a great while for a few moments then speeds off. I prefer not to have these people next door to me or in the same area I am in for fear of me and or someone else being shot at is distracting and stressful not to mention rude unkind and has just angered me even having to explain this again as evidence to the US Court system as a result of the law enforcement defendants request for dismissal for a more definite statement was made originally and could have avoided this lengthy experience in court..

2)  Entered as evidence exhibit C is a Winchester ranger 12 bullet casing or remnants of it(it was found in the soil surface about 168 feet from chesbrough road on the western most border of six chesbrough road Boston Massachusetts 02132-3810. This is next to the end of a fence that was built on eight chesbrough roads property where the land was raped of its forestry greenery and has resulted in the depletion of our airflow and the dying trees on our properties airflow, a fence built not within the guidelines of the Massachusetts general laws regarding apportionment laws with regards to repairs of it when damaged.) that is metal with the name "Winchester" on the top and the number 12 or 2 on the right side and "ranger" and or "danger" engraved at the bottom. The bullet casing and or shell is metal and approximately 7/8 of an inch in diameter and approximately 3 inches inches in circumference. The shell was found in the spring of 2005 and was being eroded by the soil. Water sometimes floods the area from a storm drain under the railroad tracks and the shell may have been originally left in another place. Regardless the residents of six chesbrough road do not own firearms however it seems as though many people in the area own guns and are not shy about mouthing off

their dumb sounding voiced opinions rather than use a pen and or printer and paper. The Police have allowed this to continue and a complaint in court is a result. Furthermore The harassment and abuse of the litigant Richard T. Manning that occurred the last time I was in court with a tax court case won by me, entered in may 2001 and won in September 2001 has seemed to reoccur in this corresponding us district court and now appellate court complaint. Questions that may require a court trial would be what the links between the harassing neighbors the Boston Police, my old employment, UNUM and the internal revenue service is.

3) The incidents in may 2001 regarding abuse, harassment stalking, threats, racketeering, assault, battery, police non legal response to my informing the Boston Police and or swat team of the abuse and then harassment followed by threats and then gunfire involving individuals at 14 chesbrough road written about in the complaint are of importance for it proves neglect for my civil and human rights in addition to rights others that reside at six chesbrough road Boston ma 02132-3810.

4) Not to be rude to the court but Rich Manning is a pretty tough and bright individual. If he was allowed to remedy the situation on his own he would have done so. The litigant pro se having grown up in the Berkshires of Western Massachusetts was around wildlife all the time. He did not own a firearm (hunting is common in western Massachusetts) and no need for weapons was needed by him while he resided in the south western section of Boston. He is appalled at the reaction to simple problems in the Boston area with the use of gunfire. Means Atticus Finch from the novel "To kill a mockingbird" these people are not(shows a legal use of gunfire in a needed situation, and as a note my

dad might be the closest to that character for he is an attorney). It is a pathetic existence to have to harass people for money, shoot, and then torture people and run and lie and then conspire with unintelligent Police trying to make a few extra dollars on the side, this is why it is suggested and complained to the court for it has been difficult to survive these dumb acting person's illegal actions. This evidence and affidavit is entered in an attempt to cease the illegal activity gone unjustified to this point in time. It is also entered as the description in 04 10401 states that any criminal matter would be transferred to judge bowler and I am addressing this to judge Bowler as an affidavit as well. The court should inform the company "Winchester" to not sell it's ammunition to those that do not pick up after themselves for it seems that whoever shot the ammunition shot it in a hurry and left the now evidence as entered in exhibit C. Richard T. Manning is not scared of guns he is scared of the way they are used which have been not in compliance with US Constitutional amendments and or laws!

5) As a result of happenings in 04 10401 I would suggest UNUM and all law enforcement and medical defendants be accepting of the fact that illegal incident increased after the negligence resulting from the disability and or ignorance and abuse attributed to those abusing Richard T. Manning's disability increased to a non tolerable stage and as a result compensation should be allowed the plaintiff and now appellant.

Sincerely,

Richard Thomas Manning
Richard T. Manning Pro Se
Six chesbrough Road
Boston, Ma 02132-3810
617-325-3010
richardtmanning@hushmail.com

Signature Valid
VeriSign