

106 Feet
From
cheshrooge
R.. G: Lincolk

* pellet
Found
exhibit A
in
2002

Two ___ ___ of Six Cheshrough Road Boston, MA 02132-
3810

Civil 04-10401
Action

Appeal 2006-1553

← my house
Sixclestreas' Road

angle of Shooting

Railroad
tracks

south          west

east
North

shots from
8 clestrough Rd
Boston MA

winchester
exhibit f
Found
Summer
2005

pellet Found
after 2002
shots From 8 clestroughs
Road

Civil Action 04-10401
Appeal 2006-1556

Submitted 9/26/2006

04 - 10401

Appeal 2006-1556

