CA 04-10401-NMG

# FOR YOUR INFORMATION

| | |
|---|---|
| To: | **The United States District Court Massachusetts District** |
| Fax number: | 617 748-9096 |
| | |
| From: | **Richard T. Manning** |
| Fax number: | 617-325-3010 |
| Home phone: | 617-325-3010 |
| Business phone: | 617-325-3010 |
| | |
| Date & Time: | 10/6/2006 9:45:30 AM |
| Pages sent: | 4 |
| Re: | 04 10401 transition to 2006-1553 |

please refer to the three pages of text included in additon to the fax cover sheet.



OCT 0 6 2006

6 Chesbrough Road
Boston, Ma 02132-3810

10 6 2006

Fax concerning 04 10401 in the United States District Court and now appeal 2006-1553

To the attention of the court clerk and or clerks and or judge and or judges for the process of transition of the civil complaint 04 10401 to appeal 2006-1553 in the federal circuit court.

The discrepancies between what is spoken to me via a phone and what is written to me are in contrast. I was informed that an appellate procedure was of a viable nature be that for me, the united states, Unum, ge and or for several other defendants. I am not aware of why it is viable for I was instructed to not orally argue in court. The phone call which originated twice this week from the court was from a person known as Patricia of the US District Court. Four documents were submitted to the court two on September 26, 2006 and two were mailed as a result of the phone call to me earlier this first week in October by the US District court worker named Patricia. The documents are very clear and a phone call to clerk sonnenberg followed the September 26, 2006 document and evidence drop off for one item which is still in my possession was too large for the drop box and is known as exhibit B( it is not of importance weather the court have this item or weather I have this item for as example shows the court has just misplaced a check that was sent to them and confusion is and was a result and a time consuming result at that). Without going into great detail and or writing to you again and or as the court order states not to repeat myself I requested that documents be copied and it seems there is somewhat of an "OBSTRUCTION" to this process. In the least I would appreciate the four media copies the two video tapes from docket 92 and the two cd roms one from docket 38 and one

from docket 93 to be copied and sent to me at my address listed below ($80.00 dollar fee at $20.00 per media item copied).  These items along with many others are needed for an appendix to the complaint.  Furthermore and lastly I not being the courts "BOSS" but rather an individual seeking justice through civil procedure can not comprehend how I am continuously corrected rather than the situation and illegalities described throughout court dockets in 04 10401 being corrected.   Therefore in realizing that there is difficulty in our comprehending one another the appellate procedure and potential criminal actions in each particular defendants state of origin as described in the United States Constitution Amendment Six (1790) are definite results of our non comprehension of one another communications be that be in writing and or via voice in person and or via the phone or as will be criminally prosecuted over the TV and or radio.  The federal circuit court of appeals was informed of the communication the district court had via the phone and they themselves stated that they have a limited communication if not in writing with the District court as was stated to me by Cara a clerk in the Federal Circuit Court system.  I was also informed by the clerk Cara that an initial brief was not required to be sent to the federal circuit and that the informal brief which has not been answered by the appellees as of yet (10 6 2006).  This may be as a result of the obvious other confusion regarding the list of appellees in the notice which as described in the documents submitted to the court on September 26, 2006 clearly show cause for concern and correction of the list of appellees that is of clerical origination be that a mistake made in the district court clerical office and or the federal circuit court clerical office, both offices were contacted and the correction is awaited patiently by the litigant pro se.

In the event that you are unable to comprehend this communication I regretfully say goodbye and the process of me leaving the state of Massachusetts (which has been alerted to my relatives and two US senators) and prosecuting its and others illegalities toward me are in process at the international level to combat the terrorism and in the Untied States Court system obviously now other than that of the office which this is being sent too due to the non comprehension and or in the worst sense obstruction of the justice being sought.   I guess what Richard T. Manning is saying is either the bad guys go or I go. That includes bad guys going that are supposedly in good guy positions, positions high and low.  Thanks for your help for those that are obligated to help and aid in a non conspiring manner. And to those who are of no help and have an obligation to assist, well do not expect any help from me.

Sincerely and have a nice day,


Richard T. Manning pro se
Six chesbrough road
Boston, ma 02132-3810
richardtmanning@hushmail.com
617-325-3010  call first to fax information

P.S. US Marshals were made aware of the phone calls to me that were not only confusing and time consuming but are in violation of court order in 04 10401 of 5 2 2006.