NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1553

RICHARD THOMAS MANNING,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

STATE OF MASSACHUSETTS, CITY OF BROOKLINE, SUFFOLK COUNTY, WALT DISNEY COMPANY, BOURNEWOOD, EASCARE, LLC, WESTWOOD PEMBROKE HEALTH CARE, ARNOLD COMMUNICATIONS, INC.,

Defendants-Appellees,

and

CITY OF BOSTON,

Defendant-Appellee,

and

CITY OF PITTSFIELD,

Defendant-Appellee,

and

TOWN OF WESTWOOD,

Defendant-Appellee,

and

NORFOLK COUNTY,

Defendant-Appellee,

and

AT&T BROADBAND and COMCAST,

Defendants-Appellees,

and

GENERAL ELECTRIC and UNUM LIFE INSURANCE CO. OF AMERICA,

Defendants-Appellees,

and

VIACOM, INC.,

Defendant-Appellee,

and

BLUE CROSS BLUE SHIELD OF MASS.,

Defendant-Appellee,

and

FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CENTER, and DANA FARBER CANCER INSTITUTE,

Defendants-Appellees,

and

FALLON AMBULANCE SERVICE,

Defendant-Appellee,

and

AMR OF MASSACHUSETTS, INC.,

Defendant-Appellee.

ON MOTION

O R D E R

2006-1553                                    2

Richard Thomas Manning submits correspondence that we treat as a motion for reconsideration of the court's October 4, 2006 order dismissing Manning's appeal for failure to pay the filing fee.

Manning has now paid the filing fee.

Accordingly,

IT IS ORDERED THAT:

(1) The court's October 4, 2006 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.

(2) The Appellees should calculate the due date for their briefs from the date of filing of this order.

FOR THE COURT

DEC - 5 2006

*Jan Horbaly*

Date

Jan Horbaly
Clerk

cc:  Richard Thomas Manning
Steven M. Perry, Esq.
Paul D. Abbott, Esq.
Carol A. Kelly, Esq.
Sara A. Walker, Esq.
Helen G. Litsas, Esq.
Kathleen E. Degnan, Esq.
Kevin M. Keating, Esq.
Joseph M. Hamilton, Esq.
Scott P. Lopez, Esq.
Deborah I. Ecker, Esq.
Steven M. Mager, Esq.
Jonathan M. Albano, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC - 5 2006

JAN HORBALY
CLERK

s17

---

Counsel for parties who intend to participate in this appeal should promptly enter an appearance if they have not already done so.

2006-1553                              3