NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1553

RICHARD THOMAS MANNING,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

STATE OF MASSACHUSETTS, CITY OF BROOKLINE, SUFFOLK COUNTY, WALT DISNEY COMPANY, BOURNEWOOD, WASCARE, LLC, WESTWOOD PEMBROKE HEALTH CARE, ARNOLD COMMUNICATIONS, INC.,

Defendants-Appellees,

and

CITY OF BOSTON,

Defendant-Appellee,

and

CITY OF PITTSFIELD,

Defendant-Appellee,

and

TOWN OF WESTWOOD,

Defendant-Appellee,

and

NORFOLK COUNTY,

                Defendant-Appellee,

and

AT&T BROADBAND and COMCAST,

                Defendant-Appellee,

and

GENERAL ELECTRIC and UNUM LIFE INSURANCE CO. OF AMERICA,

                Defendants-Appellees,

and

VIACOM, INC.,

                Defendant-Appellee,

and

BLUE CROSS BLUE SHIELD OF MASS.,

                Defendant-Appellee,

and

FAULKNER HOSPITAL, BETH ISRAEL DEACONESS MEDICAL CENTER, and DANA FARBER CANCER INSTITUTE,

                Defendants-Appellees,

and

FALLON AMBULANCE SERVICE,

                Defendant-Appellee,

and

AMR OF MASSACHUSETTS, INC.,

                Defendant-Appellee.

Before LOURIE, RADER, and MOORE, Circuit Judges.

PER CURIAM.

## ORDER

The defendants move to dismiss Richard Thomas Manning's appeal. Manning opposes and moves for injunctive relief. The United States replies.

Manning sued the defendants in the United States District Court for the District of Massachusetts, alleging various constitutional and civil rights violations and conspiracy theories, Manning v. United States, 04-CV-10401 . On February 7, 2005, the district court granted the defendants' motions to dismiss for failure to state a claim for which relief can be granted. The district court dismissed without prejudice to Manning refiling complaints that clearly state the cognizable causes of action against each particular defendant.

Manning filed various documents with the district court. On May 3, 2006, the district court entered an order stating that Manning had not revised his complaint and dismissed his case with prejudice. On July 5, 2006, or 63 days after entry of the order dismissing the complaint, the district court received Manning's notice of appeal.

An appeal from a district court in a case involving the United States is due within 60 days. 28 U.S.C. § 2107(b). Thus, any appeal from the May 3 order was due on Monday, July 3, 2006.* Manning's appeal is untimely and must be dismissed.

Accordingly,

IT IS ORDERED THAT:

(1)   The motions to dismiss are granted.

---

\*   The sixtieth day was July 2, 2006, which fell on a Sunday. Thus, Manning's appeal was due on the next business day, July 3. Fed. R. App. P. 26(a)(3).

2006-1553                                              - 3 -

(2)  Manning's motion is denied.

(3)  All sides shall bear their own costs.

FOR THE COURT

FEB 16 2007

*[signature: Jan Horbaly]*

Date

Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 16 2007

JAN HORBALY
CLERK

cc:  Richard R. Manning
Steven M. Perry, Esq.
Paul D. Abbott, Esq.
Carol A. Kelly, Esq.
Sara A. Walker, Esq.
Helen G. Litsas, Esq.
Joseph M. Hamilton, Esq.
Scott P. Lopez, Esq.
Deborah I. Ecker, Esq.
Steven M. Mager, Esq.
Richard Dohoney, Esq.
Jonathan M. Albano, Esq.

s8

FEB 16 2007

ISSUED AS A MANDATE: _____

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By:_____  Date: FEB 16 2007

2006-1553                                            - 4 -